U S DISTRICT COURT E.D.N.Y

★ NOV 05 2007 ★

LONG ISLAND OFFICE

JB:DSM
F.#2004R001353

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ALPHONSE T. PERSICO,
also known as "Allie Boy,"
and "the Kid,"
JOHN J. DEROSS,
also known as "Jackie,"

Defendants.

- - - - - - - - - - - - - - - - - -X

O R D E R

Cr. No. 04-911(S-3)(JS)

On motion of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, filed in this matter on October 31, 2007;

And it appearing to the satisfaction of the Court:

1. That Marguerite Cutolo has been called to testify at trial in the above-captioned case;

2. That in the judgment of the United States Attorney Marguerite Cutolo is likely to refuse to testify or provide other information on the basis of her privilege against self-incrimination;

3. That in the judgment of the United States Attorney the testimony or other information from Marguerite Cutolo may be necessary to the public interest; and

4. That the aforesaid motion filed herein has been made with the approval of Alice S. Fisher, Assistant Attorney General in the Criminal Division of the United States Department of Justice, pursuant to the authority vested in her by Title 18, United States Code, Section 6003(b), and 28 C.F.R., Section 0.175(a).

NOW, THEREFORE, IT IS ORDERED pursuant to Title 18, United States Code, Sections 6002-6003 that said Marguerite Cutolo give testimony or provide other information which she refuses to give or to provide on the basis of her privilege against self-incrimination as to all matters about which she may be examined at trial, and in any further proceedings resulting therefrom or ancillary thereto.

IT IS FURTHER ORDERED THAT, pursuant to Title 18, United States Code, Sections 6002 and 6003, no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against Marguerite Cutolo in any criminal case, except in a prosecution for perjury, giving a false statement, obstruction of justice, or otherwise failing to comply with this Order.

This Order shall become effective only if after the execution of this Order the said Marguerite Cutolo refuses to

testify or provide other information on the basis of her privilege against self-incrimination.

Dated: ~~Brooklyn~~ Central Islip, New York
~~October~~ November 5, 2007

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK
Joanna Seybert