## CRIMINAL CAUSE ON TRIAL

**BEFORE: SEYBERT, J.   DATE: 11/29/2007        TIME: 9:30**

**DOCKET NUMBER: CR 04-911        TITLE: USA-V-**

**DEFT NAME: ALPHONSE PERSICO                        DEFT: #1**
    _X_ PRESENT ___ NOT PRESENT _X_ IN CUSTODY ___ ON BAIL

    **ATTY. FOR DEFT.: SARITA KEDIA; JULIE JONES   ___ C.J.A.**
        _X_ PRESENT       ___ NOT PRESENT  _X_ RET

**DEFT NAME: JOHN DeROSS                              DEFT: #2**
    _X_ PRESENT ___ NOT PRESENT _X_ IN CUSTODY ___ ON BAIL

    **ATTY. FOR DEFT.: ROBERT LaRUSSO            _X_ C.J.A.**
        _X_ PRESENT       ___ NOT PRESENT  ___ RET

    DEBORAH MAYER;
**A.U.S.A. JOHN BURETTA; JEFF GOLDBERG DEPUTY CLERK: C. BARAN**

**COURT REPORTER:**   ___ P. AUERBACH   _X_ E. COMBS   ___ P. LOMBARDI
_X_ S. PICOZZI   ___ H. RAPAPORT   ___ M. STEIGER   ___ R. TOLKIN
___ D. TURSI    ___ O. WICKER

_X_ CASE CALLED. ALL COUNSEL PRESENT.

___ CASE ADJOURNED TO _____ FOR _____.

_X_ WITNESS(ES) CALLED.

_X_ DEFTS. CONTINUED IN CUSTODY.

_X_ OTHER: TRIAL TO RESUME 12/3/2007 AT 9:30AM.