*December 20, 2007 (4:10pm)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                                04 CR 911 (S-3) (JS)

ALPHONSE PERSICO, et al.

        Defendants.

- - - - - - - - - - - - - - -X

## GOVERNMENT'S LIST OF EXHIBITS

                              BENTON J. CAMPBELL
                              United States Attorney
                              Eastern District of New York
                              147 Pierrepont Street
                              Brooklyn, New York 11201

John D. Buretta
Jeffrey A. Goldberg
Deborah S. Mayer
Assistant U.S. Attorneys
    (of counsel)

| | |
|---|---|
| 1 | Photo of Ralph & John's |
| 2a | Headshot of Carmine Persico |
| 2b | Headshot of Alphonse Persico |
| 2c | Headshot of Victor Orena |
| 2d | Headshot of Andrew Russo |
| 2e | Headshot of Joseph Scopo |
| 2f | Headshot of William Cutolo, Sr. |
| 2g | Headshot of John DeRoss |
| 2h | Headshot of Joel Cacace |
| 2i | Headshot of Tommy Gioeli |
| 2j | Headshot of Benjamin Castellazzo |
| 2k | Headshot of Joey Amato |
| 2l | Headshot of Joe Baudanza |
| 2m | Headshot of Dino Calabro |
| 2n | Headshot of Joseph Campanella |
| 2o | Headshot of Richie Capichano |
| 2p | Headshot of Vincent DeMartino |
| 2q | Headshot of Robert D'Onofrio |
| 2r | Headshot of Joe Gambale |
| 2t | Headshot of Frank Campanella |
| 2u | Headshot of Ronald Califano |
| 2v | Headshot of Richie Cappa |
| 2w | Headshot of Tommy Cappa |
| 2x | Headshot of John Cerbone |
| 2y | Headshot of William Cutolo, Jr. |
| 2z | Headshot of Carmine DeRoss |
| 2bb | Headshot of Dominick Dionisio |

| | |
|---|---|
| 2cc | Headshot of Giovanni Floridia |
| 2dd | Headshot of Frank Guerra |
| 2ee | Headshot of Frankie Ianacci |
| 2ff | Headshot of Ernico Locasio |
| 2ii | Headshot of Frank Persico |
| 2kk | Headshot of Paulie Rizzuto |
| 2mm | Headshot of Silvio Salome (PER-C) |
| 2nn | Headshot of Michael Spataro |
| 2oo | Headshot of Frank Tormenia |
| 2qq | Headshot of John Gannone |
| 3 | Board: Aerial photograph of 92nd & Shore Road, Brooklyn |
| 4 | Map of vicinity of Bay Ridge, Brooklyn |
| 5 | Board: La Cosa Nostra organizational chart |
| 6b | Board: Aerial photograph of Friendly Bocci Social Club |
| 6c | 8 ½ x 11 of Ex. 6b |
| 8 | Photograph of Embassy Terrace (PER-AZ) |
| 9a | 10/4/96 photograph surveillance of William Cutolo, Sr., Anthony Graziano, and John DeRoss |
| 9b | Board: Series of 10/4/96 photograph surveillances of William Cutolo, Sr., Anthony Graziano, and John DeRoss |
| 9c | 8 ½ x 11 of Ex. 9b |
| 12 | Board: Series of October 1993 photograph surveillances of Friendly Bocci Social Club |
| 12a-d | Individual photos from series in Ex. 12 |
| 13 | Board: Series of October 16, 1993 photograph surveillances of Friendly Bocci Social Club |
| 13a-d | Individual surveillance photos from series in Ex. 13 |
| 13e | 8 ½ x 11 of Ex. 13 |
| 14 | 4/12/99 video surveillance |

| | |
|---|---|
| 17 | Aerial photograph of Surf Avenue and 32nd Street (DER-FA) |
| 18 | Photographs of Joseph Campanella gunshot wounds |
| 19 a-b | Individual 5/26/99 surveillance photographs of Bruno's Hair Masters |
| 19c | 8 ½ x 11 of Ex. 19c |
| 26 | Board: 10/25/00 Photo surveillance of John DeRoss and others |
| 26a | Original photo |
| 26b | Original photo |
| 27a | 6/4/99 Consensual Recording by Michael D'Urso |
| 27b | Transcript of Ex. 27a recording |
| 28a | 10/5/99 Surveillance Video Recording of John DeRoss, Frank Campanella, and Michael D'Urso |
| 28b | 10/5/99 Consensual Recording by Michael D'Urso |
| 28c | Transcript of Ex. 28b |
| 29 | Production Workers Pension Fund Credit Card of William Cutolo, Sr. |
| 30 | Sheet Metal Production Pension Fund Credit Card of Salvatore J. Persico (PER-BP) |
| 31 | Board: 3/2/00 Photo surveillance of Victory Diner |
| 31a | Original photo |
| 31b | Original photo |
| 31c | 8 ½ x 11 of Ex. 31 |
| 37 | Video excerpts from 2000 pole camera in vicinity of Bay and Nautilus Streets, Staten Island |
| 38 | Board: 3/26/98 Photo surveillances of vicinity of Garage Restaurant |
| 38a | Original photo |
| 38b | Original photo |
| 38c | Original photo |
| 38d | Original photo |

| Ex. | Description | |
|---|---|---|
| 38e | 8 ½ by 11 of Ex. 38 | |
| 39 | Board: 4/21/99 Photo surveillances of vicinity of Sweet Sensations, 86th Street, Brooklyn | |
| 39a | Original photo | |
| 39b | Original photo | |
| 39c | 8 ½ x 11 of Ex. 39 | |
| 40 | Board: 4/28/99 Photo surveillances of vicinity of Bruno's Hair Masters, 21st Avenue, Brooklyn | |
| 40a | Original photo | |
| 40b | Original photo | |
| 40c | 8 ½ x 11 of Ex. 40 | |
| 41 | Ledger | |
| 44 | Board: 4/19/98 Photo surveillances of Alphonse Persico and others | |
| 44a | Original photo | |
| 44b | Original photo | |
| 44c | Original photo | |
| 44d | Original photo | |
| 44e | 8 ½ x 11 of Ex. 44 | |
| 45 | Board: 5/20/98 Photo surveillances of Alphonse Persico and others | |
| 45a | Original photo | |
| 45b | Original photo | |
| 45c | Original photo | |
| 45d | 8 ½ x 11 of Ex. 45 | |
| 46 | Board: 11/12/98 Photo surveillances of Alphonse Persico and others | |
| 46a | Original photo | |
| 46b | Original photo | |

| | | |
|---|---|---|
| 46c | Original photo | |
| 46d | Original photo | |
| 46e | 8 ½ x 11 of Ex. 46 | |
| 47 | 5/26/99 parking receipts (PER-M) | |
| 52 | William Cutolo, Sr. electronic organizer | |
| 53 | Printout of contents of Ex. 52 | |
| 54 | Envelope: "$250,000 Allie Persico" | |
| 56 | Handwritten list seized during 10/8/99 Alphonse Persico residence search | |
| 56a | Photocopy of Ex. 56 | |
| 57 | Slip of paper stating "Al 917-433-3052 010" seized during 10/8/99 Alphonse Persico residence search | |
| 58 | Typed list seized during 10/8/99 Alphonse Persico residence search | |
| 59 | Typed list seized during 10/8/99 Alphonse Persico residence search | |
| 60 | Typed list seized during 10/8/99 Alphonse Persico residence search | |
| 67a | 3/28/00 Consensual Recording of John DeRoss | |
| 67b | Transcript of Ex. 67a | |
| 68a | 3/30/00 Consensual Recording of John DeRoss | |
| 68b | Transcript of Ex. 68a | |
| 69 | Phone records for 917-613-6734 | |
| 70a | Pen register records 917-941-0918 | |
| 70b | Pen register records 917-882-3826 | |
| 70c | Pen register records 917-348-0597 | |
| 71a | Phone records for 718-837-3139 | |
| 71b | Phone records for 718-837-3093 | |
| 72 | Phone records for 718-227-9247, 718-966-0609 and 212-391-9197 | |

| | |
|---|---|
| 73 | Phone records for 917-433-3052 and 917-730-4349 |
| 74a | Phone records for 917-804-5900 |
| 74b | Dominick Dionisio MDC call list |
| 75 | Sprint phone records |
| 76 | Phone records for 305-794-6203 |
| 78 | Phone records for 718-837-3093 |
| 82 | Excerpt from Barry Levin 1999 calendar |
| 83 | Photograph of Rex Manor (PER-R) |
| 87 | Photograph of Angelo Spata residence |
| 88 | 6/28/99 video surveillance |
| 90 | Colombo crime family hierarchy and headshot board |
| 92 | Telephone numbers stored in cell phone subscribed to Maria Floridia |
| 93 | Phone records for 917-608-0979 |
| 94 | Phone records for 917-288-1006 |
| 95 | Phone records for 718-966-3767, 917-608-0979, 917-288-1006, 917-439-8692 and 718-738-0245 |
| 96 | Phone records for 917-324-2223 |
| 97 | Phone records for 212-873-7192, 718-738-0245 and 914-725-2299 |
| 98 | Phone records for 718-372-8285, 718-372-8386 and 718-449-3247 |
| 99 | Phone records for pay phones at Cropsey Avenue and Surf Avenue, and Giovanni Floridia home phone |
| 100 | Subscriber information for 718-372-8386 |
| 101 | Various telephone subscriber records |
| 102 | Phone records for 917-439-8692 |
| 103 | Phone records for 917-922-2822 |
| 104 | Phone records for 917-972-0003 |

| | |
|---|---|
| 105 | Phone records for 917-376-4609 |
| 106 | Board: Photographs of Harbor Motor Inn and view of New York Sports Club |
| 106a | 8 ½ by 11 of Ex. 106 |
| 107 | Board: July 12, 2001 Payphone calls |
| 107a | 8 ½ by 11 of Ex. 107 |
| 108 | Board: July 13, 2001 Payphone calls |
| 108a | 8 ½ by 11 of Ex. 108 |
| 109 | Board: July 16, 2001 Payphone calls |
| 109a | 8 ½ by 11 of Ex. 109 |
| 110 | Board: Comparison of call activity for 917-288-1006 and 917-608-0979 |
| 110a | 8 ½ by 11 of Ex. 110 |
| 111 | Phone contact timeline and summary chart |
| 112 | Board: July 16, 2001 Timeline of Activity |
| 112a | 8 ½ by 11 of Ex. 112 |
| 113 | Board: 6/10/02 Photo Surveillances |
| 113a | Original photo |
| 113b | Original photo |
| 113c | 8 ½ by 11 of Ex. 113 |
| 114 | Phone records for 917-371-5072 |
| 115 | Phone records for 917-972-0003 |
| 116 | Phone records |
| 117 | Phone records for 718-630-5987 |
| 118 | Summary chart of Giovanni Floridia and Michael Spataro calls |
| 119 | Photograph of William Cutolo, Sr., Betty Anne Fox, and daughter |
| 120 | Board: 92nd Street & Shore Road and Pathway to Belt Parkway Pedestrian Overpass, Bay Ridge, Brooklyn |

| Ex. | Description |
|---|---|
| 121 | 12/20/01 Alphonse Persico guilty plea |
| 123 | Board: 7/27/99 Photo surveillances in vicinity of 1435 Broadway, Manhattan |
| 123a | Original photo |
| 123b | Original photo |
| 123c | Original photo |
| 123d | Original photo |
| 123e | 8 ½ x 11 of Ex. 123 |
| 124 | 2/11/01 John DeRoss bond in United States v. DeRoss (EDNY) |
| 125 | Salvatore Vitale telephone book |
| 133 | William Cutolo, Sr. 1999 leather bound date book |
| 136 | Giovanni Floridia BOP housing record |
| 140 | Board: 4/13/99 Photo surveillances of vicinity of Embassy Terrace, Brooklyn |
| 140a | Original photo |
| 140b | Original Photo |
| 140c | Original photo |
| 140d | Original photo |
| 140e | 8 ½ by 11 of Ex. 140 |
| 141 | Board: 5/25/99 Photo surveillances of vicinity of Rossville Road and Woodrow Street, Staten Island |
| 141a | Original photo |
| 141b | Original photo |
| 141c | Original photo |
| 141d | Original photo |
| 142 | 4/27/00 Photo surveillances of vicinity of 114 McClean Avenue, Staten Island (board & small version) |
| 142a | Original photo |
| 142b | Original photo |

-8-

| Ex. | Description |
|---|---|
| 142c | Original photo |
| 142d | Original photo |
| 143 | Board: 5/16/98 Photo surveillances of Huntington Hilton, Route 110, Huntington, New York (PER-U) |
| 144 | 8/5/99 video surveillance |
| 147 | Alphonse Persico BOP inmate history |
| 148 | John DeRoss BOP inmate history |
| 149 | Alphonse Persico and John DeRoss MDC visiting room records |
| 151 | Photograph of William Cutolo, Sr. and granddaughter |
| 152 | Photograph of William Cutolo, Sr. and granddaughter |
| 153 | Photograph of William Cutolo, Sr. and Marguerite Cutolo |
| 154 | Photograph of William Cutolo, Sr. and Marguerite Cutolo |
| 155 | Alphonse Persico birth certificate |
| 156 | Local 400 memo notebook |
| 157 | 7/16/01 FDNY emergency call log |
| 158 | 7/16/01 FDNY ambulance call report |
| 159a | Subscriber information for 917-913-7987 |
| 159b | Subscriber information for 917-225-2423 |
| 171 | Small Memo Pad 3500-SV-15 |
| 172a | John DeRoss handwriting exemplars |
| 173 | Subscriber information for 914-584-9432 |
| 175 a-c | John DeRoss handwriting comparisons |
| 176a | Cell site records for 917-613-6734 |
| 176b | Cell site records for 917-613-6734 |
| 176c | Cell site records "fact sheet" |
| 180 | Telephone records for 718-966-3767 |

| Ex. | Description |
| --- | --- |
| 181 | Telephone records for 718-966-2668 |
| 182 | Telephone records for 718-438-9218 |
| 183 | Telephone records for 718-745-9558 |
| 184 | Telephone records for 718-934-8858 |
| 185 | Telephone records for Patrick Grasso |
| 186 | Telephone records for Patrick Grasso |
| 187 | Telephone records for 718-745-9558 |
| 188b | 5/12/99 surveillance photo |
| 188c | 5/12/99 surveillance photo |
| 188d | 5/12/99 surveillance photo |
| 188e | 5/12/99 surveillance photo |
| 188f | 5/12/99 surveillance photo |
| 189 | Telephone records for 917-348-0597 |
| 190 | Telephone records for 917-882-3826 |
| 191 a-f | Photos in vicinity of Dyker Beach Golf Clubhouse |
| 192 | Telephone records for 718-438-9218 |
| 193 | Telephone records for 718-745-9558 |
| 194 | Telephone records for 718-934-8858 |
| 195 | Pen register results 917-941-0918 |
| 196 | Pen register results 917-882-3826 |
| 197 | Pen register results 917-348-0597 |
| 198 | Busse stipulation (phone records, etc.) |
| 199 | Obando stipulation (Cappa incarceration) |
| 200 | 5/25/99 phone chart: 2:16 p.m. - 2:26 p.m. |
| 201 | Cell site lease (#111) |
| 202 | Cell site lease (#116) |

| | |
|---|---|
| 203 | Cell site lease (#165) |
| 205 | Verizon Wireless cell site map |
| 206 | Chart of calls from Ex. 69 to certain William Cutolo, Sr. numbers |
| 210 | Prison call between Alphonse Persico and John DiLeo |
| 210a | Transcript of Ex. 210 |
| 211 | Landolfi sworn testimony |
| 212 | Afanador sworn testimony |
| 3500-JC-1 | Joseph Campanella Cooperation Agreement |
| 3500-MDL-1 | Michael DiLeonardo Cooperation Agreement |
| 3500-GF-1 | Giovanni Floridia Cooperation Agreement |
| 3500-VS-1 | Vito Salerno Cooperation Agreement |
| 3500-SV-2a | Salvatore Vitale Cooperation Agreement |