# DEFENDANT PERSICO'S EXHIBIT LIST

| Exhibit | Description |
|---|---|
| Persico C | Headshot of Silvio Salome |
| Persico G | Cutolo ledger sheets |
| Persico J | 718-227-9247 phone records |
| Persico M | Garage ticket (GX 47) |
| Persico N1-4 | Photos of 92nd and Shore Road |
| Persico R | Photo of Rex Manor (GX 83) |
| Persico U | Photos from Huntington Hilton (GX 143) |
| Persico V | Valery Moksin Phone Records |
| Persico W1-W2 | Photos of SMS & Richie Cappa's business |
| Persico Y | Government organized crime hierarchy chart (GX 90) |
| Persico AB | Map of Brooklyn |
| Persico AD AE AF | Photos of Patrick Rourke Park/Schoolyard |
| Persico AG AH AI | Photo of Dyker Bagels |
| Persico AJ | Photo of Allie Persico |
| Persico AK AL AM AN | Photos of 92nd and Shore Road & DiLeonardo's apartment building |
| Persico AO AP AQ AR | Photos of Canarsie Beach Park |
| Persico AT 1-4 | Photos of funeral home |
| Persico AU | Vincent DeMartino bank records |
| Persico AV | Allie Persico/Frank Campanella BOP records |
| Persico AW | Tommy Cappa, Vincent DeMartino & John Cerbone BOP records |
| Persico AX | Andrew Russo BOP records |
| Persico AZ | Embassy Terrace Photo (GX 8) |
| Persico BB | Computer run on 888-997-0967 |
| Persico CC1-4 | Dominick Dionisio pen documents |
| Persico DD | Tytell documents examined |
| Persico BF | Calls to Destination Search for pager 917-433-3-3052 and others for May 26-27, 1999 |
| Persico BG | Computer run on 718-966-3767 |
| Persico BH | Phone records for 917-439-8692 |
| Persico BI | Computer run on 718-966-3767 |
| Persico BJ | Subscriber information for 718-227-0536 |
| Persico BK | Subscriber information for Antonella Floridia and |

## DEFENDANT PERSICO'S EXHIBIT LIST

|  |  |
|---|---|
|  | phone calls from 7/14/01-7/16/01 |
| Persico BL | Computer run on 917-608-0979 |
| Persico BM | Computer run on 718-209-1526, 718-232-7273, 718-259-1200 and 718-968-8750 |
| Persico BN | Phone records for 917-913-7987 |
| Persico BO | Pension card of Sal Persico (GX 30) |
| Persico BP | Pension card of Frank Persico |
| Persico BQ | Marguerite Cutolo pension application |
| Persico BR | 917-439-8692 phone records from 2/99-7/99 |
| Persico BS | Phone records for 954-303-1144 |
| Persico BT | Chart of 954-303-1144 calls to 917-433-3052 |
| Persico BU | Comparison of GX92 & Floridia cell phone records |
| Persico BW | 718-227-0536 subscriber information |
| Persico BX | 718-373-8542 phone records (same as Persico BK) |
| Persico BY BY-1 | Bette Anne Fox pool inspection in 2000 by Carmine DeRoss<br>Stipulation relating to pool inspection in 2000 |
| Persico CA | 5/25/99 computer run of 917-433-3052 (part of GX 73) |
| Persico CCa | George Tropiano subscriber information (917-629-3238/718-331-0088) |
| Persico CD | Phone records for 917-885-0917 |
| Persico CE | Phone records for 917-882-3826 |
| Persico CF | Phone records for 917-941-0918 |
| Persico CG | Subscriber information for 516-637-8333 & 516-840-6176 |
| Persico CJ | Cell sites for 917-613-6734 chart |
| Persico CK | Verizon Wireless cell site location map |
| Persico CN | Allie Persico pager from search |
| Persico CO | Cutolo, Sr. 1999 cell phone |
| Persico CP | October 30, 2007 Passport search on William Cutolo, Sr. |
| Persico CQ | Beeper subscriber information for various pagers |
| Persico CR | Danny Cruiz subscriber information for Cutolo 1999 cell phone |
| Persico CS | AMA records on 917-433-3052 |
| Persico CU | Cutolo, Jr. car rental agreement |
| Persico CW | Subscriber information for 732-496-3070 |
| Persico CX | Subscriber information for Gregory Rodman and James Perez (GX 159a & b) |
| Persico DB | Joe Waverly on Orena side stipulation |
| Persico DC | Cermine Rusollo subscriber information |
| Persico DE | Subscriber information for 917-921-3019 |
| Persico DG | Subscriber information for 917-348-0597 |
| Persico DH | Subscriber information for 732-371-5139 |

2

# DEFENDANT PERSICO'S EXHIBIT LIST

| | |
|---|---|
| Persico DI | 917-913-7987 Chart (small) |
| Persico DIa | Blow up |
| Persico DJ | 917-613-6734 Cell Site in May 1999 chart (small) |
| Persico DJa | Blow up of 917-613-6734 Cell Site in May 1999 chart |
| Persico DK | Cutolo Sr. cell phones chart (small) |
| Persico DL | May 25-27, 1999 chart (small) |
| Persico DLa | Blow up of May 25-27, 1999 chart |
| Persico DN | Photos of bus stop at 91st & Shore Road |
| Persico DO | Campanella Bocci Club couch & table stipulation |
| Persico DP | May 5, 1999 surveillance that Cutolo, Sr. on cell phone stipulation |