**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAG
F.#2004R01353

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 5, 2008

VIA ECF

The Honorable Joanna Seybert
United States District Court
Eastern District of New York
1030 Federal Plaza
Central Islip, NY 11722

Re: United States v. Alphonse Persico, et al.
Criminal Docket No. 04-911 (JS)

Dear Judge Seybert:

Please find attached copies of the exhibits referenced in the Government's May 2, 2008 Memorandum of Law in Response to Defendants' Post-Trial Rule 29 Motions.

Respectfully submitted,

BENTON J. CAMPBELL
United States Attorney

By: /s/ Jeffrey A. Goldberg
John D. Buretta
Jeffrey A. Goldberg
Assistant U.S. Attorneys
718-254-6314/7579

cc: Defense Counsel (via ECF)

Attachments