TGK

GOVERNMENT EXHIBIT 28C

| | |
|---|---|
| Tape Number: | 92 |
| Date: | 10/5/99 |
| Participants: | SA: SALVATORE APARO<br>MD: MICHAEL DURSO<br>JD: JACKIE DEROSS<br>UM: UNIDENTIFIED MALE |
| Abbreviations: | UI: UNINTELLIGIBLE CONVERSATION<br>PH: PHONETIC |

FC: What's up pal?

MD: How you doing my friend?

FC: How you doing, pal?

MD: How's everything?

FC: Mike, Jackie... Jackie, Mike

JD: Hey Mike.

MD: Jackie, nice to meet you, (UI)...

JD: How are ya?

FC: What's doing, pal?

MD: Sammy here yet?

UM: Yeah, he should be (UI).

FC: What's doin', buddy?

JD: How's Florida?

*****************************************************************

JD: And he got no money, he said, "I need to go (UI)

SA: (UI) in Vegas too, didn't he?

FC: He married my sister (UI) he used to come up here all the time.

UM: Yeah, with (UI) over there. (UI)

SA: Yeah Jack, what, what's the problem over here?

JD: There's no problem (UI) gentlemen could work out anything and uh, this guy acted like uh, he had his own mob by himself, know what I mean? And that (UI)

SA: Yeah, yeah, I- I understand, yeah... no, I understand.

JD: So, and uh...obviously, there's a lot of things I have to straighten out there that I'm not crazy about.

SA: But he got a lot of things here I believe with us too.

JD: Well, he's got some (UI) I'd like to sit down and ...

SA: Yeah.

JD: ...now and uh...

SA: Well, okay. I understand.

JD: (UI).

JD: Okay... I (UI), but listen to it, and when Frankie come back, you know it's like a tug of war (UI)

(Conversation is Unintelligible)

SA: But, as far as that goes, the- the last thing that Frankie had told me--

JD: No, no, I don't wanna go back (UI). I understand that (UI) somebody- you got stops, we got stops --

*******************************************************************