GOVERNMENT EXHIBIT 58
04CR911(S-3)(JS)

10,000.00 - EMB - 07/99
10,000.00 - EMB - 08/99
10,000.00 - EMB - 09/99
6,150.00 - G.WNE - 06/99
6,200.00 - G.WNE - 07/99
2,850.00 - G.WNE - 08/99
6,500.00 - G WNE - 09/99
3,250.00 - PRF - JA - 07/26
54,950.00
-21,000.00 - NEW PRK - 07/19
- 5,670.00 - VN16P - 07/21
-12,900.00 - BUS. - EMB
- 4,830.00 - KD
10,550.00

0100 3 1 9

991117025 GZ Q10
FBI LABORATORY

ID# 281A-NY-250422 (Nin) Q10
FBI LABORATORY
Lab# 991117025 date 2/3/2000
init. [illegible] cy