GOVERNMENT EXHIBIT 59
04CR911(S-3)(JS)

17,642.00
2,000.00
19,642.00 - 6/3

18,330.00
7,500.00 - TAP
25,830.00 - 6/4

9,512.00
2,000.00
10,000.00 - EMB (6/99)
21,512.00 - 6/15

66,984.00 - TOTAL - 6/17

10,750.00 - 6/24
10,750.00 - 6/27
88,484.00

10,750.00 - 7/3
-1,000.00
- 650.00
- 300.00
- 150.00
8,650.00

10,750.00 - 7/10
-2,100.00
8,650.00

10,750.00 - 7/17
-2,100.00
8,650.00

6,650.00
1,000.00 - 7/26
7,650.00

7,650.00 - 8/02/99
7,750.00 - 8/09/99
7,650.00 - 8/16/99
7,650.00 - 8/23/99
7,650.00 - 8/30/99
7,650.00 - 9/06/99
7,650.00 - 9/13/99
7,650.00 - 9/20/99
7,650.00 - 9/27/99

88,484.00
+8,650.00 (x3)
114,434.00
+7,750.00
+7,650.00 (x9)
191,034.00

191,034.00
+ 12,900.00 - EMB -ENV
+ 6,000.00 - MO
- 10,000.00 - CRLY - 6/20
- 50,000.00 - CHKY - 6/27
- 25,000.00 - BDMY - 6/21
- 29,000.00 - NEW PRK - 7/19
- 10,000.00 - BDMY - 7/26
- 9,350.00 - VNMZ - 8/02
- 7,750.00 - KD - 8/09
- 13,500.00 -JK - 8/30
- 10,000.00 - MO - 9/06
- 10,000.00 - ROOS - 9/06
- 10,000.00 - BDMY - 9/12
- 25,000.00 - GWNE-GY - 9/24
384.00