GOVERNMENT EXHIBIT 60
04CR911(S-3)(JS)

| | |
|---|---|
| DOM | 27,000 |
| ANTHONY NUT | |
| (FLORIST) | 18,000 |
| CARL | |
| (MOE NEPH.) | 10,000 |
| GREEN EYES | 25,000 |
| FRANK CAMP | 64,000 |
| J.AMATO | |
| (POP) | 230,000 |
| MIKE D | 138,000 |
| RALPH | 110,000 |
| GARY | 10,000 |
| JOE P | 10,000 |
| DONNY | |
| (J. CAMP COUSIN) | 6,000 |
| GIGI | 13,000 |

TOTAL 661,000 @ 1.5 % = 9,900

9,900
1,150 - UA

8,750
2,000 - TOM & RICH CAP

10,750 - 10,000 CHK = 750.00 6/24/99 – (Same on 6/27/99

4 ENVELOPES - JACK - ANTHONY - ITLO - JEWELRY

150 150 330 500