```
DCS CALL NUMBER: 1
    Date:05/25/99                      Start Time: 10:15:29
    Subscriber DN: 9173480597          Associate DN: (5183981707)
    Direction: Incoming                Call Answer Time: 10:15:30
    Call Stop Time: 10:16:05           Call Duration: 00:00:35
    Location:
    Area Code:
    DTMF Digits:


DCS CALL NUMBER: 2
    Date:05/25/99                      Start Time: 11:23:09
    Subscriber DN: 9173480597          Associate DN: 15183981303
    Direction: Outgoing                Call Answer Time: 11:23:22
    Call Stop Time: 11:28:47           Call Duration: 00:05:38
    Location:
    Area Code:
    DTMF Digits:


DCS CALL NUMBER: 3
    Date:05/25/99                      Start Time: 11:32:58
    Subscriber DN:-9173480597          Associate DN: 18889431762
    Direction: Outgoing                Call Answer Time: 11:33:05
    Call Stop Time: 11:33:33           Call Duration: 00:00:35
    Location:
    Area Code:
    DTMF Digits:


DCS CALL NUMBER: 4
    Date:05/25/99                      Start Time: 11:40:18
    Subscriber DN: 9173480597          Associate DN: 2252423
    Direction: Outgoing                Call Answer Time:
    Call Stop Time: 11:40:30           Call Duration: 00:00:12
    Location:
    Area Code:
    DTMF Digits:


DCS CALL NUMBER: 5
    Date:05/25/99                      Start Time: 13:15:41
    Subscriber DN: 9173480597          Associate DN: (5183981707)
    Direction: Incoming                Call Answer Time: 13:15:43
    Call Stop Time: 13:16:17           Call Duration: 00:00:34
    Location:
    Area Code:
    DTMF Digits:


DCS CALL NUMBER: 6
    Date:05/25/99                      Start Time: 13:38:00
    Subscriber DN: 9173480597          Associate DN: (5183981707)
    Direction: Incoming                Call Answer Time: 13:38:02
    Call Stop Time: 13:38:38           Call Duration: 00:00:36
    Location:
    Area Code:
    DTMF Digits:


DCS CALL NUMBER: 7
```

GOVERNMENT
EXHIBIT
70C
04CR911(S-3)(JS)

SJ 8730



```
        Date:05/25/99                      Start Time: 14:18:31
        Subscriber DN: 9173480597          Associate DN: 17187459558
        Direction: Outgoing                Call Answer Time:
        Call Stop Time: 14:18:32           Call Duration: 00:00:01
        Location:
        Area Code:
        DTMF Digits:

DCS CALL NUMBER: 8
        Date:05/25/99                      Start Time: 14:18:46
        Subscriber DN: 9173480597          Associate DN: 17187459558
        Direction: Outgoing                Call Answer Time:
        Call Stop Time: 14:18:46           Call Duration: 00:00:00
        Location:
        Area Code:
        DTMF Digits:

DCS CALL NUMBER: 9
        Date:05/25/99                      Start Time: 14:19:31
        Subscriber DN: 9173480597          Associate DN: 17187459558
        Direction: Outgoing                Call Answer Time:
        Call Stop Time: 14:19:32           Call Duration: 00:00:01
        Location:
        Area Code:
        DTMF Digits:

DCS CALL NUMBER: 10
        Date:05/25/99                      Start Time: 14:19:58
        Subscriber DN: 9173480597          Associate DN: 17187459558
        Direction: Outgoing                Call Answer Time:
        Call Stop Time: 14:19:58           Call Duration: 00:00:00
        Location:
        Area Code:
        DTMF Digits:

DCS CALL NUMBER: 11
        Date:05/25/99                      Start Time: 14:20:39
        Subscriber DN: 9173480597          Associate DN: 17187459558
        Direction: Outgoing                Call Answer Time:
        Call Stop Time: 14:20:40           Call Duration: 00:00:01
        Location:
        Area Code:
        DTMF Digits:

DCS CALL NUMBER: 12
        Date:05/25/99                      Start Time: 14:22:31
        Subscriber DN: 9173480597          Associate DN: 17187459558
        Direction: Outgoing                Call Answer Time:
        Call Stop Time: 14:22:32           Call Duration: 00:00:01
        Location:
        Area Code:
        DTMF Digits:

DCS CALL NUMBER: 13
        Date:05/25/99                      Start Time: 14:23:12
```

```
        Subscriber DN: 9173480597           Associate DN: 17187459558
        Direction: Outgoing                 Call Answer Time:
        Call Stop Time: 14:23:13            Call Duration: 00:00:01
        Location:
        Area Code:
        DTMF Digits:

    DCS CALL NUMBER: 14
        Date:05/25/99                       Start Time: 14:24:08
        Subscriber DN: 9173480597           Associate DN: 17187459558
        Direction: Outgoing                 Call Answer Time:
        Call Stop Time: 14:24:09            Call Duration: 00:00:01
        Location:
        Area Code:
        DTMF Digits:

    DCS CALL NUMBER: 15
        Date:05/25/99                       Start Time: 14:24:42
        Subscriber DN: 9173480597           Associate DN: 17187459558
        Direction: Outgoing                 Call Answer Time:
        Call Stop Time: 14:24:42            Call Duration: 00:00:00
        Location:
        Area Code:
        DTMF Digits:

    DCS CALL NUMBER: 16
        Date:05/25/99                       Start Time: 14:26:01
        Subscriber DN: 9173480597           Associate DN: 17187459558
        Direction: Outgoing                 Call Answer Time:
        Call Stop Time: 14:26:02            Call Duration: 00:00:01
        Location:
        Area Code:
        DTMF Digits:

    DCS CALL NUMBER: 17
        Date:05/25/99                       Start Time: 14:26:52
        Subscriber DN: 9173480597           Associate DN: 17187459558
        Direction: Outgoing                 Call Answer Time: 14:26:58
        Call Stop Time: 14:29:16            Call Duration: 00:02:24
        Location:
        Area Code:
        DTMF Digits:

    DCS CALL NUMBER: 18
        Date:05/25/99                       Start Time: 17:50:32
        Subscriber DN: 9173480597           Associate DN: (9145849432)
        Direction: Incoming                 Call Answer Time: 17:50:33
        Call Stop Time: 17:51:20            Call Duration: 00:00:47
        Location:
        Area Code:
        DTMF Digits:

    DCS CALL NUMBER: 19
        Date:05/25/99                       Start Time: 18:11:40
        Subscriber DN: 9173480597           Associate DN: (9145849432)
```

```
        Direction: Incoming              Call Answer Time: 18:11:41
        Call Stop Time: 18:11:58         Call Duration: 00:00:17
        Location:
        Area Code:
        DTMF Digits:

DCS CALL NUMBER: 20
        Date:05/25/99                    Start Time: 18:12:50
        Subscriber DN: 9173480597        Associate DN: (9145849432)
        Direction: Incoming              Call Answer Time: 18:12:51
        Call Stop Time: 18:13:33         Call Duration: 00:00:42
        Location:
        Area Code:
        DTMF Digits:
```