## May Mai Mai Mayo Maggio 1999

**26** **Wednesday** Week 21

146-219 Mercredi
Mittwoch
Miércoles
Mercoledì

8:

9:

~~10:~~ ~~11:~~ [illegible]

11: Re: JJ spoke: to JJ. 12:10 - concerning

12: R/c L Capolono

1230 R/ Don Sheppard

1:

2: ~~Meeting [illegible] sp. W[illegible]~~

3:

4:

5:

6:

7:

8:

| May | | | | | | | |
|---|---|---|---|---|---|---|---|
| WK | M | T | W | T | F | S | S |
| 17 | | | | | | 1 | 2 |
| 18 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 19 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 20 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 21 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 22 | 31 | | | | | | |

*f*