## Don't Forget!

| | | ✓ |
|---|---|---|
| 1. | D.'s Birthday Jan 29, | ☐ |
| 2. | Kitty's Birthday May 9th | ☐ |
| 3. | Al - Feb. 8. | ☐ |
| 4. | Jay Austrian (Jasco) May 1 | ☐ |
| 5. | | ☐ |
| 6. | | ☐ |
| 7. | | ☐ |
| 8. | | ☐ |
| 9. | | ☐ |
| 10. | | ☐ |
| 11. | | ☐ |
| 12. | | ☐ |
| 13. | | ☐ |
| 14. | | ☐ |
| 15. | | ☐ |
| 16. | | ☐ |

A5 / FSO filofax Ref. 342211 © 1996

FROM
GX 133