GOVERNMENT EXHIBIT
205
~~04CR911(S-3)~~ (JS)

DELORME

Street Atlas USA® 2007 Plus

# Verizon Wireless Cell locations -Brooklyn, NY




Data use subject to license.
© 2006 DeLorme. Street Atlas USA® 2007 Plus.
www.delorme.com

Scale 1 : 12,800
1" = 1,066.7 ft
Data Zoom 14-0