# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

SARITA KEDIA
JULIE R. JONES

TEL: 212·681·0202
FAX: 212·614·0202
INFO@KEDIALAW.COM

June 17, 2008

**BY ELECTRONIC CASE FILING**

Honorable Joanna Seybert
United States District Judge
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: **United States v. Alphonse Persico, et al., 04 CR 0911 (JS)**

Dear Judge Seybert:

As the Court requested at the June 16, 2008, appearance, I respectfully submit this letter on behalf of the defendant Alphonse Persico to acknowledge that he knowingly waived his right to be present at the hearing scheduled for June 16, 2008, and will continue to so waive his right at any future hearings or conferences regarding the matters raised in defendants' Rule 29 and Rule 33 motions, including those discussed at the June 16th conference. Mr. Persico's signature below indicates that he understands his right to be present for these proceedings and voluntarily waives this right.

Respectfully yours,

Sarita Kedia

Alphonse Persico

cc: Counsel for Government