# EXHIBIT A

No 4660　　　　　File A-120/00

# The People of the State of New York,

*To All to Whom These Presents Shall Come or May Concern,*

SEND GREETING:

**Know Ye,** That we, having inspected the records of our Surrogate's Court in and for the County of Richmond, do find that on the 19th day of December in the year two thousand and three by said Court, Letters of Administration of the goods, chattels and credits of

WILLIAM CUTOLO　　　　　　　　　　late of the County

of Richmond, deceased, were granted and committed unto

MARGUERITE CUTOLO

and that it does not appear by said Records that said Letters have been revoked.

{L.S}

In Testimony Whereof, we have caused the seal of office of the Surrogate's Court of the County of Richmond to be hereunto affixed.

Witness, Hon. JOHN A. FUSCO, Surrogate of our said County, at the County of Richmond, the 13th day of January in the year of the Lord two thousand and three

Chief Clerk of the Surrogate's Court.

SJ 9565

No.   0869          A 120/00

**STATE OF NEW YORK** }
**COUNTY OF RICHMOND** }    SS:
**SURROGATE'S OFFICE** }

I,   Ronald M. Cerrachio          , Clerk of the Surrogate's Court of said County, do

hereby certify, that I have compared the foregoing copy of     A Decree Declaring Death

Pursuant to EPTL 2-1.7 in the Matter of WILLIAM P. CUTOLO, absentee, dated December 19

2002 ,

with the original record thereof, now remaining in this office, and have found the same to be a correct

transcript therefrom, and of the whole of said original record.

**In Testimony Whereof**, I have hereunto set my hand and affixed the Seal of

the Surrogate's Court, this                              day

13 th

of                              in the year of the Lord

January

two thousand

and three

Clerk of the Surrogate's Court.

SJ 9566

# EXHIBIT B

SURROGATE'S COURT, STATE OF NEW YORK
COUNTY OF RICHMOND

-------------------------------------------------------------------X

Proceedings for Letters of Temporary Administration,

Estate of

        WILLIAM P. CUTOLO,

                Absentee.

Petition for
Letters of
Temporary Administration
File #: _____ 20___

A - 1 2 0 / 0 0

-------------------------------------------------------------------X

TO THE SURROGATE'S COURT OF THE COUNTY OF RICHMOND:

The petition of MARGUERITE CUTOLO, who is domiciled at 515 Butler Boulevard, in the City of New York, County of Richmond, and State of New York, respectfully shows that:

1.     Your petitioner is the wife of WILLIAM P. CUTOLO, the above named absentee, and as such, is a person who would be one of his distributees if he had died on the date of filing of this petition.

Upon until the time of his absence, as hereinafter set forth, said absentee was domiciled at No. 515 Butler Boulevard, in the City of New York, County of Richmond, State of New York. The absentee was 50 years old and in good health. He had a scar on his left

forearm and was missing fingers on his right hand.

2.     The last time I saw **WILLIAM P. CUTOLO** was on May 26, 1999.  He did not return home that evening which was the first time since we had been married, over twenty-five (25) years ago.  Since that time, he has not made any attempts to contact me. I have not received any written correspondence from him.  He has made no attempts to contact our three (3) children nor any other members of our family.  Furthermore, he has not attended any family functions.

3.     I contacted the Police at the 123rd Precinct, a search was conducted, but the absentee was not located.  See copy of police report attached hereto as Exhibit A.   In contacting the financial institutions where the absentee had property no activity has taken place in his accounts by him.  See Exhibits B and C attached hereto.  I had made a withdrawal in Richmond County Savings Bank in July of 1999, but same was later rejected by the Bank as the absentee himself had not requested the withdrawal of funds.

4.     Based upon the foregoing diligent inquiry, the absentee has not been seen nor heard of since his disappearance on May 26, 1999.

5.     A diligent search and inquiry, including a search of any safe deposit box, has been made for a will of the ~~decedent~~ absentee and none has been found.  Petitioner has been unable

to obtain any information concerning any will of the decedent and therefore alleges, upon information and belief, that the ~~decedent died without leaving~~ *absentee does not have* any last will.

A search of the records of this Court shows that no application has ever been made for letters of administration upon the estate of the ~~decedent or~~ *Temporary absentee administration &* for the ~~probate or a will of the~~ *absentee's estate* ~~decedent~~, and your petitioner is informed and verily believes that no such application ever has been made to the Surrogate's Court of any other county of this state.

6.    The absentee is possessed of the following assets:

1.    Real property known as 515 Butler Boulevard,
Staten Island, New York 10309
One-Family dwelling
Held as Tenant by Entirety
with Marguerite Cutolo

Approximate market value:  $800,000.00

Absentee's share:            $400,000.00

2.    Richmond County Savings Bank Account
Held by William P. Cutolo

*Absentee's*
~~Approximate~~ value:          $ 22,000.00

~~Absentee's share:~~          ~~$ 11,000.00~~

3.    Joseph Stevens & Company
Mutual Fund Accounts
Held joint account with Marguerite Cutolo

Approximate value:          $ 43,000.00

Absentee's share:            $ 21,500.00

4.   Richmond County Savings Bank
     Held joint account with Marguerite Cutolo

     Approximate value:        $ 21,000.00

     Absentee's share:         $ 10,500.00

**TOTAL APPROXIMATE VALUE OF ABSENTEE'S ASSETS:**        <u>$443,000.00</u>

7.    Because of his disappearance, said absentee will be unable to safeguard and care for his property in the State of New York and it will be necessary to appoint a temporary administrator for that purpose. Specifically for funds being held in Richmond County Savings Bank, which are in a non-interest bearing account. The Petitioner would like to liquidate said account and place said funds in the existing Joseph Stevens & Company Account as stated above in item 6.

8.    The persons interested in this proceeding are:

1.   WILLIAM P. CUTOLO                          Absentee
     515 Butler Boulevard
     Staten Island, New York 10309

2.   MARGUERITE CUTOLO                          Wife
     515 Butler Boulevard
     Staten Island, New York 10309

3.   WILLIAM CUTOLO, JR.                        Son
     81-14 5th Avenue
     Brooklyn, New York 11209

4.   BARBARA JEAN CARDINALE                    Daughter
     515 Butler Boulevard
     Staten Island, New York 10309

5.   CHRISTINA CUTOLO                          Daughter
     515 Butler Boulevard
     Staten Island, New York 10309

9.   Pursuant to Section 902(3) of the SCPA, citation be issued to:


WILLIAM P. CUTOLO,

515 Butler Boulevard

Staten Island, New York 10309


10.   The issue of the absentee listed above have signed waivers of process and consent to this proceeding.  These waivers have been filed simultaneously with this Petition.


11.   All of the above named persons are of full age and sound mind and none of them is in the military service of the United States as defined by the Federal and New York State Soldiers' and Sailors' Relief Act.


12.   There are no other persons than those mentioned herein interested in this

application or proceeding.

13.    No previous application for the relief prayed for herein has been made to this or any other court.

WHEREFORE, your petitioner prays that:

(1)  process be issued to all necessary parties to show cause why letter of temporary administration should not be granted to your petitioner and that an order be granted directing the service of process pursuant to the provisions of Article 3 of the SCPA upon the persons named in paragraph 8 hereof whose whereabouts cannot be ascertained;

(2)  upon return of process and after hearing thereafter, the date when the absentee was last seen or heard of shall be fixed and determined;

(3)  a decree be made granting letter of temporary administration of the goods, chattels, and credits of the absentee to your petitioner; and

(4)  for such other and further relief as may be just and proper.

MARGUERITE CUTOLO, PETITIONER

*Attorney for Petitioner:*
LAW FIRM OF ANTHONY P. BARONE
TONI ANN BARONE, ESQ.
43 New Dorp Plaza
Staten Island, New York 10306
718-351-1600

The undersigned hereby certifies that the attached document submitted for filing is the same as the prescribed form, and the substantive text of that prescribed form has not been altered.

TONI ANN BARONE, ESQ.

## COMBINED VERIFICATION, OATH AND DESIGNATION

[For use when petitioner is to be appointed administrator]

I, the undersigned, the petitioner named in the foregoing petition, being duly sworn, say:

1. **VERIFICATION**: I have read the foregoing petition subscribed by me and know the contents thereof, and the same is true of my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true.

2. **OATH OF ADMINISTRATOR** as indicated above: I am over eighteen (18) years of age and _A CITIZEN OF THE UNITED STATES_; and I will well, faithfully and honestly discharge the duties of Administrator of the goods, chattels and credits of said decedent according to law. I am not ineligible to receive letters and will duly account for all moneys and other property that will come into my hands.

3. **DESIGNATION OF CLERK FOR SERVICE OF PROCESS**: I do hereby designate the Clerk of the Surrogate's Court of Richmond County, and his/her successor in office, as a person on whom service of any process, issuing from such Surrogate's Court may be made in like manner and with like effect as if it were served personally upon me, whenever I cannot be found and served within the State of New York after due diligence used.

My domicile is: _515 Butler Boulevard,_     _Staten Island,_     _New York     10309_
                 (Street/Number)           (City / Village / Town)        (State)     (Zip)

\*Temporary

_Marguerite Cutolo_
Signature of Petitioner
MARGUERITE CUTOLO

On the _15_ day of _June_ , 19 _2000_ , before me personally came   MARGUERITE CUTOLO

_____ to me known to be the person described in and who executed the foregoing instrument. Such person duly swore to such instrument before me and duly acknowledged that he/she executed the same.

_Toni Ann Barone_
Notary Public
Commission Expires:
(Affix Notary Stamp or Seal)

TONI ANN BARONE
Notary Public, State of New York
No. 02BA5006700
Qualified in Richmond County
Commission Expires Jan. 4, ~~1995~~ 2001

Signature of Attorney: _Toni Ann Barone, Esq._
(As required by Part 130 of the Rules of the Chief Administrator)

Print Name: _TONI ANN ABRONE, ESQ._

Firm Name: _LAW FIRM OF ANTHONY P. BARONE_     Telephone No.: _718-351-1600_

Address of Attorney: _43 New Dorp Plaza, Staten Island, New York 10306_

A-1 (4-95) Petition For Letters of Administration                  Page 5

SURROGATE COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND

------------------------------------X

Proceedings for Letters of                    AFFIRMATION IN
Temporary Administration,                      SUPPORT

    Estate of                                  File #: A120/00

        WILLIAM P. CUTOLO,

                Absentee.

------------------------------------X

    The undersigned, TONI ANN BARONE, an attorney duly admitted to practice before the courts of the State of New York admits the truth of the following under penalty of perjury:

    1.    I am an associate of the **LAW FIRM OF ANTHONY P. BARONE**, and represent the petitioner herein.

    2.    I make this affirmation in support of the Petition for Letters of Temporary Administration for **WILLIAM P. CUTOLO**, the absentee named herein.

    3.    My knowledge is based upon discussions with my client and the contents of my file.

    4.    The petitioner has advised me that the last time she had seen the absentee was on May 26, 1999 and she has not heard from him since that time. The petitioner filed a Missing Persons Report with the 123rd Precinct which indicates that a search was conducted with a negative result. A copy of said police report is attached hereto as Exhibit A.

    5.    On February 21, 2000, I spoke to Detective Nealon of the 123rd Precinct who advised me that the Missing Persons Report

-1-

#5381/99 was still an active case, as the subject of the report, **WILLIAM CUTOLO**, had not been found. However, due to the passage of time, the case had been transferred to the Missing Persons Unit at Police Plaza in New York City to Detective H. Gonzalez. On February 24, 2000, I spoke to Detective Gonzalez who informed me that the case is still open as **WILLIAM CUTOLO** had not yet been found. I requested that Detective Gonzalez forward an affidavit or written confirmation of same. Detective Gonzalez advised that he could not as such was against Police Department Policy. On February 24, 2000, I spoke to the Legal Department at Police Plaza, which confirmed that no such written confirmation could be provided.

6.    The petitioner contacted my office at various times to discuss managing various bank accounts in the name of the absentee. On December 10, 1999, the petitioner came to my office to discuss the ways in which she could manage the assets of the absentee.

7.    The absentee is possessed of the following assets:

1.    Real property known as 515 Butler Boulevard, Staten Island, New York 10309
One-Family dwelling
Approximate market value: $800,000.00
Held as Tenant by Entirety
with Marguerite Cutolo
Absentee's share:          $400,000.00

2.    Richmond County Savings Bank Account
Held by William P. Cutolo
Approximate value: $22,000.00

3.    Joseph Stevens & Company
Mutual Fund Accounts
Approximate value: $43,000.00
Held joint account with Marguerite Cutolo
Absentee's share:    $21,500.00

-2-

4.  Richmond County Savings Bank
    Held joint account with Marguerite Cutolo
    Approximate value:  $21,000.00
    Absentee's share:  $10,500.00

**TOTAL APPROXIMATE VALUE OF ABSENTEE'S ASSETS:**     $454,000.00

8.  I have been in contact with Richmond County Savings Bank branch manager, Priscilla Pendola, where the absentee had an account in his name alone.  She confirmed that there has been no activity by the absentee.  See affidavit attached hereto as Exhibit B.

9.  I have been in contact with Robert Petrozzo of Joseph Stevens & Co., who has advised that there has been no activity in the account by the absentee.  See affidavit attached hereto as Exhibit C.

10.  On June 3, 1999 an article in the Daily News reported the absentee "missing and feared dead..."  See attached Exhibit D.

11.  The persons interested in this proceeding are:

1.  WILLIAM P. CUTOLO                          Absentee
    515 Butler Boulevard
    Staten Island, New York 10309

2.  MARGUERITE CUTOLO                          Wife
    515 Butler Boulevard
    Staten Island, New York 10309

3.  WILLIAM CUTOLO, JR.                         Son
    81-14 5th Avenue
    Brooklyn, New York 11209

4.  BARBARA JEAN CARDINALE                    Daughter
    515 Butler Boulevard
    Staten Island, New York 10309

5.  CHRISTINA CUTOLO                          Daughter
    515 Butler Boulevard
    Staten Island, New York 10309

-3-

12.   Pursuant to Section 902(3) of the SCPA, citation be issued to:

WILLIAM P. CUTOLO, 515 Butler Boulevard, Staten Island, New York 10309

13.   The issue of the absentee listed above have signed waivers of process and consent to this proceeding.  These waivers have been filed simultaneously with this Petition.

14.   All of the above named persons are of full age and sound mind and none of them is in the military service of the United States as defined by the Federal and New York State Soldiers' and Sailors' Relief Act.

15.   There are no other persons than those mentioned herein interested in this application or proceeding.

16.   As a result of his disappearance, said absentee will be unable to safeguard and care for his property in the state of New York and it will be necessary to appoint a temporary administrator for that purpose.

17.   No previous application for the relief prayed for herein has been made to this or any other court.

WHEREFORE, your petitioner prays that:

(1)   process be issued to all necessary parties to show cause why letter of temporary administration should not be granted to your petitioner and that an order be granted directing the service of process pursuant to the provisions of Article 3 of the SCPA upon the persons named in paragraph 8 hereof whose whereabouts cannot be ascertained;

-4-

(2)    upon return of process and after hearing thereafter, the date when the absentee was last seen or heard of shall be fixed and determined;

(3)    a decree be made granting letter of temporary administration of the goods, chattels, and credits of the absentee to your petitioner; and

(4)    for such other and further relief as may be just and proper.


DATED:    June  7  , 2000
          Staten Island, New York


Respectfully submitted,


TONI ANN BARONE, ESQ.

# EXHIBIT C

SURROGATE'S COURT OF THE STATE OF NEW YORK

COUNTY OF RICHMOND

- - - - - - - - - - - - - - - - - - - x

Proceedings for Letters of Temporary :    File #: A120/00
Administration,
                                 :

Estate of
         WILLIAM P. CUTOLO,      :    AFFIDAVIT TO WAIVE BOND

                 Absentee. :

- - - - - - - - - - - - - - - - - - - x

       The undersigned, MARGUERITE CUTOLO, duly deposes and says:

       1.    I am the Petitioner of the captioned matter and submit this Affidavit to request that this court waive the Bond requirement.

       2. . At the time of the Absentee's disappearance, his debts were as follows:

      Richmond County Savings
      Bank Mortgage

                 Approximate Outstanding Amount:    $ 142,000.00

    Car Lease:     One Year Remaining
                 at $469.00 per month:      $ 5,628.00

   The house and car are currently being used by the Petitioner.

       3.    The Absentee's business was

       Union Representative for Local #400.

       4.    The Absentee's income tax liability was
                 NONE.

       5.    There have been no funeral or medical bills regarding the Absentee.

6.    The Absentee owned, as a joint tenant with Petitioner, real estate at **515 Butler Boulevard, Staten Island, New York 10309**, a one (1) family dwelling with a market value of **EIGHT HUNDRED THOUSAND AND 00/100 ($800,000.00) DOLLARS**. A reasonable rental value for an eighteen (18) month period would be **THREE THOUSAND FIVE HUNDRED AND 00/100 ($3,500.00) DOLLARS** per month for a total of SIXTY-THREE THOUSAND AND 00/100 ($63,000.00) **DOLLARS**. The Petitioner has no intent to sell the property at this time.

7.    The personal property of the Absentee is as follows:

1.    Real property known as 515 Butler Boulevard, Staten Island, New York 10309
One-Family dwelling
Approximate market value:  $800,000.00
Held as Tenant by Entirety with Marguerite Cutolo
Absentee's share:              $400,000.00

2.    Richmond County Savings Bank Account
Held by William P. Cutolo
Approximate value:  $22,000.00

3.    Joseph Stevens & Company
Mutual Fund Accounts
Approximate value:  $43,000.00
Held joint account with Marguerite Cutolo
Absentee's share:    $21,500.00

4.    Richmond County Savings Bank
Held joint account with Marguerite Cutolo
Approximate value:  $21,000.00
Absentee's share :   $10,500.00

TOTAL APPROXIMATE VALUE OF ABSENTEE'S ASSETS:      **$454,000.00**

8.    The Absentee was not obligated under any Lease or Contract.

9.   The  consents  of  the  persons  who  would  be distributees  of  the  Absentee  to  dispense  with  the  Bond requirement have been filed simultaneously herewith.

_____
MARGUERITE CUTOLO

Sworn to before me this
7th day of June, 2000.

_____
NOTARY PUBLIC

TONI ANN CARONE
Notary Public, State of New York
No. 02CA5090709
Qualified in Richmond County
Commission Expires Jan. 4, ~~1995~~
2001

-3-

Case 1:04-cr-00911-JS   Document 691-2   Filed 08/19/08   Page 22 of 52 PageID #: 4341

SE take notice that the within is a *(certified)* py of a tered in the office of the clerk of the within court on _____ 19 ___

Yours, etc.,

E LAW FIRM OF ANTHONY P. BARONE
TONI ANN BARONE, ESQ.

*Office and Post Office Address*
43 New Dorp Plaza
STATEN ISLAND, NY 10306

NOTICE OF SETTLEMENT

DE take notice that an order
ch file within is a true copy will be presented
dent to the Hon. _____
the judges of the within named Court, at _____

Yours, etc.,

M. _____ 19 ___

E LAW FIRM OF ANTHONY P. BARONE
TONI ANN BARONE, ESQ.

*Office and Post Office Address*
43 New Dorp Plaza
STATEN ISLAND, NY 10306

To _____

Attorney(s) for _____

Attorney(s) for _____

---

Proceedings for Letters of Temporary
Administration,

Estate of

WILLIAM P. CUTOLO,

Absentee.

---

AFFIDAVIT TO WAIVE BOND

---

THE LAW FIRM OF ANTHONY P. BARONE
TONI ANN BARONE, ESQ.

*Attorney for*

*Office and Post Office Address, Telephone*
43 New Dorp Plaza
STATEN ISLAND, NY 10306
(718) 351-1600

To _____

Attorney(s) for _____

Service of a copy of the within
is hereby admitted.

Dated, _____

Attorney(s) for _____

1500 — JULIUS BLUMBERG, INC., LAW BLANK PUBLISHERS, NYC 10013

'00. JUN 21 P3:06

SUB_____
RIC_____ UNTY

## AFFIDAVIT TO DISPENSE WITH BOND

*— LETTERS OF TEMPORARY ADMINISTRATION ABSENTEE CASE*

FILE NO. *A-120/00*

DEBTS - YES ✓_____    NO_____

If yes, names and amounts: *$*

*SEE P 2 OF AFFIDAVIT — 147,628 00*

TAXES - YES_____    NO ✓_____

If yes, type and amounts:

FUNERAL BILL- *N/A - ABSENTEE* PAID WITH COPY ATTACHED _____

$_____ UNPAID WITH RENUNCIATION ATTACHED_____

DISTRIBUTEES-    ALL DISTRIBUTEES CONSENT TO A BOND BEING
                DISPENSED WITH IN THIS CASE -

                YES ✓_____    NO_____

                THE FOLLOWING DISTRIBUTEES HAVE NOT FILED
                THEIR CONSENTS THAT A BOND BE DISPENSED WITH:

_____

ASSETS -PERSONAL PROPERTY.....................$ *54,000 00*

REAL PROPERTY (~~WILL~~) BE SOLD AT THIS TIME $ *400,000 00*
              (WILL NOT)

18 MONTHS RENTAL VALUE..................$ *1,750 00*

                        TOTAL    $ *455,750 00*

# EXHIBIT D

SURROGATE'S COURT, STATE OF NEW YORK
COUNTY OF RICHMOND

A - 1 2 0 / 0 0

------------------------------------------------------------X

Proceedings for Letters of Temporary Administration,

Estate of

        WILLIAM P. CUTOLO,

              Absentee.

Waiver and Consent
to Temporary Letters
of Administration
File #: ℗_____ 20___

------------------------------------------------------------X

The undersigned, being of full age and potential distributee of the absentee above-named being related

as <u>daughter</u> and whose domiciliary address is <u>515 Butler Boulevard, Staten Island, New York</u>

<u>10309</u>      hereby personally appears in the Surrogate's Court of Richmond County and

(1)    renounces all rights to Letters of Temporary Administration upon the estate of said absentee;

(2)    waives the issuance and service of process in this matter, and

(3)    consents that such Letters of Temporary Administration may be granted by the Surrogate

        without bond to **MARGUERITE CUTOLO** without any notice whatsoever to the

        undersigned.

Dated: March *13*, 2000

                                *Barbara Jean Cardinale*
                                BARBARA JEAN CARDINALE

STATE OF NEW YORK, COUNTY OF RICHMOND) ss:

      On the *13* day of  March, in the year  2000 , before me, the undersigned, personally
appeared  **BARBARA JEAN CARDINALE**, personally known to me or proved to me on the basis
of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies),
and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of
which the individual(s) acted, executed the instrument.

                                *Rosalie Tannariello*
                             NOTARY PUBLIC

                                 ROSALIE TANNARIELLO
                           Notary Public, State of New York
                              No. 43-4907873
                            Qualified in Richmond County
                            Commission Expires Oct. 13, 2000

SURROGATE'S COURT, STATE OF NEW YORK
COUNTY OF RICHMOND

A - 1 2 0 / 0 0

-------------------------------------------------X

Proceedings for Letters of Temporary Administration,

Estate of

      WILLIAM P. CUTOLO,

         Absentee.

-------------------------------------------------X

Waiver and Consent
to Temporary Letters
of Administration
File #: P_____ 20__

The undersigned, being of full age and potential distributee of the absentee above-named being related

as <u>daughter</u> and whose domiciliary address is <u>515 Butler Boulevard, Staten Island, New York</u>

<u>10309</u>      hereby personally appears in the Surrogate's Court of Richmond County and

(1)     renounces all rights to Letters of Temporary Administration upon the estate of said absentee;

(2)     waives the issuance and service of process in this matter, and

(3)     consents that such Letters of Temporary Administration may be granted by the Surrogate

     without bond to MARGUERITE CUTOLO without any notice whatsoever to the

     undersigned.

Dated: March _13_ , 2000

                                 _Christina Cutolo_
                                 CHRISTINA CUTOLO

STATE OF NEW YORK, COUNTY OF RICHMOND) ss:

     On the _13_ day of March, in the year 2000 , before me, the undersigned, personally
appeared **CHRISTINA CUTOLO**, personally known to me or proved to me on the basis of
satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by
his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the
individual(s) acted, executed the instrument.

LORI IRIZARRY
Notary Public, State of New York
No. 24-01IR4990818
Qualified in Kings County
Commission Expires January 13, 2001

                                 _Lori Irizarry_
                               **NOTARY PUBLIC**

A-120/00

SURROGATE'S COURT, STATE OF NEW YORK
COUNTY OF RICHMOND

---------------------------------------------------------------X

Proceedings for Letters of Temporary Administration,

    Estate of

        WILLIAM P. CUTOLO,

           Absentee.

---------------------------------------------------------------X

Waiver and Consent
to Temporary Letters
of Administration
File #: P_____ 20___

The undersigned, being of full age and potential distributee of the absentee above-named being related as __son__ and whose domiciliary address is __81-14 5th Avenue, Brooklyn, New York 11209__ hereby personally appears in the Surrogate's Court of Richmond County and

(1)    renounces all rights to Letters of Temporary Administration upon the estate of said absentee;

(2)    waives the issuance and service of process in this matter, and

(3)    consents that such Letters of Temporary Administration may be granted by the Surrogate without bond to **MARGUERITE CUTOLO** without any notice whatsoever to the undersigned.

Dated: March _13_ , 2000

                                      _WILLIAM CUTOLO, JR._

STATE OF NEW YORK, COUNTY OF RICHMOND) ss:

    On the _13_ day of March, in the year 2000 , before me, the undersigned, personally appeared **WILLIAM CUTOLO, JR.**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

**DONNA NAPOLITANO**
Notary Public, State of New York
No. 01NA5068422
Qualified in Kings County
Commission Expires October 28, 2000

NOTARY PUBLIC

# EXHIBIT E

# SEAN F. O'SHEA

### ATTORNEY AT LAW

90 PARK AVENUE

20th FLOOR

NEW YORK, NEW YORK 10016

E-Mail: soshea@oshealaw.com

MICHAEL E. PETRELLA

INA B. SCHER

(212) 682-4426

Fax (212) 682-4437

December 10, 2001

Honorable John A. Fusco
Surrogate Court State of New York
County of Richmond
18 Richmond Terrace
Staten Island, NY 10307

Re:     In re: The Estate of William P. Cutolo, Absentee (A-120/00)

Dear Judge Fusco:

Enclosed is a Notice of Appearance in the above-referenced matter. I have been retained by Marguerite Cutolo, wife of William P. Cutolo, Absentee, to be appointed as a temporary administrator of her husband's estate. I possess Mrs. Cutolo's power of attorney.

Very truly yours,

Sean F. O'Shea

**SURROGATE COURT STATE OF NEW YORK**
**COUNTY OF RICHMOND**
----------------------------------------------------------------- X
In re:                                                        )        Index No. A-120/00
                                                              )        Honorable Judge John A. Fusco
    THE ESTATE of                          )
    WILLIAM P. CUTOLO,                      )        **NOTICE OF APPEARANCE**
                                                              )
             Absentee.        )
                                                              )
                                                              )
----------------------------------------------------------------- X

       PLEASE TAKE NOTICE, that petitioner Marguerite Cutolo, hereby appears in the above entitled action, and that the undersigned attorney possesses petitioner's power of attorney and has been retained to appear on petitioner's behalf as an individual and to be appointed as a temporary administrator of the estate of William P. Cutolo, absentee.

       PLEASE TAKE FURTHER NOTICE that all papers in the above entitled action shall be served upon the attorney at his offices located at: Law Offices of Sean F. O'Shea, 90 Park Avenue, 20th Floor, New York, New York 10016.

Dated: New York, NY
      December 10, 2001

 

Sean F. O'Shea
Attorney for Petition Marguerite Cutolo
90 Park Avenue
20th Floor
New York, New York 10016
(212) 682-4426

# EXHIBIT F

GOVERNMENT
EXHIBIT
3500-MEC-6
04CR911(S-3)(S-I)

PROFFER.wpd
1/2001

## PROFFER AGREEMENT

With respect to the meeting of Margaurite Cutolo ("Client") and her attorney, Sean F. O'Shea, Esq., with Amy Walsh, of the United States Attorney's Office ("the Office"), Gary Pontecorvo of the Federal Bureau of Investigation ("FBI"), and Thomas Dades of the New York City Police Department ("NYPD"), held at a neutral location on February February 9, 2001 ("the meeting"), the following understandings exist:

(1)    In any prosecution or civil or criminal forfeiture action or proceeding brought against Client by the Office, except a prosecution for false statements, obstruction of justice, or perjury with respect to acts committed or statements made at or after the meeting, the Office will not offer in evidence any statements made by Client, or any information directly or indirectly derived from any statements or information given by Client, at the meeting (A) in its case-in-chief or (B) at sentencing.

(2)    Notwithstanding paragraph (1) above, the Office may use any statements made by Client (A) as substantive evidence to cross-examine Client, should Client testify in any proceeding, and (B) as substantive evidence to rebut, directly or indirectly, any evidence offered or elicited, or factual assertions made, by or on behalf of Client at any stage of any criminal prosecution (including but not limited to detention hearing, trial or sentencing).

(3)    It is further understood that this agreement is limited to the statements made by Client at the meeting and does not apply to any oral, written or recorded statements made by Client at any other time or to any other information provided at the meeting. No understandings, promises, or agreements have been entered into with respect to the meeting other than those set forth

in this agreement, and none will be entered into unless memorialized in writing and signed by all parties.

Dated:  Brooklyn, New York
        February 9, 2001

                                LORETTA E. LYNCH
                                United States Attorney
                                Eastern District of New York

                    By:    _Amy Walsh_____
                                Amy Walsh
                                Assistant U.S. Attorney


_Stephanie Dudzinski_____           _Gary Pontecorvo_____
Stephanie Dudzinski                     Gary Pontecorvo
FBI agent                               FBI Agent

                                        _Thomas Dades_____
                                        Thomas Dades
                                        NYPD Detective


I have read the entire agreement and discussed it with my attorney.
I understand all of its terms and am entering into it knowingly and
voluntarily.

_Marguerite Cutolo_____
Client

_Nat F. Obler_____
Attorney for Client


_Ina Scher_____
Ina Scher
Attorney for Client

# EXHIBIT G

Date __11/13__ 2012

Fee of Guardian Ad Litem

Fixed at $ 7500 —

_[signature]_

Surrogate

SURROGATE'S COURT, STATE OF NEW YORK
COUNTY OF RICHMOND
-------------------------------------x
In the Matter of

     WILLIAM P. CUTOLO,

                Absentee
-------------------------------------x

REPORT OF
GUARDIAN AD LITEM

File No. A-120/00

    I, Maureen A. O'Toole, an attorney admitted to practice in the State of New York with offices at One Edgewater Plaza, Suite 206, Staten Island, New York, having been appointed Guardian Ad Litem of William P. Cutolo, an absentee in the above captioned proceeding for Letters of Temporary Administration, for the purpose of appearing for said William P. Cutolo and to protect his interest, do hereby report as follows:

    1.  I was appointed Guardian Ad Litem by Order of Honorable John A. Fusco, Surrogate of Richmond County, on October 20, 2002.  I executed my Consent of Guardian Ad Litem on that date.  I have no interest adverse or in conflict with the party I represent.

    2.  The Petition of Marguerite Cutolo for Letters of Temporary Administration of the Estate of William P. Cutolo

states that prior to his absence the absentee was domiciled at 515 Butler Boulevard, Staten Island, New York.  He was 50 years old and in good health.  The last time the petitioner saw her husband, William P. Cutolo was on May 26, 1999.  The petition states that he has not made any attempts to contact his wife or his three children nor any other members of their family.  The petition further states that Mrs. Cutolo contacted the local police precinct where she filed a Missing Persons Report; that she contacted the banks where the absentee transacted his banking to ascertain whether there had been any activity on his accounts and that she searched the safe deposit box for a will and believes that the absentee had no will.

3.  The decedent's family members as set forth in the Petition are the petitioners and the absentee's three children; namely, William Cutolo, Jr., residing at the time of the petition at 81-14 6th Avenue Brooklyn, NY, 11209, and Barbara Jean Cardinale and Christina Cutolo, both residing at the Butler Boulevard residence.

4.  The petition prayed for the issuance of Letters of Temporary Administration to the petitioner, and for such other and further relief as may be just and proper.

5.  An Order for Publication of Citation was signed on August 17, 2000, and a Citation was returnable on October 11,

2000.  On October 15, 2000, I was appointed as Guardian Ad Litem by decision of Hon. John A. Fusco.

6.  An Affidavit of Publication was made by the Legal Advertising Clerk of the Staten Island Advance setting forth the dates the Citation was published; i.e., September 5, September 11, September 18 and September 25, 2000.  Waivers and Consents to Letters of Temporary Administration were executed by Christina Cutolo, Barbara Jean Cardinale and William Cutolo, Jr., the other interested parties to the proceeding. Accordingly, I believe that the Court has jurisdiction over the proceeding.

7.  The Affidavit to Waive Bond described the assets of the absentee at the time of his disappearance.  The assets consisted of a Richmond County Savings Bank savings account in Mr. Cutolo's name only in the amount of $22,0000; an account held jointly with his wife in the amount of $21,000, a joint brokerage account at Joseph Stevens & Company in the approximate amount of $43,000, and jointly owned real property, their residence at 515 Butler Boulevard, Staten Island, NY, valued at approximately $800,000.  Therefore, the approximate value of the absentee's share of the assets is $454,000.  The Affidavit also sets forth the outstanding debts of the decedent, which are a mortgage on the real property of

3

approximately $142,000, and a car lease with a remaining amount due of $5,628.

8.  I have examined all the papers filed in this proceeding as well as all other papers, which include the Police Department Missing Persons Report annexed hereto, Subpoenas, Affirmation to Quash Subpoena Duces Tecum, Affirmations of NYC Police Detective and US Assistant Attorney General, bank records, brokerage account records and newspaper articles published in The Daily News, Staten Island Advance and the New York Post.

9.  I corresponded with the Petitioner, Marguerite Cutolo, in January 2001 to set up an appointment to meet with her.  I received no response to my request.

10.  On February 21, 2001, I received a copy of a letter from Toni Ann Barone to the Surrogate's Court asking for the suspension of the proceeding and direction of the Court, as the absentee's wife and son were entering the Federal Witness Protection Program.

11.  On March 13, 2001, I reviewed correspondence from Toni Ann Barone, attorney for the petitioner, to the Law Office of Sean O'Shea verifying that telephone call from O'Shea's office that his firm was representing the spouse, Marguerite Cutolo.

12.  On August 2, 2001, Ms. Barone communicated with Sean O'Shea's office to ascertain the status of the representation.

13.  On December 10, 2001, a Notice of Appearance for Marguerite Cutolo was filed by Sean O'Shea's office.

14.  On December 11, 2001 the parties appeared at the Surrogate's court for a status report.  At the conference the Petitioner's attorney, Toni Ann Barone, requested the Court to convert the proceeding to a proceeding under EPTL-2-1.7.  The Court granted the petitioner's request, and it was agreed that a hearing would be scheduled for a date immediately following the three year period from the date of William P. Cutolo's disappearance for a declaration of death of the absentee.

15.  On December 14, 2001, I wrote to the NYC Police Department at Police Plaza, NYC for a certified copy of the Missing Persons Report and a request for the Police Department to provide information as to any further developments concerning this investigation.

16.  On December 21, 2001, I wrote to Julie O'Shea, Esq., asking for any additional information she may have obtained.

17.  On January 3, 2001, I corresponded with the absentee's sister, Geraldine Zambryski.  Geraldine responded to my request by calling me to discuss her relationship with her brother.  She reiterated that she, nor to her knowledge, had

5

any other family member or friend received any communication from the absentee, William P. Cutolo. She advised that she had a very close relationship with her brother; that she had dinner with him and other family members almost weekly and spoke with him often during the week.

18. Toni Ann Barone wrote to the Court requesting a conference prior to the hearing date which was scheduled for May 28, 2002. On May 8, 2002, a conference was held at the Court attended by Toni Ann Barone, Jerry Judin, Surrogate Fusco and myself. We discussed the concerns of the US Attorney's office as to its attorney testifying at a hearing and the concerns expressed by the law firm of Sean O'Shea as to the protection of its client, Marguerite Cutolo. We also discussed the lack of any testimony as to the circumstances concerning the disappearance of Mr. Cutolo.

19. The newspaper articles, some of which are annexed hereto, describe Mr. Cutolo as a "reputed gangster who survived numerous hit attempts in a bloody Columbo family war...an underboss...missing and feared dead." The articles state that it is the consensus of many that William Cutolo was murdered by the mob as a result of his connections with certain individuals. At least one of the articles states that an attempt on his life was made on other occasions.

20.  I communicated with a friend of the family who did not respond to my request for information.

21.  On May 9, 2002, Toni Ann Barone corresponded with Julie O'Shea advising her that the Surrogate requested her to appear at the hearing to testify.  She also communicated with Amy Walsh, an Assistant US Attorney, requesting her appearance at the hearing.

22.  Robert Gilmore, an attorney with the NYC Police Legal Matters, advised that he was unable to testify on the scheduled hearing date or to send someone from the Missing Persons Bureau as they were still working on locating victims at the World Trade Center.

23.  On May 28, 2002, the hearing was adjourned to June 14, 2002.  On that date a conference was held with Surrogate Fusco, Jerry Judin, Julie O'Shea, Toni Ann Barone and myself.  Surrogate Fusco was concerned with the lack of persons available to testify and the paucity of evidence.  There were no communications from the family of William Cutolo, Sr. other than from his sister Geraldine.  It was stated that because some family members are protected by the federal government, we would not be authorized to interview them or subpoena them to testify.

24. On June 14, 2002, a hearing was held. Testimony was provided by Geraldine Zambryski, sister of the absentee, and Mr. Gilmore of the NYC Police Department. No other testimony was given.

25. After the hearing, a request was made of Mr. Gilmore to provide an affidavit from Detective Nealon, the police officer conducting the investigation. A request was also made by Surrogate Fusco to obtain an affidavit from Amy Walsh of the US Attorney's office.

26. On July 15, 2002, the annexed Affidavit of Warren M. Flagg was sent by the Law Office of Sean O'Shea to Judge Fusco.

27. An affidavit requested by the Court was submitted by Detective Nealon. This Affidavit contained insufficient information and Detective Nealon subsequently amended his affidavit to show the usual attempts to find the missing person. These Affidavits are annexed hereto.

28. The bank records of Richmond County Savings Bank and the brokerage statements of Joseph Stevens & Co. were submitted and reviewed by me. It appears that no unexplained withdrawals were made on the accounts. I questioned certain deposits which were made to the account. Toni Ann Barone communicated with Mrs. Cutolo who advised that these were payments for a loan to a friend.

8

CONCLUSIONS AND RECOMMENDATIONS

More than three years have elapsed since William P. Cutolo disappeared on May 26, 1999 in Brooklyn.  The NYC Police Department's Missing Persons unit has been unsuccessful in obtaining any additional information.

An Affidavit filed with the Court provided by Warren M. Flagg, a former agent for the Federal Bureau of Investigation who currently acts as a private investigator, states the efforts he made on behalf of the Law Offices of Sean F. O'Shea to investigate the disappearance of William P. Cutolo.

The newspaper articles, one as recent as June 7, 2002, provides information describing the connections between the absentee and crime families in the New York area.  The latest article indicated that law enforcement officials believe that the Persico crime family was responsible for the disappearance of William Cutolo.  While these articles are insufficient to determine whether Mr. Cutolo is still alive, they demonstrate the dangerous lifestyle of the absentee and the improbability of his being alive.

Additionally, he was described as a family man who was in close communication with his wife, children and sisters at all times. He was further described as a husband who came home every evening to his family.  Upon information and belief no

9

person has heard from William P. Cutolo in the past three years.

Mr. Cutolo has not made any attempts to withdraw any funds from his bank accounts and his brokerage account.

Notwithstanding the lack of testimony to support the declaration of death and the inability of counsel to question the wife and children of the absentee, there is circumstantial evidence to support the allegation that Mr. Cutolo may have been murdered. His alleged lifestyle and connection to major crime families; the failure to locate William Cutolo after investigations conducted by the NYC Police Department and a private investigator; and Mr. Cutolo's failure to communicate with his family for more than three years further supports the petitioner's request for a declaration of death. Therefore, it is my opinion that a determination be made to declare my ward, William P. Cutolo, deceased.

Dated:   Staten Island, NY
         November 7, 2002

                              Respectfully submitted,

                              Maureen A. O'Toole
                              Guardian ad Litem
                              Kuhn and O'Toole, LLP
                              One Edgewater Plaza
                              Suite 206
                              Staten Island, NY 10305

10

# EXHIBIT H

# SEAN F. O'SHEA

ATTORNEY AT LAW

90 PARK AVENUE

20th FLOOR

NEW YORK, NEW YORK 10016

E-Mail: soshea@oshealaw.com

(212) 682-4426
Fax (212) 682-4437

MICHAEL E. PETRELLA
DIANA McBAINE-COOK
SHARON M. SASH
JULIE O'SHEA

April 29, 2002

Honorable John A. Fusco
Surrogate Court State of New York
County of Richmond
18 Richmond Terrace
Staten Island, NY 10307

Re:    In re: The Estate of William P. Cutolo, Absentee (A-120/00)

Dear Judge Fusco:

Enclosed is the Affirmation of Sean F. O'Shea filed pursuant to a request by Jerry Judin, Esq. for clarification as to my office's role in this matter.

Very truly yours,

Sean F. O'Shea

cc: Toni Ann Barone, Esq. (by fax)

SURROGATE COURT STATE OF NEW YORK
COUNTY OF RICHMOND

------------------------------------------------------------X

In re:                                              :

                                                    :        Index No. A-120/00
                                                             Honorable Judge John A. Fusco
                                                    :

THE ESTATE of                                       :
WILLIAM P. CUTOLO,                                  :        **AFFIRMATION OF**
                                                             **SEAN F. O'SHEA**
                                                    :
                    Absentee.                       :

                                                    :

------------------------------------------------------------X


      I, SEAN F. O'SHEA, hereby affirm under penalties of perjury that the following statements are true:

1.     I am an attorney admitted to practice in the courts of the State of New York.

2.     On or about December 10, 2001, my office filed a Notice of Appearance in this matter on behalf of Marguerite Cutolo and her family.

3.     A Notice of Appearance was filed because my office acts as a liaison between Mrs. Cutolo and the Court in matters concerning the Estate of William Cutolo and because I hold Mrs. Cutolo's power of attorney.


Dated: April 29, 2002
      New York, New York


                      SEAN F. O'SHEA
                      90 Park Avenue
                      New York, New York 10016
                      (212) 682-4426

# EXHIBIT I

# SEAN F. O'SHEA

### ATTORNEY AT LAW
90 PARK AVENUE
20th FLOOR
NEW YORK, NEW YORK 10016

E-Mail: soshea@oshealaw.com

MICHAEL E. PETRELLA
DIANA McBAINE-COOK
SHARON M. SASH
JULIE O'SHEA

(212) 682-4426
Fax (212) 682-4437

June 24, 2002

**VIA FEDEX**
**PERSONAL&CONFIDENTIAL**
Honorable John A. Fusco
Surrogate's Court of the State of New York
County of Richmond
18 Richmond Terrace
Staten Island, NY 10301

Re:    William Cutolo

Your Honor:

Enclosed please find the signed Affirmation of Assistant United States Attorney, Amy Walsh.  If you have any questions, please call me.

Very truly yours,

Julie O'Shea

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND
------------------------------------------X
In re:                                         Index No. A-120/00
                                               Honorable John A. Fusco
          THE ESTATE OF
          WILLIAM P. CUTOLO,                   AFFIRMATION
                                               OF AMY WALSH
                         Absentee.
------------------------------------------X

   I, Amy Walsh, an attorney duly admitted to the bar of the state of New York, hereby affirm under penalties of perjury that the following statements are true:

   1. I am currently employed by the United States Attorney's Office for the Eastern District of New York as an Assistant United States Attorney.

   2. I make this Affirmation in Support of the Petition pursuant to the EPTL § 2-1.7 for a Declaration of Death of the Absentee captioned above.

   3. My office, in conjunction with the FBI, is currently conducting an investigation into the disappearance of Mr. Cutolo, who has been missing since May 26, 1999. During the course of this investigation, I have not discovered any evidence to indicate the whereabouts of Mr. Cutolo.

Dated: June 20, 2002
    Brooklyn, New York

           Respectfully submitted,

           Amy Walsh
           Assistant U.S. Attorney
           U.S. Attorney's Office
           One Pierrepont Plaza
           Brooklyn, New York

# EXHIBIT J

Form I-1

| SURROGATE'S COURT OF THE STATE OF NEW YORK | x |
|---|---|

RICHMOND COUNTY

IN THE MATTER OF THE ESTATE OF

WILLIAM CUTOLO

DECEASED

LIST OF ASSETS - INVENTORY
[ RULE § 207.20 (c) ]

FILE NUMBER  A-120/00

The undersigned. a fiduciary or an attorney for the above estate, certifies that the following recapitulation constitutes the gross estate (for tax purposes) of the above decedent. The following documents are attached: [ ] a detailed list of assets; or a copy of one of the following: [ ] Form ET-90; [ ] Form TT-385; [ ] Form 706; or, Form 706NA.

IF FORM ET-90 IS ATTACHED, ALL RIGHTS TO SECRECY UNDER TAX LAW § 994 ARE WAIVED.

Date of Death: 5/26/02        Date of Letters: 12/19/02        Type of Letters: ADMINISTRATION

Name of Each Fiduciary: MARGUERITE CUTOLO

(address, if changed): c/o 43 New Dorp Plaza, Staten Island, New York 10306

| RECAPITULATION OF ATTACHED SCHEDULES: | Non-probate, Joint or Trust Property | Individually owned by Decedent or Payable to Estate |
|---|---|---|
| A. Real Estate | $ | $ |
| B. Stocks and Bonds | | |
| C. Mortgages, Notes, Cash, etc. | | 21,000.00 |
| D. Insurance on Decedent's Life | | |
| E. Jointly Owned Property | 864,000.00 | |
| F. Miscellaneous & Trust Property | | |
| G. Transfers During Decedent's Life | | |
| H. Powers of Appointment | | |
| I. Annuities | | |
| TOTALS | $ 864,000.00 | $ 21,000.00 |

Cause of Action Pending for Wrongful Death or Conscious Pain and Suffering:

Amount Claimed    $   -0-

Filing Fee under §2402 (8)   $  170.00

Filing Fee Initially Paid   $  500.00

Certified to be true on  July  15  , 20 03

*Marguerite Cutolo*

Signature

MARGUERITE CUTOLO

Print Name

ATTORNEY

Name. TONI ANN BARONE, ESQ.

Address  43 New Dorp Plaza

Staten Island, New York 10306

Telephone