<u>CRIMINAL CAUSE FOR SENTENCING</u>          (Time on bench  :50)

Before: Seybert, J.            Date: <u>2/27/2009</u> Time: <u>10:15</u>

Docket Number: <u>CR 04-911</u>      Title: <u>USA-V-</u>

Deft. Name: <u>Alphonse Persico</u>                       Deft. #: <u>1</u>
       X present, __not present, X in custody, __on bail

       Atty for Deft.: <u>Sarita Kedia</u>       __CJA
       X present, __not present  X Retained

A.U.S.A.: <u>John Buretta; Elizabeth Geddes</u> Deputy Clerk: <u>C. Baran</u>

U.S.P.O.: J. Fonti              Court Reporter: M. Steiger

<u>X</u>   Case called for sentence.  Counsel for all sides present.

<u>X</u>   Statements of defendant and counsel heard.

<u>X</u>   Defendant objections to the PSR are noted.

<u>X</u>   Rulings re: Guidelines are entered on the record.

___  PSR and addendum adopted.

<u>X</u>   PSR and addendum adopted, as amended.

<u>X</u>   Guidelines are adopted.

___  Guidelines adopted, as amended.

<u>X</u>   The defendant is sentenced as follows:

<u>X</u>   The defendant is sentenced to a period of imprisonment of LIFE on Count 1ss (consecutive to any undischarged term); 60 months on Count 5ss; and 240 months on Count 6ss (all concurrent); NOT to be followed by a period of supervised release.

___  The defendant shall be fined the sum of $         .

<u>X</u>   The fine shall be waived due to the defendant's inability to pay such a fine.

<u>X</u>   Special assessment of $100 is imposed on each count for a total assessment of    300.00  .

___  The defendant's motion for a downward departure of the Guidelines is hereby:

\_\_\_ Decision entered on the record.

**X** On motion of the AUSA the remaining counts of the Indictment and Second Superseding Indictment are hereby dismissed.

**X** The defendant is advised of his right to appeal.

The defendant **X** remains in custody. \_\_\_remains on bail.
\_\_\_is remanded. \_\_\_shall surrender on \_\_/\_\_/2009.