# SARITA KEDIA
### LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM             TEL: 212.681.0202
                                            FAX: 212.614.0202

June 24, 2009

**BY FACSIMILE & ECF**

Honorable Joanna Seybert
United States District Judge
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY  11722

                *Re:  United States v. Alphonse Persico, et al., 04 CR 0911 (JS)*

Dear Judge Seybert:

      I respectfully write to request that the Court direct the Bureau of Prisons to reevaluate and redesignate the defendant Persico in light of the Court's removal of the non-association restriction previously imposed.  Additionally, we respectfully ask that the Court strongly recommend that Mr. Persico be permitted to serve his sentence at FCI Fairton or another facility in the Northeast Region as close as possible to the New York Metropolitan area in order that Mr. Persico's mother, children and grandchildren may visit him regularly.  Enclosed is a proposed order for the Court's signature.

      Further, we respectfully request that the Court direct the government and/or the Bureau of Prisons to explain why Mr. Persico is still being housed in the Special Housing Unit (SHU) at the MDC Brooklyn where he was transferred on Friday, June 12, 2009, at the Court's direction.  Although the Court directed the government during the June 9, 2009, appearance to inform the Court any reason, including so-called "separation orders," that would make it necessary to keep Mr. Persico in the SHU in light of his lengthy history of incarceration at the MDC, the government to our knowledge has failed to provide any such explanation.

                                         Respectfully yours,
                                         /s/
                                         Sarita Kedia

cc:     Elizabeth Geddes, Esq.
         (By ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-                                                    **ORDER**

                                                             **04 CR 911 (JS)**

ALPHONSE PERSICO,

        *Defendant.*

-------------------------------------------------------------X

    Upon the application of counsel for the defendant ALPHONSE PERSICO, it is hereby

    ORDERED that the Bureau of Prisons reevaluate and redesignate the defendant Alphonse Persico, inmate # 05517-054, in light of the removal of the non-association restriction previously imposed by the Court.

    IT IS FURTHER STRONGLY RECOMMENDED that the defendant Alphonse Persico be permitted to serve his sentence at FCI Fairton or another facility in the Northeast Region as close as possible to the New York Metropolitan area.

Dated:       Central Islip, New York
                 June ___, 2009

                                              Honorable Joanna Seybert
                                              United States District Judge