2821

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------X
UNITED STATES OF AMERICA,      :
                                       04-CR-911
     -against-                 :
                                   United States Courthouse
ALPHONSE T. PERSICO and            Central Islip, New York
JOHN J. DeROSS,                :

          Defendants.          :   November 29, 2007
-------------------------------X   9:30 a.m.


                 TRANSCRIPT OF TRIAL
       BEFORE THE HONORABLE JOANNA SEYBERT
    UNITED STATES DISTRICT COURT JUDGE, and a Jury


APPEARANCES:

For the Government:
                         BENTON J. CAMPBELL
                         UNITED STATES ATTORNEY
                         One Pierrepont Plaza
                         Brooklyn, New York 11201
                         BY:  JOHN BURETTA, ESQ.
                              JEFFREY GOLDBERG, ESQ.
                              DEBORAH MAYER, ESQ.


For the Defense:         SARITA KEDIA, ESQ.
- For Persico            JULIE JONES, ESQ.
                         Five East 22nd Street, Suite 7B
                         New York, New York, 10010


- For DeRoss             LaRUSSO & CONWAY, ESQS.
                         300 Old Country Road, Suite 341
                         Mineola, New York 11501
                         BY:  ROBERT P. LaRUSSO, ESQ.


Official Court Reporter:   Ellen S. Combs, CSR
                           Stephanie Picozzi, OCR, RPR
                           100 Federal Plaza - Suite 1180
                           Central Islip, New York 11722
                           Phone (631) 712-6107
                           Fax (631) 712-6123


       Proceedings recorded by mechanical stenography
            Transcript produced by Computer

2822

1          THE COURT:  Good morning, folks.  Please be

2     seated for a moment.

3              The government is requesting reasonable time

4     limits be set for cross-examination.  I know that I have

5     the authority and certainly the discretion to do so.  I

6     will begin imposing it if this continues.

7              I think there has to be some balance here.  You

8     have a lot of material.  This is a retrial.  You have to

9     focus, both the government and the defense have to focus

10     on presentation.

11              The government insists they have to call

12     Mr. Vitale, that's the choice you have made.  I will

13     insist that there be a fair, balanced cross-examination.

14     So focus and prioritize and we should be able to complete

15     this.  This is the third or fourth individual who is going

16     to be called to describe the structure of the Mafia.

17              MR. BURETTA:  He is being called because he

18     directly spoke to defendant Persico about Billy Cutolo's

19     murder.

20              THE COURT:  Perhaps you can limit his

21     examination.

22              MR. BURETTA:  That's why we will shorten it.  We

23     want to get this done, too.

24              THE COURT:  We will call the jury in.

25              We have Mr. Floridia.  You have a half hour,

Floridia - Cross/LaRusso

2823

1   Mr. LaRusso.

2          MS. KEDIA:  I will hand up to the Court various

3   materials we expect to use during the cross-examination of

4   Mr. Vitale.

5          THE COURT:  It appears we don't have all the

6   jurors, which isn't a surprise considering we haven't

7   started on time the last couple of sessions.  We will

8   bring in who we have and when the others come, we will

9   start the proceeding.

10  **GIOVANNI FLORIDIA**,

11         having been previously duly sworn

12         was examined and testified as follows:

13         THE COURT:  Good morning, folks.  Nice to see

14  you all.  Please be seated.

15         We are ready to resume the cross-examination of

16  Mr. Floridia.

17         Mr. Floridia, you are still under oath, sir.

18  CROSS-EXAMINATION

19  BY MR. LaRUSSO:

20  Q    Morning, Mr. Floridia.  How are you?

21  A    Morning.

22  Q    Do you know a person by the name of Blue?

23  A    Who?

24  Q    Who was your cellmate when you were at the

25  Metropolitan Detention Center?

2824

1    A    Yes, this kid, the Philippino kid Blue.

2    Q    Victor Infante?

3    A    I believe so.  Yes.

4    Q    The man had a tattoo over most of his upper body?

5    A    I don't remember.

6    Q    How long was he your cellmate?

7    A    Since I got into MDC, until I left.

8    Q    That would be May 6th of '04 until September 20th of

9    '04, is that correct?

10   A    Correct.

11   Q    Would you and he stay up late hours of the night

12   talking?

13   A    Yes.

14   Q    Do you remember ever telling Mr. Infante that you

15   believed Mr. DeMartino got caught up in an unsanctioned

16   hit?

17   A    No.

18   Q    Did you ever tell Mr. Infante that the Campanella

19   shooting was a personal thing between Mr. DeMartino and

20   Mr. Campanella?

21   A    No.

22   Q    Did you ever tell Mr. Infante or Blue that you would

23   do anything to get out from underneath the mess that you

24   were in at this point?

25   A    No.

Floridia - Cross/LaRusso

2825

1   Q    Let me ask you:  After the funeral meeting with Mr.

2   DeRoss, which occurred before the disappearance of Mr.

3   Cutolo, how often did you meet with Mr. DeRoss?

4   A    What time frame are you talking about?

5   Q    You said you had a meeting with him at funeral home,

6   is that correct, sometime before Mr. Cutolo disappeared?

7   A    Yes.

8   Q    You have testified that at some point Mr. DeRoss gets

9   arrested, he is placed on house arrest, correct?

10  A    Yes.  I believe so.  I don't know exactly when.

11  Q    That occurred approximately the early part of 2001,

12  is that correct?

13  A    I don't know.  I don't remember.

14  Q    To your best recollection, when did Mr. DeRoss go on

15  house arrest?

16  A    I really don't know when he got arrested or when he

17  went on house arrest.

18  Q    Well, between the time you saw him at the funeral

19  home and the time you learned he went on house arrest, how

20  often did you meet with Mr. DeRoss?

21  A    From the time of the -- I told you, I met him one

22  time and then I seen him at the club.

23  Q    How often?

24  A    Like I testified before, maybe a couple of times that

25  I remember seeing him there.

2826

1    Q    How many times did you meet and talk with him after

2    the meeting at the funeral home?

3    A    After the meeting at the funeral?

4    Q    Yes.

5    A    None.  He didn't want -- he didn't want to talk to

6    me.  He made it obvious he didn't want me to talk to him.

7    Q    Mr. Floridia, I want to make sure you understood my

8    question.

9              MS. MAYER:  Objection.

10             MR. LaRUSSO:  Maybe it's on my part.

11             THE COURT:  Rephrase the question.

12   Q    From the time you met Mr. DeRoss at the funeral home

13   to the time that you learned that he was on house arrest,

14   how many times did you meet or speak with him?

15   A    I don't know, because I don't know when he went on

16   house arrest.  I just don't know that.

17   Q    One time, two times?

18             MS. MAYER:  Objection.

19             THE COURT:  Sustained.

20   Q    Do you have any recollection of any meeting with him

21   after that?

22             MS. MAYER:  Objection.

23             THE COURT:  Sustained.

24   Q    From the time you learned he went on house arrest, be

25   fair to say it had to be in 2001 before the shooting of

2827

1    Mr. Campanella, is that correct?

2              MS. MAYER:  Objection.

3              THE COURT:  Overruled.

4    A    Well, that's when I learned probably that he was on

5    house arrest because he couldn't communicate with Chickie,

6    so that's why we had the messengers in place, so yes,

7    around that time I learned he was under house arrest.

8    Q    Mr. Floridia, before Campanella was shot, you learned

9    Mr. DeRoss was on house arrest?

10   A    Before Mr. Campanella was shot?

11   Q    Yes.

12   A    Yes.

13   Q    From the time that you learned that Mr. DeRoss was on

14   house arrest, when was the next time you spoke to him

15   person to person?

16   A    I didn't speak to him person to person after that.

17   Q    You did, you met him at the Metropolitan Detention

18   Center?

19   A    Well, yes, okay, yes, I'm thinking you are saying

20   when I was on the street.

21   Q    May 6th of '04, sometime after that, when you get

22   incarcerated after your conviction, is that correct?

23   A    Yes.

24   Q    You meet Mr. DeRoss at the Metropolitan Detention

25   Center?

2828

1   A    Yes.

2   Q    Approximately three and a half years between the time

3   you learned he goes on house arrest to the time you see

4   him at Metropolitan Detention Center, you never met or

5   spoke with him, is that correct?

6   A    I spoke to him and met him before then, yeah.

7   Q    From the time that you learned he goes on house

8   arrest, that's in 2001 before July 16th of '01, is that

9   correct?

10  A    Yes.

11  Q    To the time that you get incarcerated, May 6th of

12  '04, did you see or speak to Mr. DeRoss during that

13  period?

14  A    No.

15  Q    That's approximately three and a half years, is that

16  correct?

17  A    Yes.

18  Q    You are at the Metropolitan Detention Center, what

19  was your rank in the Colombo crime family?

20  A    I was an associate.

21  Q    What was Mr. DeRoss?

22  A    Underboss.

23  Q    By the way, at the time you first meet Mr. DeRoss at

24  the Metropolitan Detention Center, you had botched the

25  Campanella shooting at that point, right?

2829

1    A    Well, we got convicted at trial, yes.

2    Q    You botched it, you didn't kill him?

3    A    Yes, he lived, thank God.

4    Q    At the time that you were speaking with Mr. DeRoss at

5    Metropolitan Detention Center, you were the only Colombo

6    member, associate or member of the hierarchy, correct?

7    A    Yes.

8    Q    You had a series of conversations over time while you

9    were at the Metropolitan Detention Center with Mr. DeRoss,

10    is that correct?

11    A    Yes.

12    Q    And that was Colombo to Colombo, correct?

13    A    Correct.

14    Q    You had private conversations with him, correct, you

15    and he alone, correct?

16    A    Yes.

17    Q    During the course of those --

18         THE COURT:  You are nodding your head.  You have

19    to answer verbally.

20         THE WITNESS:  I'm saying yes.  I'm saying

21    correct.

22    Q    During those private conversations is when Mr. DeRoss

23    told you that he was involved in the killing of Mr. Cutolo

24    and the shooting of Mr. Campanella, is that correct?

25    A    Yes.

Floridia - Cross/LaRusso

2830

1   Q    Well, did he ask that the radio be turned up during

2   your conversations?

3   A    No.

4   Q    Did he whisper in your ear about these events?

5   A    Well, we are in prison, so there is no radio to turn

6   up.  Obviously there is no electronic device.

7   Q    No television?

8   A    Not in the rooms, no.

9   Q    What about in the general area?

10  A    We weren't in the general area, we were in his

11  private cell.

12  Q    So you went into a private cell to have these private

13  conversations, is that your testimony?

14  A    In his cell, yes.

15  Q    By the way, it's only your word that these

16  conversations took place, isn't that correct, Mr.

17  Floridia?

18           MS. MAYER:  Objection.

19           THE COURT:  Sustained.

20  Q    Let's talk about Jimmy the General.  What's his name?

21  Do you know his full name?

22  A    I think his name is Generoso.  I really don't

23  remember.

24  Q    Generoso Barbieri, is that correct?

25  A    Yes; that rings a bell.

Floridia - Cross/LaRusso

2831

1   Q    A Bonanno member?

2   A    Yes.

3   Q    He cooperated with the government, didn't he?

4   A    Yes.

5   Q    You told us that you overheard a conversation between

6   Mr. DeRoss and Jimmy the General, is that correct, while

7   you were at the Metropolitan Detention Center?

8   A    I don't remember that; no.

9   Q    Don't you remember telling us you overheard a comment

10  that Mr. DeRoss is telling Jimmy the General you are a kid

11  of steel?  You don't remember that?

12       MS. MAYER:  Objection.

13       THE COURT:  Sustained.

14  Q    Do you remember telling us the other day on direct

15  examination that you were a stand-up guy, remember

16  defining the term, "stand-up guy"?

17  A    Yes.

18  Q    That's a guy who doesn't rat, correct?

19  A    Yes.

20  Q    Do you remember telling us during the course of your

21  testimony that you overheard a comment Mr. DeRoss made to

22  Jimmy the General?

23  A    No.

24  Q    About the kid being a man of steel?

25  A    No, I didn't overhear the conversation.  Jimmy told

Floridia - Cross/LaRusso

2832

1    me that that's what Jackie said.

2    Q    When did this conversation take place in reference to

3    your time at the MDC; was this early on, middle, late?

4    A    I really don't remember.

5    Q    But it's your recollection that Jimmy the General

6    tells you that Mr. DeRoss was vouching for you at this

7    point, isn't that correct?

8              MS. MAYER:  Objection.  Misstates the testimony.

9              THE COURT:  Overruled.

10             That was your testimony?

11   A    Vouching?

12   Q    Vouching for you.

13   A    I was part of the family.  I was just on a mob hit

14   and I went all the way to trial with them, so define

15   vouching.  I'm already in.

16   Q    He was vouching for you as a stand-up guy?

17   A    I'm with him.  He is my underboss.

18   Q    Mr. Floridia, Jimmy the General is telling you that

19   Jackie was saying that you were a stand-up guy, he is a

20   kid of steel, isn't that what he was telling you?

21   A    That's a comment he made, yes.

22   Q    He is vouching for you?  Mr. DeRoss, you are saying,

23   is vouching for you?

24             MS. MAYER:  Objection.  Asked and answered.

25             THE COURT:  Sustained.

Floridia - Cross/LaRusso

2833

1    Q    Mr. Floridia, did Mr. Barbieri, Jimmy the General,

2    say that comment was made by Mr. DeRoss?

3    A    No.

4    Q    Did he tell you that there was some concern in the

5    institution for whether or not you were going to be a rat?

6    A    I don't know.

7    Q    Did you ask Mr. Barbieri:  Why would Jackie say that

8    to you?

9    A    No.

10   Q    Was there a general discussion that Mr. Floridia had

11   just gotten convicted and faced a substantial period of

12   time and he may be a rat?

13   A    Not that I know of.

14   Q    Didn't occur to you to ask him why that was made?

15             MS. MAYER:  Objection.  Asked and answered.

16             THE COURT:  Sustained.

17   Q    Let me ask you:  You were a stand-up guy when you

18   first got in there, right?

19   A    Yes.

20   Q    When did you first consider --

21             MS. MAYER:  Objection.

22   Q    When did you first consider cooperating with the

23   government?

24             MS. MAYER:  Objection.

25             THE COURT:  Sustained.

Floridia - Cross/LaRusso

2834

1   Q    Mr. Floridia, when was the first time that you met

2   with the government?

3   A    The first time I met with them was September 17th.

4   Q    Of 2004?

5   A    2004.

6   Q    Would you agree with me that sometime before

7   September 17, 2004 you had decided that you would like to

8   try and explore cooperation with the United States

9   government, is that correct?

10  A    Yes.  I reached out.  I told my lawyer to reach out.

11         MS. MAYER:  Objection.

12         THE COURT:  Sustained.  Don't continue the

13  answer.

14  Q    If it can be answered with a "yes," Mr. Floridia,

15  that's all I ask for.

16         MS. MAYER:  Objection.

17         THE COURT:  Sustained.

18  Q    At the time you approached the government on

19  September 17th, you were no longer a stand-up guy, were

20  you?

21  A    In my opinion?

22  Q    Yeah.

23  A    I was just reaching out to see if I could talk to the

24  government.

25  Q    You were no longer a stand-up guy?

2835

1   A    Well, at that time, nobody knew I was reaching out,

2   so I didn't know, you know, how this all worked.  That's

3   why I had the conversation with my lawyer.

4   Q    You were no longer a stand-up guy; yes or no?

5   A    Well, nobody knew, so I don't know.  You want me to

6   define it to myself?

7   Q    You were a rat at this point, Mr. Floridia; weren't

8   you?

9   A    I didn't even talk to the government so I mean, no, I

10  don't think so.

11  Q    Mr. Floridia, what's your definition of a stand-up

12  guy?

13  A    Not cooperating.

14  Q    You were in the process of doing just that on

15  September 17th of 2004, weren't you?

16  A    Well, when I went and met with the government and

17  then I sat down and told them, you know, the crimes that I

18  committed, yes, at that point I proffered so, yes.

19  Q    That was right from the beginning, September 17th of

20  2004?

21  A    Well, I went back to MDC, and then the government

22  picked me up on September 20th and the FBI took me out of

23  the facility.

24  Q    Three days --

25  A    I was gone immediately.  It's not like I went back.

2836

1    I didn't even want to go back, because as soon as I

2    started talking to the government, yes, I was a rat and it

3    would have got back to them.  I was in the unit with them,

4    so now I'm fearing for my life, so, yes, I was a rat as

5    soon as I talked to the government.

6    Q    Anything else, Mr. Floridia?

7    A    No.

8    Q    You began your proffer September 17th, is that

9    correct?

10   A    Correct.

11   Q    You are taken out of prison on September 20th.  Where

12   do you go, someplace in New Jersey?

13            MS. MAYER:  Objection.

14            MR. LaRUSSO:  I will withdraw it.

15            THE COURT:  It's withdrawn.

16   Q    You go someplace, it's not an institution, a federal

17   prison or anything like that?

18            MS. MAYER:  Objection.

19            THE COURT:  Sustained.

20   Q    How long do you meet with the government officials

21   after you are taken out of the MDC?

22   A    Well, after I'm taken out of MDC, I stopped

23   proffering with the U.S. Attorneys and the FBI agents and

24   I start basically -- they start debriefing me on all the

25   crimes that I committed, with myself and with others and

2837

1    this happened over, you know, many, many meetings.

2    Q    You had a number of proffers, is that correct?

3    A    Yes.

4    Q    Tell us what a proffer is, as you understood it.

5    A    Well, I was getting debriefed basically, I was giving

6    them -- I was telling them all the crimes I ever committed

7    in my life and who I committed them with.

8    Q    Isn't it a fact that a proffer agreement, as you

9    understood it, was to give the government information so

10   that they can evaluate it and, quote, to see what the

11   government was going to do with the information?

12   A    Yes.

13   Q    Do you remember testifying to that in a prior

14   proceeding?

15          MS. MAYER:  Objection.

16          THE COURT:  It's sustained.

17   Q    So your understanding of a proffer is you provide

18   information to the government and they see what they can

19   do with it, is that right?

20          MS. MAYER:  Objection.  Asked and answered.

21   Q    What did you mean when you said what the government

22   can do with it?

23   A    Well, at the first meeting --

24   Q    I'm talking all the proffers Mr. Floridia, your

25   understanding of a proffer agreement in light of your

Floridia - Cross/LaRusso

2838

1  testimony, what does it mean to you when you say I provide

2  information to the government to see what the government

3  is going to do with it, what did that mean to you?

4  A    That meant I told them what I was involved in and

5  then they took the information and they didn't tell me

6  anything.  They said okay, we got your information, then

7  they decide if they are going to use it or not use it.

8  Q    For what?

9         MS. MAYER:  Objection.

10        THE COURT:  Sustained.

11 Q    Your understanding, Mr. Floridia, about proffer

12 agreement is that when you provide it, they use it to

13 either arrest or indict individuals, is that correct?

14        MS. MAYER:  Objection, Judge.

15        THE COURT:  Sustained.

16 Q    At the time that you were proffering, Mr. DeMartino

17 had been convicted, is that correct?

18 A    Yes.

19 Q    Mr. DeRoss had not been charged with these crimes you

20 are testifying to?

21        MS. MAYER:  Objection.

22        THE COURT:  Overruled.  You can answer it.

23 A    Which crimes?  Can you repeat that?

24 Q    The shooting of Mr. Campanella or the disappearance

25 of Mr. Cutolo.

Floridia - Cross/LaRusso

2839

1   A    No.

2   Q    Or Michael Spats or Carmine DeRoss, is that correct?

3          MS. MAYER:  Objection.

4          THE COURT:  Sustained.

5   Q    Mr. Floridia, during the course of your trial, do you

6   recall what evidence was presented regarding Michael Spats

7   and Carmine DeRoss being messengers, do you remember the

8   evidence that the government presented?

9   A    No.

10  Q    Would it refresh your recollection if the only

11  evidence they had regarding or --

12         MS. MAYER:  Objection.

13         THE COURT:  Objection is sustained.

14  Q    Mr. Floridia, did you learn during your trial that

15  the government was seeking to indict Mr. DeRoss for the

16  disappearance of Mr. Cutolo?

17         MS. MAYER:  Objection.  Asked and answered

18  yesterday, Judge.

19         THE COURT:  One more time, you can answer it.

20  A    No.

21         MR. LaRUSSO:  May I approach?

22         THE COURT:  Yes.

23         MS. MAYER:  Judge, may we approach?

24         THE COURT:  Come on up.

25         (Continued on the next page.)

**Sidebar**

2840

1          (Sidebar.)

2          MR. LaRUSSO:  So you know where I'm heading, I'm

3     trying to establish what his knowledge was before he began

4     his proffer session.  That's all I'm trying to do.  I know

5     the Court told me I'm not supposed to use the summations

6     or openings, but this happened during the redirect

7     examination, Mr. Floridia was in court and he hears this.

8          This, by the way, was so significant it became

9     the subject of a newspaper article, it was a very critical

10    part of the case.

11         MS. MAYER:  Yesterday, the Court ruled, I don't

12    have the transcript, my understanding of the court's

13    ruling at sidebar yesterday on the topic of the previous

14    ruling was Mr. LaRusso could ask the question to see if he

15    remembered, because the only relevance of it is if the

16    witness recalls it.  Because if he doesn't recall it, it

17    doesn't matter whether or not it was said, because it

18    didn't factor into what he provided to the government.

19         So if his answer is I don't remember hearing it,

20    then he can't argue, refreshing him on it now doesn't

21    help.  The question is does he remember.  If he doesn't

22    remember, it didn't factor into whether or not he was

23    parroting back what the government said.

24         So the Court ruled yesterday that they couldn't

25    do anything, they would be stuck with his answer.  He has

Sidebar

2841

1  asked the question, the answer is I don't remember that at

2  my trial, and that's the answer.  It's unlike refreshing

3  on other things because the relevance of it is not whether

4  or not it happened, it's whether or not he heard it or it

5  affected --

6          MR. LaRUSSO:  If he doesn't remember -- Judge,

7  he is lying.

8          THE COURT:  Mr. LaRusso, let's not get personal

9  opinions here.

10          MR. LaRUSSO:  My personal belief is not

11  relevant.  What happened, Judge, at the trial this came

12  out, he was sitting there, I can show him this to ask does

13  this refresh your recollection.

14          THE COURT:  Ask him if he recalls hearing this.

15          MS. MAYER:  He already asked that question.  He

16  is stuck with that answer.

17          The other thing is that the Court was explicitly

18  clear that the two topics he was allowed to go into, the

19  jailhouse statements and cooperation, and now he is trying

20  to read it in because he hasn't gotten it in three times.

21  The Court has to put limitations.

22          THE COURT:  Finish your objection.

23          You said the reason why you need it.  I made the

24  ruling yesterday.  The answer is he doesn't recall.

25  That's the end of it.  That's my ruling.

**Sidebar**

2842

1      MR. LaRUSSO:  I'm asking for an opportunity to

2   refresh his recollection.

3      MS. MAYER:  You said yesterday not on this

4   topic.  The only relevance is whether or not he heard it.

5   It's not a matter of refreshing.  Your argument is he

6   heard it and therefore there is no point in refreshing.

7   They want to know if he knew it.  If he didn't know it, he

8   couldn't have tailored his answer.

9      MR. LaRUSSO:  If I show him this, maybe he will

10   remember it.  That's the purpose of showing.

11      THE COURT:  The purpose on this particular issue

12   is to see if he remembers hearing it.  If he remembered

13   hearing it, then you can bring out the fact that he

14   altered his testimony as a result of hearing the witness'

15   testimony in -- is it Mr. Campanella?

16      MR. LaRUSSO:  Yes, it was.

17      MS. MAYER:  He said he didn't.  I ask to move

18   on.

19      THE COURT:  Please move on.  I do not want you

20   to use it.

21      MR. LaRUSSO:  For the record, how much more time

22   do I have, because I'm using the half hour to go into some

23   other things because I curtailed my testimony.

24      THE COURT:  You have 15 minutes more.

25      (Sidebar concluded.)

Sidebar

2843

1              (Continued on the next page.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Floridia - Cross/LaRusso

2844

1          (In open court.)

2          THE COURT:  The objection is sustained.

3    BY MR. LaRUSSO:

4    Q    Mr. Floridia, I'm going to show you what has been

5    received, I believe, as 3500 GF 1, your cooperation

6    agreement.  I'm going to turn to page 3.

7          Can you make out the portion marked 5B, do you

8    see that?

9    A    Yes.

10   Q    The defendant agrees to furnish to the office all

11   documents and other material that may be relevant to the

12   investigation.

13         We talked about that yesterday, correct?

14   A    Yes.

15   Q    And that there are -- turning to the next page at the

16   top, the defendant's possession or control.  Second part,

17   and to participate in undercover activities pursuant to

18   the specific instructions of law enforcement agents or

19   this office, do you see that?

20   A    Yes.

21   Q    Did you participate in any undercover operations?

22   A    No.

23   Q    Did you wear any tape recordings to record any

24   conversations with anybody?

25   A    Never.

Floridia - Cross/LaRusso

2845

1  Q    So it's just your opinion?

2           MS. MAYER:  Objection.

3           THE COURT:  The objection is sustained.

4  Q    I'm going to turn to the same page, a little bit

5  farther down paragraph F.  I will read a portion quickly:

6           The defendant agrees, and follow me if I make a

7  mistake, please -- the defendant agrees to cooperate fully

8  with the Internal Revenue Service in the ascertainment

9  computation and payment of his correct federal income tax

10  liability for the years 1996 to and including 2003.  To

11  that end, the defendant will file amended tax returns for

12  the years 1996 to and including 2003, one month before his

13  sentence, and consents to the disclosure to the Internal

14  Revenue Service of information relating to his financial

15  affairs that is in the possession of third parties.

16           Did I read that correctly?

17  A    Yes.

18  Q    What have you done to comply with that term of the

19  agreement?

20  A    Well, nothing yet, because we haven't reached that

21  level yet.

22  Q    When you say nothing yet, you signed the agreement

23  back in November of 2004, is that correct?

24  A    Yes.

25  Q    So from November of 2004 to the time you are

2846

1   testifying, you made absolutely no efforts to comply with

2   this, is that correct?

3   A    Well, no, not yet, no.

4   Q    Isn't it your belief and hope that you don't have to

5   pay a penny; is that correct, Mr. Floridia?

6   A    Well, no, by me cooperating --

7   Q    Yes or no?

8   A    I have to pay.  I owe them money.

9   Q    It's your understanding you are going to pay money to

10  them, is that correct?

11  A    Yes.

12  Q    Approximately how much in your mind do you think you

13  will have to pay?

14  A    I don't know, but I will have to give them -- I have

15  to sit down and actually give them estimates on how much

16  money I made.

17  Q    Well, what's your best estimate?

18  A    I can't give you off of my head, but it's going to be

19  a large amount of money, yes, it's going to be a large

20  amount.

21  Q    By the way, does this agreement also include dealing

22  with the New York State tax authorities?

23       MS. MAYER:  Objection.

24       THE COURT:  Sustained.

25  Q    Well, you filed New York State tax returns, didn't

Floridia - Cross/LaRusso

2847

1    you?

2             MS. MAYER:  Objection.

3             THE COURT:  Overruled.  Did you file New York

4    State returns?

5             THE WITNESS:  I believe so, with my accountant.

6    I don't remember ever doing it personally, no.

7    Q    Would it be fair to say, Mr. Floridia, if you filed

8    tax returns from '96 to 2003 with the IRS, you filed them

9    with New York State, correct?

10   A    I would think so.

11   Q    And you lied in those returns, too?

12   A    I think I lied on all my taxes.

13   Q    So you have a liability to the State of New York and

14   the City of New York, is that correct?

15   A    Correct.

16   Q    Do you intend to take care of that, too, or is the

17   government covering you for that one?

18            MS. MAYER:  Objection.

19            THE COURT:  Sustained.

20   Q    By the way, the agreement doesn't cover you for tax

21   fraud, does it?

22   A    Tax fraud?  I don't know.

23   Q    Let me ask you this:  You assume, your understanding

24   is it does, even if it's not written?

25            MS. MAYER:  Objection.

2848

1    THE COURT:  Overruled.  Is that your

2  understanding?

3    THE WITNESS:  Well, I think by me telling them

4  that I didn't pay my taxes and it's in my cooperation

5  agreement, I believe that I got coverage for that, because

6  I admitted to them, they never arrested me for, you know,

7  tax evasion, I gave that to them.

8  Q    Okay.

9    Did you ever hear of a company called ACI

10  located at 950 Third Avenue, 20th floor, New York, New

11  York.

12  A    I'm not familiar with that, no.

13  Q    Do you know where that address is in New York?

14  A    No, I'm not familiar with that.

15  Q    By the way, just time frame, when did you and Nory, I

16  believe the last name is Markey, and Rob Delloso, that

17  chiropractor, the doctor, just time, do you remember

18  exactly when?

19  A    I think it could have been in 2001, it was in 2001.

20  Q    How long prior to the shooting of Mr. Campanella, to

21  your recollection?

22  A    I don't know, but it was before Joe's shooting and

23  after January.

24  Q    I'm going to show you what is in evidence as

25  Government Exhibit 92.  Do you see this number,

Floridia - Cross/LaRusso

2849

1    9177346468?

2    A    Yes.

3    Q    Next to Vinny number 5?

4    A    Yes.

5    Q    Who is that?

6    A    If I remember correctly, that's Chickie's other

7    phone, his cell phone.

8    Q    When you say the other cell phone, is this a cell

9    phone that he had before the one that we have been -- you

10   have been talking about, the Chick 30 phone?

11   A    I believe so.

12   Q    Well, was this in somebody else's name, other than a

13   family member?

14   A    Which one?

15   Q    The Vinny 5.

16   A    No, I remember the number, so I think that that was

17   Chickie's number.

18   Q    My question is:   Do you remember whether that was in

19   somebody else's name, other than a family member of

20   Mr. DeMartino?

21   A    Oh, no, I don't.

22   Q    It was a track phone, a prepaid phone?

23   A    I don't know what kind of phone that was.

24   Q    Mr. Floridia, you testified about comments

25   Mr. DeMartino made, immediately after the shooting of Mr.

Floridia - Cross/LaRusso

2850

1    Campanella, gets on the phone and says:   Hey, Mike, we

2    missed.   There are more words, but I'm focusing you on

3    just those words.

4    A    Yes.

5    Q    Did you ever hear during the trial any testimony in

6    regards to that, your trial, your trial, any testimony

7    come out or any comments being made that you heard?

8              MS. MAYER:  Objection.

9    Q    Regarding just that, that when Mr. DeMartino was

10   making that call, when those calls were made, he was

11   saying to somebody:   Tell them we missed?  Did you hear

12   that at all during the course of your trial?

13   A    No.

14   Q    Any recollection of that?

15   A    No, I don't remember.  No.

16   Q    It's fair to say that --

17             MS. MAYER:  Objection.

18             THE COURT:  Sustained.

19   Q    The only person other than Mr. DeMartino that heard

20   those words were you, correct?

21   A    I was there.  Yeah.

22   Q    We know there was nobody else in the car, correct?

23   A    Yes.

24   Q    And we also know that radio goes up, is it up at the

25   time he was making those comments?

Floridia - Cross/LaRusso

2851

1   A    No, I don't think so.  No.

2   Q    To your best recollection, there is no taped

3   conversation?

4   A    No.

5   Q    On July 16th, the day Mr. Campanella was shot,

6   Mr. DeMartino gets in the car with the 38, remember that?

7   A    Yes.

8   Q    And he tells you Jackie gave me the gun to shoot

9   Campanella?

10             MS. MAYER:  Objection, Judge.  Asked and

11   answered.

12             THE COURT:  Your objection is sustained.

13   Q    By the way, has the government given you any money,

14   either for subsistence or your commissary?

15   A    Yes.

16   Q    Approximately how much, to your understanding, at

17   this point has the government given to you?

18   A    I don't know the exact number.

19   Q    Approximately?

20   A    Maybe 10,000.

21   Q    What is your understanding that money was used for?

22   A    That's so I could live in jail.

23   Q    One more, if I can, on Government Exhibit 92.  Do you

24   see the name Rambo 17?

25   A    Yes.

2852

1  Q    9173765547, do you know who that is?

2  A    I don't remember, no.

3  Q    Did you ever hear a person associated with the union

4  by the name of Rambo, I believe his first name might be

5  Ramadan Ubrick?

6  A    Could be, yes.

7  Q    Who was that?

8  A    He used to be, if I remember correctly -- if that's

9  who you are talking about, I think he was a business agent

10  in the local.

11  Q    You were in touch with somebody from the local that

12  you were working for in the carpenter's union, is that

13  correct?

14  A    He was in my union hall, so he was a delegate of

15  Local 926.

16        MR. LaRUSSO:  No further questions.

17        THE COURT:  Thank you.  Any redirect?

18        MS. MAYER:  No, Judge.

19        THE COURT:  Therefore, we will take a

20  five-minute break and bring in the next witness.

21        Thank you.  I really mean five minutes, short.

22        (The jury leaves the courtroom.)

23        MS. KEDIA:  May I place something on the record

24  with respect to Mr. Vitale?  It will take one minute.

25        THE COURT:  Okay.  I will give you one minute.

Floridia - Cross/LaRusso

2853

1          MS. KEDIA:  I understand that in prior trials

2     there have been various 302s that have been turned over by

3     the government as Brady material with respect to this

4     witness.  My understanding is that they are 302s created

5     when the agents had discussions with this witness, and

6     then these 302s have handwriting on them by Joseph

7     Massino, who was the boss of the Bonanno family at the

8     time this witness was the underboss, who then became a

9     cooperating witness, which state apparently on various

10    occasions that the witness was inaccurate or lied or

11    whatever he did in making various statements to the

12    agents.

13          I have had the discussion with Mr. Buretta.  He

14    tells me that whatever these 302s are, he doesn't believe

15    that he is required to turn them over in this case, but I

16    wanted to make clear I have made the specific request for

17    these 302s.

18          THE COURT:  All right.

19          You have your intervening witness?

20          MR. BURETTA:  Yes.  He is outside.

21          THE COURT:  Bring him in.

22          How long do you think this witness will take?

23          MR. BURETTA:  Very brief.

24          (A recess was taken.)

25          (The jury enters the courtroom.)

Walsh - Direct/Goldberg

2854

1        MR. GOLDBERG:  The government calls Special

2   Agent Kathleen Walsh.

3   **KATHLEEN WALSH**,

4        having been first duly sworn was

5        examined and testified as follows:

6        THE CLERK:  Have a seat.  Please state and spell

7   your name for the record.

8        THE WITNESS:  Kathleen Walsh, K.A.T.H.L.E.E.N.,

9   W.A.L.S.H.

10  DIRECT EXAMINATION

11  BY MR. GOLDBERG:

12  Q    Good morning.

13  A    Good morning.

14  Q    Where do you work?

15  A    I work for the FBI.

16  Q    How long have you worked for the FBI?

17  A    For 20 years.

18  Q    I would like to direct your attention to 1996.  Where

19  were you working in 1996?

20  A    I was in the New York division.

21  Q    In what capacity?

22  A    I was a Special Agent assigned to the special

23  operations group as a member of a surveillance team.

24  Q    Directing your attention to October 1996 and

25  specifically October 4, 1996, were you working that day?

Walsh - Direct/Goldberg

2855

1   A    Yes, I was.

2   Q    What were you assigned to do that day?

3   A    We were assigned to conduct surveillance of Anthony

4   Graziano.

5   Q    Let me direct your attention to about 3:45 p.m. that

6   day, where were you at that time?

7   A    We were currently keeping an eye on his residence in

8   Staten Island.

9   Q    Do you recall his residence?

10  A    Yes, 40 Arbutus Way.

11  Q    Around that time, did you see Anthony Graziano?

12  A    Yes, we did.

13  Q    Did there come a time when he left?

14  A    Yes, he left shortly after that.

15  Q    Did he leave by foot or by car?

16  A    By car, in a black Mercedes.

17  Q    What happened with the black Mercedes?

18  A    The black Mercedes departed the residence.  He was a

19  passenger in the vehicle with two other individuals.

20  Q    Prior to the Mercedes departing the residence, was

21  that Mercedes there before or did it just arrive?

22  A    It arrived a few minutes prior to that.

23  Q    Were you able to see who the two people were in the

24  Mercedes?

25  A    Not at the time.

Walsh - Direct/Goldberg

2856

1   Q    You were not able to identify them at the time?

2   A    No, we weren't.

3   Q    Have you since been able to identify any of the

4   individuals who were in the Mercedes besides Anthony

5   Graziano?

6   A    Yes, one of them, later identified as William Cutolo.

7   Q    Now, when the black Mercedes left the Graziano

8   residence with Anthony Graziano, William Cutolo and a

9   third person you could not identify, did you follow them?

10  A    Yes, we did.

11  Q    Where did they go?

12  A    They went to a parking lot near the Staten Island

13  University Hospital.

14  Q    Approximately what time did they arrive?

15  A    I believe it was approximately 3:56 p.m.

16  Q    What happened when they arrived?

17  A    When they got to the parking lot, Mr. Graziano and

18  Mr. Cutolo exited the vehicle and were met with another

19  individual nearby.

20  Q    At the time you were observing this, were you able to

21  identify the person that Anthony Graziano and William

22  Cutolo were meeting with?

23  A    No, we did not.

24  Q    Have you since been able to identify that person?

25  A    Yes, we did.

Walsh - Direct/Goldberg

2857

1    Q    Who was that person?

2    A    John DeRoss.

3    Q    Do you see John DeRoss in the courtroom?

4    A    Yes, I do.

5    Q    Can you tell us what he is wearing?

6    A    A gray and black sweater.

7         MR. GOLDBERG:  Identifying the defendant John

8    DeRoss.

9         THE COURT:  The record will reflect that.

10   Q    When Anthony Graziano, William Cutolo and John DeRoss

11   were meeting, what did you observe?

12   A    They were meeting for several minutes.  At some

13   point, a few minutes later, Mr. Graziano appeared to make

14   some phone calls, and then several minutes after that Mr.

15   DeRoss walked over to a light blue vehicle, retrieved a

16   white envelope from the vehicle and returned back to Mr.

17   Graziano and Mr. Cutolo.

18   Q    Did Mr. DeRoss appear to do anything with the

19   envelope?

20   A    When he walked back to meet with them, he removed

21   some papers from the envelope, showed the papers to the

22   two of them and they continued their conversation.

23   Q    For how long did this meeting take place?

24   A    Total, it was almost a half hour.

25   Q    During that half hour, did the third person in the

Walsh - Direct/Goldberg

2858

1  Mercedes, the person you were unable to identify, ever get

2  out of the vehicle?

3  A    No.

4  Q    Then what happened?

5  A    When the meeting was over, it was probably about 4:24

6  p.m., Mr. Graziano and Mr. Cutolo reentered the Mercedes

7  and departed the area with the unknown driver, and Mr.

8  DeRoss got into the blue vehicle and departed as well.

9  Q    Did you follow either the Mercedes or the blue car

10  that Mr. DeRoss departed in?

11  A    We followed the black Mercedes.

12  Q    Where did it go?

13  A    It went back to Mr. Graziano's residence.

14  Q    Did the Mercedes stay there?

15  A    No, it left about ten minutes later.

16  Q    Were you able to see Mr. Graziano in the car at that

17  point?

18  A    No, he wasn't in the car that we could observe.  We

19  saw Mr. Cutolo and the unknown driver.

20  Q    Did you follow the Mercedes or did you stay at the

21  Graziano residence?

22  A    We stayed at the Graziano because we believed Mr.

23  Graziano was still at home.

24  Q    Did there come a time later you terminated your

25  surveillance?

Walsh - Direct/Goldberg

2859

1    A    Yes, we did.

2    Q    Did you take any photos that day?

3    A    Yes.

4         MR. GOLDBERG:  May I approach, your Honor?

5         THE COURT:  Yes.

6    Q    I'm showing you what's been marked as Government's

7    Exhibits 9A, 9B which is a blowup of 9A, and 9C.  Do you

8    recognize these items?

9    A    Yes, I do.

10   Q    Are these photos that you took that day?

11   A    Yes, they are.

12   Q    Photos of the meeting you were describing a moment

13   ago?

14   A    Yes.

15   Q    Are they fair and accurate depictions of what you

16   saw?

17   A    Yes, they are.

18   Q    A couple of the items in 9A and 9B have some name

19   labels on them?

20   A    Yes.

21   Q    Are those fair and accurate attributions?

22   A    Yes, they are.

23        MR. GOLDBERG:  We offer 9A, 9B and 9C, your

24   Honor.

25        MR. LaRUSSO:  No objection, your Honor.

Walsh - Cross/LaRusso

2860

1   THE COURT:  Received in evidence.

2       (Government Exhibits 9A, 9B and 9C received in

3   evidence.)

4   Q    Let me just show you on the overhead projector

5   Government Exhibit 9A.

6       MR. GOLDBERG:  Your Honor, I'm going to pass

7   them out in a moment to the jury.

8   Q    One quick question about this picture.  Do you see in

9   the lower right-hand corner of 9A what appears to be a

10  girl walking by?

11  A    Yes, I do.

12  Q    Was she part of that meeting or was she in a

13  different distance?

14  A    She was definitely not a part of the meeting.  She

15  was several feet away, probably 10, 15 yards away.  She

16  was more in the foreground of my photo.

17      MR. GOLDBERG:  Your Honor, I would like to pass

18  out 9A and 9C, and I have no further questions.

19      THE COURT:  All right.

20      Cross-examination.

21      MR. LaRUSSO:  Just a few.

22  CROSS-EXAMINATION

23  BY MR. LaRUSSO:

24  Q    Good morning.  By the way, you were unable to over

25  hear any of the conversation that was taking place, is

Walsh - Cross/Kedia

2861

1    that correct?

2    A    No, I was not.

3    Q    Those papers, again, you have never had a chance to

4    view those papers that they were looking at in those

5    photographs?

6    A    No.

7    Q    During the time that you were conducting the

8    surveillance, did you see Mr. DeRoss or anyone commit any

9    crime?

10   A    No.

11          MR. LaRUSSO:  No further questions.

12   CROSS-EXAMINATION

13   BY MS. KEDIA:

14   Q    Ms. Walsh, did you have an understanding as to who

15   William Cutolo was when you saw him that day?

16          MR. GOLDBERG:  Objection.

17          THE COURT:  Sustained.

18   Q    Mr. DeRoss, did you expect to see him that day that

19   you were conducting the surveillance?

20   A    No, I didn't even know who he was at the time.

21   Q    What about Mr. Cutolo, did you expect to see him that

22   day?

23   A    No.

24   Q    Did you also not know who he was at the time?

25          MR. GOLDBERG:  Objection.

Walsh - Cross/Kedia

2862

1         THE COURT:  Sustained.

2    Q    Did you see Mr. Persico anywhere in the vicinity on

3    that day that you conducted the surveillance?

4    A    No.

5    Q    Do you know where Mr. Persico was on that day?

6         MR. GOLDBERG:  Objection.

7         THE COURT:  Sustained.

8         MS. KEDIA:  I have nothing further.

9         MR. GOLDBERG:  Nothing.

10        THE COURT:  No redirect.  You can step down.

11        We will take our mid-morning break at this

12   point.  I will see you hopefully at a quarter of.

13        (The jury leaves the courtroom.)

14        THE COURT:  Mr. Buretta, would you be good

15   enough to check and see when the witness will be arriving?

16   I was told 11:15.

17        Have you heard anything as to the witness'

18   arrival?

19        MS. MAYER:  No.  I know the Marshals were trying

20   to find out about the next witness.

21        THE COURT:  Okay.

22        MS. MAYER:  He stepped out to try and call

23   again.

24        (A recess was taken.)

25        (The jury enters the courtroom.)

Vitale - Direct/Buretta

2863

1    MR. BURETTA:  The government calls Salvatore

2    Vitale.

3    **SALVATORE VITALE**,

4         having been first duly sworn was

5         examined and testified as follows:

6         THE CLERK:  State and spell your name for the

7    record.

8         THE WITNESS:  Vitale, Salvatore, V-I-T-A-L-E.

9    DIRECT EXAMINATION

10   BY MR. BURETTA:

11   Q    Good morning, Mr. Vitale.

12   A    Morning.

13   Q    Sir, did you participate in Italian organized crime?

14   A    I did.

15   Q    Which family?

16   A    Bonanno family.

17   Q    Tell the jury approximately how many years you were a

18   part of the Bonanno organized crime family.

19   A    About 30 years.

20   Q    What was the highest position, sir, that you held in

21   the Bonanno family?

22   A    Official underboss.

23   Q    I'm going to put on the screen what's in evidence as

24   Government Exhibit 2-F.  Do you recognize that person?

25   A    I do.

Vitale - Direct/Buretta

2864

1   Q    Who is that?

2   A    Wild Bill.

3   Q    What family was he in?

4   A    Colombos.

5   Q    What was the highest position he held in the Colombo

6   crime family?

7   A    I believe I met him as a captain.

8   Q    Did you ever meet him in person?

9   A    Yes, I did.

10  Q    Did he have any distinguishing physical

11  characteristics?

12  A    I believe he was missing his right index finger.

13  Q    How did you know that?

14  A    When he shook your hand, you could feel it press into

15  your hand, and when you looked down, you see the finger

16  missing.

17  Q    After you knew Wild Bill as a captain, did you know

18  him to have any other position in the Colombo crime

19  family?

20       MS. KEDIA:  Objection to the leading, your

21  Honor.

22       THE COURT:  Overruled.

23  A    I heard he was an underboss.

24  Q    At some point you learned Wild Bill was gone?

25  A    Sorry?

Vitale - Direct/Buretta

2865

```
 1    Q    At some point did you learn Wild Bill was gone?

 2    A    Yes.

 3    Q    After you learned Wild Bill was gone, did you meet

 4    with anyone in the Colombo crime family?

 5    A    After I learned he was gone?

 6    Q    Yes.

 7    A    Yes.

 8    Q    Who did you meet with in the Colombo crime family?

 9    A    Allie Boy Persico.

10    Q    Is here today?

11    A    Yes.

12    Q    Point him out, describe what he is wearing.

13    A    The gentleman right here with the glasses, gray hair,

14    gray sweater.

15              MR. BURETTA:  Let the record reflect Mr. Vitale

16    identified defendant Persico.

17              THE COURT:  Yes.

18    Q    When you met Allie Boy, what year was it?

19    A    '99.

20    Q    Did you learn Allie Boy's rank in 1999?

21    A    I did.

22    Q    What rank?

23    A    Acting captain -- I mean acting boss.

24    Q    Did you talk to Allie Boy about Wild Bill being gone?

25    A    No.
```

Vitale - Direct/Buretta

2866

1   Q    Did you talk about Wild Bill at all?

2   A    He did.

3   Q    What did Allie Boy say?

4   A    He said that a person can't take what's not his,

5   leading me and Mr. Massino to believe that that's why they

6   killed him.

7   Q    When Allie Boy told you he can't take what's not his,

8   who did you understand Allie Boy to be referring to?

9   A    Wild Bill.

10  Q    Was Wild Bill at the meeting?

11  A    No.

12  Q    Was he supposed to be?

13  A    That would have been protocol.

14  Q    When Allie Boy said to you he can't take what's not

15  his, what was Allie Boy's demeanor?

16  A    Matter-of-factly.

17  Q    Was it your understanding from that comment by Allie

18  Boy that he can't take what's not his?

19            MR. LaRUSSO:  Your Honor.

20            MS. KEDIA:  Objection.  That's not what the

21  witness stated.

22            THE COURT:  Don't do that.

23  Q    What did Allie Boy say to you?

24            MS. KEDIA:  Objection, your Honor.  Asked and

25  answered.

Vitale - Direct/Buretta

2867

1    THE COURT:  Overruled.

2   Q    What did he say to you about Wild Bill?

3   A    He said he can't take what's not his.

4   Q    Did that have a meaning to you regarding the Colombo

5   organized crime family?

6   A    Yes.

7   Q    Was there a history behind that that you were aware

8   of?

9   A    With our family?

10  Q    With the Colombo family.

11  A    Yes.

12  Q    What was the history?

13  A    They were at war with each other for a period of

14  time.  Other people tried to take the family or to rob the

15  family and that started a war.

16  Q    When Allie Boy said to you "he can't take what's not

17  his," what did you understand "take" to mean?

18  A    Take the family.

19  Q    Which family?

20  A    The Colombo family.

21  Q    When Allie Boy said to you --

22          MS. KEDIA:  Objection, your Honor.  May we

23  approach?

24          THE COURT:  Come on up for a moment.

25          (Continued on the next page.)

**Sidebar**

2868

1          (Sidebar.)

2          THE COURT:  Yes.

3          MS. KEDIA:  First, the witness first testified

4     that what Mr. Persico said to him is a person can't take

5     what is not his, not "he can't take what is not his,"

6     Mr. Buretta put words in his mouth and then he changed it.

7     Then Mr. Buretta keeps repeating these words that he has

8     now put into the witness' mouth in every question that is

9     completely inappropriate.

10         MR. BURETTA:  I'm asking the witness to say what

11    he said.  He said what he said.  I'm asking him to

12    interpret the words used.

13         MS. KEDIA:  He already asked that question over

14    and over again.

15         MR. BURETTA:  I have broken down what did "take"

16    mean.  I haven't repeated anything at all.

17         THE COURT:  You are breaking it down now.

18         MR. BURETTA:  I'm almost done with this.

19         THE COURT:  I will overrule the objection.

20    Please, there aren't that many words in the phrase.

21         MR. BURETTA:  I agree.

22         MS. KEDIA:  Thank you.

23         (Sidebar concluded.)

24         (Continued on the next page.)

25

Vitale - Direct/Buretta

2869

```
 1              (In open court.)

 2              THE COURT:  The objection is overruled.

 3   BY MR. BURETTA:

 4   Q    When Allie Boy said to you "he can't take what's not

 5   his," did you believe Wild Bill was alive?

 6   A    No, I believed Wild Bill was dead.

 7   Q    Sir, what neighborhood did you grow up in?

 8   A    Brooklyn.

 9   Q    What part?

10   A    Flatbush part.

11   Q    Are you married?

12   A    Yes.

13   Q    Do you have children?

14   A    Yes.

15   Q    How far did you go in school?

16   A    First year of college.

17   Q    Did you serve in the military?

18   A    Yes.

19   Q    What branch?

20   A    Army, paratroopers.

21   Q    What years?

22   A    '66 to '68.

23   Q    How were you discharged from the army?

24   A    Honorably.

25   Q    After you left the Army, what did you do?
```

Vitale - Direct/Buretta

2870

1    A    Went to work.

2    Q    Doing what?

3    A    I worked for UPS.  I worked for Hammerly Instrument

4    and Tool Company.  I was a narcotic correction officer for

5    the State of New York.  I worked for UPS.  I had my own

6    businesses.

7    Q    What kind of businesses?

8    A    Catering.

9    Q    Who were you involved in catering with?

10   A    Joseph Massino.

11   Q    Tell the jury who Joseph Massino was to you at the

12   time you got involved in catering.

13   A    My brother-in-law.

14   Q    At some point did you find out Joe Massino was

15   something more than your brother-in-law?

16   A    Yes.

17   Q    What was he?

18   A    He was an associate of the Bonanno family.

19   Q    At some point, did you go "on record" with your

20   brother-in-law Joe Massino?

21   A    Yes.

22   Q    Approximately when was that?

23   A    1971-'72.

24   Q    When you went on record with Joe Massino, did you

25   have a discussion with him about what that meant?

Vitale - Direct/Buretta

2871

1    A    Yes.

2    Q    What was discussed?  Tell the jury.

3    A    To be put "on record" means anything you do from this

4    point on you should tell him about, run it by him, make

5    him aware of it.

6    Q    What, if any, discussion at that point did you have

7    with Joe Massino about who his boss was?

8    A    Told me his boss was Phil Rastelli.

9    Q    Did you later learn who Phil Rastelli was?

10   A    Yes.

11   Q    Who?

12   A    The boss of the Bonanno family.

13   Q    When you learned Phil Rastelli was the boss of the

14   Bonanno family, what, if any, position did you have in the

15   Bonanno family?

16   A    I was an associate.

17   Q    Did you commit crimes as an associate?

18   A    Yes.

19   Q    Describe for the jury what some of those crimes were

20   when you were an associate.

21   A    Mostly breaking and entry or moving swag, moving

22   stolen goods.

23   Q    Did you commit other crimes as an associate?

24   A    Committed murder as an associate.

25   Q    Was there any rule at the time you were an associate

2872

1    about associates not participating in murder?

2    A    No.

3    Q    At some point did you become a member of the Bonanno

4    crime family?

5    A    Yes.

6    Q    Approximately when?

7    A    Mid '80s.

8    Q    Tell the jury how you were inducted into the Bonanno

9    crime family.

10   A    An individual, Mr. Massino, inducted my name.  They

11   passed a list around to the other four families.  I was

12   approved and they straighten you out.

13   Q    Did you have a ceremony?

14   A    Yes.

15   Q    Describe it.

16   A    When you went to the room -- they actually wait in

17   another area.  When you come into the room, they ask you

18   if you want to be a member of the organized crime family.

19   You have a right to leave.  If you leave, there is no hard

20   feelings.  Once you join, you are in it for life.  Once

21   you say yes, they proceed with the ceremony.

22   Q    When you were inducted into the Bonanno crime family,

23   were you told who the boss was at that point as well?

24   A    When I was inducted?

25   Q    Yes.

2873

1   A    Yes.

2   Q    Who was it?

3   A    Phil Rastelli.

4   Q    Did you learn the boss' powers when you were

5   inducted?

6   A    Yes.

7   Q    What are the boss' powers?

8   A    Boss can't do no wrong.  It's his family.  He will do

9   what he wants.

10  Q    Is his power absolute?

11  A    Yes.

12  Q    Once you were a member, did you commit more crimes?

13  A    Yes.

14  Q    Did that include murder?

15  A    Yes.

16  Q    Did you rise through the ranks?

17  A    Yes.

18  Q    Once you were an underboss of the Bonanno crime

19  family, how many murders did you participate in?

20  A    Once I was the underboss?

21  Q    Yes.

22  A    How many murders did I participate in as an

23  underboss?

24  Q    The highest position you held was underboss, correct?

25  A    True.

Vitale - Direct/Buretta

2874

1   Q    Once you got to the rank of underboss, how many

2   murders had you committed, been involved in?

3   A    11.

4   Q    Once you were the underboss, were you familiar with

5   the captains in your family?

6   A    Yes.

7   Q    Had most of them participated in murder?

8   A    Yes.

9   Q    Did you know your consigliere?

10  A    Yes.

11  Q    Had he participated in murder?

12  A    Yes.

13  Q    Had your boss?

14  A    Yes.

15  Q    Of the 11 murders you participated in, did you have

16  permission from the boss of your family to commit them?

17  A    Yes.

18  Q    Did any of those murders that you participated in

19  involve luring the victim to their death?

20  A    Excuse me?

21  Q    Did any of the murders you participated in involve

22  luring the victim to their death, lying to them about

23  where they were going?

24  A    Yes; all 11.

25  Q    Sorry?

2875

1   A   Yes.

2   Q   Give the jury an example of a situation where the

3   victim was lied to to get them to go somewhere to die.

4   A   There was a situation in May of '81 where three

5   captains were trying to take the family and Mr. Rastelli

6   and Mr. Massino decided to kill the three captains so they

7   fabricated saying there was going to be an administration

8   meeting.  When there is an administration meeting, all the

9   captains must attend.

10          When they walked in, they were shot to death,

11  all three of them.

12  Q   Were you there?

13  A   Yes.

14  Q   What was done with the bodies of those three captains

15  once they were lied to about where they were going?

16  A   They were wrapped up in a drop cloth and placed in a

17  van and given to the Gambino family.

18  Q   What was done with them then?

19  A   The Gambino family took possession of the three

20  bodies and buried them in Howard Beach.

21  Q   Did you participate in the murder of somebody named

22  Do-Do Pastore?

23  A   Yes.

24  Q   When was that?

25  A   1975.

Vitale - Direct/Buretta

2876

1  Q    Did you take a loan-shark loan from Do-Do Pastore
2  before he was killed?

3  A    Yes.

4  Q    How much?

5  A    10,000.

6  Q    Who asked you to do that?

7  A    Mr. Massino.

8  Q    Did you ever have to pay that back?

9  A    No.

10 Q    Why?

11 A    Mr. Massino wanted the loan; he kept the money.

12 Q    Do you know who Donnie Brasco is?

13 A    Yes.

14 Q    Who is that?  Tell the jury.

15 A    An ex-FBI agent that infiltrated the Bonanno family.

16 Q    Were people arrested as result of Donnie Brasco's
17 infiltration of your family?

18 A    Yes.

19 Q    Was there a price paid by people in your family as a
20 result?

21 A    Yes.

22 Q    Who died?

23 A    Sonny Black Napolitano.

24 Q    How did he die?

25 A    He was shot to death in Staten Island.

Vitale - Direct/Buretta

2877

1   Q    How was he lured to his death?

2   A    I think Mr. Massino and an individual Stevie Beef,

3   who was the consigliere at the time, wanted him to come to

4   explain how an FBI agent could join his crew knowing that

5   when he entered, he was going to be killed.

6   Q    What was done with his body?

7   A    He was buried in Staten Island.

8   Q    Do you know who Tony Mirra is?

9   A    I met Tony Mirra once.

10  Q    Was he killed as a result of Donnie Brasco?

11  A    Yes.

12  Q    Who killed Tony Mirra?

13  A    I think it was two associates, Joey D'Amico and

14  Richie Cantarella.

15  Q    What, if any, relationship did Joey D'Amico and

16  Richie Cantarella have to Tony Mirra?

17  A    I think it was his cousin.

18  Q    Why would cousins be used to kill Tony Mirra?

19  A    Same principle, to lure him in, false sense of hope.

20  Q    Are you familiar with the term "on the lam"?

21  A    Yes.

22  Q    What does that mean?

23  A    "On the lam" means to take flight, to avoid

24  prosecution.

25  Q    Did Joe Massino ever go on the lam?

Vitale - Direct/Buretta

2878

1   A     Yes.

2   Q     How many times?

3   A     Twice.

4   Q     Did Joe Massino stop participating in the crime

5   family when he went on the lam?

6   A     No.

7   Q     Did he stop communicating with his wife?

8   A     No.

9   Q     How did Joe Massino communicate with his wife while

10  he was on the lam?

11  A     Mr. Massino being my brother-in-law at the time, we

12  had a pre-arranged agreement that he gave me five phone

13  numbers, he gave me the locations, he would tell me:  I

14  will call you Wednesday 9:00 at this number, have your

15  sister with you.  So when I would answer the phone, it

16  would be Joe and I would give the phone to her.

17  Q     Joe Massino's wife was your sister?

18  A     Yes.

19  Q     Did Joe Massino have a girlfriend when he was on the

20  lam?

21  A     Yes.

22  Q     Did he see her while he was on the lam?

23  A     Yes.

24  Q     Did you know where Massino was when he was on the

25  lam?

Vitale - Direct/Buretta

2879

1    A    Yes.

2    Q    When you met with Allie Boy and he told you about

3    Wild Bill, did you think Wild Bill was on the lam?

4    A    No.

5    Q    Before you cooperated with the government, had you

6    ever been arrested by federal agents?

7    A    Yes.

8    Q    Approximately how many times?

9    A    Twice before.

10   Q    Were you ever released on bail?

11   A    Yes.

12   Q    Were there restrictions on you?

13   A    Yes.

14   Q    Did you stop participating in the Bonanno crime

15   family when you had those restrictions?

16   A    No.

17   Q    How did you get around them?

18   A    What do you mean how did I get around them?

19   Q    How did you keep participating in the Mafia when you

20   had bail restrictions?

21   A    I would meet people on street corners or in

22   restaurants or -- I would conduct business as usual.

23   Q    Did you ever have a bracelet on?

24   A    Yes.

25   Q    Describe what a bracelet is.

Vitale - Direct/Buretta

2880

1    A    A bracelet is like a beeper system that you can only

2    be so far away from a certain box.  If you venture away

3    from that box, it would send out a signal that you are out

4    of your premises.  But at the time I was allowed out from

5    let's say 7:00 in the morning to 6:00 at night but at

6    night I had to stay home.

7    Q    Were you ever in jail before cooperating?

8    A    Did I do time?

9    Q    Yes.

10   A    No.

11   Q    Did others in your family do time while you were on

12   the street?

13   A    The Bonanno family?

14   Q    Yes.

15   A    Yes.

16   Q    Were you able to communicate with the ones you wanted

17   to communicate with?

18   A    All the time.

19   Q    How would you do that?

20   A    Through a relative.  Go visit them yourself.  Get on

21   their visiting list.  Go see them.  Have a goodfella see a

22   captain who was incarcerated, send messages that way.

23   Q    Did you use any other kinds of people to send

24   messages?

25   A    You could use a guy's wife.  You could use my sister.

**Vitale - Direct/Buretta**

2881

1   Q   Did Joe Massino go to jail?

2   A   Yes.

3   Q   What were the positions he held in the Bonanno crime

4   family when he was in jail?

5   A   Underboss.  Then at the latter part of his sentence

6   -- at the latter part of his term he became official boss.

7   Q   So the record is clear, Joe Massino became boss while

8   he was in jail?

9   A   True.

10  Q   When he was in jail, was he able to participate in

11  running the family as boss?

12  A   Yes.

13  Q   You spoke about burying bodies.  Are there other

14  instances you directly participated in where the bodies of

15  the murder victims were buried?

16  A   Yes.

17          THE COURT:  Mr. Vitale, can you put the screen

18  down?  It will make it a little easier to see and hear

19  you.

20          MS. KEDIA:  Judge, I don't know if Mr. Buretta

21  is planning on showing anything immediately but there is a

22  lot of the noise coming from the elmo.

23          MR. BURETTA:  I will turn it off, Judge.

24          THE COURT:  Thank you.

25  Q   At some point, Mr. Vitale, did you learn about a

Vitale - Direct/Buretta

2882

1  problem in the Colombo family?

2  A    Yes.

3  Q    What was the problem?

4  A    That Little Vic Orena was looking to take the family

5  from Junior Persico.

6            MR. BURETTA:  May I approach the witness, your

7  Honor?

8            THE COURT:  Yes.

9  Q    I show you Government Exhibits 2A and 2C.

10           2A, do you recognize that picture?

11 A    Junior Persico.

12 Q    2C?

13 A    That's Little Vic Orena.

14           MR. BURETTA:  I offer those.

15           MS. KEDIA:  No objection.

16           MR. LaRUSSO:  No objection, your Honor.

17           THE COURT:  Received in evidence.

18           (Government Exhibits 2A and 2C received in

19 evidence.)

20 Q    Mr. Vitale, tell the jury approximately when you

21 learned about this problem -- Mr. Vitale, can you repeat

22 back the names of the two people you were just talking

23 about?

24 A    Junior Persico.

25 Q    Who was the other person?

Vitale - Direct/Buretta

2883

1   A    Little Vic Orena.

2   Q    Rick?

3   A    V.I.C.K.

4   Q    Sir, when did you learn about this dispute in the

5   Colombo family?

6   A    Say mid to late '80s, maybe '88, in that time frame.

7   Q    Describe to the jury what the dispute was between

8   Junior Persico and Vic Orena.

9   A    Little Vic and Benny Aloi asked to see me and Anthony

10  Spero.  We met them at the Chelsea House on Cross Bay

11  Boulevard.

12  Q    What was your position at the time of this meeting?

13  A    Official captain; helping Anthony to run the family.

14  Q    Who was Anthony Spero?

15  A    Official consigliere of the Bonanno family.

16  Q    What happened at this meeting?

17  A    At the meeting we were told that Little Vic had

18  called an administration meeting and he told them that

19  Junior Persico doesn't deserve to be boss, he should never

20  be boss, he admitted there was such a thing as organized

21  crime by defending himself in court and that he was going

22  to take the family.  As he proceeded to take the family,

23  an individual named Carmine Sessa, who was the consigliere

24  of that family, walked out of the meeting with two or

25  three captains.  He says he could take care of his own

Vitale - Direct/Buretta

2884

1  problem but he seen Carmine on his block looking to kill

2  him.

3  Q    Who saw Carmine on his block?

4  A    Little Vic.

5  Q    Saw Carmine who?

6  A    Carmine Sessa.

7  Q    What happened next?

8  A    He says that he just wants to let us know that he is

9  going to take care of his own problem, that he will take

10  care of Carmine and that faction and he just wants us to

11  -- he asks us what our position was and our position was

12  we said we were neutral.

13  Q    Who said he was going to take care of his own

14  problem?

15  A    Little Vic.

16  Q    Is that the man on the screen on the right here

17  (indicating)?

18  A    Yes, sir.

19  Q    After that point, did the Colombo family break into

20  factions?

21  A    Yes.

22  Q    How many factions?

23  A    Two.

24  Q    Which factions?

25  A    The Persico faction and the Orena faction.

Vitale - Direct/Buretta

2885

1  Q    Did you personally have meetings with members of the

2  Colombo family from each of these factions?

3  A    When it first started?

4  Q    At any point.

5  A    Not really.

6  Q    Was this dispute in the Colombo family good for Cosa

7  Nostra?

8  A    No.

9  Q    Why?

10  A    It's bad for business.  The blood shed is always bad.

11  Q    At some point, did you discuss with the Colombo

12  family them making new members?

13  A    Yes.

14  Q    Who approached you about that?

15  A    Tommy Shots.

16  Q    What was your position at the time Tommy Shots spoke

17  to you about making new Colombo members?

18  A    Official underboss.

19         MS. KEDIA:  Can we get a time name?

20         MR. BURETTA:  Next question.

21         THE COURT:  Okay.

22  Q    When was that approximately?

23         THE COURT:  When did it happen?

24  A    I would say '98.  Approximately, '97, '98.

25  Q    I show you Government Exhibit 2I.  Do you know who

Vitale - Direct/Buretta

2886

1   that is?

2   A    That's Tommy Shots.

3         MR. BURETTA:  I offer 2I.

4         MS. KEDIA:  No objection.

5         MR. LaRUSSO:  No objection.

6         THE COURT:  Received in evidence.

7         (Government Exhibit 2I received in evidence.)

8   Q    Where were you when you met with Tommy Shots?

9   A    The Huntington to hotel on Route 110.

10  Q    Where is that?

11  A    Melville.

12  Q    Who was there?

13  A    Just me and him.

14  Q    What was discussed?

15  A    He said that he just -- he just came up to me, we

16  exchanged each other's greetings.  He said:  I have

17  something for you, and he handed me a list.  I said:  I

18  can't take it.  I handed it back.  He said:  We are on our

19  way to see John and to see John's people and they are

20  going to approve it.  He said:  We will give it to you

21  first.  I said:  I can't take it, and gave it back to him.

22  Q    When you say he said he was on his way to meet John's

23  people, who did you understand that to mean?

24  A    The Gambino family.

25  Q    Why wouldn't you take the list of proposed new

2887

1   members for the Colombo family from Tommy Shots?

2   A   Because at the time they were at war and the

3   Commission ruled they couldn't straighten nobody out until

4   they took care of their own affairs.

5   Q   How would you get in touch with Tommy Shots?

6   A   I would beep him.

7           MR. BURETTA:  May I approach the witness?

8           THE COURT:  Yes.

9   Q   I show you Government Exhibit 125.  Do you recognize

10  that?

11  A   That's my phone book.

12          MR. BURETTA:  I offer 125.  The defense has

13  this.

14          THE COURT:  Any objection?

15          MS. KEDIA:  No objection, your Honor.

16          THE COURT:  It's in evidence, unless you have an

17  objection, Mr. LaRusso.

18          MR. LaRUSSO:  No objection.

19          (Government Exhibit 125 received in evidence.)

20  Q   Sir, did you have contact numbers for Tommy Shots in

21  your phone book?

22  A   Yes, I did.

23  Q   Did you provide that to the government when you

24  cooperated?

25  A   Yes, I did.

Vitale - Direct/Buretta

2888

1  Q    I show you alphabetically section T in your phone

2  book.  On the left-hand page could you identify for the

3  jury whose name is written at the top?

4  A    Tommy Shots.

5  Q    Is that the same person you identified in the photo

6  on the screen?

7  A    Yes.

8  Q    You have got numbers written below that?

9  A    Those are all Tommy Shots' numbers.

10  Q    What kind of numbers?

11  A    Beeper numbers.

12  Q    Why did you have beeper numbers for him?

13  A    He felt it was safer than to call his home, just to

14  beep him.

15  Q    On the right-hand side of the page, whose name

16  appears there?

17  A    That's Tommy Shots and a soldier that's with them,

18  Dino.  If I couldn't reach Tommy Shots, I could reach

19  Dino.

20  Q    When you say Dino was with them as a soldier, with

21  who?

22  A    He was with the Colombo family.

23        MS. KEDIA:  Can we get a time frame for that?

24        THE COURT:  Time frame for when this book was

25  being used?

Vitale - Direct/Buretta

2889

1    MS. KEDIA:  Yes, and Dino was a member.

2    A    I don't know when I put his number in my book if he

3    was an actual member.  He became a member a short time

4    after that.  But if I needed Tommy, I could reach Dino.

5    MS. KEDIA:  Can we still get a time frame?

6    THE COURT:  Do you know approximately when that

7    was, Mr. Vitale?

8    THE WITNESS:  Late '90s, your Honor.

9    Q    Describe for the jury the reasons that you had paged

10   Tommy Shots.

11   A    Why would I page him?

12   Q    Yes.

13   A    We had numerous beefs with the Colombos that they

14   weren't addressing so Mr. Massino would direct me to call

15   Tommy Shots and see if they could resolve these beefs.  At

16   the time Joe Waverly was their consigliere.  He asked me

17   if it's okay if you would meet with Tommy Shots because

18   I'm so hot, I can't get out of my neighborhood.  I said I

19   got no problem with that.  So I would call Tommy and relay

20   messages for Tommy to Joe Waverly.

21   Q    During what time period were you contacting Tommy

22   Shots to try and resolve these disputes between the

23   Bonanno and Colombo families?

24   A    Same period of time, late '90s.

25   Q    What were some of the disputes the Bonannos had with

2890

1    the Colombos?

2    A    There was an individual Richie Cantarella who was a

3    soldier with us.  He owed I think 25,000 for a legitimate

4    job, electrical job, and his people couldn't collect it.

5    So it was done for the Colombos or an associate of the

6    Colombos and there was an individual Tony Graziano that

7    was a captain with us who had also beefs with the

8    Colombos.

9    Q    You said Tony Graziano, what is his full first name?

10   A    Anthony.

11   Q    What was Anthony's Graziano's position in the Bonanno

12   crime family?

13   A    Captain.

14   Q    You mentioned something called the Commission.

15   Describe for the jury what the Commission is.

16   A    The Commission is a ruling body of all organized

17   crime.  Every boss has a seat.  So if there is five bosses

18   in New York, you have five seats.

19   Q    Did you personally attend Commission meetings, sir?

20   A    Yes.

21   Q    Approximately over what time period did you attend

22   these Commission meetings?

23   A    Same period of time, late '90s.

24   Q    At the Commission meetings, was there discussion

25   about the problems in the Colombo family?

Vitale - Direct/Buretta

2891

1   A    All the time.

2   Q    Why?

3   A    Because it was bad for business.  We wanted it

4   stopped.  We wanted it resolved.

5   Q    Describe for the jury some examples of the Commission

6   meetings.  What was discussed about the Colombo family?

7   A    Someone would, say, Barney from the west side would

8   say:  These murders gotta stop, they can't go on like

9   this.  By us being neutral, I think the Colombos for lack

10  of a better word picked up steam on it.  We weren't taking

11  no position at that time.  We would try to talk to them

12  and try them to resolve your differences but they

13  wouldn't.

14  Q    At some point did the Commission recognize one

15  faction as leading the Colombo family?

16  A    Yes.

17  Q    Which faction?

18  A    Junior Persico's faction.

19  Q    When was that?

20  A    Say approximately '98.

21  Q    How did the Commission go about recognizing the

22  Persico faction as leading the Colombo family?

23  A    We all met in a hotel in Manhattan, there was eight

24  of us and we asked to see Vinnie Aloi and Andy Russo, Andy

25  Russo was representing the Persico side.  Vinnie Aloi was

2892

1   representing the Little Vic Orena side.  We told them:  It

2   has to stop.  You have to resolve your differences.  Go

3   into the other room, resolve your differences.  When you

4   come out, we want it resolved.

5           When they came out, it wasn't resolved.  They

6   were both agitated, both annoyed with each other and both

7   left.

8           At that point we all took a vote and put our

9   weight behind Junior Persico.

10  Q     Why?

11  A     Because we realized they were on the road to nowhere,

12  they are not going to be able to resolve their differences

13  and we wanted it stopped.  We figured if we could give to

14  the Persicos and they would take a firm hand, that it

15  would stop once the other faction seen we weren't neutral

16  no more, maybe they would get the message and come back

17  into the flock.

18  Q     Was Junior Persico at these meetings?

19  A     No.

20  Q     Why not?

21  A     He was in prison.

22  Q     What was Junior's Persico's position in the Colombo

23  family at the time the Commission decided to recognize the

24  Persicos as ruling the family?

25  A     Official boss.

Vitale - Direct/Buretta

2893

1   Q    When did you first meet Wild Bill?

2   A    Late '80s.  That's a guess.

3   Q    Do you recall where you met him?

4   A    Sheepshead Bay.

5   Q    Why?

6   A    Me and Anthony Spero were walking and just ran into

7   him.

8   Q    Was he with anyone?

9   A    Yes.

10  Q    Who?

11  A    An individual called Joe C, big powerful looking kid,

12  bald head.

13  Q    I show you Government Exhibit 2N.  Who is that?

14  A    That's the individual that was with Wild Bill.

15  Q    Do you know this individual's full name?

16  A    No.

17  Q    The individual on the right is who (indicating)?

18  A    That's Joe.

19  Q    The individual on the left (indicating)?

20  A    That's Wild Bill.

21  Q    When you met with them, what happened?

22  A    Just exchanged hellos, how you doing, how you been.

23  Nothing -- it was just a chance meeting.

24  Q    Sir, directing your attention to 1999, did one of

25  your sons get married that year?

**Vitale - Direct/Buretta**

2894

1   A    Yes.

2   Q    When was that?

3   A    June 26 of '99.

4   Q    As of the time of your son's wedding on June 26,

5   1999, did you know whether or not Wild Bill was still

6   around?

7   A    No.  I was told he was gone.

8   Q    Approximately how long before your son's wedding on

9   June 26, 1999 did you learn Wild Bill was gone?

10  A    Prior to my son's wedding?

11  Q    Yes.  How long before, approximately?

12  A    Could have been a matter of weeks.

13  Q    How did you learn that Wild Bill was gone?

14  A    There was talk on Bath Avenue.

15  Q    After you learned Wild Bill was gone, did anyone from

16  the Colombo family come to you as underboss of the

17  Bonannos and ask where Wild Bill was?

18  A    No.

19  Q    Did anyone from the Colombo family reach out to the

20  Bonanno family and say:  We are investigating where Wild

21  Bill is?

22  A    No.

23  Q    Were you aware if any other underbosses of crime

24  families have been killed in the past?

25  A    Yes.

Vitale - Direct/Buretta

2895

1   Q    Who?

2   A    Frankie DeCicco.

3   Q    Was there an investigation of how Frankie DeCicco was

4   killed?

5   A    No.

6   Q    How did he die?

7   A    He was blown up in a car.

8   Q    Were you aware of anyone in your family who was

9   killed without permission from the boss?

10  A    We had an individual called Sal Horse, Sally the

11  Horse, who was killed at his kitchen table and we never

12  found out where that came from.

13  Q    Did you try to find out how Sally the Horse got

14  killed?

15  A    Yes, we tried.

16  Q    Why did you try to find out who had killed Sally the

17  Horse without the boss' permission?

18  A    Because you can't kill an individual without the

19  boss' permission.

20  Q    When was the first time you met Allie Boy?

21  A    Sometime in the '80s.

22  Q    Where?

23  A    Club A.

24  Q    What's Club A?

25  A    It was a big disco at the time in Manhattan.

Vitale - Direct/Buretta

2896

1   Q    When was the next time you saw him?

2   A    Next time I seen Allie Boy?

3   Q    Yes.

4   A    In a house in Brooklyn.

5   Q    When was that?

6   A    I would say latter part of '99.

7   Q    Describe for the jury how it is in the latter part of

8   1999 you were coming to meet with Allie Boy.

9   A    Tommy Shots beeped me and told me he wanted to meet

10  me.  I met him at the Hilton Hotel.  At that Hilton he

11  says to me:  Allie Boy would like to see you and Joe.  I

12  says:  Fine.  I will get back to you with a time and a

13  date.

14  Q    When you say "Joe," who is "Joe"?

15  A    Joe Massino, the boss of the Bonanno family.

16  Q    At this time, what was your position in the Bonanno

17  family?

18  A    Official underboss.

19  Q    After Tommy Shots told you Allie Boy wanted to meet

20  with you and Joe, did you talk to Joe?

21  A    Yes.

22  Q    Did Joe Massino agree to meet with Allie Boy?

23  A    Yes.

24  Q    What happened next?

25  A    I beeped Tommy Shots.  I said:  You pick a date and

Vitale - Direct/Buretta

2897

1    time and we will meet you.

2    Q    What happened next?

3    A    Using Thursday as an example, Thursday at 9:00, I

4    don't remember the exact day, we were picked up and

5    brought to meet Allie Boy.

6    Q    Who picked you up?

7    A    Tommy Shots.

8    Q    Who was with you?

9    A    Me and Mr. Massino.

10    Q    Where were you picked up?

11    A    At a restaurant off the Belt Parkway called

12    Albatremento's; it's a pier but you can park your car

13    there.  We parked our car and jumped in with Tommy Shots.

14    Q    What happened next?

15    A    We drove on the Belt Parkway.  I think we got off on

16    Fort Hamilton Parkway and onto Third Avenue, made a left )

17    and there was a house in the middle of the block, all

18    attached, all brick with a grading heading toward the Belt

19    Parkway.  That's where we met Allie Boy.

20    Q    Did you go inside?

21    A    Yes.

22    Q    Who went inside?

23    A    Me and Mr. Massino.

24    Q    What floor did you go to when you went inside?

25    A    First floor.

Vitale - Direct/Buretta

2898

1    Q    Who was inside when you got there?

2    A    Allie Boy and Joe Waverly.

3    Q    I'm showing you Government Exhibit 2H.  Do you

4    recognize that person?

5    A    Yes.

6    Q    Who is that person?

7    A    That's Joe Waverly.

8             MR. BURETTA:  I offer 2H.

9             MR. LaRUSSO:  No objection.

10            MS. KEDIA:  No objection.

11            THE COURT:  Received in evidence.

12            (Government Exhibit 2H received in evidence.)

13   Q    Describe the inside of that location where you went

14   and saw Allie Boy and Joe Waverly.

15   A    When you walk in, I think you walk right into the

16   kitchen.  It's a regular kitchen with a table and a chair.

17   In the kitchen, it seemed like there was glass and it

18   would be like an atrium or Florida room beyond that

19   kitchen that you could look into; looked like a Florida

20   room or enclosed room.  Behind us I think there was other

21   -- there was other rooms behind us but I wasn't looking, I

22   was looking this way (indicating).

23   Q    Who was present in that room in that house that day?

24   A    Joe Waverly, Allie Boy and then Tommy Shots came in.

25   Q    From the Bonannos?

Vitale - Direct/Buretta

2899

1    A    Me and Mr. Massino.

2    Q    How did that meeting start?

3    A    It started with me being introduced to Allie Boy from

4    Joe Waverly.

5    Q    Why did Joe Waverly introduce you to Allie Boy?

6    A    I never met Allie Boy as a friend.

7    Q    When Joe Waverly introduced you, tell the jury

8    exactly how that happened.

9    A    When I entered, he introduced me to Allie Boy.  He

10   says:  Allie meet Sal.  Sal is official underboss of the

11   Bonanno family.  He says:  Meet Allie.  Allie is acting

12   boss for the Colombo family.

13   Q    What happened next?

14   A    Then I introduced Mr. Massino to Allie Boy and to Joe

15   Waverly as official representante, official boss.

16   Q    Is that representante?

17   A    Yes.

18   Q    Had all the introductions been completed at that

19   point?

20   A    Yes.

21   Q    Did Allie Boy make any statements once the

22   introductions occurred?

23   A    After the introductions, we were about to sit down,

24   Allie Boy pointed to Joe Waverly and he says:  And for the

25   time being he is, he is acting underboss.

2900

1    Q    What was Allie Boy's demeanor when he said for the

2    time being he is acting underboss?

3    A    Matter of factly.

4    Q    What happened next?

5    A    He sat down and that's when he said "you can't take

6    what's not yours."

7    Q    Why did you think that referred to Wild Bill?

8    A    Put the first statement of the underboss and that

9    statement, that's how we described things; we don't lay it

10   out.  Like we would never say "I killed that individual"

11   or "I chopped him up."  We would use a gesture or a motion

12   or we knew what he was talking about.

13   Q    Is there any doubt in your mind about that?

14   A    No.

15   Q    What else was discussed at the meeting after Allie

16   Boy made that statement to you about Wild Bill?

17   A    I think Allie Boy just wanted to thank Joe, Joe

18   Massino, for being neutral in the whole circumstances.  He

19   said it was unfortunate what was going on but he would

20   take care of it.  He just wanted to put his family back

21   together.

22   Q    Who said he wanted to put his family back together?

23   A    Allie Boy.

24   Q    Was there any discussion about proposal lists from

25   the Bonannos at that meeting?

Vitale - Direct/Buretta

2901

1   A    No; they already straightened out individuals.

2   Q    What about proposals of new Bonanno members?

3   A    Did we ask -- did we give Allie Boy a list for our

4   new members?

5   Q    Or did you talk about them?

6   A    I don't remember all the conversations.  It was

7   mostly friendly.

8   Q    What did you talk about?

9   A    How his father was.  How Joe was doing.  Just

10  chitchat.

11  Q    After that meeting with Allie Boy where you talked

12  about Wild Bill, were there any other meetings where Wild

13  Bill came up where you were present?

14  A    After that meeting?

15  Q    Yes.

16  A    Not that I recall.

17  Q    Did you know of someone named Jackie DeRoss?

18  A    Never met Jackie DeRoss.

19  Q    Did you know of him?

20  A    I heard of him.

21  Q    How did you hear of him?

22  A    Heard him through an individual called Anthony

23  Graziano who was a captain with us, with the Bonanno

24  family.

25  Q    Did you ever have any disputes involving Jackie

**Vitale - Direct/Buretta**

2902

1   DeRoss?

2   A    Yes.

3   Q    Describe that to the jury.

4   A    It was an individual that was close to us, he was a

5   goodfella, his name was John.  He had a bookmaking

6   business and an individual lost 90,000 to him and he

7   couldn't get paid.  So he came -- me and John were very

8   close.  He came to me about the situation.  I told him:

9   Who is the guy?  And he said:  He is around Jackie.  I

10  said:  Jackie who?  Jackie DeRoss.  I said:  I will handle

11  it.  I seen Tommy.  I told Tommy the story.

12       Tommy advised me to send Pete Rosa who was a

13  friend of ours and John to Jackie's club.  They set up the

14  appointment.  It was handled.  Jackie was very congenial.

15  He said the money will be paid.

16  Q    Was that resolved ultimately?

17  A    By Tommy Shots, no.  But Tommy Shots -- later on it

18  came out it was the kid was with Tommy Shots and he is

19  handling it.  And on a 45,000 debt, it went from 90 to 45

20  because John cut it in half.  On the 45,000 debt, I think

21  we collected 5,000, if it was 5,000.

22       MS. KEDIA:  I don't think we got a time frame on

23  this.

24  Q    When was that?

25  A    Same period, late '90s.

Vitale - Direct/Buretta

2903

1    Q    Did you ever personally meet with Jackie DeRoss?

2    A    No, I never met Jackie.

3    Q    Now, sir, were you involved in loan-sharking for a

4    period?

5    A    Yes.

6         MR. BURETTA:  May I approach the witness?

7         THE COURT:  Yes.

8    Q    I show you Government Exhibit 171.

9    A    That's my shy book.

10   Q    Your shy book.

11        MR. BURETTA:  I offer 171.

12        MS. KEDIA:  I have no objection.

13        MR. LaRUSSO:  No objection.

14        THE COURT:  Received in evidence.

15        (Government Exhibit 171 received in evidence.)

16   Q    Tell the jury what a shy book is.

17   A    A shy book is just to keep track of what your money

18   -- who you shylocked money to.

19   Q    Did you provide this to the government as part of

20   your cooperation?

21   A    Yes.

22   Q    Just for example, the first page there, there is an

23   individual.  What's the name?

24   A    Joe Bean.

25   Q    There is a number next to it?

Vitale - Direct/Buretta

2904

1   A    10,000.

2   Q    What does that number mean?

3   A    That number is a number but you make that thousand,

4   that represents 10,000.

5   Q    Is that 10,000 in your pocket or 10,000 --

6   A    When I gave it to him, it was in my pocket.

7   Q    After you took it out of your pocket, who had it?

8   A    It was in his pocket.

9   Q    Let's take another example.  This page that says

10  Bobby, is it?

11  A    That's Bubbie.

12  Q    Describe to the jury what these numbers mean.

13  A    It was the original loan was 50,000, that's why

14  50,000 is on top.  After a period of time when he said he

15  couldn't afford to pay no more, he would want a

16  knock-down, a knock-down is everything you have given

17  comes off the top of the principal so he brought me 25 and

18  made it that he owed 25.  Then he brought me another 5 and

19  it brought it to 20, and so on and so on.

20  Q    The number at the bottom, what's that?

21  A    That's 12,000.

22  Q    Is that 12,000 you had?

23  A    No, it's 12,000 Bubbie had.

24  Q    There is another page here.  Who is this?

25  A    That's Vinny from the Bronx.

**Vitale - Direct/Buretta**

2905

1    Q    What's the total number at the bottom?

2    A    At the bottom he owes an outstanding balance of

3    35,000 in the center.

4    Q    That's here (indicating)?

5    A    Right.

6    Q    Sorry, that's the amount he owed?

7    A    That's the balance.

8    Q    At some point were you arrested?

9    A    Yes.

10   Q    When?

11   A    January of '03.

12   Q    At the time you were arrested, what did you decide to

13   do?

14   A    Cooperate with the government.

15   Q    How long did you take to decide that?

16   A    The minute I walked into 26 Federal Plaza.

17   Q    Why?

18   A    I was tired of Mr. Massino and the Bonanno family.

19   Q    Were you told the charges against you?

20   A    I never seen the indictment.

21   Q    Did the agents tell you what you had been charged

22   with?

23   A    I think they said I was being charged with a

24   conspiracy to murder.

25   Q    At the time you decided to cooperate, how many

Vitale - Direct/Buretta

2906

1    murders were you charged with?

2    A    When I decided to cooperate?

3    Q    Yes.

4    A    One.

5    Q    How many murders did you tell the government about?

6    A    11.

7    Q    Why?

8    A    Because you have to be truthful when they sit down

9    and they discuss it with you.

10   Q    Are you certain you will be better off at sentencing

11   with 11 murders versus one?

12   A    There is no guarantee.

13   Q    Are you hopeful?

14   A    Everyone is hopeful.

15   Q    Let's talk about some of the other crimes you have

16   committed.

17         By the way, did you ever shoot anyone personally

18   in those murders?

19   A    No.

20   Q    Does that make you any less responsible for them?

21   A    No.

22   Q    Other than loan-sharking and murdering people, did

23   you commit arsons?

24   A    Yes.

25   Q    Did you engage in fraud?

Vitale - Direct/Buretta

2907

1   A    Yes.

2   Q    Before you cooperated, did you ever lie to a judge?

3   A    Yes.

4   Q    About what?

5   A    I told them I was innocent.  I said I was not guilty.

6   Q    Did you ever claim you had an alcohol problem?

7   A    Yes.

8   Q    Was that in this courthouse in fact?

9   A    Excuse me?

10  Q    Was that in this courthouse?

11  A    Yes.

12  Q    Which judge?

13  A    Judge Spatt.

14  Q    Why did you lie about having an alcohol problem?

15  A    Because at the time my attorney told me that if you

16  had an --

17  Q    Don't talk about what your attorney says.  Tell us

18  why you decided to lie about the alcohol.  What did you

19  want?

20  A    Because if you have a short amount of time and you

21  have an alcohol problem, they are able to put you into a

22  drug rehab or an alcohol rehab and you can save a year of

23  your sentence.

24  Q    Did you get a reduction as a result of that?

25  A    No.

**Vitale - Direct/Buretta**

2908

1   Q    Was that before or after you cooperated?

2   A    I was cooperating and then I went for sentencing.  I

3   started cooperating January 9 but I went for sentencing

4   January 31 of the same year.

5         MR. BURETTA:  May I approach the witness?

6         THE COURT:  Yes.

7   Q    I show you 3500 SV 2A.  What is this?

8   A    That's my agreement with the government.

9         MR. BURETTA:  I offer it, your Honor.

10        MS. KEDIA:  No objection.

11        MR. LaRUSSO:  No objection, your Honor.

12        THE COURT:  Received in evidence.

13        (Government Exhibit 3500 SV 2A received in

14  evidence.)

15  Q    Sir, did the government promise you in this agreement

16  that you would get a lower sentence?

17  A    No.

18  Q    Did they promise you that they would tell the judge

19  what sentence to impose?

20  A    No.

21  Q    What do you get out of this?

22  A    5K1 letter.

23  Q    What does that mean?

24  A    A 5K1 letter is a two-part letter.  The first part of

25  the letter explains every crime you ever committed.  The

Vitale - Direct/Buretta

2909

1   seconds part explains to the judge your cooperation with

2   the government.

3   Q    Are you hoping the government will write you that

4   letter?

5   A    Am I hoping the government will write that letter?

6   Q    Yes.

7   A    Yes.

8   Q    Are you making anything up in order to get it?

9   A    No.

10  Q    What would happen to you if you made something up?

11  A    That agreement will be null and void.

12  Q    What sentence would you get?

13  A    Life; no parole.

14  Q    Did you face the death penalty when you were

15  arrested?

16  A    Yes.

17  Q    What would happen if you lied?

18  A    I could face the death penalty again.

19  Q    Do you want that to happen?

20  A    No.

21  Q    What incentive has that given to you, to lie or tell

22  the truth?

23  A    To tell the truth.

24  Q    Sir, approximately how many times after you started

25  cooperating were you debriefed by the government?

Vitale - Direct/Buretta

2910

1   A    I can't -- I can't put a figure on that.  Numerous.

2   Numerous occasions.

3   Q    How many years have you been debriefed?

4   A    Since January 9 of '03.

5   Q    Back in 2003, did any agents from the Bonanno

6   organized crime squad talk to you?

7   A    Repeat the question.

8   Q    When you started cooperating, did agents of the

9   Bonanno organized crime family (sic) start talking to you?

10  A    Yes.

11  Q    You talked to agents from other squads for other

12  crime families?

13  A    The only one I really remember talking to is the

14  Gambino squad.  I might have talked to other squads, I

15  don't recall.

16  Q    What has the focus of your debriefings been about,

17  what crime family?

18  A    The Bonanno family.

19  Q    At some point did you discuss the Colombo family?

20  A    I might have.  You mean recently or --

21  Q    Back when you started cooperating.

22  A    I don't recall.

23  Q    Recently have talked about the Colombo family?

24  A    Yes.

25  Q    Describe for the jury how it is you came about you

Vitale - Direct/Buretta

2911

1  were talking about the Colombo family with the government.

2  A   A U.S. Attorney come to see me; I think her name is

3  Deborah Mayer.  And she asked me about Tommy Shots, what I

4  knew about Tommy Shots.  The whole conversation was

5  wrapped around Tommy Shots.  It was going on and on and on

6  after a couple of hours, I said Tommy Shots drove me to an

7  appointment to see Allie Boy and that's how the situation

8  with Allie Boy showed up.  But it was -- I think she

9  really came trying to find out what Tommy Shots does more

10 than Allie Boy.  It was really based on Tommy Shots.

11 Q   Were there FBI agents there?

12 A   Yes.

13 Q   Did anyone in the room suggest to you what to say

14 about anything?

15 A   Never.

16 Q   Did they tell you what to say about Allie Boy?

17 A   No.

18 Q   Did they tell you anything about Allie Boy?

19 A   No.

20 Q   Did they tell you anything about Tommy Shots?

21 A   No.

22 Q   Did they tell you anything about Colombos?

23 A   No.

24 Q   The Colombo war?

25 A   I brought it up to them.  They didn't bring up to me.

Vitale - Cross/Kedia

2912

1   Q   Did they say the name Wild Bill to you?

2   A   No; she was interested in Tommy Shots.

3   Q   Sir, did you make up what you just said about the

4   meeting you had with Allie Boy?

5   A   Not at all.

6   Q   Is that in your interest?

7           MS. KEDIA:  Objection.

8           THE COURT:  Sustained.

9   Q   Do you want to be here testifying against Allie Boy?

10  A   No.

11  Q   Why?

12  A   I have nothing against Allie Boy.

13  Q   What do you mean you have nothing against him?

14  A   I was just told to tell the truth.  You told me to

15  show up and I showed up.

16          MR. BURETTA:  Nothing further.

17  CROSS-EXAMINATION

18  BY MS. KEDIA:

19  Q   Mr. Vitale, you were just asked questions about your

20  recent meetings with government officials, prosecutors and

21  agents from the FBI, right?

22  A   True.

23  Q   You said that a prosecutor came to see you about a

24  person by the name of Tommy Gioeli?

25  A   A person named who?

Vitale - Cross/Kedia

2913

1   Q   Tommy Shots.

2   A   Yes.

3   Q   Do you know what Tommy Shots' last name is?

4   A   No.

5   Q   When a prosecutor came to see you about a person

6   named Tommy Shots, what is it specifically that was said

7   to you?

8   A   She just asked me:  Do you know anything about Tommy

9   Shots.

10  Q   Did she use those words, Tommy Shots, the name Tommy

11  Shots?

12  A   She might have mentioned his name.  If she mentioned

13  his name, I would say:  Who is that?

14  Q   And then you were informed that it was Tommy Shots

15  that this prosecutor wanted to know about, right?

16  A   That's possible.

17  Q   And we are talking about -- you said the woman's name

18  is Deborah Mayer we are talking about, an Assistant

19  sitting at this table, right?

20  A   That's true.

21  Q   Do you have a specific recollection of whether she

22  used the words Tommy Shots or whether she used a different

23  name?

24  A   I don't recall.

25  Q   Do you know whether she knew that you knew Tommy

Vitale - Cross/Kedia

2914

1    Shots by the name Tommy Shots?

2              MR. BURETTA:  Objection.

3              THE COURT:  Sustained.

4    Q    Well, how is it that this conversation arose?  If you

5    were asked about a person by the name of Tommy Lapinoza,

6    would you have said:  Who is that?

7    A    I might have.  I might have said:  Do you have a

8    nickname?  Do you have a picture?  A lot of people I might

9    not know the name but by sight.

10             (Continued on the next page.)

**Vitale - Cross/Ms. Kedia**

2915

1    CROSS-EXAMINATION (Continued)

2    BY MS. KEDIA:

3    Q.   Well, when you say, *I might have said,* you're talking

4    about conversations that you were having in very, very

5    recent months.  Right?

6    A.   True.

7    Q.   So what was said?

8    A.   I don't recall if she used his last name or if she

9    used Tommy Shots.

10   Q.   Now did you understand that she was one of the

11   assistants coming in to try a case against Allie Boy

12   Persico?

13   A.   No, she never told me that.

14   Q.   Obviously, you understand that now.  Right?

15   A.   I would say so, yes.

16   Q.   Now, when, in your best recollection, when was this

17   first conversation with the government about Tommy Shots?

18   A.   July, August -- mid-August, August.

19   Q.   And what agents were present?

20   A.   Kim McCaffrey, an individual named Steve -- Steve,

21   another agent, Deborah, and another prosecutor called

22   Paige Petersen.

23   Q.   Those are all of the people that were present?

24   A.   There was four people.

25   Q.   And when you were interviewed at that point in time,

2916

1  were those agents taking any notes?

2  A.    I believe they were.  They always take notes.

3  Q.    Every meeting that you had they take notes?

4  A.    95 percent of the time, yes.

5  Q.    And how long was that meeting with Ms. Mayer and

6  these agents and this other prosecutor, I believe Paige

7  Petersen?

8  A.    Uh-Huh.  I would say a couple of hours.

9  Q.    After that meeting, when is the next time that you

10  met with prosecutors having to do with Tommy Shots or

11  anyone from -- or anyone in the Colombo family?

12  A.    Soon after.

13  Q.    Soon after, meaning?

14  A.    A couple of weeks, September.

15  Q.    And who did you meet with then?

16  A.    I said, Mr. Buretta.

17  Q.    Mr. Buretta?

18  A.    Mr. Buretta.

19  Q.    And who else?

20  A.    The same FBI agent, Steve.

21  Q.    Steve?

22  A.    I think Carillo.

23  Q.    Steve Carillo?

24  A.    Yes.

25  Q.    And is that an FBI agent whom you had known for some

Vitale - Cross/Ms. Kedia

2917

1   period of time?

2   A.   Just recently.

3   Q.   Just from this first meeting?

4   A.   No, no, maybe I know him for about a year.

5   Q.   You had had discussions with him previously?

6   A.   About Tommy Shots?

7   Q.   About anything.

8   A.   No.

9   Q.   You had never had any discussions with him?

10  A.   I have had some -- only discussions with -- I don't

11  understand the question.

12  Q.   This agent, Steve Carillo, you said you had met him

13  approximately a year before?

14  A.   I met him when Kim McCaffrey was transferred to

15  Washington, which had to be -- you know what?  Usually I

16  met with Kim.

17          Kim brought Steve as a second chair.  And I met

18  with Kim.  Kim went to Washington.  And then he took over,

19  five months ago -- six months ago.

20  Q.   Meaning took over interviewing you?

21  A.   Took over coming with the US Attorney when they would

22  come to see me.

23  Q.   So on this particular occasion in September,

24  September 25th, 2007, is that?

25  A.   September what?

2918

1    Q.    25, 2007, is that -- do you have a recollection of

2    when this meeting was?

3    A.    I didn't say that.

4    Q.    I'm asking you, does that refresh your recollection

5    as to when this meeting was?

6    A.    I don't know the date.

7    Q.    Some time in September you understand this meeting to

8    have occurred.  Right?

9    A.    True.

10   Q.    Mr. Buretta, Mr. Carillo and who else?

11   A.    Who?

12   Q.    Who else was present at this meeting?

13   A.    Well, what were the first names you mentioned?

14   Q.    Well, you said you had a meeting in September with

15   prosecutors and agents.  Right?

16   A.    And Mr. Buretta and Steve.

17   Q.    And Steve and who else?

18   A.    I think there was a new FBI agent there.  I don't

19   know his name.  I know his last name is Johnson; I don't

20   know his first name.

21   Q.    Johnson?

22   A.    Is his last name.

23   Q.    Anyone back here that you recognize as having been

24   there?

25   A.    Yes, the agent in -- with the silver gray hair.  I

Vitale - Cross/Ms. Kedia

2919

1  think his name is Vinnie.

2  Q.   The one in the middle, you think his name is Vinnie?

3  A.   Yes.

4  Q.   Anyone else?

5  A.   No.

6  Q.   Okay.  So now the four individuals that were present

7  at this meeting?

8         MR. BURETTA:  Objection.

9         MS. MAYER:  Objection.

10         THE COURT:  Sustained.

11  BY MS. KEDIA:

12  Q.   How many individuals were present at this meeting?

13  A.   Three, four.

14  Q.   When you say three or four, do you have a clear

15  recollection?

16  A.   One time it was three; one time it was four.

17  Q.   Now, when you say *one time it was three, one time it*

18  *was four*, you're talking about one meeting with Ms. Mayer

19  with three or four, and one with --

20  A.   No, that was one meeting.  Then there was another

21  meeting.

22  Q.   What?

23  A.   There was another meeting with Mr. Buretta, and

24  Steve, and that individual Johnson, and his name is

25  Jimmy -- I'm not sure.

2920

1   Q.   Now, when you met -- and there were several other

2   meetings with prosecutors and agents in the recent weeks?

3   A.   Sure.

4   Q.   Is that right?

5   A.   Uh-huh.

6   Q.   All on the subject of Allie Persico.  Is that right?

7   A.   I don't think it was all directed at Allie Boy.  I

8   think it was directed at the Colombo family, other

9   individuals.

10  Q.   Jackie, you weren't asked about -- you were asked

11  about Jackie DeRoss, certainly.  Right?

12  A.   Yes.

13  Q.   And Mr. Persico, you were asked about.  Right?

14  A.   Yes.

15  Q.   And this cooperating started January 24th, I think

16  you said 2003?

17  A.   Yeah.

18  Q.   That was some almost five years ago now?

19  A.   True.

20  Q.   And you said you don't have a clear recollection

21  prior to having met with Ms. Mayer a couple of weeks

22  before your meeting with Mr. Buretta, about the Colombo

23  family.  Is that right?

24  A.   Did I meet with other agents?

25  Q.   Right?

2921

1    A.    Of the Colombo family?

2    Q.    Other agents regarding the Colombo family.

3    A.    I don't think so.  I'm not sure.

4    Q.    Well, Mr. Vitale, do you recall meeting with an agent

5    by the name of Carmichael?

6    A.    I may have.

7    Q.    Do you recall specifically being asked what you know

8    about Allie Boy Persico?

9    A.    May have, I don't recall.

10   Q.    Let me show you what is marked as 3500 SV-20,

11   page 152.

12            MS. KEDIA:  I'm going do show the witness what

13   is marked as SV-20 pages 152 and 155.

14   A.    Okay.

15   Q.    Mr. Vitale, having looked at that document, does that

16   refresh your recollection that, in fact, you met with

17   agents back in September 2003, that you were asked

18   questions about the Colombo family, and specifically Allie

19   Boy Persico?

20   A.    That is what the document says, but I don't recall

21   that.

22   Q.    Well, when you met Ms. -- with agents and prosecutors

23   recently, in the last month or two of this year?

24   A.    Yes.

25   Q.    Did they give you any documents to refresh your

Vitale - Cross/Ms. Kedia

2922

1    recollection that, in fact, you had spoken about the

2    Columbos and Allie Boy Persico back in 2003?

3    A.   No.

4    Q.   You testified on direct examination that the

5    prosecutors and agents didn't suggest to you to say

6    anything about Wild Bill.  Right?

7    A.   I'm sorry.  Repeat the question.

8    Q.   They didn't suggest to you to tell them anything

9    about Wild Bill.  Right?

10   A.   No, it was all about Tommy Shots.

11   Q.   When you say *it was all about Tommy Shots*, your first

12   meeting with Ms. Mayer, you're saying, was about Tommy

13   Shots.  Right?

14   A.   True.

15   Q.   When you met with Mr. Buretta, it certainly wasn't

16   all about Tommy Shots.  Right?

17   A.   No.

18   Q.   Now, you testified on direct examination that when

19   you met with Mr. Buretta, Ms. Mayer and agents, that it

20   wasn't suggested to you that you should speak about Wild

21   Bill.  Right?

22   A.   Repeat the question.

23   Q.   When you met either at your first meeting with

24   Ms. Mayer and agents, or at your next meeting with

25   Mr. Buretta and agents, or at any subsequent meetings with

Vitale - Cross/Ms. Kedia

2923

1   the prosecutors and agents -- we're talking about just

2   meetings you have had in recent weeks, in 2007.

3   A.    Right.

4   Q.    You testified on direct examination that it wasn't

5   suggested to you that you should talk about your knowledge

6   of Wild Bill.  Is that right?

7   A.    It started -- we have to take a step back.  It

8   started with Tommy Shots, and it ended with Allie Boy and

9   Wild Bill.

10  Q.    Now --

11  A.    In other words, other -- there are other individuals

12  named in this document, a whole bunch of individuals.

13  Q.    So is your testimony that it was suggested to you

14  that you speak about Wild Bill and Allie Boy Persico?

15  A.    If I mention a name, they would say, *Tell us about*

16  *that individual.  What do you know about him?  What did*

17  *you hear about him*?

18  Q.    And that is something that similarly happened over

19  the course of your almost five years of cooperation.

20  Right?

21  A.    If I mentioned an individuals name?

22  Q.    Yes.

23  A.    They say, *What else?  What do you know about him?*

24  Q.    That is what typically happens in every one of your

25  sessions with the government.  Is that right?

## Vitale - Cross/Ms. Kedia

2924

1  A.   I volunteer.  They keep asking.

2  Q.   So now, in September of 2003, you were asked about

3  what you knew about Allie Boy Persico?

4           MR. BURETTA:  Objection, asked and answered.

5           THE COURT:  Sustained.

6  BY MS. KEDIA:

7  Q.   Now, Mr. Vitale, were you asked in September 2003

8  what you know about that individual, Allie Boy Persico?

9           MR. BURETTA:  Same objection.

10           THE COURT:  Same ruling.

11  BY MS. KEDIA:

12  Q.   Well, what were you specifically asked in September

13  of 2003 about the Colombo family?

14           MR. BURETTA:  Objection.

15           THE COURT:  Same ruling.  Sustained.

16           MS. KEDIA:  I didn't ask this question.

17           THE COURT:  All right.  Come up.  Don't argue.

18           (The following occurred at sidebar.)

19           THE COURT:  I want to make sure I have the right

20  Bates stamp material.  You showed him a 152 to 154?

21           MS. KEDIA:  And on the top it says 152 -- I

22  believe it is to 155.

23           THE COURT:  Okay.  That relates to a debriefing

24  session in November?

25           MR. BURETTA:  Of 2003.

Vitale - Cross/Ms. Kedia

2925

1        THE COURT:  Of 2003.  She is now talking about
2   September 2003.
3        Do you have other pages that relate to
4   September?
5        MS. KEDIA:  Judge, it is transcribed and it says
6   September 18, 2003.
7        MR. BURETTA:  He said he doesn't recall the
8   debriefing, and she is pursuing it over and over again.
9        MS. KEDIA:  I'm asking him generally.
10       MR. BURETTA:  You have already asked that.
11       MS. KEDIA:  Having had a discussion about Allie
12   Boy Persico?
13       THE COURT:  Four times now.
14       MR. BURETTA:  She already asked that.
15       THE COURT:  Did you --
16       MS. KEDIA:  There are other documents about the
17   situation.
18       THE COURT:  You're not going to be able to show
19   many other documents unless he has adopted these
20   documents.
21       MS. KEDIA:  He was asked about meeting
22   individuals, not just Allie Boy Persico; that is what I'm
23   asking him about now.
24       THE COURT:  All right.  And he has indicated
25   that he doesn't recall.

**Vitale - Cross/Ms. Kedia**

2926

1          MS. KEDIA:  This is what he has testified to,

2    *that at that meeting I was asked not just about Allie Boy*

3    *Persico but about many other individuals.*

4          MR. BURETTA:  She is reading off the document to

5    show -- and the witness said he didn't recall the

6    meetings.  He looks down at the document, and he said

7    there were many other individuals, because he is reading

8    the document.

9          THE COURT:  The question pertained to the

10   Colombo crime family.

11         You had a number of questions related to what

12   was asked about Allie Persico.  All right?  You have had

13   that.

14         So move on now.

15         MS. KEDIA:  I'm sorry.  I don't understand.

16         THE COURT:  I think you understand.

17         MS. KEDIA:  No, I'm sorry, I don't.  I just --

18   let me clarify.

19         THE COURT:  All right.

20         MS. KEDIA:  The witness testified after having

21   looked at this.  *I was asked about a number of*

22   *individuals, not just Allie Boy Persico.*

23         So now I want to ask him about what he was asked

24   about Allie Boy Persico, or what he recalls saying about

25   Allie Boy Persico.

## Vitale - Cross/Ms. Kedia

2927

1         I haven't asked him that question.  He said, *a*
2    *number of individuals*, Judge.

3         THE COURT:  Let's go back to the last couple of
4    questions that were asked.

5         Can you go back on the record?

6         (The appropriate portions of the testimony were
7    read back by the reporter.)

8         (The following occurred in open court.)

9         THE COURT:  Objection is sustained.

10   BY MS. KEDIA:

11   Q.   Mr. Vitale, I asked you about whether you had a
12   recollection of meeting with an agent by the name of
13   Carmichael.  Right?

14        Do you remember that question?  And you said you
15   don't recall.

16        MR. BURETTA:  Objection.

17        THE COURT:  Sustained.

18        MS. KEDIA:  I'm just getting to the point,
19   Judge.

20   BY MS. KEDIA:

21   Q.   I'm going to show you what is marked as 3500 SV-197.

22   A.   I can't make out the handwriting.

23   Q.   You can't read any of it?

24   A.   (No verbal response.)

25   Q.   If I can direct your attention to the top of page 2.

2928

1           MS. KEDIA:  Your Honor, if I could approach the

2   witness to direct his attention to a certain location.

3   BY MS. KEDIA:

4   Q.   Mr. Vitale, having looked at that document, does that

5   refresh your recollection that you were asked about

6   members of the Colombo family, including Tommy Shots, Wild

7   Bill and Mr. DeRoss?

8   A.   No.

9   Q.   Does it refresh your recollection in any way that you

10  were interviewed by an agent by the name of Magee

11  Carmichael?

12  A.   I might have.

13  Q.   You may have.  You were interviewed by any number of

14  agents over the course of a number of years.  Is that

15  right?

16  A.   Yes.

17  Q.   Now, in one interview with agents and prosecutors, do

18  you recall mentioning that Wild Bill ran away?

19  A.   No.

20  Q.   Well, let me show you what is marked as 3500 SV-20.

21  I'm referring your attention to this portion of the

22  document.  You can certainly refer to any portion you

23  like.

24           And I also refer your attention to the top of

25  the first page, the top right-hand corner.

2929

1    A.    Right.

2    Q.    Does that -- having looked at that document, does

3    that refresh your recollection that in August of 2004 you

4    met with agents and prosecutors -- or at least agents, and

5    said that Wild Bill ran away?

6    A.    When we -- can I explain that?  When we say -- I was

7    just saying, Dave Fonti ran away.  He ran away.  It is

8    not -- it is not how it is written; it is how it was said.

9    Q.    Mr. Vitale, having looked at the document, it

10   refreshes your recollection that you said -- that the

11   words used were that Wild Bill ran away.  Right?

12   A.    Not on paper.

13   Q.    What does that mean, *not on paper*?

14   A.    Because I can say those three captains ran away.  It

15   doesn't mean they are on the lam running away.  It means

16   you ain't gonna see them no more.  I am not going to

17   say -- well, we killed those three guys.

18   Q.    When you are cooperating with the government?

19   A.    Yes.

20   Q.    After January 9, 2003, you had what, some 200 or 300

21   or 400 or even 500 meetings.  Right?

22   A.    Over the course of the last five years?  I don't

23   think it was that many.

24   Q.    How many?

25   A.    A lot.

2930

1   Q.   A lot.

2        When you talked about -- let's say the murder of

3   the three captains that you personally were involved in,

4   did you tell agents and prosecutors that you were involved

5   in murdering those three captains, or did you tell them

6   that those three captains ran away?

7   A.   The fact of killing them I was involved in, then they

8   ran away.

9   Q.   What did you just say?

10  A.   If I was to explain it to someone, I would say they

11  ran away.   It's a term.   It doesn't mean the way he wrote

12  it -- doesn't come off the way you're saying it.

13  Q.   When you say it was a term, when you were speaking to

14  agents of the FBI -- of the Federal Bureau of

15  Investigation and prosecutors from the US Attorney's

16  office, when you spoke about murder that you were involved

17  in, is it your testimony that you told them that the

18  people ran away as opposed to that you participated in

19  murdering them?

20  A.   I could use that terminology; that you're never going

21  to see them again.   He ran away.   And if he wrote it that

22  way, that is his business.

23  Q.   Well, Mr. Vitale, I know what you could have done.

24  A.   Wait --

25  Q.   I'm asking you what you did do.

2931

1          When you met with agents and prosecutors and

2    told them about the murder of the three captains, this is

3    an event that occurred all at one time.  Right?  Three

4    captains were murdered on the same date with your

5    assistance.  Right?

6    A.    True.

7    Q.    When you met with prosecutors and agents and told

8    them about your participation in those three --

9    participation in those three murders, did you say that the

10   captains were murdered; that the bodies were buried by

11   members of the Gambino family?  Or did you say that the

12   three captains *ran away*?

13   A.    I could have said at that meeting I participated in

14   killing those three captains and the Gambinos made them

15   run away.  It is a term.  It's done -- are you asking me

16   do I believe Wild Bill ran away or Wild Bill was killed?

17   Q.    I'm asking you what you remember telling the agents

18   of the FBI.

19   A.    I don't recall.

20   Q.    Well, let me show you what is marked as SV-20,

21   pages 25 to 28?

22   A.    Okay.

23   Q.    Have you had a chance to review that document?

24   A.    I think I know -- I know what this document says.

25   Q.    Well, when you say you think you know, why do you

2932

1    know?

2    A.   Because it's about the murder of the three captains.

3    Q.   It is about what you told agents about the murder of

4    the three captains.  Right?

5    A.   This is an official 301.  True.  This is an official

6    document.  These are notes.

7    Q.   Well, Mr. Vitale, do you recognize this to be an

8    official document?

9    A.   I know this is an official document.

10   Q.   Now, anywhere in there does it refresh your

11   recollection that -- having read that or knowing what this

12   document says, does it refresh your recollection that when

13   you spoke about the murder of the three captains, you told

14   agents that they were murdered, not that they ran away?

15            MR. BURETTA:  Objection to the form.

16            THE COURT:  Sustained.

17   BY MS. KEDIA:

18   Q.   Well, Mr. Vitale, having looked at that do you

19   mean -- does it refresh your recollection about telling

20   the agents when you met with them that in 2003, describing

21   the murder of the three captains in -- and relating that,

22   in fact, they were murder?

23   A.   It doesn't say that, that they were murdered.

24   Q.   Now, when you spoke about the murder of Sonny Black,

25   that is another murder you participated in.  Right?

Vitale - Cross/Ms. Kedia

2933

1   A.   True.

2   Q.   And these are murders that you started participating

3   in 25 or more years ago.  Right?

4   A.   True.

5   Q.   In fact, the first murder you participated in was

6   more than 30 years ago.  Right?

7   A.   True.

8   Q.   That is how long you have been committing murders?

9   A.   True.

10  Q.   When you met with agents about the murder of Sonny

11  Black, do you recall telling them that Sonny Black ran

12  away or do you recall telling them that Sonny Black was

13  murdered?

14  A.   I don't recall.

15  Q.   I'm going to show you what is marked as 3500 SV-20,

16  pages 22 to 24.

17  A.   I'm done.

18  Q.   Mr. Vitale, having looked at that document, does it

19  refresh your recollection that when you spoke about the

20  murder of Sonny Black, in fact, you told agents in vivid

21  detail about the murder of Sonny Black and that, in fact,

22  he was murdered?

23  A.   I did tell them he was murdered.

24  Q.   You didn't tell them that he ran away.  Right?

25  A.   No.

2934

1    Q.    When you told agents, Mr. Vitale, about the four --

2    about the seven other murders that you were involved in,

3    do you recall telling them that, in fact, each of those

4    individuals were murdered, not that they ran away?

5    A.    I might have used both expressions.

6    Q.    Well, let me show you then what is marked as

7    3500 SV-20, page 8.

8         MS. KEDIA:  Pages 8 through 10, your Honor.

9    A.    Okay.

10   BY MS. KEDIA:

11   Q.    Do you recall telling the agents about the murder of

12   a man by the name of Cesar Bonventre?

13   A.    Yes.

14   Q.    Yes?

15   A.    Yes.

16   Q.    And this is a murder that you were involved in back

17   in 1984.  Right?

18   A.    True.

19   Q.    Do you recall telling agents or prosecutors when you

20   met with them about the murder of Cesar Bonventre that, in

21   fact, Cesar Bonventre was murdered and you participated in

22   that murder?

23   A.    That's true.

24   Q.    You didn't tell them that Cesar Bonventre ran away,

25   did you?

2935

1   A.    I might have.  I don't have their notes.

2   Q.    Well, let me ask you.  When you say you might have,

3   Cesar Bonventre certainly didn't run away.  Right?  Is

4   that right?

5   A.    To the rest of the family, he ran away.  I knew what

6   happened to him.

7   Q.    Well, you participated in murdering him.  Right?

8   A.    And they never found -- we tried to hide the body.

9         So if someone was to ask me at his funeral where

10   is Cesar, I would say, *Cesar ran away.*

11   Q.    So back in 1984 when Cesar Bonventre went missing,

12   did you say to your other Bonnano fellow criminals that he

13   might have run away.  Is that right?

14   A.    I'm not going to admit it.  I participated in a

15   murder.  I'm not going tell them about a murder.

16   Q.    Because you don't talk to people about murders that

17   they didn't participate in.  Right?

18   A.    I don't.

19   Q.    That was a cardinal rule of yours.  Right?

20   A.    People break rules all the time.  I don't.

21   Q.    I'm asking about you, Mr. Vitale?

22   A.    I don't.

23   Q.    You don't.  Right?

24   A.    I don't.

25   Q.    And that was something that is instilled in you by

Vitale - Cross/Ms. Kedia

2936

1    Mr. Massino.  Right?

2    A.    True.

3    Q.    When you met with agents and prosecutors in 2003,

4    after you began cooperating, it is your testimony that

5    then you decided you were going to be truthful about what

6    happened to all these people you were involved in

7    murdering.  Right?

8    A.    I have to be truthful, sure.

9    Q.    So certainly at that moment in time you weren't

10    pretending any longer that Cesar Bonventre ran away.

11    Right?  Are you trying to say that the minute you

12    cooperate you change your way of thought and you change

13    your language of how you would pass a remark to someone?

14          Is that what you're --

15    A.    Well, as I would say, well, we murdered him.  We shot

16    him three times.  We buried him.

17          Or I would just say, I told -- I told him Cesar

18    ran away.

19    Q.    When you met with agents and prosecutors after you

20    started cooperating, did you tell the agents -- did you

21    use your street lingo back from 20 years ago and say that

22    he ran away, or did you describe in vivid detail how Cesar

23    Bonventre was murdered?

24          MR. BURETTA:  Asked and answered.

25          THE COURT:  Sustained.

Vitale - Cross/Ms. Kedia

2937

1   BY MS. KEDIA:

2   Q.   Let me ask you about George Sciascia.

3        That is another murder you were involved in.

4   Right?

5   A.   Yes.

6   Q.   Is that how you say his last name?

7   A.   I believe so, Sciascia.

8   Q.   George Sciascia is a murder that you were involved in

9   in 1999.  Right?

10  A.   Yes.

11  Q.   Well, when you paused, do you have a recollection of

12  that or do you not?

13  A.   It was the spring of '99 -- I believe it was May of

14  '99.  I'm not sure.

15  Q.   Well, let me ask you.  You pled guilty to all of

16  these murders.  Right?

17  A.   Yes.

18  Q.   And when you pled guilty to the murders, you pled

19  guilty pursuant to an indictment.  Right?

20  A.   Repeat the question.

21  Q.   There was an indictment.  Right?  You were charged in

22  an indictment.  Right?

23  A.   On George's murder --

24  Q.   Well, you were charged initially in an indictment on

25  one murder.  Right?

Ellen S. Combs, CSR
Official US Court Reporter

Vitale - Cross/Ms. Kedia

2938

1   A.   Yes.

2   Q.   And then you began cooperating and you told agents

3   and prosecutors about 11 murders that you were involved

4   in.  Right?

5   A.   Yes.

6   Q.   And then you pled guilty to those 11 murders.  Right?

7   A.   Yes.

8   Q.   And there was an official document that laid out the

9   11 murders that you were pleading guilty to.  Right?

10  A.   True.

11  Q.   And the official document contained the dates of the

12  those murders.  Right?

13  A.   I'm not aware of that.  It may -- it might.

14  Q.   I'm going to show you what is marked as 3500 SV-2C?

15  A.   Okay.

16  Q.   Now, you pled guilty to what is called superseding

17  information. Right?

18  A.   I guess.

19  Q.   Well, you went to court and you literally said to a

20  Judge, *I participated in these 11 murders.*  Right?

21  A.   I didn't hear you.

22  Q.   You went to with a courtroom, a federal courtroom.

23  Right?

24  A.   Yes.

25  Q.   And you told the Judge about your participation in

Vitale - Cross/Ms. Kedia

2939

1    11 murders.  Right?

2    A.    True.

3    Q.    And when you did that, certainly you didn't go into

4    the details of each and every murder.  Right?  In front of

5    that Judge.

6    A.    I think in chambers he asked what my participation

7    was, and what actually went down.

8    Q.    Well, when you say --

9    A.    He was very inquisitive.

10   Q.    When you say in chambers he asked you about the

11   details, did you plead guilty in an open courtroom like

12   this?

13   A.    No.  No.

14   Q.    So when you say in chambers, you're talking about a

15   time period where there was a stenographer like the one

16   that is here?

17   A.    I believe in chambers there was a stenographer.

18   Q.    And you were actually pleading guilty to the Judge.

19   Right?

20   A.    Yes.

21   Q.    And you were being asked questions about your

22   involvement in 11 murders.  Right?

23   A.    Yes.

24   Q.    And one of the questions that you were asked is when

25   these murders occurred.  Is that right?

2940

1   A.   Approximate.  I wasn't keeping a record of what day

2   we killed what individual.  I might say early '99 -- March

3   of '99, May of 99.

4   Q.   And that was the most recent murder that you were

5   involved in.  Right, 1999?

6   A.   Yes.

7   Q.   When you went back to your murders in 1984 and 1981,

8   did you have a specific recollection of what years those

9   murders were?

10   A.   I knew the captains were in '81.

11   Q.   How do you know that?

12   A.   I just remembered the date because it was my son's

13   birthday.

14   Q.   The three captains -- you were there when the three

15   captains were murdered.  Is that right?

16   A.   Yes.

17   Q.   And it was your son's birthday?

18   A.   Yes.

19   Q.   Now, what about the other murders?

20   A.   What other murder?

21   Q.   The other murders that you were involved in, did you

22   have a specific recollection?

23   A.   I knew Sonny Black was shot after that period of

24   time.  It could have been a month, it could have been two

25   months.  I know Cesar told me when Mr. Massino was on the

## Vitale - Cross/Ms. Kedia

2941

1   lam.  I know it was when Mr. Massino was in MCC.  When

2   they are asking you dates, you try to put it into an event

3   in your life.

4           THE COURT:  Ms. Kedia, I think we'll take our

5   break for lunch.

6           We'll resume back here a 1:15.

7           Is that too difficult for you folks?  Okay.

8           (A luncheon recess was taken at 12:33 p.m.).

9

10                      -       -         -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2942

1        AFTERNOON SESSION

2        (Outside the presence of the jury.)

3        THE COURT:  What is your application, Ms. Kedia?

4        MS. KEDIA:  This witness just testified about a

5   meeting with Ms. Mayer and three agents in which he said

6   that notes were taken.  I haven't been given any type of

7   notes of such a meeting.  And I would ask that they be

8   produced.

9        THE COURT:  I think he said it was a meeting

10  with Ms. Mayer and two agents.

11       MS. KEDIA:  You're right, Judge.

12       MR. BURETTA:  All notes have been produced,

13  Judge.

14       THE COURT:  All right.  Thank you.

15       Ms. Kedia, how long are you going to be with

16  this witness?

17       MS. KEDIA:  I'm going to be definitely the rest

18  of the afternoon, Judge.

19       THE COURT:  Come on up and let me hear your

20  offer of proof up here.

21       (The following occurred at sidebar.)

22       THE COURT:  You started with the witness at

23  11:47.  The government started their direct examination --

24  was it ten?

25       MR. GOLDBERG:  About 10:45.

2943

1          THE COURT:  So they did slightly over an hour of

2    cross-examination between 11:47, and we stopped for the

3    luncheon recess at 12:35.

4          So I would say a fair balance would be if the

5    government has one hour, that you take no more than two

6    hours.  And then Mr. LaRusso will have his two hours.

7          MS. KEDIA:  Your Honor, I'm sorry.  I have many

8    areas to cover.

9          THE COURT:  Tell me what you have.

10          MS. KEDIA:  I can actually even show the Court

11    my specific outline of the areas that I have to cover.

12          And I can tell the Court that it will take the

13    rest of the afternoon, the number of unexplained hits --

14          THE COURT:  We have gone through some of that.

15          MS. KEDIA:  I haven't talked about any of them

16    yet.  This witness testified about having been involved in

17    11 murders.  There are a few that he is involved in,

18    despite his testimony to the contrary -- a few he was

19    involved in without consulting the boss of the family,

20    that he has testified to in the past.

21          And I also want to bring out various things

22    regarding, obviously not ever detail, but regarding much

23    of the murders.  But certainly details to show the

24    difference in, for example the Campanella shooting and the

25    murders that he is involved in, the details and the

2944

1    organized --

2              THE COURT:  You want to do a comparison.  What

3    else?

4              MS. KEDIA:  Yes, Judge.

5              His position versus Massino's position, versus

6    Spero's position; how it fluctuated within the family; the

7    underboss, the boss, and at certain points Spero is the

8    acting boss.  That changes between him and Spero.  And

9    various other people when they are incarcerated.  I think

10   that is relevant.

11             THE COURT:  You figure two weeks on it?

12             MS. KEDIA:  No, Judge, I don't.

13             But I can tell the Court that this witness has

14   testified in five prior are trials.  And in every trial he

15   has testified in -- five trials in the Eastern District --

16   he has always been on the stand a minimum of two days, and

17   sometimes more.  And I don't expect to go into all kinds

18   of details about the murders.  I'm not suggest to you that

19   I want to, or that I need to.  But there are certain

20   things that I would ask that I be permitted to bring out.

21             THE COURT:  In view of the fact that the direct

22   was pretty focused, I will not permit you to go on for --

23             MS. KEDIA:  I understand.

24             THE COURT:  -- for a protracted period of time.

25             MS. KEDIA:  I don't want to do that.

Vitale - Cross/Ms. Kedia

2945

1           THE COURT:  What is your response?

2           MR. BURETTA:  Your Honor, the direct is one

3    hour.  And he has testified almost exclusively in Bonanno

4    cases.

5           What he knows here is very specific.  And that

6    is what I kept him focused on, as the Court obviously

7    knows.  There is no reason they can't finish his cross

8    today.  They should pick what is important and cross him

9    on it.  Just what they haven't done yet in this trial.

10   There is no reason --

11          THE COURT:  You didn't bring him in as an

12   expert --

13          MR. BURETTA:  Correct.

14          THE COURT:  -- in terms of the Mafia.  You only

15   asked him what his direct position was in the Bonanno

16   family, and what if any interaction the Bonannos had with

17   the Colombo crime family.  And that was it.  And the

18   specific areas with regard to the administration with

19   Mr. Persico.

20          MS. KEDIA:  And the Colombo order.

21          MR. BURETTA:  The Judge covered that.

22          MS. KEDIA:  I haven't covered the Colombo order

23   at all.

24          MR. BURETTA:  I said the Judge covered that.

25          THE COURT:  Let's focus on those areas, and you

2946

1   will get done in two hours.

2        MS. KEDIA:  I don't think I will.  I'm not going

3   to delay or anything.  I will keep going.

4        THE COURT:  You may not get done, but that may

5   be your entire cross-examination.

6        MR. LaRUSSO:  One other thing.  This man's

7   criminal record to set up an argument that the way the

8   murders went down, the shooting with -- in this case.  It

9   had to have been the same way.  He went into the facts

10  about Massino being on the lam.  He talked about him --

11       THE COURT:  That is in response to --

12       MR. LaRUSSO:  They brought it out.  I'm just

13  saying it wasn't just restricted to certain specific --

14  they brought out his criminal record to show -- in this

15  case, first of all, I think it is improper.

16       MR. BURETTA:  Judge, I actually truncated his

17  criminal history.  I didn't even talk about each of the

18  murders he did.  I kept it short.

19       So far where the cross goes is, they start with

20  the most collateral thing.  And then about six hours in

21  they finally get to the cross.

22       MS. KEDIA:  I think I started with the most

23  recent thing, actually, and not collateral.

24       THE COURT:  You did.

25       MR. BURETTA:  I'm not talking about this cross.

Vitale - Cross/Ms. Kedia

2947

1    I'm talking about how this trial is going that.  It is not

2    what I'm talking about.  I'll say what I'm talking about.

3           So we have started with the -- so there is no

4    reason why we can't finish today.

5           THE COURT:  Okay.  Two hours.

6           (The jury entered the courtroom at 1:39 p.m.)

7           THE COURT:  I apologize for getting started so

8    late.  Mr. Vitale, you're still under oath.

9           Ms. Kedia, you may inquire.

10          MS. KEDIA:  Thank you, your Honor.

11   CROSS-EXAMINATION (Continued)

12   BY MS. KEDIA:

13   Q.   Mr. Vitale, you testified on direct examination that

14   apart from this meeting that you described with

15   Mr. Persico, that you don't have any recollection of ever

16   having told agents in other meetings -- you don't recall

17   having Wild Bill's name come up in other meetings.  Is

18   that right?

19          MR. BURETTA:  Objection to the form.

20          THE COURT:  Sustained.

21   BY MS. KEDIA:

22   Q.   Well, do you recall testifying on direct examination

23   that apart from this one meeting that you have described

24   that you don't recall having had Wild Bill's name come up?

25          MR. BURETTA:  Objection.

2948

1          THE COURT:  Sustained.

2    BY MS. KEDIA:

3    Q.   Well, Mr. Vitale, apart from this one meeting that

4    you told the prosecutors about in 2007, were there other

5    meetings with prosecutors or agents where Wild Bill's name

6    came up?

7          MR. BURETTA:  Objection.

8          THE COURT:  Asked and answered.

9          MR. BURETTA:  Yes, and it mischaracterizes his

10   testimony.

11         MS. KEDIA:  I am asking a question.  I haven't

12   characterized anything.

13         THE COURT:  Restate the question again.

14   BY MS. KEDIA:

15   Q.   Mr. Vitale, apart from these recent meetings in 2007,

16   where you have discussed the conversation that you say you

17   had with Mr. Persico in 1999, were there any other

18   meetings with prosecutors or agents where Wild Bill's name

19   came up?

20   A.   I don't recall.

21   Q.   I'm going to show you what is marked as 3500 SV-20

22   152, the bottom of 152, the top of 153.  If you would take

23   a look at that.

24   A.   Okay.

25   Q.   Now, having looked at that document, does that

2949

1    refresh your recollection that you had a meeting with

2    agents back in 2003 in which you told them about a meeting

3    with Joe Waverly in the year 2000 where Waverly said to

4    you something to the effect of Cutolo should be coming

5    home or popping up soon?

6    A.    He didn't say it to me.

7    Q.    Meaning Joe Waverly didn't say that to you?

8    A.    He didn't say it to me, no.

9    Q.    Did Joe Waverly say that to somebody else?

10   A.    He did.

11   Q.    He did.

12          This conversation with Joe Waverly occurred with

13   whom?

14   A.    Mr. Massino.

15   Q.    When you say *Mr. Massino*, you're talking about Joseph

16   Massino, the boss of the Bonanno family when you were the

17   underboss.  Right?

18   A.    True.

19   Q.    And Joe Waverly at the time of this meeting, this was

20   in approximately 2000?

21   A.    Yes.

22   Q.    Joe Waverly at the time of this meeting was whom?

23   A.    Consiglieri.

24   Q.    He was the consiglieri to the Colombo family?

25   A.    True.

Vitale - Cross/Ms. Kedia

2950

1   Q.   And, in fact, he was, in 2000, the street boss of the

2   Colombo family.  Right?

3   A.   True.

4   Q.   And what does a street boss handle.

5   A.   He handles day-to-day affairs to protect the boss.

6   Q.   And during this meeting, the person handling the

7   day-to-day affairs said to Joe Massino, the boss of the

8   Bonanno family, something to the effect of Wild Bill or

9   Billy Cutolo -- whatever name he used, should be coming

10  home or popping up soon.  Right?

11  A.   You're taking it out of context.

12  Q.   Well, Mr. Vitale, I'm asking you -- were you present

13  at this meeting?

14  A.   No, but Mr. Massino told me about it.  I was

15  upstairs.

16  Q.   Mr. Massino told you what was said to him.  Right?

17  A.   Yes.

18  Q.   And that is something that you relayed to agents or

19  prosecutors in 2003.  Right?

20  A.   True.

21  Q.   And do you recall telling those agents and

22  prosecutors that what Mr. Massino told you was said to him

23  by Joe Waverly is something to the effect that Cutolo

24  should be coming home or popping up soon?

25  A.   Mr. Massino was very slighted over it.  The whole

Vitale - Cross/Ms. Kedia

2951

1    commission was slighted over it because Joe Waverly was

2    fabricated not to pay a certain debt.  He said, *Well, when*

3    *Bill comes home, or when he pops up, we'll worry about it*.

4    Q.    Now, when you say fabricating about a certain debt,

5    what are you talking about?

6    A.    I think someone asked Mr. Waverly at the table if he

7    was going to pay a certain debt.  I don't know if it was

8    to the West Side or Pete Gotti.  And that is when Waverly

9    made that remark.

10   Q.    Meaning a debt that Waverly or someone in the Colombo

11   family owed someone in another family?

12   A.    Yes.

13   Q.    And so Waverly made a comment, it is your

14   understanding from Massino, that, like, *We'll let Wild*

15   *Bill take care of it when he comes home*, something like

16   that?

17   A.    In our terminology, he just sloughed it off.

18   Q.    Just slide past the debt.  Is that fair?

19   A.    Right.

20   Q.    Now, you told agents and prosecutors about that

21   meeting in 2000.  Right, in 2003.  Right?

22   A.    Excuse me?

23   Q.    You told agents and prosecutors about the meeting

24   between Massino and Joe Waverly that occurred in 2000, you

25   told agents that in 2003.  Right?

2952

1    A.    Yes.

2    Q.    When is the first time, Mr. Vitale -- let me ask you

3    this.

4          The first time that you told agents and

5    prosecutors anything about this supposed conversation that

6    you had with Mr. Persico about Wild Bill was in 2007.

7    Right?

8              MR. BURETTA:  Objection, argumentative.

9              THE COURT:  Sustained.

10   BY MS. KEDIA:

11   Q.    Mr. Vitale, the first time that you ever told agents

12   and prosecutors about this meeting that you say occurred

13   in 1999 in which Mr. Persico said something to the effect

14   of; you can't take what is not yours, was in 2007.  Is

15   that right?

16   A.    Did I tell them about that conversation?

17   Q.    That is the first time you ever told them about that

18   conversation was in 2007?

19   A.    I don't recall.

20   Q.    You don't recall whether you ever mentioned that to

21   anyone before?

22   A.    I may have.

23   Q.    Well, let me direct your attention, again, to the

24   document in front of you, SV-20, pages 152 to 155.

25   A.    Yes.

2953

1    Q.    Now, let me ask you, having looked at that document,

2    does it refresh your recollection that when you met with

3    agents in 2003, on September 18th of 2003, you didn't tell

4    them anything about this meeting that you have described

5    in this courtroom today, in which Mr. Persico supposedly

6    said to you, *You can't take what's not yours*?

7                MR. BURETTA:  Objection.

8                THE COURT:  Sustained.

9    BY MS. KEDIA:

10   Q.    In which you say Mr. Persico said to you, *you can't*

11   *take what's not yours*?

12               MR. BURETTA:  Objection.

13               THE COURT:  Sustained.

14   BY MS. KEDIA:

15   Q.    Mr. Vitale, having looked at that document, do you

16   have any recollection now of whether you told agents in

17   the past about this meeting previously?

18               MR. BURETTA:  Objection.

19               THE COURT:  Sustained.

20   BY MS. KEDIA:

21   Q.    Mr. Vitale, do you recall telling agents in the past

22   that, in fact, a meeting -- you had a meeting with

23   Mr. Persico about six months after he was released from

24   prison?

25   A.    Are you saying I met him more than one time?

Vitale - Cross/Ms. Kedia

2954

1  Q.    No.  I'm asking you, do you recall telling agents

2  when you met with them on September 18th of 2003 that you

3  had a meeting with Mr. Persico approximately 6 months

4  after he was released from prison?

5  A.    I might have said that.

6  Q.    I just direct your attention to the third paragraph.

7         Well, when you say you might have said that,

8  does that mean you recall having said that or you don't

9  recall?

10 A.    I could have said that.  I won't make it verbatim,

11 six months.  I could have said six months.

12 Q.    Do you know that Mr. Persico was released from prison

13 in August of 1994?

14         MR. BURETTA:  Objection.

15         THE COURT:  Sustained.

16 BY MS. KEDIA:

17 Q.    Well, do you know when Mr. Persico was released from

18 prison?

19 A.    No.

20 Q.    You have no knowledge of that?

21 A.    No.

22 Q.    So when you say you could have said six months after

23 he was released from prison, what does that mean?

24         MR. BURETTA:  Objection.

25         THE COURT:  Sustained.

## Vitale - Cross/Ms. Kedia

2955

1    BY MS. KEDIA:

2    Q.    Well, when you told agents and prosecutors about a

3    meeting with Mr. Persico in the past, how is this that you

4    determined when this meeting occurred?

5    A.    Pardon?  What is the question?

6    Q.    How was it that you remembered when this meeting

7    occurred?

8    A.    How do I know that the meeting in '99 occurred?

9    Q.    No.  When you testified that you could have said six

10   months -- you might have said six months after Mr. Persico

11   was released from prison you had a meeting with him.

12   A.    I don't know when Mr. Persico was released.

13   Q.    So, in fact, you wouldn't have said six months after

14   he was released.  Is that right?

15          MR. BURETTA:  Objection.

16          THE COURT:  Sustained.

17   BY MS. KEDIA:

18   Q.    Well, when you -- when you say that you might have

19   said that, did the agents ask you what year Mr. Persico

20   was released from prison?

21   A.    No.

22   Q.    Or what your understanding was as to when this

23   occurred?

24   A.    I have no knowledge when he was released from prison.

25   Q.    Mr. Vitale, you testified about this statement that

2956

1    Mr. Persico made during this meeting.  And I believe that

2    you had testified that he said, *A person can't take what's*

3    *not his*.  Or *he can't take what's not his*.  Or *you can't*

4    *take what's not yours*.

5                MR. BURETTA:  Objection.

6                THE COURT:  Sustained.  Ignore the question.

7    BY MS. KEDIA:

8    Q.   Mr. Vitale, what is it that was said?  What are the

9    words?

10               THE COURT:  You can answer.

11   A.   Mr. Persico said that *you can't take what's not*

12   *yours*.

13   BY MS. KEDIA:

14   Q.   Now, this -- describe this meeting, Mr. Vitale.  You

15   said that you people walk in and you get introduced.

16   Right?

17   A.   True.

18   Q.   And this is the very first time you're ever meeting

19   Mr. Persico, apart from having seen him in some

20   location -- club?

21   A.   I met him at the club.  He had, I didn't me him at --

22   Q.   You met him at Club A?  You said this was the first

23   time you were meeting him -- I believe your words were *as*

24   *a friend*?

25   A.   As a friend.

Vitale - Cross/Ms. Kedia

2957

1   Q.   When you say *as a friend*, you mean someone involved

2   in organized crime.  That is what that means?

3   A.   A made member.

4   Q.   So when you met him in the 1980 as -- do you recall

5   what year that was?

6   A.   No.

7   Q.   When you met him in the 1980s, in what kind of a

8   situation?

9   A.   It was a disco or the VIP Room.  He was sitting in

10  the VIP Room with a young lady.  I was sitting with other

11  individuals.

12  Q.   And this is like a nightclub?

13  A.   Yes.

14  Q.   And that -- this was where, in Manhattan?

15  A.   Club A.

16  Q.   In Manhattan?

17  A.   Yes.

18  Q.   And you met him then.  Were you introduced to him?

19  A.   Hello, good-bye; just hello and good-bye.

20  Q.   And when you say that you met him, who was it that

21  was introducing you to him?

22  A.   Angelo Ruggiero.

23  Q.   And did you meet him as a member of an organized

24  crime family?

25  A.   No.

Vitale - Cross/Ms. Kedia

2958

1    Q.    Just like you would meet anyone else in everyday

2    life?

3    A.    That's true.

4    Q.    If any member of the jury would meet someone in

5    everyday life?

6                MR. BURETTA:  Objection.

7                THE COURT:  Sustained.

8    BY MS. KEDIA:

9    Q.    Now, when -- so when you met him in 1999, it is your

10   testimony that this is the first time you're actually

11   formally introduced to him.  Is that correct?

12   A.    I believe so.

13   Q.    Now, after this series of introductions, you said

14   that first Joe Waverly introduced you and Mr. Massino to

15   Mr. Persico.  Right?

16   A.    That's not true.

17   Q.    That is not true?

18   A.    I didn't say that.

19   Q.    What happened?

20   A.    Joe Waverly introduced me to Allie Boy.  I introduced

21   Mr. Massino to Joe Waverly and to Allie Boy.

22   Q.    And so he just made one introduction between the two

23   of you because you had not met.  Right?

24   A.    Repeat the question.

25   Q.    Joe Waverly just made an introduction?

2959

1  A.    Yes.  Waverly was, formally introduced me as an

2  underboss.  So he has introduced me to his acting boss,

3  because he never met me.  And then they never met

4  Mr. Massino as official boss so I introduced Mr. Massino

5  to them.

6  Q.    Meaning neither Mr. Waverly nor Mr. Persico had ever

7  met Mr. Massino as an official boss?

8  A.    As official boss.

9  Q.    Now, after the introductions are made -- how long is

10  this meeting in total?

11  A.    How long what?

12  Q.    How long is this meeting in total?

13  A.    I don't recall.

14  Q.    Approximately.

15  A.    I don't recall.

16  Q.    Do you have any recollection of whether it was under

17  a half hour?

18  A.    I would say more.

19  Q.    More than a half hour.

20        And you say that the -- I think you were asked

21  on direct examination whether you tried to ask for

22  additional Bonanno members to be made.  Is that right?

23  A.    I don't think I said that.

24  Q.    You were asked the question.  And you say no, you

25  don't have a recollection of that.  Right?

2960

1    A.    True.

2    Q.    And you say --

3    A.    Not saying that it didn't occur.  I don't remember

4    every conversation.  We might have said -- you make it

5    sound like we went to ask for men.

6              We didn't go to ask for men.  We're talking

7    maybe you straighten out people, we'll straighten out

8    people.  It is just chit-chat.  It is not that we're going

9    as an official and saying we want ten of your men.

10    Q.    So this wasn't really -- you're saying that you

11    weren't having official discussions about these types of

12    issues, but you may have been having little chit-chat?

13    A.    I think Allie Boy, he wanted to familiarize himself,

14    get to know Mr. Massino.

15    Q.    Familiarize himself with him?

16    A.    Uh-huh.

17    Q.    And when you say he wanted to familiarize himself

18    with him, what does that mean?

19    A.    To find out where he stands, what he feels as a boss,

20    to form an allegiance, to get to know each other, have

21    open communications.

22    Q.    Well, Mr. Massino -- isn't it a fact that you had

23    previously told people that Massino, in fact, supported

24    the Persico side of the room?

25    A.    I think Mr. Massino -- from day one when I went to

2961

1  see him in Talladega, Alabama, said he was neutral.  He

2  was neutral up until a certain point, and then he decided

3  to back Persico.

4  Q.    What does that mean, *up until a certain point*?

5  A.    Up until the commission said that we should recognize

6  Junior Persico.  Then Mr. Massino said, fine.

7  Q.    When was that?

8  A.    In '97, '98.

9  Q.    So meaning by the time that this meeting occurred,

10  you said in late 1999.  Is that right?

11  A.    Mid-'99, after June of '99.

12  Q.    By the time this meeting occurred, there had already

13  been a commission meeting in which Junior Persico was

14  formally recognized?

15  A.    Yes.

16  Q.    And that happened sometime either a year on two

17  prior?

18  A.    I'm sorry?

19  Q.    That had happened some time in 1997 or 1998.  Is that

20  right?

21          MR. BURETTA:  Asked and answered.

22          THE COURT:  Sustained.

23  BY MS. KEDIA:

24  Q.    Well, to the best of your recollection, when, in

25  relation to this meeting that you're describing with

2962

1    Mr. Persico, had that occurred?

2              MR. BURETTA:  Asked and answered.

3              THE COURT:  Sustained.

4    BY MS. KEDIA:

5    Q.   Mr. Vitale, there was a meeting that you also

6    attended that you described with a person by the name of

7    Andrew Russo.  Right?

8    A.   True.

9    Q.   Who is Andrew Russo?

10   A.   He was -- I think he was released from jail, and he

11   was actually representing the Persicos.  And he is an

12   elderly gentleman, and he was representing the Persicos.

13   Q.   He was representing the Persicos, meaning, he was the

14   acting boss at the time.  Right?

15   A.   I guess you could say that.

16   Q.   And would you say that he was -- you said he was

17   released from jail.

18              Is that -- do you have a recollection of when

19   that was?

20   A.   When was he released from jail?

21   Q.   Yes.

22   A.   I don't know.

23   Q.   And became the boss.

24   A.   I don't know.

25   Q.   Any approximation?  Are we talking here in the 1990s?

Vitale - Cross/Ms. Kedia

2963

1    A.    I know he was on the -- he attended the meeting.

2    Q.    When he attended this meeting that you're describing?

3    A.    Yes.

4    Q.    And was this meeting after, if you know, the murder

5    of Joey Scopo.

6    A.    Was it after the murder of Joey Scopo?  I think Joey

7    Scopo was killed in the early nineties, but I'm not

8    positive.

9    Q.    Would it be fair to say that this meeting was after

10   the murder of Joey Scopo?

11              MR. BURETTA:  Objection.

12              THE COURT:  Sustained.

13   BY MS. KEDIA:

14   Q.    Well, you're saying you're not positive when Joey

15   Scopo was killed.  Right?

16   A.    True.

17              MR. BURETTA:  Objection.

18   BY MS. KEDIA:

19   Q.    But when was this meeting in relation to that, if you

20   know?

21              MR. BURETTA:  Objection.

22   BY MS. KEDIA:

23   Q.    Before or after?

24              THE COURT:  Sustained.

25   BY MS. KEDIA:

2964

1    Q.   When you -- you were asked about this meeting with

2    Andrew Russo.  You said that Andy Russo was there, and a

3    person by the name of Vinnie Aloi?

4            How how do you spell that, Aloi?

5    A.   I have no idea.

6    Q.   Well, just give us a phonetic.

7            MR. BURETTA:  Objection.

8            THE COURT:  Overruled.

9    A.   A-L-O-I.

10   BY MS. KEDIA:

11   Q.   And you said Junior Persico was not at this meeting.

12   Right?

13   A.   Junior Persico was not at this meeting?

14   Q.   Yes.

15   A.   You mean Allie Boy Persico?

16   Q.   Well, who is Junior Persico?

17   A.   I don't know.  You said it.

18   Q.   You don't know anyone by that name?

19   A.   Not know off the top of my head.

20   Q.   Now was any Persico at this meeting?

21   A.   No.

22   Q.   Just Andy Russo, Vinnie Aloi and who else from the

23   Colombo family?

24   A.   No one.

25   Q.   And who else from your family?

Vitale - Cross/Ms. Kedia

2965

1  A.   I believe it was me, and I don't know if it was TG or

2  George.

3  Q.   Who is TG?

4  A.   Anthony Graziano, was a captain with the Bonanno

5  family.

6  Q.   And who is George?

7  A.   Captain with the Bonanno family.

8  Q.   And who else was there at this meeting?

9  A.   Peter Gotti, Nickie Carraso, Joe DeFitti, Stevie

10  Carillo, Barnie T, and Nickie DeMeno.

11  Q.   And who are the other people that you described, is

12  that Stevie Carillo?

13  A.   The Lucchese family.

14  Q.   And Barnie?

15  A.   West Side -- it is the West Side family.

16  Q.   When you say the West Side family --

17  A.   The Genovese family.

18  Q.   The Genovese family, you're talking about a person by

19  the name of Barnie Bullamos?

20  A.   I didn't say his last name.

21  Q.   You don't know his last name?

22  A.   Now I do.

23  Q.   Is that the same person you're talking about?

24  A.   Yes.

25  Q.   Does the name sound familiar to you now that it is

**Vitale - Cross/Ms. Kedia**

2966

1    being said?

2    A.    Yes, uh-huh.

3    Q.    And who else?

4    A.    Mikey DeMeano.

5    Q.    Who is Mikey DeMeano?

6    A.    I believe it was the consiglieri of the West Side at

7    the time.  Pete Gotti from the Gambinos and Nickie Carraso

8    from the Gambinos.

9    Q.    Now, this is a meeting in which, I believe you said

10   that Andy Russo and Vinnie Aloi were told to go in a room

11   and try to work it out and come out?

12   A.    That's true.

13   Q.    And who told them to go in a room to try to work it

14   out?

15   A.    Barnie did, Barnie was doing most of the talking.

16   Q.    Barnie, meaning Barnie Bullamos from the West Side?

17   A.    True.

18   Q.    And what was his position?

19   A.    At the time I think he was acting boss.  The West

20   Side changes hats every week.  They could be acting boss

21   today, next week they'll be consiglieri, the next week

22   they'll be -- be underboss.  Whatever suits them that

23   week.

24   Q.    Now, after -- and you said that he came out of the

25   room and said, *We can't work it out*?

Vitale - Cross/Ms. Kedia

2967

1   A.   True.

2   Q.   And what happens after that?

3   A.   They left.

4   Q.   How long was this meeting?

5   A.   I don't recall.

6   Q.   Was anything resolved whatsoever at this meeting?

7   A.   Yes.

8   Q.   What was resolved?

9   A.   We all agreed to take five individuals each -- to

10  straighten out five individuals, and to give five

11  individuals to the Persico family.  Not the Vinnie's Aloi

12  side, but the Persico side.

13  Q.   So after this meeting, there were still two sides, is

14  that your testimony?

15  A.   When they walked in, it was two sides.

16  Q.   And when they walked out?

17  A.   As far as we were concerned, it was one side.

18  Q.   So at this meeting, the rest of the families

19  recognized the Persico faction or the Andy Russo faction

20  as the faction that is going to win.  Right?

21  A.   True.

22  Q.   And you actually decide at this point to give Andy

23  Russo five men?

24  A.   True.

25  Q.   Do you know whether Andy Russo was incarcerated again

Vitale - Cross/Ms. Kedia

2968

1    at some point in time?

2    A.    After that meeting?

3    Q.    Yes.

4    A.    I think he went back to jail after that meeting, soon

5    after.  But I'm not clear.  I think he was doing time.

6    The last I heard I think he was incarcerated.

7    Q.    So you said there was a period of time that he was in

8    jail before this meeting, too.  Right?

9    A.    Yes.

10   Q.    So he comes out, there is a meeting and then he goes

11   back to jail at some point.  Right?

12   A.    Fair to say.

13   Q.    Now -- and during the time that he is out -- during

14   the entirety of the time he was out, is it your

15   understanding that he was the acting boss of the Colombo

16   family?  Or on the Persico side I should say.  I

17   understand there was some dispute.

18   A.    True.

19   Q.    So he was the acting boss of the Persico side of the

20   family?

21   A.    He was the street boss, yes.

22   Q.    And there was a point that Andy Russo -- they wanted

23   Andy Russo -- this faction to become the boss.  Right?

24   A.    Sorry?

25   Q.    There was a point where certain people in this

## Vitale - Cross/Ms. Kedia

2969

1  faction wanted Andy Russo to actually become the boss of

2  the Colombo family?

3  A.   How can he become the boss if Junior Persico was the

4  boss?

5  Q.   Well, Mr. Vitale, you recall testifying in a trial

6  against Joseph Massino.  Right?

7  A.   True.

8  Q.   And you said Massino -- when you testified against

9  him, was the boss of the Bonanno family.  Right?

10  A.   True.

11  Q.   And that was back in 2004 when you testified against

12  him.  Right?

13  A.   True.

14  Q.   And since then, Joseph Massino has also been a

15  cooperating witness also?

16          MR. BURETTA:  Objection.

17          THE COURT:  Sustained.

18  BY MS. KEDIA:

19  Q.   Do you know what happened to Joseph Massino?

20          MR. BURETTA:  Objection.

21          THE COURT:  Come up.

22          (The following occurred at sidebar.)

23          THE COURT:  I have a problem when you're

24  referring to the testimony of this witness at another

25  proceeding.  Okay?

Vitale - Cross/Ms. Kedia

2970

1          MS. KEDIA:  All right.

2          THE COURT:  Now, the next question is, what

3    difference does it make if Joseph Massino became a

4    cooperator, or if he went into a seminary to become a

5    priest?

6          MS. KEDIA:  Because I expect -- and I may even

7    want to call Joseph Massino -- that he will describe this

8    meeting with Mr. Persico very differently, if at all, that

9    any meeting with Mr. Persico occurred.

10          MR. BURETTA:  Number 1, it is -- can I please

11    finish?  Thank you.

12          Number 1, it is not relevant if he is

13    cooperating.  His cooperation status is routinely excluded

14    in the trial, if he testified.

15          Part of the reason -- it is being excluded is

16    because he has the right to call Massino in.  If they want

17    to call him, I welcome them to call him.

18          THE COURT:  It is not relevant.  You're barred

19    from mentioning it.

20          (The following occurred in open court.)

21          THE COURT:  Objection sustained.

22    BY MS. KEDIA:

23    Q.   Mr. Vitale, do you recall testifying under oath at

24    this proceeding against Mr. Massino?

25    A.   Yes.

Vitale - Cross/Ms. Kedia

2971

1    Q.    And do you recall --

2              MS. KEDIA:  Page 5860, your Honor.

3              THE COURT:  Of what transcript?

4              MS. KEDIA:  It is MV-226.

5              THE COURT:  Give me a moment, please.

6              226-A, 226-B?

7              MS. KEDIA:  226 -- I believe it is C, Judge.

8              THE COURT:  And the page number again, please.

9              MS. KEDIA:  It's page 5860, your Honor.

10   BY MS. KEDIA:

11   Q.    Do you recall being asked these questions and giving

12   these answers?

13              "Question:  You said you were at a discussion."

14              MR. BURETTA:  Objection.

15              THE COURT:  Wait.  Give me a line.

16              MS. KEDIA:  I'm sorry, line 3 I'm starting at,

17   Judge.

18              THE COURT:  Let me read it.

19              Please approach.

20              (The following occurred at sidebar.)

21              THE COURT:  This is introduced to establish

22   something that is inconsistent with his testimony here

23   today?

24              MS. KEDIA:  He said he doesn't recall about

25   saying that there was another faction, and he assumed they

2972

1    wanted to become boss.  So I'm asking him about this prior

2    statement.

3              MR. BURETTA:  It doesn't refer to Andy Russo

4    becoming a boss.  It talks about Junior Persico, that

5    there is another faction, Andy Russo, and they wanted to

6    become boss.  It doesn't say Andy Russo wanted to become

7    boss.  It says Andy Russo was backing him, meaning Junior

8    Persico.

9              MS. KEDIA:  Judge, it was on and they didn't

10   want Junior Persico to be boss.  There was another

11   faction, Andy Russo, and they wanted to become boss.

12   In this testimony --

13             MR. BURETTA:  First of all, Andy Russo is a

14   different faction than Carmine Persico, and that he wanted

15   to become boss.  And apparently he had people backing him.

16             THE COURT:  I don't read it that way.  But I

17   guess that is because I wasn't there.  I don't know what

18   the purpose of now trying to bring this in through the

19   back door.

20             Is there any evidence as to whether Andy Russo

21   was part of another faction?

22             MS. KEDIA:  There is evidence that he was the

23   acting boss at the time they said Mr. Persico.

24             THE COURT:  This is -- what is this?  Is that

25   what this is referring to?  Okay.  The objection is

2973

1   sustained.

2          (The following occurred in open court.)

3          THE COURT:  Objection sustained.

4   BY MS. KEDIA:

5   Q.   Mr. Vitale, after this situation is resolved in --

6   during this period where Andy Russo is out of prison and

7   is the acting boss of the Colombo family, are there other

8   meetings regarding the situation, the Colombo disputes?

9          MR. BURETTA:  Object to the form.

10         THE COURT:  Break it down, if you will

11  BY MS. KEDIA:

12  Q.   You described a meeting when Andy Russo was present

13  and Vinnie Aloi was present.  Right?

14  A.   True.

15  Q.   And a meeting occurred between or among the people

16  from all five families.  Is that right?

17  A.   True.

18  Q.   And after this meeting, it was determined that the

19  Andy Russo faction would prevail.  Right?

20  A.   True.

21  Q.   And that, in fact, that faction would be awarded five

22  new members.  Right?

23  A.   We also found new members.

24  Q.   I'm sorry?

25  A.   Every family.

2974

1    Q.    Every family, including that family --

2    A.    True.

3    Q.    When you say *that family*, it would -- you said it

4    would be, was the Andy Russo faction, not the Vinnie Aloi

5    faction.  Right?

6    A.    I think you're saying the Andy Russo faction.  Andy

7    Russo was representing the Persicos.  So it is not his

8    faction.

9    Q.    He was acting boss on behalf of the Persico faction?

10   A.    He was a speaker.

11   Q.    So the Persico faction was getting the five new

12   members.  Right?

13   A.    True.

14   Q.    And the situation you described was resolved.  Right?

15   A.    As far as us in the room, we felt it would be

16   resolved.

17   Q.    Now, after this point in time, were there other

18   commission meetings regarding the dispute in the

19   Colombo -- the prior dispute in the Colombo family?

20   A.    There was only one commission meeting that I'm aware

21   of after that meeting.

22   Q.    And when was that?

23   A.    I believe it was the year 2000.

24   Q.    The year 2000?

25   A.    Approximately.

Vitale - Cross/Ms. Kedia

2975

1    Q.    And who attended that commission meeting?

2    A.    Mr. Massino, Little Larry from the Genovese family,

3    Joe Waverly from the Colombo family, Pete Gotti from the

4    Gambino family and Louie Bagel from the Lucchese family.

5    It was five individuals.

6    Q.    And at this commission meeting, what was discussed?

7    A.    What I was told?

8    Q.    Well, what were you told?

9    A.    I wasn't there.

10   Q.    Yes.  What were you told?

11   A.    Mr. Massino said that each family was going to take

12   two new members for the next five years.  That you didn't

13   have to replace the deaths.

14          You could just take two -- that anybody that was

15   indicted and sent away for any crime -- for drugs, could

16   not be straightened out for five years after he returned

17   home.  And that you had to be full-blooded Italian to be

18   straightened out.

19          Your mother couldn't have been Irish and your

20   father Italian.  You had to be full-blooded Italian before

21   you could be awarded that -- gain a member.  That those

22   were the three key factors.

23   Q.    So this wasn't another meeting regarding the Colombo

24   dispute.  Right?

25   A.    No.  As far as we were concerned, that was resolved.

2976

1    Q.    So after this one meeting where Andy Russo was

2    there -- the commission meeting where Andy Russo was

3    present, there were no other commission meetings where the

4    Colombo dispute was discussed.  Is that right?

5              MR. BURETTA:  Asked and answered.

6              THE COURT:  Sustained.

7    BY MS. KEDIA:

8    Q.    Now, Mr. Vitale, you testified that there was a point

9    in time where Mr. Massino was incarcerated, and I believe

10   you said that you were an -- were an additional captain

11   helping to run the family, and that Mr. Spero was official

12   consiglieri.  Right?

13   A.    True.

14   Q.    In fact, during that period of time -- you're talking

15   about a time between the late eighties and the early

16   1990s.

17   A.    I would say mid-eighties to '92.

18   Q.    And so it is another year.  Right?

19              And during that period of time, in fact, you

20   were actually running the family.  Right?

21   A.    No, I was helping Spero.

22   Q.    Well, do you recall, at page 5410.

23              MS. KEDIA:  Your Honor, 3500 SV-226.

24   BY MS. KEDIA:

25   Q.    You said you recalled testifying --

Vitale - Cross/Ms. Kedia

2977

1          THE COURT:  Give me a line.

2    BY MS. KEDIA:

3    Q.   In a proceeding against Joseph Massino.  Right?

4    A.   A trial against Mr. Massino.

5          MS. KEDIA:  226-A, your Honor, 5410.

6          THE COURT:  All right.

7          MR. BURETTA:  I ask that the Court read 5411, as

8    well.

9          THE COURT:  Yes.

10         MR. BURETTA:  Thank you.

11         THE COURT:  I have.

12         MS. KEDIA:  Thank you, Judge.

13   BY MS. KEDIA:

14   Q.   Do you recall being asked this question and giving

15   this answer.

16         "Question:" -- at line 10, "Were you the

17   official underboss of the Bonanno family?

18         "Answer:  I was the official underboss of the

19   Bonanno family.

20         "Question:  Were you ever responsible for

21   running the Bonanno family on the street?

22         "Answer:  Yes, I was.

23         "Question:  Over what time period had you been

24   responsible for running the Bonanno family?

25         "Answer:  Late eighties until '93, until Joe

Vitale - Cross/Ms. Kedia

2978

1    came home.

2         "Question:  What do you mean by that?

3         "Answer:  Until our boss came home.

4         "Question:  Where was he?

5         "Answer:  Incarcerated.

6         "Question:  Do you know where he was

7    incarcerated?

8         "Answer:  Talladega, Alabama.

9         "Question:  During the time that you were

10   responsible for running the Bonanno family, were you

11   responsible for doing it alone or with someone else?

12        "Answer:  Anthony Spero.

13        "Question:  Who was Anthony Spero?

14        "Answer:  My consiglieri."

15        Do you recall being asked those questions and

16   giving those answers?

17        MR. BURETTA:  Judge, there is an additional

18   question there.

19        MS. KEDIA:  I'll read it.

20   BY MS. KEDIA:

21   Q.   "Question:  Do you know who appointed Anthony Spero

22   as consiglieri of the Bonanno family?

23        "Answer:  Yes, Joe Massino."

24        Do you recall being asked those questions and

25   giving those answers?

2979

1    A.    Yes.

2    Q.    At the time that you were testifying against Joseph

3    Massino, you, in fact, testified under oath that you were

4    running the Bonanno family.  Right?

5              MR. BURETTA:  Objection.

6              THE COURT:  Sustained.

7    BY MS. KEDIA:

8    Q.    Well, when you referred to Mr. Spero as *my*

9    *consiglieri*, Mr. Vitale, what does that mean to you?

10   A.    He is my consiglieri.  He is my consiglieri.  If I

11   was a soldier -- an associate, he is my consiglieri.  He

12   belongs to the Bonanno family; he is mine.

13   Q.    When you ran the family, you were responsible for

14   running the family on the street.

15             What did that mean?

16             MR. BURETTA:  Objection.

17             THE COURT:  Overruled.

18   A.    With Anthony Spero and Joseph Massino.  Mr. Spero is

19   its official consiglieri.  I'm a captain.  I do what I'm

20   told, when he tells me to do it.  He is the senior

21   statesman.  He is -- he is the only official person we

22   have home.  I am just acting on his behalf and

23   Mr. Massino's behalf.

24   BY MS. KEDIA:

25   Q.    Mr. Vitale, it was you who Mr. Massino made his

Vitale - Cross/Ms. Kedia

2980

1    second in command.  Right?

2           MR. BURETTA:  Objection, time frame.

3    BY MS. KEDIA:

4    Q.   You were made Mr. Massino's second in command as soon

5    as he came out of jail.  Right?

6    A.   Approximately six months -- eight months after he

7    came home.

8    Q.   Not Mr. Spero.  Is that right?

9    A.   He is my consiglieri.

10   Q.   Right.  And certainly a consiglieri could become the

11   underboss.  Right?

12   A.   Boss could do anything he wants.

13   Q.   But, in fact, you were made second in command.  Is

14   that right?

15   A.   I wasn't made -- I remained the second in command.

16   Q.   You remained the second in command?

17   A.   Sure.

18   Q.   Mr. Vitale, when you met Mr. Massino, what was his

19   position in the family?

20   A.   Whose position?

21   Q.   When you met Mr. Massino, what was his position in

22   the family?

23   A.   I think he was an associate.

24   Q.   And at some point he became -- and this was what

25   year, approximately?

2981

1    A.    When did I first meet Mr. Massino?

2    Q.    Yes.

3    A.    I think 1955.

4    Q.    1955.  And he was an associate in 1955?

5    A.    No.

6    Q.    When was it that he was an associate?

7    A.    First I'm aware was 1970, 1971.

8    Q.    And at -- and at some point, he becomes a made

9    member.  Right?

10   A.    True.

11   Q.    And that was in approximately 1975?

12   A.    I would say that's fair to say.

13   Q.    And shortly after he becomes a made member, he orders

14   you to be involved in a murder.  Right?

15   A.    I don't know if Mr. Massino was made at the time he

16   killed Do-Do.  I think he was a made member.  Yes, I think

17   so.

18   Q.    And at the time that you participated in the murder

19   of Do-Do, talking about the 1970s, correct?

20   A.    Yes.

21   Q.    You weren't a made member.  Right?

22   A.    No.

23   Q.    Mr. Massino ordered you to participate in the murder.

24   Right?

25   A.    I don't think he ordered me.  I think he asked me for

2982

1    help.  And I said, *Yes*.

2    Q.   Well --

3    A.   He didn't order me.

4    Q.   Well, when you say he asked you for help, what you're

5    saying is that you could have said no?

6    A.   Yes, I think I could have said no at that time.

7    Q.   At that time did you consider Mr. Massino your boss?

8    A.   I considered him my brother.

9    Q.   Well, when you say you considered him your brother,

10   are you saying you didn't consider him your boss?

11   A.   I think you're trying to say the word *boss,* as if he

12   was my boss.  I was in love with the man.  There is

13   nothing I wouldn't have done for him.  I didn't look at

14   him -- I know he was my boss, but I looked at him in a

15   different light than the word *boss*.

16   Q.   Well, Mr. Vitale, do you recall testifying in a prior

17   proceeding -- you testified in many, many prior

18   proceedings.  Right?

19   A.   Not many.

20   Q.   Not many?  Well, you testified at least five.  Right?

21   A.   Five, yes.

22   Q.   That is not many to you?

23   A.   No.

24   Q.   Do you recall at --

25        MS. KEDIA:  Page 2932 of 228, your Honor.

Vitale - Cross/Ms. Kedia

2983

1        THE COURT:  228-A?

2        MS. KEDIA:  I believe it is 228-A, page 2932.

3        THE COURT:  It is not 228-A.

4        MR. BURETTA:  It's B, your Honor.

5        THE COURT:  I have it.  Go on, please.

6   BY MS. KEDIA:

7   Q.   Starting at the bottom of 2931, line 25.

8        "Question:  Mr. Massino was not a boss at the

9   time of this murder, was he, I believe 1976?

10        "Answer:  No.  Mr. Massino -- I looked at

11   Mr. Massino as my boss all my life.  He asked me for help.

12   He thought he just asked me for help, and I said yes.

13   That's true.

14        "Question:  Every time he asked you for help in

15   murder or killing someone, you felt it was your obligation

16   to participate in that murder.  Is that what you're

17   telling us?

18        "Answer:  After I became a Goodfellow, yes."

19        Do you recall saying that Mr. Massino -- you

20   looked at Mr. Massino as your boss all your life?

21   A.   I looked at him as my boss, as to look at him as my

22   brother.

23   Q.   Well, at the time that you participated in this first

24   murder, you said that, in fact, he didn't order you to

25   commit it.  Right?

Vitale - Cross/Ms. Kedia

2984

1    A.    No, not the way you say *order*.  He asked me --

2    Q.    And what specifically did he ask you?

3    A.    He asked me to clean up the location that the murder

4    was going to take place.

5    Q.    Now, at this point in time, there was no permission

6    to murder this person Do-Do from the administration.

7    Right?

8    A.    I have no way of knowing that.  He did with a Colombo

9    member.

10   Q.    When you say you have no way of knowing that, do you

11   recall testifying at a prior proceeding, page --

12            MS. KEDIA:  SV-232, your Honor, I believe it is

13   232-A at page 3449, line 6.

14   BY MS. KEDIA:

15   Q.    "Question:  Did you get permission from the boss of

16   the Bonanno crime family before you participated in th e

17   murder of did Do-Do?

18            "Answer:  No."

19            Do you recall being asked that question and

20   giving that answer?

21            MR. BURETTA:  Objection.  Move to strike.

22            THE COURT:  Sustained.  The jury is instructed

23   to disregard it.

24   BY MS. KEDIA:

25   Q.    Well, Mr. Vitale, you certainly didn't get permission

2985

1   from the boss of the Bonnano family.  Right?

2   A.   I didn't know the boss.

3   Q.   You didn't even know him?

4   A.   I couldn't walk up to a boss and ask him, *Am I*

5   *supposed to participate in this murder?*  Being an

6   associate, do you want me to go up to a boss and ask the

7   boss, *Do you want me to kill this guy*?

8   Q.   You would never do that.  Right?

9   A.   Not as an associate.

10  Q.   And certainly not as an associate.  Even as a made

11  member would you have done that?

12         MR. BURETTA:  Objection.

13         THE COURT:  Sustained.

14  BY MS. KEDIA:

15  Q.   Well, did you ever do that when you were simply a

16  soldier in the family?

17  A.   I never questioned my orders.

18  Q.   From anyone?

19  A.   From any of my superiors.

20  Q.   From any of your superiors.  And your superiors, when

21  you say that, generally it was always Mr. Massino giving

22  the orders.  Right?

23  A.   Anthony Spero.

24  Q.   You never questioned an order from Anthony Spero,

25  from Mr. Massino.  Is that your testimony?

Vitale - Cross/Ms. Kedia

2986

1    A.    No.

2    Q.    And, in fact, when you said that you didn't -- you

3    didn't know whether or not somebody else had actually

4    gotten permission.  Right?

5    A.    You mean the two individuals that did the actual

6    shooting?

7    Q.    Whether anyone actually got permission from the

8    administration of the family to kill Do-Do?

9            MR. BURETTA:  Asked and answered.

10   BY MS. KEDIA:

11   Q.    Did you know?

12           THE COURT:  Sustained.

13   BY MS. KEDIA:

14   Q.    Well, Mr. Vitale, you have participated now in

15   11 murders.  Right?

16   A.    True.

17           MR. BURETTA:  Objection, asked and answer

18   repeatedly.

19   BY MS. KEDIA:

20   Q.    You have been, while were you participating in

21   murders, you were an associate, you were a soldier, you

22   were a captain, you were an underboss?

23   A.    True.

24   Q.    And during any of those times, and any of those

25   positions, when you were ordered to commit those crimes,

2987

1   did you ever ask where the order came from?

2   A.   It came from the guy who was giving it to me.

3   Q.   When you were an associate and Mr. Massino asked you

4   to participate in the murder of Do-Do, did you ever say to

5   Mr. Massino, *Where did this order come from*?

6        MR. BURETTA:  Objection.

7        THE COURT:  Sustained.

8   BY MS. KEDIA:

9   Q.   Did you ever say, *Mr. Massino, do you have an order*

10  *to do this?*

11  A.   I never asked him.

12  Q.   Did you ask any questions of that nature during any

13  of your participation in any of the murders?

14       MR. BURETTA:  Objection, asked and answered.

15       THE COURT:  Overruled, one last time.

16  A.   Organized criminal members don't ask.  If they told

17  me to attack, you attack.  You don't ask why.

18  BY MS. KEDIA:

19  Q.   Now Mr. Vitale, when you become an organized crime

20  member, you can't actually meet another organized crime

21  member without proper introduction.  Right?

22  A.   True.

23  Q.   And would you ever as an associate or as a soldier in

24  the family during the time that you occupied both of those

25  positions, ever have gone up to the underboss of the

2988

1    family and introduced yourself?

2              MR. BURETTA:  Objection, collateral.

3              THE COURT:  It is collateral.  Can you go

4    forward on this with another question?

5              MS. KEDIA:  Yes, Judge.

6              THE COURT:  All right.  I'll permit it.

7    A.    The question please?

8    BY MS. KEDIA:

9    Q.    Would you, when you were an associate or a soldier in

10   the family, ever have gone up to a person that occupied

11   the position of underboss and introduced yourself?

12   A.    As a made member?

13   Q.    Yes.

14   A.    No.

15   Q.    Or as someone affiliated with organized crime?

16   A.    Not that I recall.

17   Q.    And when you say *as a made member*, even as AN

18   associate, you wouldn't have done that.  Right?

19   A.    As an associate, I would not approach an underboss

20   and say, *Well, I'm with Joe Massino*.

21   Q.    Now, is it the rules of the Mafia, I think you

22   testified earlier that, in fact, rules are broken all the

23   time.

24   A.    I didn't hear you.

25   Q.    That rules are broken all the time.  Right?

Vitale - Cross/Ms. Kedia

2989

1   A.   That is fair to say.

2   Q.   And you were kind of a stickler for rules.  Right?

3   Is that fair to say?

4   A.   In my eyes.  In somebody else's eyes, maybe no.

5   Q.   And, in fact, you were someone who wouldn't have been

6   discussing crimes that you participated in with other

7   people -- with people who weren't involved.  Right?

8   A.   A murder?

9   Q.   Yes, a murder.

10  A.   I wouldn't discuss a murder with someone that -- I

11  wouldn't discuss a murder with a person that was there

12  with me.

13  Q.   Even with someone who was involved?

14  A.   At a later date?

15  Q.   Yes.

16  A.   No way.

17  Q.   Now, there are people certainly at whatever rank --

18  associate, soldier, that don't follow the rules.  Right?

19  A.   True.

20  Q.   And, in fact, there are certain people that just look

21  out for themselves.  Right?

22  A.   Well, I think everybody is looking out for

23  themselves.

24  Q.   Every person involved?

25  A.   I would say so.

Vitale - Cross/Ms. Kedia

2990

1    Q.    And as a member of organized crime, there are many

2    times that you're lied to and you're taken advantage of.

3    Right?

4    A.    There are times.

5    Q.    And there are times when people use their position in

6    the family for their own personal vendetta.  Right?

7    A.    For their own personal vendetta?

8    Q.    Yes.

9    A.    As to kill someone?

10   Q.    As to kill someone or to commit some other crime.

11   A.    You're not supposed to.

12   Q.    When you say *you're not supposed to*, are there times

13   that you know of that these things occur?

14   A.    Well, what would I tell my boss?  I'm going to

15   fabricate a story about this individual, that I want him

16   killed without my boss checking on it?

17   Q.    Well, would you tell your boss that you wanted to

18   kill an individual, and you didn't want to go get

19   permission?

20           MR. BURETTA:  Objection.

21           THE COURT:  Sustained.

22           (Continued on the following page.)

23

24

25

2991

1    BY MS. KEDIA:  (cont'd)

2    Q    You certainly know of situations where members of

3    organized crime had killed people without permission of

4    the boss, right?

5    A    Repeat the question.

6    Q    You are aware of situations where members of

7    organized crime have killed people without the permission

8    of the boss, right?

9    A    It's happened.

10   Q    In fact, you have testified against such a person,

11   right?

12   A    I may have.

13   Q    Well, when you say you may have, you have testified

14   against how many individuals?

15            MR. BURETTA:  Objection.

16            THE COURT:  Overruled.

17   A    Numerous.

18   Q    Numerous?

19   A    I don't know the number.

20   Q    Were there more than five?

21   A    Five individuals or five cases?

22   Q    Five cases?

23   A    Five cases.

24   Q    Do you recall testifying on two separate occasions

25   against a person by the name of Vincent Basciano?

Vitale - Cross/Kedia

2992

1   A    I have.

2   Q    Do you recall testifying about murders that he

3   committed without the approval of Joe Massino?

4   A    He did.

5   Q    And he was someone in the Bonanno family, right?

6   A    He lied to someone?

7   Q    He was a person in the Bonanno family, right?

8   A    That he killed?

9   Q    No.  He himself, Basciano?

10  A    True.

11  Q    Was he a member of the Bonanno family?

12  A    He told Massino after the fact.

13  Q    Meaning that he killed somebody without Mr. Massino's

14  permission, without having gone to Mr. Massino, right?

15  A    That's true.

16  Q    And you are saying that later, Mr. Massino learned

17  about it, right?

18  A    He went and told Mr. Massino after the fact.

19  Q    And in fact, Mr. Massino was pretty angry at Mr.

20  Basciano for having committed murders without his

21  permission, right?

22        MR. BURETTA:  Objection.

23        THE COURT:  Sustained.

24  Q    Was Mr. Massino angry at Mr. Basciano?

25  A    Yes.

Vitale - Cross/Kedia

2993

1    Q    Why is that?

2    A    Because he fabricated a story saying it had to be

3    done right then and there.  He used other members from

4    organized crime to help him do it.  It's not that it

5    couldn't have waited another week or two or whatever until

6    he got to Mr. Massino.  He took it upon himself to do what

7    he wanted to do.

8    Q    That's what angered Mr. Massino?

9    A    Sorry?

10   Q    That's what angered Mr. Massino?

11   A    True.

12   Q    What did Mr. Massino do to Mr. Basciano once he found

13   out?

14   A    I think he just yelled at him, scolded him.  I don't

15   -- he didn't give him no bodily harm or throw him out of

16   the family.  He just told him never to do it again.

17   Q    In fact, after one of the murders that he committed

18   without Mr. Massino's permission, not only did Mr. Massino

19   not physically retaliate in any way, he elevated him to

20   captain, right?

21   A    I think a couple of years later he made him an

22   official captain.  He did elevate him.

23   Q    Now, Mr. Vitale, when something like this happens,

24   like Mr. Basciano commits a murder without permission,

25   it's entirely up to the boss what the punishment is,

Vitale - Cross/Kedia

2994

1   right?

2   A    True.

3   Q    And that's if and when the boss ever even finds out

4   what happened, right?

5   A    It's the discretion of the boss.

6   Q    You said that Mr. Basciano went and told Mr. Massino

7   about what he had done, right?

8   A    True.

9   Q    So prior to that, Mr. Massino didn't even have any

10  knowledge, right?

11  A    True.

12  Q    Now, there is a situation in particular that I will

13  ask you about where a boss was killed without the

14  agreement of even -- obviously, the boss can't be killed

15  with the permission of the boss, right?

16  A    No; it would be hard.

17  Q    If the boss is killed, under the rules of La Cosa

18  Nostra, you have to get permission from the Commission?

19  A    That's true.

20  Q    If it's to be a sanctioned event?

21  A    That's also true.

22  Q    There have been bosses killed without the agreement

23  of the Commission?

24  A    One that I know of.

25  Q    You are talking about which one?

Vitale - Cross/Kedia

2995

1    A    An official boss?

2    Q    Yes.

3    A    I think he is the only boss that I know that was

4    killed.

5    Q    Who was that?

6    A    Paul Castellano.

7    Q    Do you know someone who was not an official boss that

8    was killed without the permission?

9    A    No.

10   Q    Paul Castellano you said was killed without the

11   Commission having approved it, right?

12   A    True.

13   Q    He was killed by a person named John Gotti, right?

14   A    That's true.

15   Q    John Gotti then became the boss?

16   A    That's true.

17   Q    Now, in organized crime, you are aware of something

18   called a sneak murder, right?

19   A    A what?

20   Q    A sneak murder, right?

21   A    Yes.

22   Q    A sneak murder is if a person just wants to go out

23   and kill another individual on their own and maybe never

24   even tell anybody about it, right?

25   A    True.

Vitale - Cross/Kedia

2996

1   Q    There are occasions when someone commits a sneak

2   murder and then actually starts an investigation to

3   pretend that the murder didn't come from them, right?

4   A    No.  Why would the family start an investigation if

5   they don't know who killed the guy?  You are talking about

6   the guy who sneaked him started an investigation?

7   Q    Yes.

8   A    I guess you could do that.

9   Q    Do you recall testifying that, SV 228, at a prior

10  proceeding --

11             THE COURT:  What letter?

12             MS. KEDIA:  I believe 228 B but I need to check.

13  Page 2634 -- 26:38, line 14.

14  Q         Question:   Are you familiar with what is called

15  a sneak or committing a murder on the sneak?

16             Answer:   Yes.

17             Question:   What is that?

18             Answer:   To commit a murder on the sneak is if

19  an individual wanted to kill another individual, he would

20  just do it and then start an investigation and say that

21  didn't come from where, me, I don't know where it came

22  from but it didn't come from me.

23             Do you recall being asked those questions and

24  giving those answers?

25  A    I might have said that but that's wrong.

Vitale - Cross/Kedia

2997

1   Q    But that's wrong?

2   A    If I snuck an individual, why would I start an

3   investigation unless I was asked:  Do you know where it

4   came from?  I would say no.

5   Q    Mr. Vitale, when you gave that answer, you were under

6   oath like you are here now?

7   A    True.

8   Q    When you gave that answer and you say it was wrong,

9   why would you say that about a sneak murder if it wasn't

10  true?

11  A    What wasn't true?

12  Q    If what you said is wrong.

13  A    It wasn't -- I'm not saying it wasn't true.  I'm

14  saying if I did say that, that's wrong.  If I snuck an

15  individual, if I happened to sneak Mr. Massino, I'm not

16  going to start my own investigation on me.  I might say if

17  they came to me:  I don't know where it came from, how

18  would I know.

19  Q    Did you ever have occasion to do that?

20  A    To sneak an individual?

21  Q    Yes.

22  A    Never.

23  Q    Have you heard of a lot of sneak murders?

24  A    In our family?

25  Q    Yes.

Vitale - Cross/Kedia

2998

1   A    The only one I heard of was Sally Horse.

2   Q    Well, when you say that the only one you heard of was

3   Sally Horse, you just testified about Vincent Basciano

4   committing a sneak murder, right?

5   A    True; that was a sneak murder.

6   Q    So how many --

7   A    Well, no, I don't know that it was a sneak murder.

8   He killed -- a murder and then went and reported it.  If

9   he didn't report it, then that would be a sneak murder.

10  Q    So eventually if it got reported, that doesn't fall

11  within your definition of a sneak?

12  A    What did you say?

13  Q    If it eventually got reported, that doesn't fall

14  within your definition of a sneak?

15  A    No.  He killed -- he killed him and put it on record

16  after the fact because he used two individuals who could

17  go and say that he did it.  A sneak murder is, I would

18  assume, is just one on one.

19  Q    You talked about a person by the name of Sally the

20  Horse right now?

21  A    Yes.

22  Q    This is an individual you knew to be in the Bonanno

23  family?

24  A    He was a made member.

25  Q    He was a made member?

Vitale - Cross/Kedia

2999

1   A    Yes, ma'am.

2   Q    When was he made?

3   A    I don't recall.

4   Q    When is it he was killed?

5   A    What?

6   Q    When is it he was killed?

7   A    I would say early '90s.  I'm not sure.  I think Mr.

8   Massino was home at the time.

9   Q    This person, Sally Horse, was killed and to this day

10  no one really knows what happened to him, right?

11  A    No.

12  Q    That's despite the fact that Mr. Massino, you say,

13  conducted an investigation, right?

14  A    He did.

15  Q    When you say "conducted an investigation," what

16  specifically is it that Mr. Massino did?

17  A    I think he inquired from all his captains.  He

18  inquired from a guy named Junior Chili who was under Sally

19  the Horse -- that was above Sally the Horse and asked if

20  this Sally the Horse had any enemies or problems we should

21  know of.

22  Q    Above Sally the Horse, meaning he was his captain?

23  A    Junior was the captain.

24  Q    Mr. Massino asked Sally the Horse's captain if he

25  knew what happened to him?

Vitale - Cross/Kedia

3000

1   A     He asked all the captains basically.

2   Q     Were all of the made members asked by Mr. Massino?

3   A     We asked -- he asked the captains to ask your man

4   whether they were asked; I don't know.

5   Q     You can't say one way or the other?

6   A     No, I can't answer for everyone.

7   Q     Apart from Mr. Massino asking his captains, what else

8   did he do?

9   A     Not much you can do.

10  Q     What does that mean?

11  A     What is he going to do, ask law enforcement?

12  Q     Of course not, right?

13  A     Right.

14  Q     This is an individual who you knew for certain was

15  murdered, right?

16  A     Yeah, he was murdered at his kitchen table.

17  Q     His body was there?

18  A     I didn't see it.

19  Q     Somebody saw it, right, it was found?

20  A     They found it there.

21  Q     There was no question that in fact on whatever date

22  it was he was killed, right?

23  A     Right.

24  Q     There was money and I believe you said his shylock

25  book --

Vitale - Cross/Kedia

3001

1    A    Yes.

2    Q    -- in front of him?

3    A    Yes.

4    Q    Did the fact that this money and shylock book were in

5    front of him, did that suggest to you in any way it was

6    someone that he had a loan-sharking problem with?

7              MR. BURETTA:  Objection.

8              THE COURT:  Sustained.

9    Q    Did that suggest anything to you in any way?

10             THE COURT:  Sustained.

11             MR. BURETTA:  Judge, can we approach briefly?

12             THE COURT:  Come on up.

13             (Continued on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

**Sidebar**

3002

1          (Sidebar.)

2          MR. BURETTA:  I'm just inquiring as to how much

3     longer Ms. Kedia -- I would assume, I mean, I know your

4     Honor indicated two and two.  I don't know if Mr. LaRusso,

5     frankly, has that much to ask because he doesn't really

6     talk about his client in any meaningful way; I don't know

7     that.  I have been trying not to -- I have had to object

8     to what is blatantly not impeachment but --

9          THE COURT:  How much longer do you have?

10          MS. KEDIA:  I have as much time as I'm going to

11     be given, I think.

12          THE COURT:  My question is based on what you

13     have there now, you can conclude in the next 40 minutes?

14          MS. KEDIA:  I can't, Judge.  And Mr. LaRusso is

15     willing to give me some of the time that your Honor is

16     affording him.

17          THE COURT:  How much time do you need, Mr.

18     LaRusso?

19          MR. LaRUSSO:  The way this is going, Judge, in

20     terms of time limitation, probably relatively short

21     because I know Ms. Kedia has too many areas to cover.

22          THE COURT:  15 minutes?

23          MR. LaRUSSO:  If she covers the areas that we

24     think would be covered, maybe ten, 15 minutes.

25          THE COURT:  So Ms. Kedia is going to be done.

**Sidebar**

3003

1          MR. LaRUSSO:  I'm pretty sure based on

2     everything covered now we can cover the areas.  I probably

3     have very little time.  I can tell you, frankly, it's

4     probably just dealing with his two arrests and what his

5     bail conditions are, the way things are going.

6          THE COURT:  Ms. Kedia, wrap it up and I will

7     save the last 15 minutes for Mr. LaRusso.

8          MS. KEDIA:  Judge, what Mr. LaRusso is saying is

9     if I'm allowed to cover these areas, he will take 15

10    minutes, if not, he will need to question him.

11         MR. LaRUSSO:  My point is this witness obviously

12    has more testimony against Mr. Persico than my client so I

13    think the major concern here is we cover all the areas of

14    credibility.

15         THE COURT:  I would focus only on the important

16    ones now.

17         MR. LaRUSSO:  The question is how many areas

18    have to be covered legitimately.

19         THE COURT:  How many more areas do you have?

20         MS. KEDIA:  I still have several more areas.

21         MR. BURETTA:  Judge, I didn't come up to reargue

22    the time limits.

23         THE COURT:  You are aware of the time limits.

24         MS. KEDIA:  Judge, I don't think that literally

25    a time limit is appropriate if in fact I have areas that

**Sidebar**

3004

1    I'm telling the Court I really do need to cover.

2             THE COURT:  Focus on the most important one now

3    and we can go on from there.

4             (Sidebar concluded.)

5             (Continued on the next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3005

1           (In open court.)

2    BY MS. KEDIA:

3    Q    Mr. Vitale, during the time that Mr. Massino was the

4    boss of the family, of your family, there were a number of

5    administration changes, right?

6    A    That we called for our own family?

7    Q    Yes.

8    A    I don't believe so.

9    Q    You don't believe so?

10   A    No.

11   Q    Well, do you recall that when Mr. Spero was charged

12   -- was arrested, that someone else was set to act in his

13   place?

14   A    To work in conjunction with me?

15   Q    To work in conjunction with you.

16   A    Yes.

17   Q    That is because he had been arrested, right?

18   A    Yes.

19   Q    And he didn't have the ability to do what he had the

20   ability to do previously, right?

21   A    True.

22   Q    So Mr. Massino -- is it Mr. Massino that appointed

23   someone to act on his behalf?

24   A    On Spero's behalf, yes.

25   Q    And at that point in time, you and -- who was that

3006

1    that was appointed to act on Mr. Spero's behalf?

2    A    I think the first individual might have been Big

3    Louie.

4    Q    Big Louie, also called Louie Ha Ha, is that that

5    person?

6    A    No.  I think it was Louie Tartaglione or Louie Ha Ha

7    in the very beginning.

8    Q    And it was you and Louie Ha Ha that were acting on a

9    committee so to speak?

10   A    True.

11   Q    And you actually held a position of official

12   underboss at that point in time, right?

13   A    Yes.

14   Q    And Mr. Ha Ha held what official position?

15   A    Captain.

16   Q    This is a person Louie Ha Ha by the last name of

17   Attanasio, right?

18   A    Yes.

19   Q    And when he was official captain, was he called the

20   acting consigliere or was he just called acting on a

21   committee?

22   A    Acting on a committee.

23   Q    Then he was arrested, right?

24   A    Yes.

25   Q    And then someone else was appointed to act on his

3007

1    behalf, right?

2    A    Yes.

3    Q    Because now he was no longer in the position to do

4    what he would have been doing, right?

5    A    True.

6    Q    And that person was Big Louie?

7    A    Yes.

8    Q    And now it was you and Big Louie in charge of the

9    family, right?

10   A    Yes.

11   Q    And then Big Louie was arrested, right?

12   A    True.

13   Q    And now he was no longer running the family, right?

14   A    True.

15   Q    And then it was you and Frank Coppa, right?

16   A    No, I think it was me and George.

17   Q    You and George?

18   A    George Sasha.

19   Q    Then George Sasha was killed, right?

20   A    Yes.

21   Q    George Sasha was one of the people you were involved

22   in killing, right?

23   A    Yes.

24   Q    Let me ask you:  Anthony Spero is a person you

25   described was assisting you in running the family while

Vitale - Cross/Kedia

3008

1    Mr. Massino was in jail, right?

2    A    Yes.

3    Q    And he was the official consigliere for what period

4    of time?

5    A    Late '80s.

6    Q    Until when?

7    A    Until he was incarcerated.

8    Q    When you say "until he was incarcerated," there were

9    two separate occasions on which Mr. Spero was

10   incarcerated, right?

11   A    Yes.

12   Q    And he was first arrested in 1994?

13   A    I believe.

14   Q    And then there was this series of other people acting

15   in his place and they kept getting arrested, right?

16   A    Yes.

17   Q    Then Mr. Spero was released from prison?

18   A    Yes.

19   Q    Around 1996?

20   A    Yes.

21   Q    And was then arrested again in May of 1999, right?

22   A    I don't know when he was exactly arrested but he was

23   arrested again.

24   Q    Is that a fair approximation of when he was arrested?

25   Do you recall what year?

3009

1   A    I don't recall the year.

2   Q    Now, once -- there was a period of time where Mr.

3   Spero was actually out on the street though, right, in

4   between his two incarceration periods?

5   A    Right, but I don't think he was able to function

6   because he was under parole.

7   Q    Because he was on parole?

8   A    Yes.

9   Q    What does that mean, being on parole?

10  A    That you can't socialize with -- you can't socialize

11  or be seen with organized crime members, you could be

12  violated.

13  Q    And so that's the reason that after -- or even in

14  between his two periods of incarceration, he wasn't

15  actually running the family?

16  A    Mr. Massino was home during that period of time.  Mr.

17  Massino was running the family.

18  Q    I mean acting as part of the administration?

19  A    He was not participating.

20  Q    Now, after Mr. Massino came home from jail, there was

21  also a period of time where he appointed an acting boss,

22  right?

23  A    Did Mr. Massino appoint an acting boss?

24  Q    Yes.

25  A    No.  I don't think so.

**Vitale - Cross/Kedia**

3010

1    Q    Mr. Massino goes to jail in what time?

2    A    Mid '80s.  Comes home October -- November of '92.

3    Q    Then he actually was indicted again?

4    A    He was indicted after '92?

5    Q    Yes.

6    A    In '03; that's right.

7    Q    Between that period of time, he was out and he was

8    the official boss, is that right?

9    A    Yes.

10   Q    You were out and you were the official underboss,

11   right?

12   A    Yes.

13   Q    And during that entire period of time, you were the

14   person actually assisting Mr. Massino as his second in

15   command?

16   A    True.

17   Q    Now, while Mr. Massino was incarcerated, I think you

18   testified that you were involved in 11 murders in which

19   you got permission, is that right?

20   A    What did you say?

21   Q    You were involved in 11 murders for which you got

22   permission?

23   A    Yes.

24   Q    There were actually three murders that you and Mr.

25   Spero decided to commit without consulting Mr. Massino,

3011

1   right?

2   A    That's true.

3   Q    So when you say that you got permission, you didn't

4   go to Mr. Massino about those three?

5   A    No; I went to Anthony Spero.

6   Q    You and Anthony Spero decided among yourselves,

7   right?

8   A    Yes.

9   Q    And those three murders eventually you told Mr.

10  Massino about?

11  A    He was aware of them when he came home.

12  Q    So during his entire period of incarceration, you

13  didn't have a discussion with him about it?

14  A    No.

15  Q    Now, these murders that you have been involved in,

16  Mr. Vitale, have all been pretty carefully planned, right?

17  A    Yes.

18  Q    I think the first one you testified that you actually

19  were brought in to be the person who cleaned it up, is

20  that right?

21  A    Yes.

22  Q    And on the next one, that was a murder of three

23  captains together, right?

24  A    True.

25  Q    There were any number of people involved in those

3012

1    three murders, right?

2    A    There were many.

3    Q    Now, this three captains' murder, do you remember the

4    date, it was May 5, your son's birthday?

5    A    Yes.

6            MR. BURETTA:  Objection.  It's all cumulative.

7            THE COURT:  Yes.

8    Q    During the murder of the three captains, there was a

9    person by the name of Sally Figueroa who was the acting

10   boss, right?

11   A    Sally Ferrugi.

12   Q    How do you say it?

13   A    Ferrugi.

14   Q    Sally Ferrugi was the acting boss of the Bonanno

15   family, right?

16   A    True.

17   Q    And who was Sally Ferrugi?

18   A    The acting boss of the Bonanno family.

19   Q    Who was he?  Where did he come from?

20   A    What do you mean?

21   Q    Did you know him before these three murders?

22   A    Just sat with them once or twice; hello/good-bye.

23   Q    How was it that he came to hold the position of

24   acting boss?

25   A    They used him -- Mr. Massino and Phil Rastelli used

3013

1  him as gopher.  He didn't really call the shots.  Mr.

2  Massino was calling the shots with George.  He was just a

3  figurehead, just somebody to put in a seat.  He had no

4  actual power.

5  Q    Meaning even though he held the title of acting boss,

6  he didn't actually do anything?

7  A    No, he didn't do anything.

8  Q    And why is it that he was given the position of

9  acting boss then?

10  A    I have no idea.

11  Q    Well, was it to keep harmony in the family?

12  A    Sorry?

13  Q    Was it to keep harmony in the family?

14  A    The Bonanno family was divided in two, we had seven

15  Italian men we called zips that were captains.  And Mr.

16  Massino and Sonny Black's side you had eight American

17  captains.  He was a mixture of both.  So they more or less

18  put him there to keep harmony as a figurehead, as a person

19  but not -- he really had no power.

20  Q    And when he was the figurehead, you said it was

21  really Mr. Massino running the show?

22  A    Massino was in touch with Mr. Rastelli.

23  Q    Where was Mr. Rastelli?

24  A    He was incarcerated.

25  Q    So Mr. Massino was really the person who was the

3014

1    street boss, is that right?

2    A    That's fair to say.

3    Q    He is the one who ordered the murder of the three

4    captains?

5    A    He is the one who went and got the approval.

6    Q    Well, when you say "got the approval," you mean got

7    the approval from whom?

8    A    From Junior Persico and from another boss, I think it

9    was Paul, Paul Castellano and Junior Persico.

10   Q    And you are talking about bosses of other families,

11   is that right?

12   A    Sorry?

13   Q    You are talking about bosses of other families, is

14   that right?

15   A    Yes.

16   Q    And Mr. Massino -- Mr. Rastelli was the official boss

17   and Mr. Figueroa (sic) was the acting boss during that

18   time, is that so?

19   A    True.

20   Q    Why was it that Mr. Massino needed to go to other

21   families to get permission to murder three captains in his

22   own family?

23   A    Because he felt the three captains were being backed

24   by the Chin from the west side and he figured he wanted to

25   be sure he was right.  He didn't want to jeopardize a war

Vitale - Cross/Kedia

3015

1    with the west side.

2    Q    So meaning in that case, the official boss or the

3    acting boss couldn't simply have just ordered the murders

4    and it'd be done and nobody cares?

5    A    I'm sure he could have did it that way, it's our own

6    family, whatever happens in our family stays in our

7    family.  We can't tell you how to run your family or you

8    tell us how to run our family.  He felt he was on shaky

9    ground maybe and he wanted somebody's permission or

10   guidance.

11   Q    And he felt this because there was dissent and

12   dispute among the family?

13   A    Because of why?

14   Q    There was dissent, there had been dissent in the

15   Bonanno family?

16   A    A split was starting to happen, yes.

17   Q    So in that case, he thought he better go talk to some

18   other people, is that right?

19   A    Asked for their guidance.

20   Q    Now, Mr. Persico at the time that you knew him, did

21   you know him to be living in Florida?

22   A    I didn't hear you.

23   Q    Did you know that Mr. Persico was living in Florida

24   in the 1990s?

25   A    I heard that.

Vitale - Cross/Kedia

3016

1    Q    And Billy Cutolo, you said you know him, right?

2    A    Who?

3    Q    Billy Cutolo, Wild Bill.

4    A    I met him once, twice.  I met him at his son's

5    wedding.

6    Q    You met him where?

7    A    At his son's wedding.

8    Q    You went to his son's wedding?

9    A    I did.

10    Q    His son by the same name?

11    A    I don't know.

12    Q    Did you know that the son's name was Bill?

13    A    Could be.

14    Q    How often did you meet the son?

15    A    Sorry?

16    Q    How often did you meet the son?

17    A    I didn't.  Did I say I met the son?  I never met the

18    son.

19    Q    Did you not meet him at his wedding?

20    A    No.

21    Q    You went to his wedding but you weren't introduced?

22    A    No; we walked out.

23    Q    What year was that?

24    A    Mr. Massino wasn't home.  I believe it was in the

25    late '80s, could have been.  I know Mr. Massino wasn't

Vitale - Cross/Kedia

3017

1    home at the time.

2    Q    Was that the first occasion on which you met Wild

3    Bill or had you met him previously?

4    A    I don't recall.

5    Q    Well, how many times do you recall having met Wild

6    Bill?

7    A    Twice.

8    Q    What were the two occasions, once at this wedding?

9    A    And once in Sheepshead Bay.

10   Q    Once in Sheepshead Bay.  What was that about?

11   A    We were walking down a block and he came out of a

12   restaurant with an individual name Joe C.

13   Q    Was that occasion before or after the wedding?

14   A    That we met him at Sheepshead Bay?

15   Q    Yes.

16   A    It was way after the wedding.

17   Q    It was way after the wedding?

18   A    Yes.

19   Q    Now, during the 1990s, did you understand Wild Bill

20   -- after this dispute passed, did you understand Wild Bill

21   to be a person in New York kind of in charge of things?

22   A    Did I understand Wild Bill to be in charge?  Is that

23   the question?

24   Q    Yes.

25   A    No.  I wasn't told he was in charge of anything.

Vitale - Cross/Kedia

3018

1    Q    No, you weren't?

2              MR. BURETTA:  Objection.

3              THE COURT:  Sustained.

4    Q    What did you understand him to be doing for the

5    Colombo family?

6              THE COURT:  At what point in time?

7              MS. KEDIA:  In the 1990s.

8    A    I don't know.

9    Q    You are not sure what he was doing at all, what his

10   position was?

11             MR. BURETTA:  Objection.  Those are two

12   different questions.

13   Q    What did you understand him to be doing for the

14   Colombo family?

15   A    I don't know what he did for the Colombo family.

16   Q    You had no interaction with him in terms of criminal

17   activity at all?

18   A    No.

19   Q    And you had no other interaction with him outside of

20   any criminal activity, is that right?

21   A    No.

22   Q    Similarly with Mr. Persico, you certainly had no

23   interaction with him?

24   A    Which Persico?

25   Q    This Mr. Persico (indicating).

3019

1   A    No.

2   Q    Now, Mr. Vitale, there came a time that you testified

3   that Mr. Massino went on the lam, right?

4   A    Yes.

5   Q    And he went on the lam shortly after the murder of

6   the three captains?

7   A    Yes.

8   Q    And why is it that Mr. Massino went on the lam?

9   A    Because he got from an independent source that he was

10  going to be indicted with a Bonanno round-up and he didn't

11  want to go to trial with these other individuals that

12  stemmed from Donnie Brasco so he decided to go on the lam.

13  Q    How long before he decided to go on the lam was this

14  planned?

15  A    He left immediately.

16  Q    Well, meaning that he decided to go and he went?

17  A    We were out to dinner that night with the wives, he

18  called me up, says:  Come pick me up.  I went to pick him

19  up and he said:  We gotta get out of here, I heard I'm

20  going to be indicted.  I drove him to an apartment on

21  Ocean Parkway.

22  Q    There was no prior plan discussed in the months

23  before?

24  A    No.

25  Q    To your knowledge, had he discussed any intention to

Vitale - Cross/Kedia

3020

1   leave prior to having this discussion with you with

2   anyone?

3   A    Not that I'm aware of.

4   Q    Now, Mr. Massino was gone for a period of more than

5   two years, right?

6   A    True.

7   Q    During this time, law enforcement was looking for

8   him, right?

9   A    Yes and no.

10  Q    What does that mean, "yes and no"?

11  A    They weren't giving us a full court press the way

12  they should have.  He always felt they didn't want him

13  until the case was over.  They weren't following me every

14  day.  They weren't bugging my car.  I could go see him

15  like if I was going to see one of my sisters.  I could

16  just get in my car and drive to his location.  I wasn't

17  being followed.

18          They did raid the club two or three times in 28

19  months but he felt we didn't get the pressure we were

20  supposed to get.

21  Q    Mr. Vitale, do you recall testifying at a proceeding

22  against Mr. Massino that in fact there was an agent by the

23  name of --

24          MR. BURETTA:  Objection.

25          THE COURT:  Sustained.

Vitale - Cross/Kedia

3021

1   Q    Mr. Massino --

2             THE COURT:  First of all, where are you?

3   Q    Do you recall testifying --

4             MS. KEDIA:  SV 226 B page 566.

5             THE COURT:  The line?

6             MS. KEDIA:  Line 23.

7   Q         Question:   How did you know Pat Marshall was an

8   FBI agent?

9             Answer:   He was all over; Joe Massino was on

10  the lam.

11            Question:   What did he question you about?

12            Answer:   Where Joe was, when he was coming

13  back.

14            Do you remember being asked those questions and

15  giving those answers?

16  A    He did.

17  Q    So there was an FBI agent that was kind of all over

18  at the time?

19  A    Are you saying how many times did I see him in 28

20  months?  Maybe ten.

21  Q    Meaning you saw the FBI agent personally maybe ten

22  times?

23  A    No, I never spoke to an FBI agent; I wouldn't speak

24  to him.

25  Q    You saw the FBI agent ten times?

3022

1  A    They were parked at our club.  Were they there for me

2  or Spero or Mr. Massino or Louie Ha Ha or Big Louie, I

3  can't answer that.

4  Q    Well --

5  A    He did ask me once where Mr. Massino was and I didn't

6  answer him.

7  Q    During this period of time, Mr. Vitale, you certainly

8  weren't telling any law enforcement agents where Mr.

9  Massino was, right?

10  A    No.

11  Q    And you obviously knew yourself, right?

12  A    I knew where he was.

13  Q    Now, you went down to visit Mr. Massino on several

14  occasions, right?

15  A    Yes.

16  Q    And in fact, several other people went to visit Mr.

17  Massino as well, right?

18  A    True.

19  Q    Now, let me ask you:  What was your position in the

20  family at this point in time?

21  A    An associate.

22  Q    Did you go around -- apart from the people that also

23  went to visit Mr. Massino, obviously you knew, knew about

24  Mr. Massino being on the lam, did you openly discuss this

25  within the Bonanno family, that Mr. Massino was gone?

Vitale - Cross/Kedia

3023

1   A    No.

2   Q    You would not have done that, right?

3   A    Everybody knew he was on the lam.

4   Q    When you say "everybody knew," there were certain

5   people going to visit him, right?

6           MR. BURETTA:  Objection.

7           THE COURT:  Sustained.

8   Q    When you say "everybody knew," what does that mean?

9   A    I would say 50 percent of the family knew Mr. Massino

10  was on the lam.

11  Q    What about the other 50 percent?

12          MR. BURETTA:  Objection.

13          THE COURT:  Sustained.

14  Q    When you say that 50 percent of the family knew he

15  was on the lam, you are saying that there are people that

16  didn't know, is that right?

17          MR. BURETTA:  Objection.

18          THE COURT:  Sustained.

19  Q    Despite the fact -- let me ask you this:  One of the

20  people that went to visit Mr. Massino was John Gotti

21  right?

22  A    I drove Mr. Gotti there once.

23  Q    You drove him personally?

24  A    I did.

25  Q    When we say John Gotti, we are talking about John

Vitale - Cross/Kedia

3024

1    Gotti, Sr., the same man that killed Paul Castellano?

2    A    That's true.

3    Q    And John Gotti, Sr. was certainly an individual that

4    had a lot of law enforcement surveillance, a lot of heat

5    on him, right, over the course of years and years, right?

6    A    I don't know that's fair to say in the early '80s.

7    After he killed Paul, yes.  In the early '80s before that,

8    I don't know.  He could move around pretty freely.

9    Q    There were other people like Anthony Spero who went

10   to visit Mr. Massino?

11   A    True.

12   Q    And there was Louie Ha Ha, right?

13   A    That's true.

14   Q    And Mr. Massino even spoke to the boss of the family,

15   right?

16   A    At one time, true.

17   Q    Despite all of this, law enforcement was unable to

18   find Mr. Massino, is that right?

19   A    I don't think they were looking for him.

20   Q    They were at your club asking you about him, right?

21   A    Right, but I don't think they were giving it a full

22   court press.

23   Q    Well --

24   A    That's just an opinion.

25   Q    That's just your opinion?

Vitale - Cross/Kedia

3025

1    A    My opinion.

2    Q    And Mr. Vitale, in fact, Mr. Massino was only found

3    when he surrendered himself, right?

4    A    He turned himself in.

5    Q    He decided to voluntarily come back and turn himself

6    in?

7    A    Yes.

8    Q    Now, you also had documents in case you ever had to

9    go on the lam, right?

10   A    True.

11   Q    What kind of documents?

12   A    Union card, a gym card, birth certificate.

13   Q    Are these documents that are in other people's names?

14   A    I used an alias.

15   Q    An alias?

16   A    Yes.

17   Q    What was the alias that you used?

18   A    I think it was Russo.

19   Q    How many -- what kinds of -- you said a union card?

20   A    I think it was a union card, a gym card, a birth

21   certificate.

22   Q    When is it that you had these documents created for

23   you?

24   A    The '90s.  I don't recall.

25   Q    In the 1990s, well after Massino had already been on

Vitale - Cross/Kedia

3026

1    the lam and come back?

2    A    True.

3    Q    Who did you go to?

4    A    An individual named Patty DeFillipo helped me.

5    Q    Did other people go with you to have these documents

6    created?

7    A    No.

8    Q    Did other people, to your knowledge, have those types

9    of documents created?

10    A    Did other people have those documents?

11    Q    Those kinds of documents, documents in case they

12    needed to go on the lam.

13    A    I don't know.

14    Q    You didn't have discussions with anyone about their

15    desire to go on the lam?

16    A    No.

17    Q    And you didn't discuss your obtaining documents to go

18    on the lam with other people?

19    A    Did I conspire with other individuals to go on the

20    lam?

21    Q    Did you tell other people about the fact that you

22    were getting documents?

23    A    I think Patty knew, that was about it.

24    Q    Just this one person that helped you get the

25    documents?

Vitale - Cross/Kedia

3027

1   A    Yes.

2   Q    Now, when Mr. Massino left is in the early 1980s?

3   A    Yes.

4   Q    When he left New York, in fact, there was a period of

5   time he was just in the Hamptons, right?

6   A    Sorry?

7   Q    There was a period of time that he actually just was

8   in the Hamptons, right?

9   A    For about two, three weeks.

10  Q    This is a time when he is hiding out?

11  A    True.

12  Q    There were a number of other individuals that were

13  indicted during this period of time, right?

14  A    That's why he took flight.

15  Q    And after this two- or three-week period in the

16  Hamptons, he went to Pennsylvania?

17  A    True.

18  Q    So during this time on the lam, he didn't even leave

19  the country?

20  A    No; he never left the country.

21  Q    When he went on the lam, you didn't actually speak to

22  him until he was at his final location, is that right?

23  A    The second location was his final location.

24  Q    And you didn't actually speak to him until he was

25  there, right?

Vitale - Cross/Kedia

3028

```
1    A    Did I speak to him while he was in the Hamptons?

2    Q    Did you?

3    A    Is that the question?

4    Q    Yes.

5    A    I always knew where Mr. Massino was.  We had

6    intermediates coming back and forth.  He had other

7    individuals with him that were able to reach me at any

8    given moment.

9    Q    Mr. Vitale, did you speak to him before he was at his

10   final location?

11             MR. BURETTA:  Objection.

12             THE COURT:  Sustained.

13   Q    Mr. Vitale, do you recall being asked this question

14   and giving this answer, SV 226 A, page 5633, line 19:

15             Question:  Were you in fact with him during the

16   time he was traveling -- on line 16.

17             And then:  You heard that Mr. Massino went to

18   the Hamptons.  How did you hear it?

19             Answer:  He told me.

20             Question:  Were you in contact with him during

21   the time he was traveling?

22             Answer:  Not until he got to his final

23   location.

24             MR. BURETTA:  Objection.  Move to strike.

25             THE COURT:  Sustained.
```

Vitale - Cross/Kedia

3029

1    The jury is instructed to disregard it.

2  Q    Mr. Vitale, when Mr. Massino left, he certainly

3  wasn't the boss of the family at that time, right?

4  A    Was he the official boss of the family?  No.

5  Q    Was he the acting boss of the family?

6  A    He was respected as a boss of the family.  The

7  captains rallied around Mr. Massino.

8  Q    Did he hold the position of acting boss of the

9  family?

10  A    It's hard to say.  Him and Sonny Black actually were

11  the family, they won the war, they killed the three

12  captains, they orchestrated it, they put it together.  He

13  was looked upon as, to use your expression, the acting

14  boss.  Did he have the title?  I think they let Sally

15  Ferrugi so he could get the weight.

16  Q    What does that mean, "so he could get the weight"?

17  A    As a figurehead, use him as a sacrificial lamb.  They

18  didn't care what happened to Sally Ferrugi.

19  Q    What does that mean, "use him as a sacrificial lamb"?

20  A    Well, the word on the street is that he is the acting

21  boss, hopefully law enforcement will key on him, not Mr.

22  Massino and Sonny Black.

23  Q    So you mean using him for purposes of law enforcement

24  surveillance, have them worry about him as opposed to

25  somebody else?

Vitale - Cross/Kedia

3030

1  A    That's fair to say.

2  Q    When you say Mr. Massino and Mr. Black were really

3  running -- you said Sonny Black, Black is not his last

4  name?

5  A    Napolitano, Sonny Napolitano.

6  Q    You say that Mr. Massino and Sonny Black were running

7  the family.  Mr. Massino actually ordered the murder of

8  Sonny Black, right?

9  A    After the Donnie Brasco situation.

10  Q    Before he went on the lam?

11  A    He was present when they killed -- he was present

12  when they killed Sonny Black.

13  Q    This was before he went on the lam, right?

14  A    Yes.

15  Q    Now, while Mr. Massino was away on the lam, he left

16  another person in charge of running things, right?

17  A    I think Anthony Spero took a very active role in

18  running the family when Mr. Massino was gone.

19  Q    Do you recall testifying that in fact he left a

20  person by the name of Gabe Infanti in charge?

21  A    That's true.  Gabe was in contact with him twice,

22  three times a week.  That's true.

23  Q    And Mr. Massino had the power to do this even though

24  he didn't hold the title of official boss or acting boss

25  or even underboss, right?

Vitale - Cross/Kedia

3031

1          MR. BURETTA:  Objection.

2          THE COURT:  Sustained.

3    Q    Well, Mr. Massino certainly didn't have one of the

4    administration positions, the official positions when he

5    did this, right?

6    A    His official position was captain.

7    Q    Captain, not consigliere or underboss or boss?

8          MR. BURETTA:  Objection.

9          THE COURT:  Sustained.

10   Q    Now, Mr. Vitale, the murders that you have been

11   involved in, we spoke about, required obviously a lot of

12   planning.  How many people do you recall were involved in

13   the three captains' homicide?

14         MR. BURETTA:  Objection.

15         THE COURT:  Please approach for a moment.

16         (Continued on the next page.)

17

18

19

20

21

22

23

24

25

**Sidebar**

3032

1            (Sidebar.)

2            THE COURT:  Your objection is?

3            MR. BURETTA:  First, she is making commentary

4    before asking a question.  Second, we have been over this

5    topic.  She has done the topic of careful planning and

6    multiple people involved.  We have done this.

7            THE COURT:  You have.

8            MS. KEDIA:  I asked him one question.

9            THE COURT:  You used 48 minutes before lunch.

10   After lunch you went from 1:40 and it's going to be 3:40

11   in about 15 minutes.  So you have more than had the

12   opportunity to cover these topics.

13           I plan on breaking at 3:40 for 15 minutes and

14   then Mr. LaRusso will take over unless you decide to go

15   with another topic and Mr. LaRusso can have 15 minutes at

16   the end.

17           That's it.  Let's move on.

18           (Sidebar concluded.)

19           (Continued on the next page.)

20

21

22

23

24

25

3033

1          (In open court.)

2          THE COURT:  The objection is sustained.

3    BY MS. KEDIA:  (cont'd)

4    Q    Mr. Vitale, we talked about the murder of a person

5    named Cesar Bonventre.  You were involved in that murder,

6    right?

7    A    True.

8    Q    Why is it that Cesar Bonventre was killed?

9    A    What I was told or why he was killed?

10   Q    What do you know the reason to be that Mr. Bonventre

11   was killed?

12   A    Mr. Massino felt that he didn't send him nothing for

13   when he was on the lam and that he was too flamboyant.  I

14   don't know the real reason why he was killed.

15   Q    So meaning you participated in a murder without

16   knowing the real reason?

17   A    Mr. Massino says we are going to kill him, we killed

18   him.

19   Q    Now, there was a murder of this individual -- you

20   said there was this person Gabe Infanti that Mr. Massino

21   left in charge of running the family while he was on the

22   lam, right?

23   A    That's true.

24   Q    And in fact, he was also murdered, right?

25   A    That's true.

3034

1   Q    At the time that he was murdered, Mr. Massino

2   actually told Mr. Spero that he had a personal knowledge

3   that Gabe Infanti was speaking to the FBI, right?

4   A    He told me.

5   Q    He told you that?

6   A    Yes.

7   Q    That was a lie, right?

8   A    I don't know if he had personal knowledge but I know

9   other reasons.  I don't know if he had -- if he did know

10  that he was talking to the FBI.  I'm not sure of that.

11  Q    Meaning that Mr. Massino would make up a reason why

12  somebody needed to be killed?

13  A    I don't know if he made it up.  That's what he told

14  me.

15  Q    When you say you don't know that he made it up, did

16  you learn that Mr. Massino in fact didn't have such

17  information?

18  A    Did Mr. Massino tell me he didn't have that

19  information?

20  Q    Did you learn that?

21  A    That was an assumption on my part.

22  Q    He didn't have that information?

23  A    That was an assumption after the fact.

24  Q    The assumption was that Mr. Massino lied to you?

25  A    I would say that's fair to say.

3035

```
1    Q    Now, let me ask you this:  Mr. Spero at the time of
2    this murder was not happy about this?
3    A    Not at all.
4    Q    And did he voice his opinion about this?
5    A    To me.
6    Q    What about to Mr. Massino?
7    A    He was unable to.
8    Q    Nevertheless, Mr. Spero was involved?
9    A    Sorry?
10   Q    Mr. Spero was involved in this murder?
11   A    He was.
12   Q    How many other people were involved in this murder?
13   A    Approximately three, four, that I'm aware of.
14   Q    Meaning that there are other people that you may not
15   be aware of?
16   A    True.
17   Q    Who are the people that you are aware of?
18   A    Frankie Lino, he is a captain; Spero; Cheech, this
19   individual named Cheech, he was acting captain; Louie
20   Restivo, official captain; and I don't know who Frankie
21   Lino brought to be the actual shooters.
22   Q    Meaning those four people you named and obviously you
23   and Mr. Massino, that's six, right?
24   A    Me and who?
25   Q    Mr. Massino who ordered it.  Mr. Massino ordered the
```

Vitale - Cross/Kedia

3036

1   killing?

2   A    Did Mr. Massino know who was going to be the

3   participants?

4   Q    Those six people were involved and you said some

5   shooters were involved?

6   A    Yes.

7   Q    You don't know who the shooters are?

8   A    I think one shooter was Tommy Karate but I'm not

9   positive.  I wasn't there.

10  Q    And so you weren't even informed as to who the

11  shooters were?

12  A    No, I gave it to Frankie Lino, it was his regime, his

13  men, he was to handle it.

14  Q    And afterwards, no one came and told you how it was

15  done, who did it?

16  A    I never questioned who was the shooter.

17  Q    It was something you didn't discuss after the murder

18  occurred?

19  A    True.

20  Q    Let me ask you this:  There were certain murders that

21  actually occurred in social clubs, right?

22  A    Sorry?

23  Q    There were certain murders that you were involved in

24  that actually occurred inside of social clubs, right?

25  A    Which murder are we talking about?

Vitale - Cross/Kedia

3037

```
1   Q    You participated in 11 of them.  In any of those 11,

2   do you recall there being a murder inside a social club?

3   A    Yes.

4   Q    Which murders?

5   A    The three captains.

6   Q    The three captains were actually asked to come to a

7   social club?

8   A    Yes.

9   Q    And a social club is a place that you all gathered to

10  simply have dinner or whatever, right?

11  A    Yes.

12  Q    And a social club is a place that you know is being

13  surveilled on a regular basis, right?

14  A    Possibly.

15           MR. BURETTA:  Objection.

16           THE COURT:  Sustained.

17  Q    Mr. Massino, you --

18           MR. BURETTA:  Mr. Vitale.

19  Q    Sorry.

20           Mr. Vitale, you actually would check for bugs

21  inside of social clubs, right?

22  A    In our social club, yes.

23  Q    In fact, there was a point where you actually found a

24  bug in a social club?

25  A    In mine and Mr. Massino's club, yes.
```

Vitale - Cross/Kedia

3038

1   Q    In fact, because of these bugs, you didn't speak

2   inside of social clubs, right?

3   A    True.

4   Q    But you committed three -- the murder of three

5   captains inside of a social club?

6   A    That's where they laid it out.  That's where we did

7   it.

8   Q    And the actual shooting, they were killed by

9   shooting?

10  A    By who?

11  Q    By a shooting, they were killed by guns?

12  A    True.

13  Q    And the actual shooting occurred inside a social

14  club?

15  A    Yes, ma'am.

16  Q    Were you concerned that the place was bugged?

17  A    I didn't know the location until we got there.  When

18  I was there, I was shocked but I think it was too late, it

19  was in motion and I relied on Mr. Massino's picking the

20  place with the zips and I went along with it.

21  Q    What do you mean when you got there, you were

22  shocked?

23  A    I didn't realize -- when I walked in, I realized it

24  was a social club.

25  Q    Meaning the location surprised you?

Vitale - Cross/Kedia

3039

1   A    That's what you asked.

2   Q    You didn't suggest to anyone:  Hey guys, maybe we

3   shouldn't do it?

4   A    No.

5   Q    Were there any other murders that you were involved

6   in inside of a social club?

7   A    Yes.

8   Q    Who was that?

9   A    Big Louie's club.

10  Q    Who was the person?

11  A    Russell.

12  Q    Murdered?

13  A    Russell Mauro.  Yes.

14  Q    When you say Big Louie's club, this is somebody in

15  the Bonanno family, right?

16  A    True.

17              (Continued on the next page.)

18

19

20

21

22

23

24

25

**Vitale - Cross/Ms. Kedia**

3040

1   CROSS-EXAMINATION (Continued)

2   BY MS. KEDIA:

3   Q.   And the murder, when the murder occurred, what was

4   Big Louie's position in the family?

5   A.   Official captain.

6   Q.   So he was someone kind of high-up in the family.  Is

7   that right?

8   A.   Sorry?

9   Q.   He was someone kind of high-up in the family?

10   A.   He was a captain.

11   Q.   And this is one of the three murders that you

12   committed without consulting Mr. Massino.  Right?

13   A.   Right.

14   Q.   And this is -- was this one of the murders that you

15   and Mr. Spero took it upon yourselves to order.  Right?

16   A.   Well, I don't think you could use the expression took

17   it upon ourselves.

18           I think Spero was fully authorized to murder as

19   the official consiglieri of the family.

20   Q.   The two of you together decided that Russell Mauro

21   should be killed?

22   A.   True.

23   Q.   And you knew that he was going to be killed in the

24   social club.  Right?

25   A.   True.

Vitale - Cross/Ms. Kedia

3041

1   Q.   Were you concerned then?

2   A.   Correct.  Very.

3   Q.   Very?

4   A.   I told Big Louie, *You have to be out of your mind*.

5        He said, *Leave it to me.  My club is fine*.

6        I said, *Louie you got to be crazy*.

7        He said, *Sal, please.  Leave it to me.  There is*

8   *no bugs in there.  I guarantee it.  Leave it to me*.

9        I said, *Okay*.

10       It was good enough for him and his crew, it was

11  good enough for me.

12  Q.   You were the one in charge, not Big Louie?

13  A.   But it was his location.

14  Q.   Well, you're the one that asked him to get a

15  location.  Is that right?

16  A.   Would you repeat the question?

17  Q.   You're the one who asked him to get a location.  Is

18  that right?

19  A.   No, he volunteered the location, because Russell was

20  going there to make a stock buy, some kind of fraudulent

21  stock deal.  And he said, *Before he hurts you, let me hurt*

22  *him*.

23       I says, *Where*?

24       He said, *my club*.

25       I said, *You got to be out of your mind*.

3042

1          He said, *Leave it to me.  My club is fine.*

2          I said, *Louie, you got to be crazy.*

3          He said, *Leave to me.  Me and my men will take*

4   *care of it.*

5          And I says, *go ahead.*

6   Q.   And you left then?

7   A.   I left then.

8   Q.   You know, let me ask you this.  When you kill

9   somebody, you're going to have other members involved.

10  Right?

11          MR. BURETTA:  Objection.

12          THE COURT:  Sustained.

13  BY MS. KEDIA:

14  Q.   Well, Mr. Vitale, in the murders that you had

15  participated in, you certainly had a number of other

16  people involved.  Right?

17          MR. BURETTA:  Objection.

18          THE COURT:  Sustained.

19  BY MS. KEDIA:

20  Q.   Apart from the people involved in the murder, did

21  anyone else know about the murders?

22          MR. BURETTA:  Objection.

23          THE COURT:  Sustained.

24          Ladies and gentlemen, you have been sitting over

25  two hours now.

Vitale - Cross/Ms. Kedia

3043

1        We're going to take our mid-afternoon break.

2        Dont discuss the case.  Don't talk about the

3   case.  We'll resume in ten minutes.

4        (The jury left the courtroom at 3:38 p.m.)

5        THE COURT:  Ms. Kedia, you have been examining

6   this witness on cross-examination, taking out the luncheon

7   recess and this break, now two hours and 45 minutes.

8        I indicated you had two hours.  I would

9   appreciate it if you direct your questions on matters that

10  are critical and not collateral.  If you want to talk

11  about these 11 murders, and that is your defense, that is

12  fine.  But Mr. LaRusso now has the opportunity to

13  cross-examine.

14       Mr. LaRusso, do you want to begin your cross

15  when we resume back here in 15 minutes?

16       MR. LaRUSSO:  No, your Honor.  As I indicated to

17  you on the side bar, I view the testimony of this witness

18  to be basically involving Mr. Persico.

19       So I feel that Ms. Kedia should be given as much

20  leeway to attack his credibility in any areas that she

21  feels are necessary.  And I, at this point, only intend to

22  do about maybe 15 minutes.

23       I limited myself to very, very few questions.

24  And primarily relating to his two arrests and his release,

25  and maybe a few questions about my client.

Vitale - Cross/Ms. Kedia

3044

1          It won't be long, Judge, 15 minutes.

2          THE COURT:  All right, 15 minutes you will get.

3          MR. BURETTA:  Your Honor, I would request five

4     minutes for redirect on a couple of issues regarding the

5     statement she attacked concerning Mr. Persico.

6          THE COURT:  All right.  We'll see how it goes.

7          Because that is going to be after five, and I

8     don't know if the jury is willing to stay.

9          MR. BURETTA:  Thank you, Judge.

10          (A recess was taken at 3:45 p.m.)

11          (The jury entered the courtroom at 3:57 p.m.)

12          THE COURT:  Ready to resume.

13     BY MS. KEDIA:

14     Q.   Mr. Vitale, you were shown this document that is in

15     evidence as Government Exhibit 171.

16          MS. KEDIA:  If I can have the original?

17     BY MS. KEDIA:

18     Q.   While Mr. Buretta is looking for it.  You recall this

19     in the Shy Book, you called it?

20     A.   Yes.

21     Q.   And when you say a *Shy Book*, you mean money that you

22     were loansharking?

23     A.   Yes.

24     Q.   And did you consider yours a big loan shark?

25     A.   I would say average.

Vitale - Cross/Ms. Kedia

3045

1    Q.    Now, let me ask you.

2          You were asked about -- when you say *average*,

3    how much money would you say you had out at any given

4    time?

5    A.    At one time, we had $600,000 out.  Other times, we

6    had $10,000 out.  You can't put a figure on it.

7    Q.    You said 600?

8    A.    At one time, we did have as much as $600,000 out.

9    And when we started, we had $10,000 out.

10   Q.    And when you say *we,* who do you mean is *we*?

11   A.    Mr. Massino was my partner.

12   Q.    And when you had $600,000 out, where did this money

13   come from?

14   A.    Illegal activities.

15   Q.    All kinds of illegal activities?

16   A.    If we needed money, we would -- he would go get his,

17   I would go get mine and we would give it.

18   Q.    Where would you get the money that you gave to

19   individuals?

20   A.    From one of our bunks.  If he had money laying around

21   the house, and I had money laying out around the house, we

22   would give -- put it together and give it to the

23   individual.

24   Q.    One of your what?

25   A.    A bunk, we called it a bunk.

3046

1  Q.   So that was a place, this was a place, a location

2  where you established a lot of money.  Is that what that

3  means when you say your bunk?

4  A.   It could have been $50,000, $20,000, whatever.

5  Q.   And, in fact, you obviously -- when you have $600,000

6  out on the street, that wasn't every dime you had.  Right?

7  A.   No.

8  Q.   You had other money sitting somewhere else,

9  established somewhere else.  Right?

10 A.   Correct.

11 Q.   And that is true for you and that is true for

12 Mr. Massino?

13 A.   I can't hear you when you turn round.

14 Q.   That was true for you and that was true for

15 Mr. Massino.  Right?

16 A.   Yes.

17 Q.   Now, you were shown your book.  An entry in your book

18 for a person by the name of Bobby.

19 A.   Bubbie.

20 Q.   Bubbie.  And you were shown these amounts of 25 --

21 these are amounts that he is paying back.  Is that right?

22 A.   Yes.

23 Q.   At first you loan him $50, he is paying back $25, and

24 so on and so forth?

25 A.   That's true.

3047

1   Q.   You were charging interest on the money?

2   A.   When we were charging -- let's say on the $50 for a

3   period of time.

4         One, he couldn't afford to pay no more.  I think

5   he was going to jail at the time.  We told him, *Whatever*

6   *you give us, we'll take off the top*.  And we stopped the

7   interest.

8   Q.   These documents here in your Shy Book don't reflect

9   the amount of money you were earning in interest.  Is that

10  right?

11  A.   No.

12  Q.   The documents that are in your Shy Book -- the amount

13  of monies that are in your Shy Book only actually reflect

14  the amount of money that you're owed off the top by the

15  individual you loaned the money to.  Right?

16  A.   That is how it is.

17  Q.   And it doesn't show anywhere how much money you have

18  stashed away somewhere.  Right?

19  A.   No.

20  Q.   And it doesn't show overall how much money you have

21  out on the street at any given time.  Right?

22  A.   That book is the amount we have out in the street.

23  Q.   Well, it is the amount by the individual.  Right?

24        MR. BURETTA:  Objection.

25        THE COURT:  Sustained.

Vitale - Cross/Ms. Kedia

3048

1   BY MS. KEDIA:

2   Q.   Well, when you have Bubbie's, the amount that he owes

3   $12,000 -- owed at the exact same time that Vinnie the

4   Bronx owes you $30,000 or $35,000?

5   A.   True.

6   Q.   Is that right?

7   A.   Yes.

8   Q.   And what period of time was this?

9   A.   I don't recall.

10  Q.   Now, the same thing is true for this entry with

11  Vinnie the Bronx that you were shown.  Right?

12  A.   Yes.

13  Q.   The money is reflected is only the money he owed you?

14  A.   True.

15  Q.   And it doesn't show how much money that you earn in

16  interest?

17  A.   No.

18  Q.   And that is true with every entry in your shylock

19  book.  Right?

20  A.   Yes.

21  Q.   Now, Mr. Vitale, what is the -- the last time you

22  made an entry in this Shy Book was when?

23  A.   I would say the summer of '99.

24  Q.   So were you loansharking between December of 1999 and

25  the time you began cooperating in January of 2003?

Vitale - Cross/Ms. Kedia

3049

1  A.   No.

2  Q.   You quit?

3  A.   No, we didn't put new money out on the street.  We

4  were looking to dissolve the book.

5  Q.   And had the people that you had loaned money to that

6  were reflected in this book, had they paid you back?

7  A.   No.

8  Q.   And did they ever pay you back?

9  A.   No.

10 Q.   So at the time that you stopped this loansharking

11 business, there were still hundreds of thousand dollars

12 owed to you.  Right?

13 A.   True.

14 Q.   But in spite of that, you still had hundreds of

15 thousand of dollars on the street, you actually had

16 hundreds of thousand of dollars sitting available for your

17 use.  Right?

18 A.   That's true.

19 Q.   In fact, when you were arrested, you actually had

20 $750,000 sitting in a safe deposit box and tucked away in

21 your attic.  Right?

22 A.   True.

23 Q.   And this is not the money that you had out on it

24 street.  Is it?

25 A.   That's true.

3050

1    Q.    This is in addition to that?

2    A.    Yes.

3    Q.    Now, you were asked about another book, which is in

4    evidence as Government Exhibit 125, your phone book.

5    Right?

6    A.    True.

7    Q.    And this is a phone book that you maintained during

8    what period of time?

9    A.    Until the day I got arrested.

10   Q.    So this is a phone book that was up-to-date as of

11   2003 -- let's say, January of 2003?

12   A.    Yes.

13   Q.    And it is a phone book that you started keeping at

14   what time?

15   A.    I don't recall.

16   Q.    Approximately, how many years had you had it?

17   A.    I don't recall.

18   Q.    Did you have it in the mid-1990s?

19              MR. BURETTA:  Objection.

20              THE COURT:  Sustained.

21   BY MS. KEDIA:

22   Q.    Do you have any recollection of whether you had it in

23   the 1990s?

24              MR. BURETTA:  Objection.

25              THE COURT:  Sustained.

Vitale - Cross/Ms. Kedia

3051

1   BY MS. KEDIA:

2   Q.   Do you know when you made these entries for these

3   various numbers for this person, Tommy Shots?

4   A.   That is when I met him.

5   Q.   Which was when?  Mid-nineties?

6   A.   Maybe.

7   Q.   And you started putting in different numbers that he

8   had at different periods of time.  Is that right?

9   A.   Every time he changed his number, he gave me a new

10  number.

11  Q.   And over the years he changed his number many times?

12  A.   That is what it looks like.

13  Q.   And what is reflected here in this phone book are all

14  of the numbers that you had for him?

15  A.   Those are the only numbers I had for Tommy Shots.

16  Q.   And nowhere in your phone book, Mr. Vitale, do you

17  have any number certainly for Mr. Persico.  Right?

18  A.   That's true.

19  Q.   And you never had any way, other than through Tommy

20  Shots to get in touch with Mr. Persico.  Is that right?

21  A.   That's true.

22  Q.   Now, you testified about a meeting that you had in

23  September of 2007, just a few weeks ago with prosecutors

24  and agents.  And one of the discussions that you had at

25  this meeting was this dispute in the family in the early

Vitale - Cross/Ms. Kedia

3052

1    1990s.  Right?

2    A.    What dispute?

3    Q.    The dispute in the Colombo family, Colombo war?

4    A.    I think it started before the 1990s.

5    Q.    When do you believe that it started?

6    A.    Late eighties.

7    Q.    And how is it that you believe that it started?

8    A.    Wait.  What do you mean, how do I believe it started?

9    Q.    I mean, you believe that it started in the late

10   eighties.  Right?

11   A.    I would say very late eighties.

12   Q.    When?

13   A.    When I met with Little Vic.

14   Q.    And you talked about obviously two factions.  What

15   side was Joe Waverly on?

16   A.    Persico's.

17   Q.    That was your belief during that time?

18   A.    Yes.

19   Q.    And that is your belief to this day?

20   A.    Yes.

21   Q.    Now, did anyone tell you that, Mr. Vitale?

22   A.    He did.

23   Q.    Mr. Waverly told you -- Joe Waverly told you that he

24   was on the Persico side?

25   A.    Yes.

Vitale - Cross/Ms. Kedia

3053

1    Q.    When did he tell you this?

2    A.    It could have been the early nineties, very early

3    nineties, '91, '90, '91, '92.  He was always on the

4    Persico side.

5    Q.    And did he -- when you say *he was always*, did you

6    have several discussions with Joe Waverly about what side

7    of the war he was on?

8    A.    No.  One conversation is enough.  I don't think he

9    changed flags.

10   Q.    And so from the beginning of the dispute, you believe

11   that that is the side he was on?

12   A.    I believe that.

13   Q.    And how often during that period of time did you see

14   Joe Waverly?

15   A.    If I met Joe Waverly five times -- four or five times

16   in that period of time frame, it was a lot.

17   Q.    Four or five times.  When you say in that time frame.

18   What time frame are you talking about?

19   A.    From the late eighties to mid-nineties.

20   Q.    So during this period before this meeting with Andy

21   Russo where the situation is resolved.  That is what you

22   mean?

23   A.    Yes.

24   Q.    And under what circumstances did you meet with Joe

25   Waverly?

Vitale - Cross/Ms. Kedia

3054

1   A.   He had a disagreement with our Big Louie over some

2   condos that were being built.  I don't recall where.

3          But I sat down with them.  They resolved it.

4   There was another time he met me at the Huntington Hilton.

5   Q.   Can you tell us when that was, approximately?

6   A.   No.

7   Q.   Okay.  Go ahead.

8   A.   And he told me if I wouldn't mind talking to Tommy

9   Shots because he had a ton of heat.

10  Q.   Because?

11  A.   Other times I don't recall.

12  Q.   Wait.  What did you just say?  Tommy?

13  A.   There were times I met him that I don't recall why.

14  Q.   You said something about *a ton of heat*, Tommy Shots

15  having a ton of heat?

16  A.   In other words, Joe Waverly didn't want to meet with

17  me because he had felt he had a lot of heat, and you

18  couldn't move around.  So if I would mind running messages

19  to Tommy shots.  And I said, no.

20  Q.   Meaning Joe Waverly had a ton of heat?

21  A.   Meaning what?

22  Q.   Joe Waverly had a ton of heat?

23  A.   Yes.

24  Q.   And do you have any recollection of when that would

25  have been?

Vitale - Cross/Ms. Kedia

3055

1    A.    No.

2    Q.    And what other meetings did you have with Joe

3    Waverly?

4    A.    I don't recall.

5    Q.    Now, when you met with Mr. Persico, you believe now

6    that it was late 1999.  Right?

7    A.    After my son's wedding in '99, yes.

8    Q.    And your son's wedding was in June you said?

9    A.    Yes.

10    Q.    Now, when you told the government about the meeting

11    with Mr. Persico, did you recall when the meeting with

12    Mr. Persico was, specifically?

13    A.    The actual date and the month?

14    Q.    Did you have a clear recollection as to a year?

15    A.    I believe it was '99.

16    Q.    And did you have that clear recollection when you

17    first told the government about this in September of 2006?

18    A.    I believe I said it was '99.

19    Q.    And did you have a clear recollection of when in 1999

20    it was?

21    A.    I don't remember the month.

22    Q.    You don't know and you didn't then?

23    A.    I don't recall that day.

24    Q.    When you said that Mr. Persico said to you, *You can't*

25    *take what's not yours*.

Vitale - Cross/Ms. Kedia

3056

1          Did you have any discussions with Wild Bill

2    about trying to take something that wasn't his?

3    A.    No.

4    Q.    Did Mr. Massino, to your knowledge, have any

5    discussions with Wild Bill about trying to take something

6    that wasn't his?

7    A.    Not to my knowledge.

8    Q.    Did anyone that you know have any discussion with

9    Wild Bill about trying to take something that wasn't his?

10   A.    No.

11   Q.    Now, when you had a meeting with Joel Cacace after

12   this meeting -- Joe Waverly you know him by.  Right?

13   A.    Who?  When did I have a meeting with Joe Waverly?

14   Q.    When you had a meeting with Joe Waverly, after this

15   meeting with Mr. Persico, you said that, in fact, Joe

16   Waverly said something about Bill may be popping up soon

17   as a way to kind of -- kind of tell everybody, to shush

18   everybody up.  Right?

19   A.    I never had a meeting with Joe Waverly.

20   Q.    I'm sorry?  You never had a meeting with Joe Waverly?

21   A.    I never had a meeting with Joe Waverly.

22   Q.    There was a meeting that you were told about this.

23   Is that right?

24   A.    I was upstairs.  He met with Mr. Massino, Little

25   Larry, Pete Gotti and Louie Bagel.

3057

1    Q.   Now, in that meeting, what was conveyed to you is

2    that someone at the meeting actually asked Joe Waverly how

3    Wild Bill is doing.  Right?

4    A.   I don't know how Wild Bill's name came up.  But they

5    were sliding on the answer.

6    Q.   Let me show you what is marked as 3500 SV-20.  You

7    may have it still in front of you, in fact.  152 to 155.

8         I direct your attention to the first paragraph

9    on page 2.  And if you need the last paragraph on page 1.

10        Now -- I'm sorry, did you have an opportunity to

11   look at that yet?

12   A.   I did.

13   Q.   Now, having looked at that, does that refresh your

14   recollection that, in fact, Wild Bill's name came up

15   because someone in the meeting in 2000 asked Joe Waverly

16   how Wild Bill's doing?

17   A.   Sure.

18   Q.   And that -- and that Joe Waverly actually said in

19   response to that person, *Bill should be popping up soon,*

20   or *coming up soon*?

21   A.   Right, sarcastically, saying, quote, *Whenever he pops*

22   *up, we'll address it then.*

23   Q.   Who is it that asked how Wild Bill was doing?

24   A.   I don't know.

25   Q.   The people at this meeting were all people of a

3058

1    certain status in each of the five families.  Right?

2    A.    True.

3    Q.    I mean, those were the only people that were invited

4    to a commission meeting.  Right?

5    A.    True.

6    Q.    So whoever it was that said to Joe Waverly how Wild

7    Bill was doing, we're talking about someone who was at

8    this meeting representing one of the five families.

9    Right?

10   A.    You're talking about somebody that was probing what

11   happened to Wild Bill.

12   Q.    In 2000.  Right?

13   A.    At that meeting.

14   Q.    Now -- and we're talking about someone who has some

15   rank in one of the families.  Right?

16   A.    True.

17   Q.    Now, Mr. Vitale, when Sally the Horse was killed,

18   Mr. Massino actually thought that it came from within the

19   family.  Right?

20   A.    That's true.

21   Q.    And he thought that it came from a person by the name

22   of Joe Brigante?

23   A.    Yes.

24   Q.    What is Mr. Brigante's rank?

25   A.    Soldier.

Vitale - Cross/Ms. Kedia

3059

1    Q.    Soldier, meaning just a made member.  Right?

2    A.    Yes.

3    Q.    And did he ask Mr. Brigante if he was involved?

4    A.    I don't know.

5    Q.    Did you ask Mr. Brigante if he was involved in

6    killing Sally the Horse?

7    A.    No.

8    Q.    To your knowledge, did anyone ask Mr. Brigante

9    whether he was involved?

10   A.    I'm not aware of that.

11   Q.    What were the suspicions that, of Mr. Brigante, based

12   on?

13   A.    I have no idea.  That was Mr. Massino's feelings.  I

14   didn't ask him why.

15   Q.    Who was Mr. Brigante's captain at that time?

16   A.    Either Junior or Frank Paco.  I'm not sure.

17   Q.    When you say *Junior*, you mean this person you spoke

18   about earlier, Junior Chilly?

19   A.    Junior Chilly.

20   Q.    And was either Junior Chilly or -- you said, Frank

21   Parco was the other person who might have been a captain?

22   A.    Yes.

23   Q.    Were -- do you know if either one of them said

24   anything to Joe Brigante about the murder of Sally the

25   Horse?

## Vitale - Cross/Ms. Kedia

3060

1        MR. BURETTA:  Lack of foundation.

2        THE COURT:  Sustained.

3   BY MS. KEDIA:

4   Q.   Well, did you have any conversations with either of

5   them about whether they spoke to Mr. Brigante about the

6   murder of Sally the Horse?

7   A.   I didn't.

8   Q.   And what about Mr. Massino?

9   A.   Not that I'm aware of.

10  Q.   Now, no one -- certainly not Mr. Brigante, actually

11  fessed up to this murder.  Right?

12  A.   Not that I'm aware of.

13  Q.   Did anyone through the course of the investigation

14  that you had conducted, come up with any information about

15  what happened?

16  A.   Not that I'm aware of.

17  Q.   And how long a period of time -- was Mr. Massino the

18  boss when Sally the Horse was killed?

19  A.   Yes.

20  Q.   And how long a period of time was Mr. Massino out on

21  the street and able to conduct an investigation into Sally

22  the Horse's murder?

23  A.   I don't recall.

24  Q.   Any approximation of any number of years?  You have

25  no idea?

3061

1    A.    No, ma'am.

2    Q.    Was this something -- in your view, was this a tragic

3    occurrence when Sally the Horse was killed?

4                MR. BURETTA:  Objection.

5                THE COURT:  Sustained.

6    BY MS. KEDIA:

7    Q.    Well, he was a member of your family.  Right?

8                MR. BURETTA:  Objection.

9                THE COURT:  Sustained.

10   BY MS. KEDIA:

11   Q.    Well, Mr. Vitale, was there a discussion apart from

12   your -- was there a discussion, a lot of talk in the

13   family about Sally the Horse's murder?

14   A.    No.

15   Q.    There was no talk?

16   A.    There was -- you said a lot of talk.  There was some

17   talk, but not a lot of talk.

18   Q.    So even within the other, the soldiers and the

19   captains, to your knowledge there wasn't a lot talk?

20   A.    I can only answer for what is said in front of me.  I

21   don't know what is going on in the back.

22   Q.    Well, you can speak about what is said in front of

23   you or what is told to you about what is happening.

24   Right?

25   A.    True.

Vitale - Cross/Ms. Kedia

3062

1   Q.    And you, in fact, were the underboss of the family.

2   Right?

3   A.    True.

4   Q.    And you certainly knew a lot about what was going on

5   within the family?

6   A.    True.

7   Q.    Did you know whether there was talk about what

8   happened to Sally the Horse?

9   A.    No.

10  Q.    Now, Mr. Vitale, at the time in 1999 that you

11  testified you had this meeting with Mr. Persico, you were

12  actually on the shelf.  Right?

13  A.    Somewhat, yes.

14  Q.    And what is being on the shelf?

15  A.    It means Mr. Massino and I were having major fall-out

16  and he put me on a shelf.  Not physically on the shelf,

17  but I was only privy to certain information.  He

18  segregated me from the captains.

19  Q.    When you say he segregated you.  What does that mean?

20  A.    In other words, I didn't socialize or stay with the

21  captains.

22  Q.    Even the captains in your own family?

23  A.    That's true.

24  Q.    And what year was that, that he segregated you from

25  the captains in your own family?

Vitale - Cross/Ms. Kedia

3063

1   A.   '99.

2   Q.   In 1999?

3   A.   Well, it started much earlier, but it really got full

4   scale in '99.

5   Q.   Meaning it started much earlier?

6   A.   Yes.

7   Q.   So when, approximately, would you say it started,

8   that you were on the shelf?

9   A.   '95.

10  Q.   And would you say full scale, 1999?  What happened in

11  1999 to cause it to be full scale?

12  A.   I invited certain women to my wedding that their

13  husbands were in jail.  And he was -- he was slighted by

14  it.

15  Q.   Did you say you invited certain women to your

16  wedding?

17  A.   My son's wedding.

18  Q.   Your son's wedding.  This is a wedding in June of

19  1999?

20  A.   True.

21  Q.   So by July of 1999, after your son's wedding, you

22  were fully on the shelf?

23  A.   No, it -- I wasn't fully on the shelf.  He is too

24  smart tap put me fully on the shelf.  In other words, he

25  just segregates you from the men.

Vitale - Cross/Ms. Kedia

3064

1          He tells you to stay in Long Island because you

2    can't be -- you're hot.  I'm hot.  That is not socialize

3    with each other.  You stay out there.  I'll stay in here.

4    I'll worry about the men here.  You take care of yourself.

5    Q.   Now, were you allowed to talk to any of the captains

6    in your own family?

7    A.   When it suits his purpose, yes.

8    Q.   What do you mean?

9    A.   When we were ready to kill George, he called upon me.

10   When we were going to see Allie Boy, he called upon me.

11   Q.   Why did he need you, do you think, to meet Allie Boy?

12   A.   He didn't need me.

13   Q.   Well, Mr. Vitale, he wasn't allowing you to speak to

14   people in your own family.  Right?

15   A.   I wasn't socializing with my own captains, with his

16   own captains.

17   Q.   Well, not only were you not socializing with the

18   captains, you weren't really the person giving the orders

19   to the captains now.  Right?

20   A.   I never was.  They were coming from him.

21   Q.   Well, did the orders always come directly from him to

22   the captains?

23   A.   If he gave me an order to go tell a captain

24   something, I would.

25   Q.   And so he was giving you orders to go tell them.

3065

1    Right?

2    A.    True.

3    Q.    But you're saying that there was a point where you

4    were segregated from them.  Right?

5    A.    I don't -- unless it suited his purpose.

6    Q.    Meaning sometimes he would ask you to be involved

7    with something and sometimes he wouldn't?

8    A.    True.

9    Q.    Right?

10   A.    True.

11   Q.    And when you say the George murder, you said that was

12   one of the times that suited his purpose.  Right?

13   A.    Yes.

14   Q.    And the George murder is a murder that he, despite

15   the fact that you were on the shelf, asked you to become

16   involved in.  Is that right?

17   A.    True.

18   Q.    And the George murder occurred prior to your son's

19   wedding in 1999?

20   A.    A month or two before.

21   Q.    Now, if Mr. Massino -- what was your view of why

22   Mr. Massino would ask you to be involved in the George

23   murder if you were on the shelf?

24   A.    Why was it, why would he use me?

25   Q.    Yes.

Vitale - Cross/Ms. Kedia

3066

1    A.    I have no idea.  You have to ask him.

2    Q.    Well, do you recall testifying that when Mr. Massino

3    needed a shooter, he would call upon you?

4              MR. BURETTA:  Objection.

5              THE COURT:  Sustained.

6    BY MS. KEDIA:

7    Q.    Well, Mr. Vitale, when Mr. Massino needed a shooter,

8    would he call upon you?

9    A.    When I answered that question, it was a mistake.

10   When he needed someone to participate in that shooting, he

11   called upon me.

12              I had used the word *shooting,* and the lawyer did

13   the same thing you just did.  And then the prosecutor took

14   care of it at a later date.

15   Q.    Now, when you say when you answered that question, it

16   was a mistake; are you talking about an answer to a

17   question that you were asked while you were under oath.

18   Is that what you're referring to?

19   A.    Yes.

20   Q.    And you recall that you said when Mr. Massino needed

21   a shooter, you would be called upon?

22   A.    I said when Mr. Massino needed a shooter that day he

23   called upon me.

24   Q.    And now you're saying that that is not what you

25   meant?

## Vitale - Cross/Ms. Kedia

3067

```
 1   A.   I'm not a shooter.

 2           MR. BURETTA:  Objection.

 3           THE COURT:  Sustained.

 4   A.   I wasn't the shooter.

 5   BY MS. KEDIA:

 6   Q.   Now, Mr. Vitale, you -- according to you, you have

 7   not been the shooter.  Right?

 8   A.   That's true.

 9   Q.   You have always been one of the people either

10   planning the murder or, on many occasions, you were

11   actually present during the murder.  Right?

12   A.   True.

13   Q.   And even when you held a very high rank, you were

14   often either on the scene or near the scene.  Right?

15   A.   That's true.

16   Q.   And the reason that you were near the scene or on the

17   scene is to make sure that everything went okay?

18   A.   That is fair to say.

19   Q.   Now, Mr. Massino didn't always have that same view.

20   Right, about being on the scene or near the scene.  Right?

21   A.   No.

22   Q.   And, in fact, Mr. Massino would maybe leave town

23   during certain murders.  Right?

24   A.   True.

25   Q.   And how often did that occur?
```

3068

1    A.    Well, he left -- I think for George he was in Mexico.

2    The other, I don't recall.

3    Q.    But when you say *for George he was in Mexico*, when he

4    was involved or ordered the murder of -- George was a

5    captain in your family when he was murdered?

6    A.    Yes, in Joe's family.

7    Q.    Which was also your family?

8    A.    Joe's family.  I was a part of Joe's family.

9    Q.    So you considered it his, and you were just there?

10   A.    He is the boss.

11           MR. BURETTA:  Objection.

12   BY MS. KEDIA:

13   Q.    Now you -- when George was murdered, the date was

14   picked ahead of time.  Is that right?

15   A.    By whom?

16   Q.    By whomever was involved in planning it.

17   A.    Joe wanted him dead within a certain week that he was

18   on vague.  And we killed him in that week.

19   Q.    Meaning Joe had planned to go on vacation.  Is that

20   right?

21   A.    Yes.

22   Q.    To Mexico?

23   A.    Yes.

24   Q.    And he said, *These are the dates I'm going to be gone*

25   *and I want him dead when I get back*?

Vitale - Cross/Ms. Kedia

3069

1    A.    Not in those many words, but --

2    Q.    In substance?

3    A.    Yes.

4    Q.    And, in fact, you carried out that order.  Right?

5    A.    I'm sorry?

6    Q.    And, in fact, you carried out that order.  Right?

7    A.    True.

8    Q.    Now, Mr. Vitale, you testified that, in fact, after

9    your guilty plea and confession to 11 murders that you

10   have been involved in, you are hoping, because everybody

11   is hopeful, to get a reduced sentence.  Right?

12   A.    Am I hopeful to get a reduced sentence?  Yes.

13   Q.    Yes?

14   A.    Yes.

15   Q.    And, in fact, you know the people -- other

16   cooperators that like you have committed a whole host of

17   murders, but have gotten reduced sentences.  Right?

18   A.    I didn't hear your question.

19   Q.    You know people who have committed a whole slew of

20   murders like you, and who have gotten significantly

21   reduced sentences.  Right?

22   A.    Yes.

23   Q.    I mean, the first murder that you were charged in,

24   you were facing life.  Right?

25   A.    I don't know if I was facing life.  That isn't why I

3070

1   cooperated.

2   Q.    Why did you cooperate?

3   A.    Because I felt that the Bonanno family turned their

4   back on me, and I felt it was time to put my family first.

5   When I was indicted in this courtroom, in November of

6   '01, not one captain asked me if I needed anything or if

7   my wife or children needed anything.

8         When I was indicted in '03, there was no reason

9   to keep it real.  If they didn't care about me, I didn't

10  care about them.

11  Q.    Well, when you were indicted in 2001 and no captain

12  came to you and cared about you, you didn't decide you

13  were cooperating then.  Right?

14  A.    Sorry?

15  Q.    You didn't decide then that you were cooperating.

16  Right?

17  A.    No.  But after I received the 45 months and

18  Mr. Massino was telling everybody that *he must have*

19  *cooperated.  How does an underboss only get 45 months for*

20  *football tickets.  He should have got 45 years.  I think*

21  *the cake was baked.*

22  Q.    You received the 45 months when, Mr. Vitale?

23  A.    January 31st of '03.

24  Q.    And you already decided to cooperate -- you started

25  cooperating January 9th, of '03.  Right?

Vitale - Cross/Ms. Kedia

3071

1    A.    But the deal was worked out with my attorneys and the

2    US Attorney's office that we would get the 46 months.

3    Q.    So when Mr. Massino started saying these things about

4    you, about a person getting 45 months; that was a period

5    of time where you had already started cooperating.

6    A.    No.  When we worked out the deal, I was still home

7    for six or seven months.  And he had my lawyers go to his

8    house and he was questioning my lawyers on my deal.

9    Q.    Well, when you say *we worked out the deal*.  You

10   certainly didn't know exactly what kind of time you were

11   getting until you got it.  Right?

12   A.    I copped out to 36 to 45.  I couldn't get more than

13   45.

14   Q.    Your view of your -- your understanding of your --

15   you took a plea in that case.  Right?

16   A.    I did plea in that case.

17   Q.    And your understanding is your plea agreement was

18   that you couldn't receive more than 45 months?

19   A.    What indictment are you talking about?  The '01

20   indictment?

21   Q.    The '01 indictment.

22   A.    The '01 indictment, the most I could have got

23   according to the guideline was from 36 to 46 months.

24   Q.    And when you say under the sentencing guidelines,

25   you're talking about the most you faced, period, if the

3072

1    Judge wanted to give you more.  You're talking about under

2    a book that says what sentence someone should get.

3    A.   I'm talking about --

4              MR. BURETTA:  Objection.

5              THE COURT:  Overruled.

6    BY MS. KEDIA:

7    Q.   Go ahead.

8    A.   I'm talking about when my lawyers went into the

9    US Attorney's office, prior to me cooperating with the

10   government, six or seven months prior to me cooperating,

11   they said, *What could we do?*

12             So they used the guideline -- I think it was 21,

13   21 is I think 33 to 46 months, so I knew I was going away

14   for 46 months.

15             Mr. Massino made a big issue out of it saying

16   how that something is wrong.

17   Q.   Mr. Vitale, what were you charged with in that

18   indictment?

19   A.   Football tickets.

20   Q.   And Mr. Massino's view was that 46 months was too

21   little time for football tickets?

22   A.   For an underboss, yes.

23   Q.   And at that point in time you hadn't been charged

24   with any of the alleged murders that you were involved in.

25   Right?

Vitale - Cross/Ms. Kedia

3073

1    A.    True.

2    Q.    And certainly the judge that was sentencing you in

3    that case, and agreeing to give you the 45 months, didn't

4    know that you had participated in 11 murders.  Right?

5    A.    No.  I think he had my new indictment in front of

6    him -- Judge Spatt, in this courthouse.  I think once you

7    get indicted while you're waiting to receive the sentence,

8    if you get indicted, the judge does get a copy of the new

9    indictment.

10   Q.    Well, when the judge sentenced you in the other case,

11   the 2001 case, you weren't charged -- you weren't charged

12   with the murder in that case.  Right?

13   A.    No.

14   Q.    You were separately charged with murder in the other

15   case.  Right?

16   A.    Repeat the question.

17   Q.    You were separately charged, two separate

18   indictments.  Right?

19   A.    Yes, ma'am.

20   Q.    One in front of one judge and one in front of

21   another.  And to totally different time periods.  Right?

22   A.    True.

23   Q.    One happened in 2001 and one happened in 2003.

24   Right?

25   A.    Yes.

3074

1  Q.   And in 2001 you were slighted by the captains, and

2  you didn't cooperate?

3  A.   What?

4  Q.   You were slighted by the captains.  No one came to

5  visit you and you didn't cooperate.  Right?

6  A.   True.

7  Q.   But you were given bail in that case.  Right?

8  A.   Yes.

9  Q.   And, in fact, you were out on the street?

10 A.   Right.  Yes.

11 Q.   And, in fact, you were given very, very, very

12 generous bail.  Right?

13 A.   A generous bail?

14 Q.   Generous bail conditions.  Right?

15 A.   I don't understand what you mean.

16 Q.   Well, you were allowed to have dinner with your wife

17 several times a week.  Right?

18 A.   True.

19 Q.   And you were allowed to be out of your house at

20 night.  Right?

21 A.   During the day.

22 Q.   During the day, all day.

23 A.   To go to work.

24 Q.   And when you were charged in 2003, you were charged

25 with a murder.  Right?

3075

1   A.   True.

2   Q.   And that was the first period of time that you were

3   spending in jail.  Is that right?

4   A.   That was the first what?

5   Q.   Period of time that you were spending in jail.

6   Right?

7   A.   True.

8   Q.   And that is the time that you decided that it was in

9   your best interests to now go cooperate.  Right?

10  A.   No.  I started -- I was arrested January the 9th of

11  '03.  By January 9th of '03, I was cooperating.  The

12  agents --

13  Q.   The same day?

14  A.   The same day.

15  Q.   What did you tell the agents on that day?

16  A.   I said if my wife and children were coming to me into

17  the witness program, I would join.  If they don't, I won't

18  join.  I gave them permission to go see my wife and my

19  children.

20  Q.   You had been separated from your wife at that point

21  for how many years?

22  A.   Five years.

23  Q.   For five years?

24  A.   Yes.

25  Q.   And you wanted them to come into the program with

3076

1    you?

2    A.    True.

3    Q.    And on January 9th, 2003, when you were arrested, did

4    you tell the agents that you were guilty of not only of

5    the murder that you were charged with, but of ten other

6    murders?

7    A.    No.

8    Q.    Did you tell them that you were guilty of any

9    murders?

10    A.    That's true.

11    Q.    That's true?

12    A.    I didn't tell them that I was guilty of any murders.

13    Q.    So when you say you decided to cooperate, or that you

14    actually began cooperating on January of 2003, you weren't

15    telling them anything.  Right?

16    A.    I said to them:  *If you could work it out with my*

17    *wife and my children, I'll cooperate.  If they don't*

18    *decide to go with me, I'm not cooperating.*

19    Q.    And did the agents go see your wife -- when you say

20    your children, you're talking about grown sons.  Right?

21    A.    Yes.

22    Q.    I mean, your son is married -- one of them got

23    married in 1999.  Right?

24    A.    Yes.

25    Q.    And did the agents, in fact, go see your wife and

**Vitale - Cross/Ms. Kedia**

3077

1    you're children?

2    A.    I don't think the US Attorney was there.  I know my

3    agents did go to see my wife that evening.

4    Q.    That very evening, January 9th of 2003?

5    A.    Yes, ma'am.

6    Q.    And was it your understanding that they agreed to go

7    into the program with you?

8              MR. BURETTA:  Objection.

9              THE COURT:  Sustained.

10   BY MS. KEDIA:

11   Q.    Well, what was your understanding after

12   January 9, 2003, about whether you would cooperate or not?

13   A.    They said they would go with me.

14   Q.    Now, Mr. Vitale, you didn't actually meet with the

15   agents and confess your murders until some time later.

16   Right?

17   A.    That's true.

18   Q.    So until you spent maybe more than a month or two in

19   jail.  Right?

20   A.    There was a reason why.  They wanted to take me out

21   that day.  And I said, *No, you can't take me.*

22         They wanted to take me to a secret location

23   January 9th, and I told them, no.

24   Q.    Mr. Vitale, you did you know at the time that you

25   started to cooperate how it is that you -- which murder

Vitale - Cross/Ms. Kedia

3078

1    you were charged with?

2    A.    Bobby Corinno.

3    Q.    Bobby Corinno.  And he was a member of the Bonanno

4    family or not?

5    A.    He was an associate.  His father was on the board,

6    his father-in-law was an underboss.

7    Q.    Was underboss of the family?

8    A.    Yes.

9    Q.    And at the time that you were charged with his

10   murder, did you understand how it is that the government

11   knew about your involvement in the murder?

12            MR. BURETTA:  Objection.

13            THE COURT:  Sustained.  Please approach.

14            (The following occurred at sidebar.)

15            THE COURT:  Ms. Kedia, it is kind of late for me

16   to mention it; but every time you turn to go back to the

17   podium, you turn your back slightly to this witness who,

18   apparently, is hard of hearing.

19            It is now that time.

20            Mr. LaRusso, are you going to begin your

21   cross-examination soon?

22            MS. KEDIA:  I'll finish up.  I mean, obviously I

23   moved on.  I would like to make a record at the end of

24   day, but obviously I moved on to the cooperation.

25            THE COURT:  At the end of day you can.

## Vitale - Cross/Ms. Kedia

3079

1          MR. BURETTA:  Is Mr. LaRusso going to go?

2          MR. LaRUSSO:  Just so the record is clear, the

3    Court has ordered Ms. Kedia to cease cross.  And I'm to

4    resume.

5          THE COURT:  I have ordered --

6          MR. LaRUSSO:  Judge, I'm not putting you on the

7    spot --

8          THE COURT:  You don't put me on the spot, first

9    of all.

10          MR. LaRUSSO:  That is not my intention.

11          THE COURT:  First of all, you don't put me on

12    the spot.

13          I told you the way we were going to proceed

14    today.  I think it is reasonable.  I am not necessarily

15    going to allow the government to get into redirect,

16    frankly, because this is -- I don't know what number

17    cooperating witness we have had put on, so let's move

18    along.

19          You're done with yours?

20          MS. KEDIA:  Your Honor, again, I would like to

21    make a record when I am done, because the Court is

22    ordering me to be done.  I would like to obviously --

23          MR. LaRUSSO:  I think she has some areas she

24    is -- I'm not covering.  That is all I can say, Judge.

25          MS. KEDIA:  And I would like to actually  wrap

Vitale - Cross/Ms. Kedia

3080

1    it up at least with a couple of questions, Judge.

2         THE COURT:  All right.  You have three more

3    questions and then he goes.

4         (The following occurred in open court.)

5    BY MS. KEDIA:

6    Q.   Mr. Vitale, you decided to cooperate with the

7    government for more than one reason.  Right?

8    A.   Yes.

9    Q.   And it wasn't only because you were facing a

10   significant amount of time on a murder charge, but it was

11   also because you were very upset with what you perceived

12   Mr. Massino had done to you.  Right?

13        MR. BURETTA:  That has been asked and answered.

14        THE COURT:  The last question.

15   A.   That's true.

16   BY MS. KEDIA:

17   Q.   And you are right now waiting -- awaiting sentencing?

18   A.   That's true.

19   Q.   And who is it that decides when it is that you get

20   sentenced?

21   A.   I imagine the US Attorney's office.

22   Q.   And until you do, you will be working with them?

23   A.   Yes.

24   Q.   Giving them information about anything that they

25   want?

Vitale - Cross/Ms. Kedia

3081

1   A.   Not --

2              MR. BURETTA:  Objection.

3              THE COURT:  Sustained.

4   BY MS. KEDIA:

5   Q.   You will be giving the information -- any information

6   that you're asked about specifically.  Right?  Is that

7   right?

8              MR. BURETTA:  Objection.

9              THE COURT:  Sustained.

10  BY MS. KEDIA:

11  Q.   Well, Mr. Vitale, you testified that --

12             THE COURT:  You keep turning around.  Face the

13  witness.

14             MS. KEDIA:  Yes, Judge.

15  BY MS. KEDIA:

16  Q.   Mr. Vitale, you testified that you were specifically

17  approached by the government on the subject of Tommy

18  Gioeli recently.  Right?

19  A.   True.

20  Q.   And that is the reason you started providing any

21  information is because you knew that the government wanted

22  to hear about this certain individual.  Is that right?

23  A.   They asked me about Tommy Shots.  I told them about

24  Tommy Shots.

25  Q.   Meaning they directed you specifically to the

3082

1   individual they wanted to know about.  Is that right?

2   A.    True.

3   Q.    And when you met with Mr. Buretta and agents in

4   September 25th, 2007, they directed you specifically to

5   information they wanted to know about -- about

6   Mr. Persico.  Is that right?

7   A.    That is not true.

8           MR. BURETTA:  Objection.

9           THE COURT:  Sustained.  The jury is instructed

10   to disregard it.

11           Mr. LaRusso will be starting cross-examination.

12           MS. KEDIA:  I have one final question, your

13   Honor.

14           THE COURT:  One final question.

15   BY MS. KEDIA:

16   Q.    Were you asked specifically when you met with agents

17   and prosecutors on September 25, 2007, about Mr. Persico?

18   A.    I told them first and then we went into it.  They

19   never add or subtract from what you tell them.

20   Q.    Yes or no?  Yes or no?

21           MR. BURETTA:  Objection.

22           THE COURT:  Objection sustained.

23           Thank you.

24           Mr. LaRusso, you may inquire.

25

Vitale - Cross/Mr. LaRusso

3083

1    CROSS-EXAMINATION

2    BY MR. LaRUSSO:

3    Q.    Good afternoon, Mr. Vitale.

4    A.    Good afternoon.

5    Q.    You testified about a beef over money that was owed

6    to a person you identified as John.  Is that correct?

7    A.    That's true.

8    Q.    And that particular beef necessitated contacting

9    Mr. DeRoss.  Is that right?

10   A.    True.

11   Q.    And I believe you also said you never met Mr. DeRoss

12   in your entire life?

13   A.    I never did.

14   Q.    But there was some interaction with Mr. DeRoss with

15   regard to that beef.  Is that correct?

16   A.    Yes.

17   Q.    Other than that one dispute, other than that one

18   beef, was there any other interaction between you and

19   Mr. DeRoss?

20   A.    Never.

21   Q.    You also discussed a meeting in the fall of 1999.

22   Several times today, where you were present with

23   Mr. Persico, Mr. Massino and Mr. Waverly.  Is that

24   correct?

25   A.    True.

3084

1    Q.    Do you recall how you got to that meeting?  I

2    withdraw that.

3           That is the meeting where Mr. Waverly was

4    introduced as the consiglieri and acting underboss of the

5    Colombo family.  Is that correct?

6    A.    It was said.  Yes.

7    Q.    Well, was it a formal introduction?  Do you

8    understand my word, *formal*?

9    A.    Well, I don't think he meant to say.  I don't think

10   Allie Boy meant to say that he is the official, that he is

11   acting.  I think he meant to say, well he is filling in

12   now.  Well, he just threw it in.

13   Q.    Mr. Vitale, your recollection is that Mr. Persico

14   introduced Joel Waverly as the consiglieri of the Colombo

15   family and the acting underboss.  Is that correct?

16          I'm not asking you what somebody else thought.

17   I'm asking you, based upon your recollection of the

18   meeting; when Mr. Persico introduced Mr. Waverly as the

19   consiglieri and acting underboss --

20   A.    No.  He introduced him as the consiglieri -- hold on.

21   Hold it.  Let's take a step back.

22          I introduced -- I knew Joe Waverly to be the

23   consiglieri.  I introduced Joe Waverly to Mr. Messina at

24   the end of that whole conversation, that whole

25   introduction, Persico also turned around and said, *And*

Vitale - Cross/Mr. LaRusso

3085

1  *he's acting underboss too.*  It was more of a, like for the

2  time being.

3  Q.    He didn't use that word, did he, *time being*?

4  A.    I think he said:  *For the time being he is acting*

5  *underboss.*

6  Q.    This is a meeting you recently had, is that correct,

7  with the law enforcement, where you told them that about

8  this meeting?

9  A.    Yes.

10  Q.    And how long ago, using today was that, from when

11  that meeting took place, that you first disclosed that Joe

12  Waverly was the acting underboss?

13  A.    He was not the acting underboss.  I think he meant to

14  say he is official consiglieri, but he is acting underboss

15  now for the time being.  It wasn't that he is official

16  underboss.

17          MR. LaRUSSO:  Your Honor, may I have just one

18  moment?

19          THE COURT:  Yes.

20  BY MR. LaRUSSO:

21  Q.    Do you remember in September, October of this year,

22  telling the law enforcement officers that at that meeting

23  Mr. Persico introduced Joe Waverly as the consiglieri, and

24  acting underboss of the Colombo family?

25          Do you remember saying that?  I'm not asking you

Vitale - Cross/Mr. LaRusso

3086

1    what Mr. Persico might have thought.  I'm asking you what

2    you remember at that meeting.

3              Did you say that or didn't you say that?

4    A.    I might have said it that way.  Yes.

5    Q.    I don't have to show you this to refresh your

6    recollection?

7    A.    No.

8              MR. BURETTA:  Objection.

9              THE COURT:  Sustained.

10   BY MR. LaRUSSO:

11   Q.    So when you met with the agents, just so it is clear;

12   Mr. Persico introduced Joe Waverly to you and Mr. Messina

13   as the consiglieri and acting underboss of the family.  Is

14   that correct?

15             MR. BURETTA:  Objection.

16             THE COURT:  Overruled.

17   A.    Are you saying he formally introduced him?

18   BY MR. LaRUSSO:

19   Q.    Forget *formally*.  Did he introduce him as the

20   consiglieri and underboss?

21   A.    He used those words.

22   Q.    Was anybody else present at that meeting in the fall

23   of 1999?

24   A.    Tommy Shots.

25   Q.    At that particular meeting that we're talking about?

Vitale - Cross/Mr. LaRusso

3087

1   A.    There were five individuals there.  I don't know if

2   Tommy Shots was there when that particular conversation

3   was taking place.  Tommy Shots went to park the car.

4   Q.    Mr. DeRoss wasn't present though?

5   A.    No.

6   Q.    You also talked about a commission meeting in 2000.

7         Do you remember, that was your testimony today?

8   A.    Yes.

9   Q.    There were representatives of the five Mafia families

10  in the City of New York?

11  A.    That's true.

12  Q.    Each one of those families had a representative.  Is

13  that correct?

14  A.    Yes.

15  Q.    Do you recall driving Mr. Waverly to that meeting?

16  Do you have a recollection of that?

17  A.    I think Tommy Shots drove him to, there is a Burger

18  King or McDonald's on the corner.  And I picked him up at

19  that location.

20  Q.    And drove to the bar?

21  A.    To the location.

22  Q.    Mr. Waverly was the only representative of the

23  Colombo family at that meeting.  Is that correct?

24  A.    That's true.

25  Q.    Mr. DeRoss was not present?

Vitale - Cross/Mr. LaRusso

3088

1    A.    Not at all.

2    Q.    By the way, the address book; I'm not sure of the

3    exhibit number.  I believe -- I'm sorry, it's right here,

4    Government Exhibit 171 -- I'm sorry, Government 125, the

5    address book you were talking about.

6              Mr. DeRoss' name and number do not appear in

7    your address book?

8    A.    No.

9    Q.    You talked about two occasions when you were

10   arrested.  And you then, I believe you testified that you

11   were released on some bail conditions?

12   A.    I was arrested three times.

13   Q.    So you were arrested on three occasions?

14   A.    Right.

15   Q.    You talked about one in 2001.  There was one prior to

16   that?

17   A.    1984, '85.

18   Q.    And were you released on bail from that one in 1984

19   and '85?

20   A.    Yes.

21   Q.    What were you charge with then?

22   A.    Racketeering, shylocking, hijack, gambling.

23   Q.    Federal offenses?

24   A.    Federal.

25   Q.    And were you released on bail?

Vitale - Cross/Mr. LaRusso

3089

1    A.    Yes.

2    Q.    Under what conditions, if you remember?

3    A.    I don't recall.  I know we put up our house for a

4    PRB, but I didn't have a bracelet.

5    Q.    And you tell us what a PRB is.

6    A.    Personal recognizance bond.

7    Q.    Meaning you could sign your name to a piece of paper,

8    pledge a piece of property.  And if you don't return you

9    could lose the property?

10   A.    And I think it was my sister's house also.

11   Q.    So several pieces of property may have been posted,

12   but no other conditions that you can recall.  Is that

13   right?

14   A.    No.

15   Q.    Would it be fair to say that on that occasion, you

16   were able to continue your activities in the Bonanno

17   family?

18   A.    Yes.

19   Q.    You were able to continue to supervise members of the

20   Bonanno family who were under you?

21   A.    At that time I only -- I don't know if I was a made

22   member then.  I was just an associate, I think.

23   Q.    The second arrest which takes us to 2001?

24   A.    Right.

25   Q.    That was for what?

Vitale - Cross/Mr. LaRusso

3090

1    A.    That was for extortion, shylocking, and football

2    tickets.

3    Q.    And again you were relieved on certain bail

4    conditions?

5    A.    Yes.

6    Q.    Tell us what they were?

7    A.    I think it was, I think it was $250,000 plus our

8    home, plus the bracelet on my leg.

9    Q.    And a curfew?

10   A.    And a curfew.

11   Q.    And the curfew allowed to you go out of the house to

12   work.  Is that correct?

13   A.    True.

14   Q.    And during the time that you were out on those bail

15   conditions, you were continuing to participate in the

16   activities of the Bonanno crime family?

17   A.    That's true.

18   Q.    And at this point you were able to continue your

19   supervision of the people that had been under you prior to

20   your arrest.  Is that correct?

21   A.    I wasn't really supervising anyone, but I did meet

22   with certain captains, yes, coffee, or for -- I'd meet

23   with individuals.  I met with Mr. Massino.  Yes.  That's

24   true.

25   Q.    So the arrest bail conditions that were imposed

Vitale - Cross/Mr. LaRusso

3091

1   didn't stop you in any way from doing what you had done

2   before.  Is that right?

3   A.   No.

4   Q.   Do you know what the house arrest is, as opposed to

5   being released on curfew?

6   A.   House arrest is 24/7.

7   Q.   Explain that.  I know what it means, but just for the

8   record.

9   A.   House arrest means you can't leave the house at all.

10  Q.   Now if a captain, let's say is placed under house

11  arrest, and his crew is taken from him and reassigned; do

12  you recall any time that occurred to you, in your

13  activities as a member of the Bonanno family?

14  A.   That a captain was under house arrest and his men

15  were taken away?

16  Q.   Reassigned to other captains?

17  A.   I don't recall that.

18  Q.   Well, if that happens in the Mafia where a captain is

19  placed on house arrest, and his crew is reassigned, what

20  would that indicate to you?

21           MR. BURETTA:  Objection.

22           THE COURT:  Sustained.

23  BY MR. LaRUSSO:

24  Q.   You mentioned Anthony Spero a couple of times.  And I

25  believe you said he was arrested on murder charges at one

Vitale - Redirect/Mr. Buretta

3092

1   point?

2   A.    Yes.

3   Q.    I believe you said around 1999, somewhere in that

4   neighborhood?

5   A.    I don't recall, but it was late nineties.

6   Q.    Were you able to talk to Mr. Spero when he was out on

7   bail?

8   A.    No.  He was under house arrest.

9   Q.    As a matter of fact, the house was as much like a

10  fort as you can get?

11  A.    They had marshals parked in front of his house 24/7.

12  Q.    So they were very restrictive conditions in regard to

13  him at this point?

14  A.    True.

15          MR. LaRUSSO:  Your Honor, I have no further

16  questions.

17          THE COURT:  Any redirect?

18          MR. BURETTA:  Briefly, Judge.

19

20  DIRECT EXAMINATION

21  BY MR. BURETTA:

22  Q.    Mr. Vitale, did you testify and tell the FBI that

23  Wild Bill had fled?

24  A.    No.

25          MR. BURETTA:  No further questions.

Vitale - Recross/Ms. Kedia

3093

1        THE COURT:  Anything further, Ms. Kedia?

2

3   RECROSS-EXAMINATION

4   BY MS. KEDIA:

5   Q.    Mr. Vitale, do you recall having specifically used

6   the words, *Wild Bill ran away,* when you first met with the

7   agents back in 2004, about the Colombo family?

8   A.    After we had that discussion, and I looked at the

9   documents several times; on the left-hand side of the

10  document it is TG's initials.

11        I think I was relating that TG used that

12  expression, *he ran away.*

13  Q.    He told you Wild Bill ran away?

14  A.    He told me that at my son's wedding, that Wild Bill

15  ran away.

16        But in the context that he is dead, he ran away.

17  Q.    This is when you say when you looked at that

18  document -- you're talking about the document that I

19  showed you earlier.

20        I need a moment to find it.

21  A.    A handwritten document.

22  Q.    That is marked as SV-210, talking about the document

23  here.  Right?

24  A.    Yes.

25  Q.    And having looked at it again, Mr. Vitale, does it

Vitale - Recross/Ms. Kedia

3094

1  refresh your recollection that what you were talking about

2  to the agents is a meeting in a house with Allie Persico

3  and Tommy Shots, when it was told to you that Wild Bill

4  ran away?

5  A.    Yes.

6  Q.    Thank you.

7           MS. KEDIA:  I have nothing further.

8           THE COURT:  Anything Mr. LaRusso?

9           MR. LaRUSSO:  No, your Honor.

10          THE COURT:  Thank you.

11          We're going to conclude for the day.

12          Do not discuss this case with anyone.  If anyone

13  tries to talk to you about the case, you are to

14  immediately report it to me.  Don't discuss it with any of

15  the other jurors.  And you'll give Mr. Baran a note.

16          Don't read any accounts in the media concerning

17  the fact of the case.

18          And you're not to do any independent research or

19  investigation concerning the facts of the case.

20          Continue to keep an open mind.

21          We'll resume at 9:30 on Monday.

22          As you know you will not required to come in on

23  Tuesday.  And hopefully sometime on Monday I'll give you

24  an estimate as to when the expected end of the

25  government's case will be.  All right.

Vitale - Recross/Ms. Kedia

3095

1          Have a nice weekend.

2          (The jury left the courtroom at 4:57 p.m.)

3          THE COURT:  All right, Ms. Kedia.

4          I had kept notes on your cross-examination.  The

5    government's cross-examination was two minutes.  Yours was

6    three and-a-half hours.  And that is excluding time for

7    the 15 minute break that we took, and the luncheon recess.

8          What is it that you would like to place on the

9    record as to having been precluded after you were told

10   several times that you would get two hours on

11   cross-examination?

12         MS. KEDIA:  Your Honor, I have a number of

13   issues of credibility which I believe I could have, if

14   given the opportunity, could have specifically showed

15   numerous instances where this witness has testified and

16   lied under oath.  And issues of credibility, as the Court

17   well knows, are of the utmost importance when you have a

18   cooperating witness testifying about a direct meeting with

19   the defendant in which he purports that the defendant

20   confessed the murders to him.

21         I can detail them for the Court in a letter, if

22   the Court would like.  They are voluminous instances of

23   credibility that I don't believe that I was given, fairly

24   given an opportunity to examine this witness about.

25         THE COURT:  Early on Ms. Kedia I told you to

Vitale - Recross/Ms. Kedia

3096

1    prioritize what you thought was important.  And I repeated

2    that on several sidebars.

3         I think that the opportunity you had to cross

4    examine this witness was both extensive -- part of the

5    problem was that you continued to keep turning your back

6    to the witness as you walked back to the podium, causing

7    every other question to be repeated.

8         It is not that your voice is a soft, you're

9    certainly more than audible.  But this gentleman, this

10   witness, gentleman or otherwise, was hard of hearing.  And

11   I think that became apparent.  And you just had to repeat

12   the questions over and over again.

13        In any event, three and-a-half hours, even with

14   someone who appears to have some hearing limitations, I

15   think is more than enough.

16        MR. BURETTA:  I just note for the record that

17   the instances that Ms. Kedia did chose to seek to impeach

18   the witness on, in the majority of the cases, were not

19   even impeachment.

20        THE COURT:  You can send the Court a letter.

21   I'll put it in the record.

22        And have a good weekend.

23        Now let me ask the government.  There are

24   witnesses for Monday?

25        MR. BURETTA:  Yes, Judge.  As I informed

3097

1    Mr. LaRusso at the break, we're going to sit down tonight.

2    And tomorrow morning, by about eleven tomorrow morning, we

3    will send a list of all of the witnesses for the next

4    couple of days.

5              THE COURT:  How many more witnesses do you have?

6              MR. BURETTA:  We have cut Silvio -- who is a

7    cooperator.  And I just don't have an answer yet.  But I

8    will tomorrow about the balance.

9              THE COURT:  And you understand that in the prior

10   trial you had less witnesses.  You have more now?

11             MR. BURETTA:  Judge, we're going to have less

12   cooperators than we had in the last trial.  There may be

13   others, short ones.

14             THE COURT:  I'm looking at the whole picture.

15             MR. BURETTA:  I agree.  I understand, Judge.  I

16   stand by the estimate that we're going to rest some time

17   in the week of the 10th.  It might be early in the week.

18   I'm not sure.  But we're not that far away.

19             So we need sometime to sit down tonight or

20   tomorrow morning, and figure out if there are any other

21   cuts to be made.  We'll let defense counsel know.

22             THE COURT:  How long do the defendants estimate

23   their case will take?

24             MS. KEDIA:  May I first inquire whether

25   Mr. Cutolo, Jr was in fact served with a subpoena?

Vitale - Recross/Ms. Kedia

3098

1          MR. BURETTA:  I understand that he was.

2          And I'm glad you raised that.  The marshals need

3   a revised subpoena.  Because I think the date on there was

4   the 5th.  And they abide by the subpoenas.  My

5   understanding is they are going to produce him that day.

6   But they need to be informed by formal subpoena that it is

7   going to be, obviously a little bit later than that.

8          MS. KEDIA:  I don't know how.

9          THE COURT:  Give it to me.  I'll sign it.

10          MS. KEDIA:  I can send another date, but

11  obviously at this point in time I don't know what the date

12  is going to be.  So we just put December 5th on the

13  subpoena, not knowing what the date would be, that in fact

14  he would be required to be here.

15          MR. BURETTA:  I'm not blaming counsel.  I'm just

16  updating them.

17          I think if we put the 10th on there and if it is

18  not done by then we can update it.  The purpose is to make

19  sure he is not unnecessarily brought.  That is it point.

20          THE COURT:  You should put December 10th and

21  that will encourage the government.

22          (Whereupon the trial was adjourned at 5:02 p.m.)

23

24

25

3099

1                            I N D E X

2


3                                                          2823
      GIOVANNI FLORIDIA
4
      CROSS-EXAMINATION                                    2823
5     BY MR. LaRUSSO

6


7     KATHLEEN WALSH                                       2854

8     DIRECT EXAMINATION                                   2854
      BY MR. GOLDBERG
9
      CROSS-EXAMINATION                                    2860
10    BY MR. LaRUSSO

11    CROSS-EXAMINATION                                    2861
      BY MS. KEDIA
12

13
      SALVATORE VITALE                                     2863
14
      DIRECT EXAMINATION                                   2863
15    BY MR. BURETTA

16    CROSS-EXAMINATION                                    2912
      BY MS. KEDIA
17
      CROSS-EXAMINATION                                    3083
18    BY MR. LaRUSSO

19    DIRECT EXAMINATION                                   3092
      BY MR. BURETTA
20
      RECROSS-EXAMINATION                                  3093
21    BY MS. KEDIA

22

23

24

25

3100

## I N D E X  (CONT'D)

### EXHIBITS

Government Exhibits 9A, 9B and 9C received in evidence    2860

Government Exhibits 2A and 2C received in evidence    2882

Government Exhibit 2I received in evidence    2886

Government Exhibit 125 received in evidence    2887

Government Exhibit 2H received in evidence    2898

Government Exhibit 171 received in evidence    2903

Government Exhibit 3500 SV 2A received in evidence    2908

1

## $

**$10,000** [2] - 3045:6, 3045:9
**$12,000** [1] - 3048:3
**$20,000** [1] - 3046:4
**$25** [1] - 3046:23
**$250,000** [1] - 3090:7
**$30,000** [1] - 3048:4
**$35,000** [1] - 3048:4
**$50** [2] - 3046:23, 3047:2
**$50,000** [1] - 3046:4
**$600,000** [4] - 3045:5, 3045:8, 3045:12, 3046:5
**$750,000** [1] - 3049:20

## '

**'01** [5] - 2828:8, 3070:6, 3071:19, 3071:21, 3071:22
**'03** [8] - 2905:11, 2910:4, 3010:6, 3070:8, 3070:23, 3070:25, 3075:11
**'04** [4] - 2824:8, 2824:9, 2827:21, 2828:12
**'66** [1] - 2869:22
**'68** [1] - 2869:22
**'80s** [9] - 2872:7, 2883:6, 2893:2, 2895:21, 3008:5, 3010:2, 3016:25, 3024:6, 3024:7
**'81** [2] - 2875:4, 2940:10
**'85** [2] - 3088:17, 3088:19
**'88** [1] - 2883:6
**'90** [1] - 3053:3
**'90s** [6] - 2889:8, 2889:24, 2890:23, 2902:25, 2999:7, 3025:24
**'91** [2] - 3053:3
**'92** [4] - 2976:17, 3010:2, 3010:4, 3053:3
**'93** [1] - 2977:25
**'95** [1] - 3063:9
**'96** [1] - 2847:8
**'97** [2] - 2885:24, 2961:8
**'98** [4] - 2885:24, 2891:20, 2961:8
**'99** [15] - 2865:19, 2894:3, 2896:6, 2937:13, 2937:14, 2940:2, 2940:3, 2955:8, 2961:11, 3048:23, 3055:7, 3055:15, 3055:18, 3063:1, 3063:4

## 0

**04-CR-911** [1] - 2821:3

## 1

**1** [4] - 2844:5, 2970:10, 2970:12,
3057:9
**10** [1] - 2860:15, 2934:8, 2977:16
**10,000** [6] - 2851:20, 2876:5, 2904:1, 2904:4, 2904:5
**100** [1] - 2821:22
**10010** [1] - 2821:18
**10:45** [1] - 2942:25
**10th** [3] - 3097:17, 3098:17, 3098:20
**11** [20] - 2874:3, 2874:15, 2874:24, 2906:6, 2906:11, 2938:3, 2938:6, 2938:9, 2938:20, 2939:1, 2939:22, 2943:17, 2986:15, 3010:18, 3010:21, 3037:1, 3043:11, 3069:9, 3073:4
**110** [1] - 2886:9
**11201** [1] - 2821:14
**11501** [1] - 2821:20
**11722** [1] - 2821:23
**1180** [1] - 2821:22
**11:15** [1] - 2862:16
**11:47** [2] - 2942:23, 2943:2
**12,000** [3] - 2904:21, 2904:22, 2904:23
**125** [6] - 2887:9, 2887:12, 2887:19, 3050:4, 3088:4, 3100:9
**12:33** [1] - 2941:8
**12:35** [1] - 2943:3
**14** [1] - 2996:13
**15** [14] - 2842:24, 2860:15, 3002:22, 3002:24, 3003:7, 3003:9, 3032:11, 3032:13, 3032:15, 3043:15, 3043:22, 3044:1, 3044:2, 3095:7
**152** [8] - 2921:11, 2921:13, 2924:20, 2924:21, 2948:22, 2952:24, 3057:7
**153** [1] - 2948:22
**154** [1] - 2924:20
**155** [4] - 2921:13, 2924:22, 2952:24, 3057:7
**16** [1] - 3028:16
**16th** [2] - 2828:8, 2851:5
**17** [2] - 2834:7, 2851:24
**171** [6] - 2903:8, 2903:11, 2903:15, 3044:15, 3088:4, 3100:11
**17th** [5] - 2834:3, 2834:19, 2835:15, 2835:19, 2836:8
**18** [1] - 2925:6
**18th** [2] - 2953:3, 2954:2
**19** [1] - 3028:14
**1955** [3] - 2981:3, 2981:4
**1970** [1] - 2981:7
**1970s** [1] - 2981:19
**1971** [1] - 2981:7
**1971-'72** [1] - 2870:23
**1975** [2] - 2875:25, 2981:11

**1976** [1] - 2983:9
**1980** [1] - 2957:4
**1980s** [2] - 2957:7, 3027:2
**1981** [1] - 2940:7
**1984** [5] - 2934:17, 2935:11, 2940:7, 3088:17, 3088:18
**1990s** [9] - 2962:25, 2976:16, 3015:24, 3017:19, 3018:7, 3025:25, 3050:23, 3052:1, 3052:4
**1994** [2] - 2954:13, 3008:12
**1996** [7] - 2845:10, 2845:12, 2854:18, 2854:19, 2854:24, 2854:25, 3008:19
**1997** [1] - 2961:19
**1998** [1] - 2961:19
**1999** [26] - 2865:20, 2893:24, 2894:5, 2894:9, 2896:8, 2937:9, 2940:5, 2948:17, 2952:13, 2959:8, 2961:10, 3008:21, 3048:24, 3055:6, 3055:19, 3062:10, 3063:2, 3063:10, 3063:11, 3063:19, 3063:21, 3065:19, 3076:23, 3083:21, 3086:23, 3092:3
**1:15** [1] - 2941:6
**1:39** [1] - 2947:6
**1:40** [1] - 3032:10

## 2

**2** [2] - 2927:25, 3057:9
**2-F** [1] - 2863:24
**20** [3] - 2854:17, 2904:19, 2936:21
**200** [1] - 2929:20
**2000** [10] - 2949:3, 2949:20, 2950:1, 2951:21, 2951:24, 2974:23, 2974:24, 3057:15, 3058:12, 3087:6
**2001** [11] - 2825:11, 2826:25, 2828:8, 2848:19, 3070:11, 3073:11, 3073:23, 3074:1, 3088:15, 3089:23
**2003** [33] - 2845:10, 2845:12, 2847:8, 2910:5, 2920:16, 2921:17, 2922:2, 2924:2, 2924:7, 2924:13, 2924:25, 2925:1, 2925:2, 2925:6, 2929:20, 2932:20, 2936:3, 2949:2, 2950:19, 2951:21, 2951:25, 2953:3, 2954:2, 3048:25, 3050:11, 3073:23, 3074:24, 3076:3, 3076:14, 3077:4, 3077:12
**2004** [10] - 2834:4, 2834:5, 2834:7, 2835:15, 2835:20, 2845:23, 2845:25, 2929:3, 2969:11, 3093:7
**2006** [1] - 3055:17
**2007** [12] - 2821:6, 2917:24,

**2918:1, 2923:2, 2948:4,
2948:15, 2952:6, 2952:14,
2952:18, 3051:23, 3082:4,
3082:17
**20th** [4] - 2824:8, 2835:22, 2836:11, 2848:10
**21** [2] - 3072:12, 3072:13
**22** [1] - 2933:16
**226** [3] - 2971:7, 3021:4, 3028:14
**226-A** [2] - 2971:6, 2977:5
**226-B** [1] - 2971:6
**228** [3] - 2982:25, 2996:9, 2996:12
**228-A** [3] - 2983:1, 2983:2, 2983:3
**22nd** [1] - 2821:17
**23** [1] - 3021:6
**232-A** [1] - 2984:13
**24** [1] - 2933:16
**24/7** [2] - 3091:6, 3092:11
**24th** [1] - 2920:15
**25** [8] - 2904:17, 2904:18, 2918:1, 2931:21, 2933:3, 2983:7, 3046:20, 3082:17
**25,000** [1] - 2890:3
**25th** [2] - 2917:24, 3082:4
**26** [4] - 2894:3, 2894:4, 2894:9, 2905:16
**2634** [1] - 2996:13
**26:38** [1] - 2996:13
**28** [3] - 2931:21, 3020:18, 3021:19
**2823** [2] - 3099:3, 3099:4
**2854** [2] - 3099:7, 3099:8
**2860** [2] - 3099:9, 3100:5
**2861** [1] - 3099:11
**2863** [2] - 3099:13, 3099:14
**2882** [1] - 3100:6
**2886** [1] - 3100:8
**2887** [1] - 3100:9
**2898** [1] - 3100:10
**29** [1] - 2821:6
**2903** [1] - 3100:11
**2908** [1] - 3100:12
**2912** [1] - 3099:16
**2931** [1] - 2983:7
**2932** [2] - 2982:25, 2983:2
**2A** [7] - 2882:9, 2882:10, 2882:18, 2908:7, 2908:13, 3100:6, 3100:12
**2C** [4] - 2882:9, 2882:12, 2882:18, 3100:6
**2H** [4] - 2898:3, 2898:8, 2898:12, 3100:10
**2I** [4] - 2885:25, 2886:3, 2886:7, 3100:8
**2N** [1] - 2893:13

2

## 3

**3** [2] - 2844:6, 2971:16
**30** [3] - 2849:10, 2863:19, 2933:6
**300** [1] - 2821:19, 2929:20
**301** [1] - 2932:5
**302s** [5] - 2853:2, 2853:4, 2853:6, 2853:14, 2853:17
**3083** [1] - 3099:17
**3092** [1] - 3099:19
**3093** [1] - 3099:20
**31** [1] - 2908:4
**31st** [1] - 3070:23
**33** [1] - 3072:13
**341** [1] - 2821:19
**3449** [1] - 2984:13
**35,000** [1] - 2905:3
**3500** [13] - 2844:5, 2908:7, 2908:13, 2921:10, 2927:21, 2928:20, 2933:15, 2934:7, 2938:14, 2948:21, 2976:23, 3057:6, 3100:12
**36** [2] - 3071:12, 3071:23
**38** [1] - 2851:6
**3:38** [1] - 3043:4
**3:40** [2] - 3032:10, 3032:13
**3:45** [2] - 2855:5, 3044:10
**3:56** [1] - 2856:15
**3:57** [1] - 3044:11

## 4

**4** [1] - 2854:25
**40** [2] - 2855:10, 3002:13
**400** [1] - 2929:21
**45** [11] - 2902:19, 3043:7, 3070:17, 3070:19, 3070:20, 3070:22, 3071:4, 3071:12, 3071:13, 3071:18, 3073:3
**45,000** [2] - 2902:19, 2902:20
**46** [5] - 3071:2, 3071:23, 3072:13, 3072:14, 3072:20
**48** [1] - 3032:9
**4:24** [1] - 2858:5
**4:57** [1] - 3095:2

## 5

**5** [4] - 2849:3, 2849:15, 2904:18, 3012:4
**5,000** [2] - 2902:21
**50** [3] - 3023:9, 3023:11, 3023:14
**50,000** [2] - 2904:13, 2904:14
**500** [1] - 2929:21
**5410** [2] - 2976:22, 2977:5
**5411** [1] - 2977:7
**5633** [1] - 3028:14
**566** [1] - 3021:4

**5860** [2] - 2971:2, 2971:9
**5:02** [1] - 3098:22
**5B** [1] - 2844:7
**5K1** [2] - 2908:22, 2908:24
**5th** [2] - 3098:4, 3098:12

## 6

**6** [2] - 2954:3, 2984:13
**600** [1] - 3045:7
**631** [2] - 2821:23, 2821:24
**6:00** [1] - 2880:5
**6th** [3] - 2824:8, 2827:21, 2828:11

## 7

**712-6107** [1] - 2821:23
**712-6123** [1] - 2821:24
**7:00** [1] - 2880:5
**7B** [1] - 2821:17

## 8

**8** [2] - 2934:7, 2934:8

## 9

**9** [4] - 2908:3, 2910:4, 2929:20, 3077:12
**90** [1] - 2902:19
**90,000** [1] - 2902:6
**9173765547** [1] - 2852:1
**9177346468** [1] - 2849:1
**92** [2] - 2848:25, 2851:23
**926** [1] - 2852:15
**95** [1] - 2916:4
**950** [1] - 2848:10
**99** [1] - 2940:3
**9:00** [2] - 2878:14, 2897:3
**9:30** [2] - 2821:7, 3094:21
**9A** [9] - 2859:7, 2859:18, 2859:23, 2860:2, 2860:5, 2860:9, 2860:18, 3100:5
**9B** [5] - 2859:7, 2859:18, 2859:23, 2860:2, 3100:5
**9C** [5] - 2859:7, 2859:23, 2860:2, 2860:18, 3100:5
**9th** [6] - 3070:25, 3075:10, 3075:11, 3076:3, 3077:4, 3077:23

## A

**A-L-O-I** [1] - 2964:9
**a.m** [1] - 2821:7
**abide** [1] - 3098:4
**ability** [2] - 3005:19, 3005:20
**able** [19] - 2822:14, 2855:23, 2856:1, 2856:3, 2856:20,

2856:24, 2858:16, 2880:16, 2881:10, 2892:12, 2907:21, 2925:18, 3009:5, 3028:7, 3060:21, 3089:16, 3089:19, 3090:18, 3092:6
**absolute** [1] - 2873:10
**absolutely** [1] - 2846:1
**according** [2] - 3067:6, 3071:23
**accountant** [1] - 2847:5
**accounts** [1] - 3094:16
**accurate** [2] - 2859:15, 2859:21
**ACI** [1] - 2848:9
**act** [4] - 3005:12, 3005:23, 3006:1, 3006:25
**Acting** [2] - 2865:23, 3006:22
**acting** [47] - 2865:23, 2899:11, 2899:25, 2900:2, 2944:8, 2959:2, 2962:14, 2966:19, 2966:20, 2968:15, 2968:19, 2972:23, 2973:7, 2974:9, 2979:22, 3006:8, 3006:20, 3008:14, 3009:18, 3009:21, 3009:23, 3012:9, 3012:14, 3012:18, 3012:24, 3013:5, 3013:9, 3014:17, 3015:3, 3029:5, 3029:8, 3029:13, 3029:20, 3030:24, 3035:19, 3084:4, 3084:11, 3084:15, 3084:19, 3085:1, 3085:4, 3085:12, 3085:13, 3085:14, 3085:24, 3086:13
**active** [1] - 3030:17
**activities** [6] - 2844:17, 3045:14, 3045:15, 3089:16, 3090:16, 3091:13
**activity** [2] - 3018:17, 3018:20
**actual** [7] - 2889:3, 2986:5, 3013:4, 3035:21, 3038:8, 3038:13, 3055:13
**add** [1] - 3082:19
**addition** [1] - 3050:1
**additional** [2] - 2959:22, 2976:10, 2978:17
**address** [5] - 2848:13, 3057:22, 3088:2, 3088:5, 3088:7
**addressing** [1] - 2889:14
**adjourned** [1] - 3098:22
**administration** [9] - 2875:7, 2875:8, 2883:18, 2945:18, 2984:6, 2986:8, 3005:5, 3009:18, 3031:4
**admit** [1] - 2935:14
**admitted** [2] - 2848:6, 2883:20
**adopted** [1] - 2925:19
**advantage** [1] - 2990:2
**advised** [1] - 2902:12
**affairs** [4] - 2845:15, 2887:4, 2950:5, 2950:7
**affected** [1] - 2841:5
**affiliated** [1] - 2988:15
**afford** [2] - 2904:15, 3047:4

**affording** [1] - 3002:16
**AFTERNOON** [1] - 2942:1
**afternoon** [2] - 2942:18, 2943:13, 3043:1, 3083:3, 3083:4
**afterwards** [1] - 3036:14
**agent** [18] - 2852:9, 2876:15, 2877:4, 2915:21, 2916:20, 2916:25, 2917:12, 2918:18, 2918:25, 2921:4, 2927:12, 2928:10, 3020:22, 3021:8, 3021:17, 3021:21, 3021:23, 3021:25
**Agent** [2] - 2854:2, 2854:22
**agents** [79] - 2836:23, 2844:18, 2853:5, 2853:12, 2879:6, 2905:21, 2910:5, 2910:8, 2910:11, 2911:11, 2912:21, 2915:19, 2916:1, 2916:6, 2918:15, 2920:2, 2920:24, 2921:2, 2921:17, 2921:22, 2922:5, 2922:19, 2922:24, 2922:25, 2923:1, 2928:14, 2928:17, 2929:4, 2930:4, 2930:14, 2931:1, 2931:7, 2931:17, 2932:3, 2932:14, 2932:20, 2933:10, 2933:20, 2934:1, 2934:11, 2934:19, 2936:3, 2936:19, 2936:20, 2938:2, 2942:5, 2942:10, 2947:16, 2948:5, 2948:18, 2949:2, 2950:18, 2950:21, 2951:20, 2951:23, 2951:25, 2952:4, 2952:11, 2953:3, 2953:16, 2953:21, 2954:1, 2955:2, 2955:19, 3022:8, 3051:24, 3075:12, 3075:15, 3076:4, 3076:19, 3076:25, 3077:3, 3077:15, 3082:3, 3082:16, 3086:11, 3093:7, 3094:2
**agitated** [1] - 2892:6
**ago** [9] - 2859:13, 2917:19, 2920:18, 2933:3, 2933:6, 2936:21, 3051:23, 3085:10
**agree** [4] - 2834:6, 2868:21, 2896:22, 3097:15
**agreed** [2] - 2967:9, 3077:6
**agreeing** [1] - 3073:3
**agreement** [16] - 2837:8, 2837:25, 2838:12, 2844:6, 2845:19, 2845:22, 2846:21, 2847:20, 2848:5, 2878:12, 2908:8, 2908:15, 2909:11, 2994:14, 2994:22, 3071:17
**agrees** [3] - 2844:10, 2845:6, 2845:7
**ahead** [4] - 3042:5, 3054:7, 3068:14, 3072:7
**ain't** [1] - 2929:16
**Alabama** [2] - 2961:1, 2978:8
**Albatremento's** [1] - 2897:12

**alcohol** [5] - 2907:6, 2907:14, 2907:18, 2907:21, 2907:22
**alias** [3] - 3025:14, 3025:15, 3025:17
**alive** [1] - 2869:5
**alleged** [1] - 3072:24
**allegiance** [1] - 2960:20
**Allie** [75] - 2865:9, 2865:18, 2865:20, 2865:24, 2866:3, 2866:7, 2866:8, 2866:14, 2866:15, 2866:17, 2866:23, 2867:16, 2867:21, 2869:4, 2879:2, 2895:20, 2896:2, 2896:8, 2896:11, 2896:19, 2896:22, 2897:5, 2897:19, 2898:2, 2898:14, 2898:24, 2899:3, 2899:5, 2899:6, 2899:9, 2899:10, 2899:11, 2899:14, 2899:21, 2899:24, 2900:1, 2900:15, 2900:17, 2900:23, 2901:3, 2901:11, 2911:7, 2911:8, 2911:10, 2911:16, 2911:18, 2912:4, 2912:9, 2912:12, 2915:11, 2920:6, 2920:7, 2921:8, 2921:18, 2922:2, 2923:8, 2923:14, 2924:3, 2924:8, 2925:11, 2925:22, 2926:2, 2926:12, 2926:22, 2926:24, 2926:25, 2958:20, 2958:21, 2960:13, 2964:15, 3064:10, 3064:11, 3084:10, 3094:2
**allow** [1] - 3079:15
**allowed** [7] - 2841:18, 2880:4, 3003:9, 3064:5, 3074:16, 3074:19, 3090:11
**allowing** [1] - 3064:13
**almost** [5] - 2857:24, 2868:18, 2920:18, 2923:19, 2945:3
**Aloi** [10] - 2883:9, 2891:24, 2891:25, 2964:3, 2964:4, 2964:22, 2966:10, 2967:11, 2973:13, 2974:4
**alone** [2] - 2829:15, 2978:11
**alphabetically** [1] - 2888:1
**ALPHONSE** [1] - 2821:5
**altered** [1] - 2842:14
**amended** [1] - 2845:11
**AMERICA** [1] - 2821:3
**American** [1] - 3013:16
**amount** [11] - 2846:19, 2846:20, 2905:6, 2907:20, 3047:9, 3047:12, 3047:14, 3047:22, 3047:23, 3048:2, 3080:10
**amounts** [2] - 3046:20, 3046:21
**AN** [1] - 2988:17
**and-a-half** [2] - 3095:6, 3096:13
**Andrew** [3] - 2962:7, 2962:9, 2964:2
**Andy** [27] - 2891:24, 2964:2, 2964:22, 2966:10, 2967:19,

2967:22, 2967:25, 2968:22, 2968:23, 2969:1, 2972:3, 2972:5, 2972:6, 2972:7, 2972:11, 2972:13, 2972:20, 2973:6, 2973:12, 2973:19, 2974:4, 2974:6, 2976:1, 2976:2, 3053:20
**Angelo** [1] - 2957:22
**angered** [2] - 2993:8, 2993:10
**angry** [2] - 2992:19, 2992:24
**annoyed** [1] - 2892:6
**Answer** [4] - 2977:18, 2977:22, 2977:25, 2978:3, 2978:5, 2978:8, 2978:12, 2978:14, 2978:23, 2983:10, 2983:18, 2984:18, 2996:16, 2996:18, 3021:9, 3021:12, 3028:19, 3028:22
**answer** [26] - 2829:19, 2834:13, 2838:22, 2839:19, 2840:19, 2840:25, 2841:1, 2841:2, 2841:16, 2841:24, 2842:8, 2878:15, 2956:10, 2977:15, 2984:20, 2986:17, 2997:5, 2997:8, 3000:6, 3022:3, 3022:6, 3028:14, 3057:5, 3061:20, 3066:16, 3097:7
**answered** [18] - 2832:24, 2833:15, 2834:14, 2837:20, 2839:17, 2851:11, 2866:25, 2924:4, 2936:24, 2948:8, 2961:21, 2962:2, 2976:5, 2986:9, 2987:14, 3066:9, 3066:15, 3080:13
**answers** [5] - 2971:12, 2978:16, 2978:25, 2996:24, 3021:15
**Anthony** [25] - 2855:3, 2855:11, 2856:4, 2856:8, 2856:21, 2857:10, 2883:9, 2883:13, 2883:14, 2890:10, 2893:6, 2901:22, 2965:4, 2978:12, 2978:13, 2978:21, 2979:18, 2985:23, 2985:24, 3007:24, 3011:5, 3011:6, 3024:9, 3030:17, 3091:24
**Anthony's** [1] - 2890:11
**Apart** [2] - 3000:7, 3042:20
**apart** [7] - 2947:14, 2947:23, 2948:3, 2948:15, 2956:19, 3022:22, 3061:11
**apartment** [1] - 3019:20
**apologize** [1] - 2947:7
**apparent** [1] - 3096:11
**appear** [2] - 2857:18, 3088:6
**APPEARANCES** [1] - 2821:11
**appeared** [1] - 2857:13
**application** [1] - 2942:3
**appoint** [1] - 3009:23
**appointed** [5] - 2978:21, 3005:22, 3006:1, 3006:25, 3009:21

**appointment** [2] - 2902:14, 2911:7
**appreciate** [1] - 3043:9
**approach** [14] - 2839:21, 2839:23, 2859:4, 2867:23, 2882:6, 2887:7, 2903:6, 2908:5, 2928:1, 2971:19, 2988:19, 3001:11, 3031:15, 3078:13
**approached** [3] - 2834:18, 2885:14, 3081:17
**appropriate** [2] - 2927:6, 3003:25
**approval** [4] - 2992:3, 3014:5, 3014:6, 3014:7
**approve** [1] - 2886:20
**approved** [2] - 2872:12, 2995:11
**Approximate** [1] - 2940:1
**approximation** [3] - 2962:25, 3008:24, 3060:24
**Arbutus** [1] - 2855:10
**area** [4] - 2830:9, 2830:10, 2858:7, 2872:17
**areas** [15] - 2943:8, 2943:11, 2945:18, 2945:25, 3002:21, 3002:23, 3003:2, 3003:9, 3003:13, 3003:17, 3003:19, 3003:20, 3003:25, 3043:20, 3079:23
**argue** [2] - 2840:20, 2924:17
**argument** [2] - 2842:5, 2946:7
**argumentative** [1] - 2952:8
**Army** [2] - 2869:20, 2869:25
**army** [1] - 2869:23
**arose** [1] - 2914:4
**arranged** [1] - 2878:12
**arrest** [24] - 2825:9, 2825:15, 2825:17, 2825:19, 2826:13, 2826:16, 2826:24, 2827:5, 2827:7, 2827:9, 2827:14, 2828:3, 2828:8, 2838:13, 3089:23, 3090:20, 3090:25, 3091:4, 3091:6, 3091:9, 3091:11, 3091:14, 3091:19, 3092:8
**arrested** [26] - 2825:9, 2825:16, 2848:6, 2876:16, 2879:6, 2905:8, 2905:12, 2909:15, 3005:12, 3005:17, 3006:23, 3007:11, 3008:12, 3008:15, 3008:21, 3008:22, 3008:23, 3008:24, 3049:19, 3050:9, 3075:10, 3076:3, 3088:10, 3088:12, 3088:13, 3091:23
**arrests** [2] - 3003:4, 3043:24
**arrival** [1] - 2862:18
**arrive** [2] - 2855:21, 2856:14
**arrived** [2] - 2855:22, 2856:16
**arriving** [1] - 2862:15
**arsons** [1] - 2906:23
**article** [1] - 2840:9

**ascertainment** [1] - 2845:8
**assigned** [3] - 2854:22, 2855:2, 2855:3
**assistance** [1] - 2931:5
**Assistant** [1] - 2913:18
**assistants** [1] - 2915:11
**assisting** [2] - 3007:25, 3010:14
**associate** [27] - 2828:20, 2829:6, 2870:18, 2871:16, 2871:17, 2871:20, 2871:23, 2871:24, 2871:25, 2890:5, 2979:11, 2980:23, 2981:4, 2981:6, 2985:6, 2985:9, 2985:10, 2986:21, 2987:3, 2987:23, 2988:9, 2988:18, 2988:19, 2989:18, 3022:21, 3078:5, 3089:22
**associated** [1] - 2852:3
**associates** [2] - 2872:1, 2877:13
**assume** [3] - 2847:23, 2998:18, 3002:3
**assumed** [1] - 2971:25
**assumption** [3] - 3034:21, 3034:23, 3034:24
**atrium** [1] - 2898:18
**attached** [1] - 2897:18
**attack** [3] - 2987:17, 3043:20
**attacked** [1] - 3044:5
**Attanasio** [1] - 3006:17
**attend** [3] - 2875:9, 2890:19, 2890:21
**attended** [4] - 2962:6, 2963:1, 2963:2, 2975:1
**attention** [11] - 2854:18, 2854:24, 2855:5, 2893:24, 2927:25, 2928:2, 2928:21, 2928:24, 2952:23, 2954:6, 3057:8
**attic** [1] - 3049:21
**attorney** [2] - 2907:15, 2907:17
**ATTORNEY** [1] - 2821:13
**Attorney** [3] - 2911:2, 2917:21, 3077:2
**Attorney's** [4] - 2930:15, 3071:2, 3072:9, 3080:21
**attorneys** [1] - 2911:1
**Attorneys** [1] - 2836:23
**attributions** [1] - 2859:21
**audible** [1] - 3096:9
**August** [5] - 2915:18, 2929:3, 2954:13
**authorities** [1] - 2846:22
**authority** [1] - 2822:5
**authorized** [1] - 3040:18
**available** [1] - 3049:16
**Avenue** [3] - 2848:10, 2894:14, 2897:16
**average** [3] - 3044:25, 3045:2
**avoid** [1] - 2877:23
**awaiting** [1] - 3080:17

4

**awarded** [2] - 2973:21, 2975:21
**aware** [19] - 2867:7, 2871:5, 2894:23, 2895:8, 2938:13, 2974:20, 2981:7, 2991:6, 2995:17, 3003:23, 3011:11, 3020:3, 3035:13, 3035:15, 3035:17, 3059:10, 3060:9, 3060:12, 3060:16

## B

**backed** [1] - 3014:23
**backing** [2] - 2972:7, 2972:15
**bad** [3] - 2885:10, 2891:3
**Bagel** [2] - 2975:4, 3056:25
**bail** [14] - 2879:10, 2879:20, 3003:5, 3074:7, 3074:12, 3074:13, 3074:14, 3088:11, 3088:18, 3088:25, 3090:3, 3090:14, 3090:25, 3092:7
**baked** [1] - 3070:21
**balance** [5] - 2872:2, 2905:2, 2905:7, 2943:4, 3097:8
**balanced** [1] - 2822:13
**bald** [1] - 2893:12
**bar** [2] - 3043:17, 3087:20
**Baran** [1] - 3094:15
**Barbieri** [3] - 2830:24, 2833:1, 2833:7
**Barney** [1] - 2891:7
**Barnie** [7] - 2965:10, 2965:14, 2965:19, 2966:15, 2966:16
**barred** [1] - 2970:18
**Basciano** [8] - 2991:25, 2992:9, 2992:20, 2992:24, 2993:12, 2993:24, 2994:6, 2998:3
**based** [5] - 2911:10, 3002:12, 3003:1, 3059:11, 3084:17
**basis** [1] - 3037:13
**Bates** [1] - 2924:20
**Bath** [1] - 2894:14
**Bay** [5] - 2883:10, 2893:4, 3017:9, 3017:10, 3017:14
**Beach** [1] - 2875:20
**Bean** [1] - 2903:24
**became** [11] - 2840:8, 2853:8, 2881:6, 2881:7, 2889:3, 2962:23, 2970:3, 2980:24, 2983:18, 2995:15, 3096:11
**become** [13] - 2872:3, 2968:23, 2969:1, 2969:3, 2970:4, 2972:1, 2972:6, 2972:11, 2972:15, 2980:10, 2987:19, 3065:15
**becomes** [2] - 2981:8, 2981:13
**becoming** [1] - 2972:4
**beef** [4] - 3083:5, 3083:8, 3083:15, 3083:18
**Beef** [1] - 2877:2
**beefs** [3] - 2889:13, 2889:15, 2890:7

**beep** [2] - 2887:6, 2888:14
**beeped** [2] - 2896:9, 2896:25
**beeper** [2] - 2880:1, 2888:12
**Beeper** [1] - 2888:11
**BEFORE** [1] - 2821:9
**began** [6] - 2836:8, 2840:3, 2936:4, 2938:2, 3048:25, 3076:14
**begin** [3] - 2822:6, 3043:14, 3078:20
**beginning** [3] - 2835:19, 3006:7, 3053:10
**behalf** [7] - 2974:9, 2979:22, 2979:23, 3005:23, 3005:24, 3006:1, 3007:1
**behind** [3] - 2867:7, 2892:9, 2898:21
**Behind** [1] - 2898:20
**belief** [4] - 2841:10, 2846:4, 3052:17, 3052:19
**bell** [1] - 2830:25
**belongs** [1] - 2979:12
**below** [1] - 2888:8
**Belt** [3] - 2897:11, 2897:15, 2897:18
**Benny** [1] - 2883:9
**BENTON** [1] - 2821:12
**best** [6] - 2825:14, 2846:17, 2851:2, 2915:16, 2961:24, 3075:9
**better** [3] - 2891:10, 2906:10, 3015:17
**Between** [1] - 3010:7
**between** [16] - 2824:19, 2825:18, 2828:2, 2831:5, 2883:7, 2889:22, 2943:2, 2944:8, 2951:24, 2958:22, 2973:15, 2976:15, 3009:4, 3009:14, 3048:24, 3083:18
**beyond** [1] - 2898:18
**Big** [12] - 3006:2, 3006:4, 3007:6, 3007:8, 3007:11, 3022:2, 3039:9, 3039:14, 3040:4, 3041:4, 3041:12, 3054:1
**big** [4] - 2893:11, 2895:25, 3044:24, 3072:15
**Bill** [65] - 2864:2, 2864:17, 2864:24, 2865:1, 2865:3, 2865:24, 2866:1, 2866:9, 2866:10, 2867:2, 2869:5, 2869:6, 2879:3, 2893:1, 2893:14, 2893:20, 2894:5, 2894:9, 2894:13, 2894:15, 2894:17, 2894:21, 2900:7, 2900:16, 2901:12, 2901:13, 2912:1, 2922:6, 2922:9, 2922:21, 2923:6, 2923:9, 2923:14, 2928:7, 2928:18, 2929:5, 2929:11, 2931:16, 2950:8, 2951:3, 2951:15,

2952:6, 3016:3, 3016:12, 3017:3, 3017:6, 3017:19, 3017:20, 3017:22, 3056:1, 3056:5, 3056:9, 3056:16, 3057:3, 3057:19, 3057:23, 3058:7, 3058:11, 3092:23, 3093:6, 3093:13, 3093:14, 3094:3
**Bill's** [7] - 2947:17, 2947:24, 2948:5, 2948:18, 3057:4, 3057:14, 3057:16
**Billy** [2] - 2822:18, 2950:9, 3016:1, 3016:3
**birth** [2] - 3025:12, 3025:20
**birthday** [3] - 2940:13, 2940:17, 3012:4
**bit** [2] - 2845:4, 3098:7
**black** [6] - 2855:16, 2855:17, 2855:18, 2856:7, 2857:6, 2858:11
**Black** [16] - 2876:23, 2932:24, 2933:11, 2933:12, 2933:20, 2933:21, 2940:23, 3029:10, 3029:22, 3030:2, 3030:3, 3030:6, 3030:8, 3030:12
**Black's** [1] - 3013:16
**blaming** [1] - 3098:15
**blatantly** [1] - 3002:8
**block** [4] - 2884:1, 2884:3, 2897:17, 3017:11
**blood** [1] - 2885:10
**blooded** [2] - 2975:17, 2975:20
**blown** [1] - 2895:7
**blowup** [1] - 2859:7
**Blue** [3] - 2823:22, 2824:1, 2824:22
**blue** [3] - 2857:15, 2858:8, 2858:9
**board** [1] - 3078:5
**Bobby** [4] - 2904:10, 3046:18, 3078:2, 3078:3
**bodies** [5] - 2875:14, 2875:20, 2881:13, 2881:14, 2931:10
**bodily** [1] - 2993:15
**body** [5] - 2824:4, 2877:6, 2890:16, 2935:8, 3000:17
**Bonanno** [64] - 2831:1, 2853:7, 2863:16, 2863:18, 2863:21, 2870:18, 2871:12, 2871:14, 2871:15, 2872:3, 2872:8, 2872:22, 2873:18, 2876:15, 2879:14, 2880:13, 2881:3, 2883:15, 2889:23, 2890:11, 2894:20, 2896:15, 2896:16, 2899:11, 2901:2, 2901:23, 2905:18, 2910:5, 2910:9, 2910:18, 2945:3, 2945:15, 2949:16, 2950:8, 2959:22, 2965:4, 2965:7, 2969:9, 2977:17, 2977:19, 2977:21, 2977:24, 2978:10, 2978:22,

2979:4, 2979:12, 2984:16, 2992:5, 2992:7, 2992:11, 2998:22, 3012:14, 3012:18, 3013:14, 3015:15, 3019:10, 3022:25, 3039:15, 3070:3, 3078:3, 3089:16, 3089:20, 3090:16, 3091:13
**Bonannos** [5] - 2889:25, 2894:17, 2898:25, 2900:25, 2945:16
**bond** [1] - 3089:6
**Bonnano** [2] - 2935:12, 2985:1
**Bonnano** [11] - 2934:12, 2934:20, 2934:21, 2934:24, 2935:3, 2935:11, 2936:10, 2936:23, 3033:5, 3033:8, 3033:10
**Book** [6] - 3044:19, 3044:21, 3047:8, 3047:12, 3047:13, 3048:22
**book** [28] - 2887:11, 2887:21, 2888:2, 2888:24, 2889:2, 2903:9, 2903:10, 2903:16, 2903:17, 3000:25, 3001:4, 3046:17, 3047:22, 3048:19, 3049:4, 3049:6, 3050:3, 3050:4, 3050:10, 3050:13, 3051:13, 3051:16, 3072:2, 3088:2, 3088:5, 3088:7
**bookmaking** [1] - 2902:5
**boss** [117] - 2853:7, 2865:23, 2871:7, 2871:8, 2871:12, 2871:13, 2872:23, 2874:13, 2874:16, 2881:6, 2881:7, 2881:11, 2883:19, 2883:20, 2890:17, 2892:25, 2895:9, 2896:15, 2899:12, 2899:15, 2943:19, 2944:7, 2944:8, 2949:16, 2950:1, 2950:4, 2950:5, 2950:7, 2959:2, 2959:4, 2959:7, 2959:8, 2960:19, 2962:14, 2962:23, 2966:19, 2966:20, 2968:15, 2968:19, 2968:21, 2968:23, 2969:1, 2969:3, 2969:4, 2969:9, 2972:1, 2972:4, 2972:6, 2972:7, 2972:10, 2972:11, 2972:15, 2972:23, 2973:7, 2974:9, 2978:3, 2982:7, 2982:10, 2982:11, 2982:12, 2982:14, 2982:15, 2983:8, 2983:11, 2983:20, 2983:21, 2984:15, 2985:1, 2985:2, 2985:4, 2985:6, 2985:7, 2990:14, 2990:16, 2990:17, 2991:4, 2991:8, 2993:25, 2994:3, 2994:5, 2994:13, 2994:14, 2994:15, 2994:17, 2995:1, 2995:3, 2995:7, 2995:15, 3005:4, 3009:21, 3009:23, 3010:8, 3012:10, 3012:14, 3012:18,

5

3012:24, 3013:5, 3013:9, 3014:1, 3014:8, 3014:16, 3014:17, 3015:2, 3015:3, 3024:14, 3029:3, 3029:4, 3029:5, 3029:6, 3029:8, 3029:14, 3029:21, 3030:24, 3031:7, 3060:18, 3068:10
**Boss** [2] - 2873:8, 2980:12
**boss'** [4] - 2873:4, 2873:7, 2895:17, 2895:19
**bosses** [4] - 2890:17, 2994:22, 3014:10, 3014:13
**botched** [2] - 2828:24, 2829:2
**bottom** [5] - 2904:20, 2905:1, 2905:2, 2948:22, 2983:7
**Boulevard** [1] - 2883:11
**box** [3] - 2880:2, 2880:3, 3049:20
**Boy** [66] - 2865:9, 2865:18, 2865:24, 2866:3, 2866:7, 2866:8, 2866:14, 2866:18, 2866:23, 2867:16, 2867:21, 2869:4, 2879:2, 2895:20, 2896:2, 2896:8, 2896:11, 2896:19, 2896:22, 2897:5, 2897:19, 2898:2, 2898:14, 2898:24, 2899:3, 2899:5, 2899:6, 2899:9, 2899:14, 2899:21, 2899:24, 2900:16, 2900:17, 2900:23, 2901:3, 2901:11, 2911:7, 2911:8, 2911:10, 2911:16, 2911:18, 2912:4, 2912:9, 2912:12, 2915:11, 2920:7, 2921:8, 2921:19, 2922:2, 2923:8, 2923:14, 2924:3, 2924:8, 2925:12, 2925:22, 2926:2, 2926:22, 2926:24, 2926:25, 2958:20, 2958:21, 2960:13, 2964:15, 3064:10, 3064:11, 3084:10
**Boy's** [3] - 2865:20, 2866:15, 2900:1
**bracelet** [5] - 2879:23, 2879:25, 2880:1, 3089:4, 3090:8
**Brady** [1] - 2853:3
**branch** [1] - 2869:19
**Brasco** [4] - 2876:12, 2877:10, 3019:12, 3030:9
**Brasco's** [1] - 2876:16
**break** [9] - 2852:20, 2862:11, 2884:19, 2935:20, 2941:5, 3043:1, 3043:7, 3095:7, 3097:1
**Break** [1] - 2973:10
**breaking** [3] - 2868:17, 2871:21, 3032:13
**brick** [1] - 2897:18
**brief** [1] - 2853:23
**Briefly** [1] - 3092:18
**briefly** [1] - 3001:11
**Brigante** [8] - 3058:22, 3059:3,

3059:5, 3059:8, 3059:11, 3059:24, 3060:5, 3060:10
**Brigante's** [2] - 3058:24, 3059:15
**Bring** [1] - 2853:21
**bring** [8] - 2823:8, 2842:13, 2852:20, 2911:25, 2943:21, 2944:20, 2945:11, 2972:18
**broken** [3] - 2868:15, 2988:22, 2988:25
**Bronx** [3] - 2904:25, 3048:4, 3048:11
**Brooklyn** [3] - 2821:14, 2869:8, 2896:4
**brother** [7] - 2870:13, 2870:15, 2870:20, 2878:11, 2982:8, 2982:9, 2983:22
**brother-in-law** [4] - 2870:13, 2870:15, 2870:20, 2878:11
**brought** [11] - 2897:5, 2904:17, 2904:18, 2904:19, 2911:25, 2917:17, 2946:12, 2946:14, 3011:19, 3035:21, 3098:19
**Bubbie** [4] - 2904:11, 2904:23, 3046:19, 3046:20
**Bubbie's** [1] - 3048:2
**bug** [1] - 3037:24
**bugged** [1] - 3038:16
**bugging** [1] - 3020:14
**bugs** [3] - 3037:20, 3038:1, 3041:8
**built** [1] - 3054:2
**Bullamos** [2] - 2965:19, 2966:16
**bunch** [1] - 2923:12
**bunk** [3] - 3045:25, 3046:3
**bunks** [1] - 3045:20
**Bureau** [1] - 2930:14
**BURETTA** [147] - 2821:14, 2822:17, 2822:22, 2853:20, 2853:23, 2863:1, 2863:10, 2865:15, 2868:10, 2868:15, 2868:18, 2868:21, 2869:3, 2881:23, 2882:6, 2882:14, 2885:20, 2886:3, 2887:7, 2887:12, 2898:8, 2903:6, 2903:11, 2908:5, 2908:9, 2912:16, 2914:2, 2919:8, 2924:4, 2924:9, 2924:14, 2924:25, 2925:7, 2925:10, 2925:14, 2926:4, 2927:16, 2932:15, 2936:24, 2942:12, 2945:2, 2945:13, 2945:21, 2945:24, 2946:16, 2946:25, 2947:19, 2947:25, 2948:7, 2948:9, 2952:8, 2953:7, 2953:12, 2953:18, 2954:14, 2954:24, 2955:15, 2956:5, 2958:6, 2961:21, 2962:2, 2963:11, 2963:17, 2963:21, 2964:7, 2969:16, 2969:20, 2970:10, 2971:14, 2972:3,

2972:13, 2973:9, 2976:5, 2977:7, 2977:10, 2978:17, 2979:5, 2979:16, 2980:2, 2983:4, 2984:21, 2985:12, 2986:9, 2986:17, 2987:6, 2987:14, 2988:2, 2990:20, 2991:15, 2992:22, 3001:7, 3001:11, 3002:2, 3003:21, 3012:6, 3018:2, 3018:11, 3020:24, 3023:6, 3023:12, 3023:17, 3028:11, 3028:24, 3031:1, 3031:8, 3031:14, 3032:3, 3037:15, 3037:18, 3042:11, 3042:17, 3042:22, 3044:3, 3044:9, 3047:24, 3050:19, 3050:24, 3060:1, 3061:4, 3061:8, 3066:4, 3067:2, 3068:11, 3072:4, 3077:8, 3078:12, 3079:1, 3080:13, 3081:2, 3081:8, 3082:8, 3082:21, 3086:8, 3086:15, 3091:21, 3092:18, 3092:21, 3092:25, 3096:16, 3096:25, 3097:6, 3097:11, 3097:15, 3098:1, 3098:15, 3099:15, 3099:19
**Buretta** [7] - 2853:13, 2862:14, 2868:6, 2868:7, 2881:20, 2916:16, 2916:17, 2916:18, 2918:10, 2918:16, 2919:23, 2920:22, 2922:15, 2922:19, 2922:25, 3044:18, 3082:3
**Burger** [1] - 3087:17
**buried** [5] - 2875:20, 2877:7, 2881:15, 2931:10, 2936:16
**burying** [1] - 2881:13
**business** [7] - 2852:9, 2879:22, 2885:10, 2891:3, 2902:6, 2930:22, 3049:11
**businesses** [2] - 2870:6, 2870:7
**buy** [1] - 3041:20
**BY** [105] - 2821:14, 2821:20, 2823:19, 2844:3, 2854:11, 2860:23, 2861:13, 2863:10, 2869:3, 2912:18, 2915:2, 2919:11, 2924:6, 2924:11, 2927:10, 2927:20, 2928:3, 2932:17, 2934:10, 2937:1, 2947:12, 2947:21, 2948:2, 2948:14, 2952:10, 2953:9, 2953:14, 2953:20, 2954:16, 2955:1, 2955:17, 2956:7, 2956:13, 2958:8, 2961:23, 2962:4, 2963:13, 2963:18, 2963:22, 2963:25, 2964:10, 2969:18, 2970:22, 2971:10, 2973:4, 2973:11, 2976:7, 2976:24, 2977:2, 2977:13, 2978:20, 2979:7, 2979:24, 2980:3, 2983:6, 2984:14, 2984:24, 2985:14, 2986:10, 2986:13, 2986:19, 2987:8,

2987:18, 2988:8, 2991:1, 3005:2, 3033:3, 3040:2, 3042:13, 3042:19, 3044:13, 3044:17, 3048:1, 3050:21, 3051:1, 3060:3, 3061:6, 3061:10, 3066:6, 3067:5, 3068:12, 3072:6, 3077:10, 3080:5, 3080:16, 3081:4, 3081:10, 3081:15, 3082:15, 3083:2, 3085:20, 3086:10, 3086:18, 3091:23, 3092:21, 3093:4, 3099:5, 3099:8, 3099:10, 3099:11, 3099:15, 3099:16, 3099:18, 3099:19, 3099:21
**bye** [3] - 2957:19, 3012:22

C

**Cacace** [1] - 3056:11
**cake** [1] - 3070:21
**Campanella** [14] - 2824:18, 2824:20, 2827:1, 2827:8, 2827:10, 2828:25, 2829:24, 2838:24, 2842:15, 2848:20, 2850:1, 2851:5, 2851:9, 2943:24
**CAMPBELL** [1] - 2821:12
**Cantarella** [3] - 2877:14, 2877:16, 2890:2
**capacity** [1] - 2854:21
**captain** [32] - 2864:7, 2864:17, 2865:23, 2880:22, 2883:13, 2890:7, 2901:23, 2965:4, 2976:10, 2979:19, 2986:22, 2993:20, 2993:22, 2999:22, 2999:23, 2999:24, 3006:19, 3031:6, 3035:18, 3035:19, 3035:20, 3040:5, 3040:10, 3059:15, 3059:21, 3064:23, 3068:5, 3070:6, 3070:11, 3091:10, 3091:14, 3091:18
**Captain** [4] - 2890:13, 2965:7, 3006:15, 3031:7
**captains** [54] - 2874:5, 2875:5, 2875:6, 2875:9, 2875:14, 2883:25, 2929:14, 2930:3, 2930:5, 2930:6, 2931:2, 2931:4, 2931:10, 2931:12, 2931:14, 2932:2, 2932:4, 2932:13, 2932:21, 2940:10, 2940:14, 2940:15, 2999:17, 3000:1, 3000:3, 3000:7, 3011:23, 3012:8, 3013:15, 3013:17, 3014:4, 3014:21, 3014:23, 3019:6, 3029:7, 3029:12, 3037:5, 3037:6, 3038:5, 3061:19, 3062:18, 3062:21, 3062:22, 3062:25, 3064:5, 3064:15, 3064:16, 3064:18, 3064:19, 3064:22, 3074:1, 3074:4, 3090:22,

3091:16

**captains'** [2] - 3012:3, 3031:13

**car** [13] - 2850:22, 2851:6, 2855:15, 2855:16, 2858:9, 2858:16, 2858:18, 2895:7, 2897:12, 2897:13, 3020:14, 3020:16, 3087:3

**card** [5] - 3025:12, 3025:19, 3025:20

**cardinal** [1] - 2935:19

**care** [14] - 2847:16, 2883:25, 2884:9, 2884:10, 2884:13, 2887:4, 2900:20, 2951:15, 3029:18, 3042:4, 3064:4, 3066:14, 3070:9, 3070:10

**cared** [1] - 3070:12

**careful** [1] - 3032:5

**carefully** [1] - 3011:16

**cares** [1] - 3015:4

**Carillo** [2] - 2916:22, 2916:23, 2917:12, 2918:10, 2965:10, 2965:12

**Carmichael** [3] - 2921:5, 2927:13, 2928:11

**Carmine** [9] - 2839:2, 2839:7, 2883:23, 2884:1, 2884:3, 2884:5, 2884:6, 2884:10, 2972:14

**carpenter's** [1] - 2852:12

**Carraso** [2] - 2965:9, 2966:7

**carried** [3] - 3069:4, 3069:6

**case** [24] - 2840:10, 2853:15, 2915:11, 2946:8, 2946:15, 3015:2, 3015:17, 3020:13, 3025:8, 3026:11, 3043:2, 3043:3, 3071:15, 3071:16, 3073:3, 3073:10, 3073:11, 3073:12, 3073:15, 3074:7, 3094:12, 3094:13, 3094:17, 3094:19, 3094:25, 3097:23

**cases** [5] - 2945:4, 2991:21, 2991:22, 2991:23, 3096:18

**Castellano** [4] - 2995:6, 2995:10, 3014:9, 3024:1

**Catering** [1] - 2870:8

**catering** [2] - 2870:9, 2870:12

**caught** [1] - 2824:15

**causing** [1] - 3096:6

**cease** [1] - 3079:3

**cell** [6] - 2830:11, 2830:12, 2830:14, 2849:7, 2849:8

**cellmate** [2] - 2823:24, 2824:6

**center** [1] - 2905:3

**Center** [9] - 2823:25, 2827:18, 2827:25, 2828:4, 2828:18, 2828:24, 2829:5, 2829:9, 2831:7

**Central** [2] - 2821:5, 2821:23

**ceremony** [2] - 2872:13, 2872:21

**certain** [26] - 2880:2, 2906:10,

2928:2, 2944:7, 2944:19, 2946:13, 2951:2, 2951:4, 2951:7, 2961:2, 2961:4, 2968:25, 2989:20, 3000:14, 3023:4, 3036:20, 3036:23, 3058:1, 3062:17, 3063:12, 3063:15, 3067:23, 3068:17, 3081:22, 3090:3, 3090:22

**certainly** [25] - 2822:5, 2920:11, 2922:15, 2928:22, 2935:3, 2936:9, 2939:3, 2943:23, 2980:10, 2984:25, 2985:10, 2989:17, 2991:2, 3018:22, 3022:7, 3024:3, 3029:2, 3031:3, 3042:15, 3051:17, 3060:10, 3062:4, 3071:10, 3073:2, 3096:9

**certificate** [2] - 3025:12, 3025:21

**Cesar** [14] - 2934:12, 2934:20, 2934:21, 2934:24, 2935:3, 2935:10, 2935:11, 2936:10, 2936:17, 2936:22, 2940:25, 3033:5, 3033:8

**chair** [2] - 2898:16, 2917:17

**chambers** [2] - 2939:6, 2939:10, 2939:14, 2939:17

**chance** [3] - 2861:3, 2893:23, 2931:23

**change** [2] - 2936:12

**changed** [4] - 2868:6, 3051:9, 3051:11, 3053:9

**changes** [2] - 2944:8, 2966:20, 3005:5

**characteristics** [1] - 2864:11

**characterized** [1] - 2948:12

**charge** [10] - 3007:8, 3017:21, 3017:22, 3017:25, 3030:16, 3030:20, 3033:21, 3041:12, 3080:10, 3088:21

**charged** [19] - 2838:19, 2905:21, 2905:23, 2906:1, 2937:21, 2937:24, 3005:11, 3069:23, 3072:17, 3072:23, 3073:11, 3073:14, 3073:17, 3074:24, 3076:5, 3078:1, 3078:9

**charges** [2] - 2905:19, 3091:25

**charging** [2] - 3047:1, 3047:2

**chat** [2] - 2960:8, 2960:12

**check** [3] - 2862:15, 2996:12, 3037:20

**checking** [1] - 2990:16

**Cheech** [2] - 3035:18, 3035:19

**Chelsea** [1] - 2883:10

**Chick** [1] - 2849:10

**Chickie** [1] - 2827:5

**Chickie's** [2] - 2849:6, 2849:17

**children** [7] - 2869:13, 3070:7, 3075:16, 3075:19, 3076:17, 3076:20, 3077:1

**Chili** [1] - 2999:18

**Chilly** [3] - 3059:18, 3059:19, 3059:20

**Chin** [1] - 3014:24

**chiropractor** [1] - 2848:17

**chit** [2] - 2960:8, 2960:12

**chit-chat** [2] - 2960:8, 2960:12

**chitchat** [1] - 2901:10

**choice** [1] - 2822:12

**chopped** [1] - 2900:11

**chose** [1] - 3096:17

**circumstances** [2] - 2900:18, 3053:24

**City** [2] - 2847:14, 3087:10

**claim** [1] - 2907:6

**clarify** [1] - 2926:18

**clean** [1] - 2984:3

**cleaned** [1] - 3011:19

**clear** [11] - 2841:18, 2853:16, 2881:7, 2919:14, 2920:20, 2968:5, 3055:14, 3055:16, 3055:19, 3079:2, 3086:11

**CLERK** [2] - 2854:6, 2863:6

**client** [3] - 3002:6, 3003:12, 3043:25

**close** [2] - 2902:4, 2902:8

**cloth** [1] - 2875:16

**club** [24] - 2825:22, 2902:13, 2956:20, 2956:21, 3020:18, 3022:1, 3024:20, 3037:2, 3037:7, 3037:9, 3037:12, 3037:22, 3037:24, 3037:25, 3038:5, 3038:14, 3038:24, 3039:6, 3039:9, 3039:14, 3040:24, 3041:5, 3041:24, 3042:1

**Club** [4] - 2895:23, 2895:24, 2956:22, 2957:15

**clubs** [4] - 3036:21, 3036:24, 3037:21, 3038:2

**coffee** [1] - 3090:22

**collateral** [2] - 2946:20, 2946:23, 2988:2, 2988:3, 3043:10

**collect** [1] - 2890:4

**collected** [1] - 2902:21

**college** [1] - 2869:16

**Colombo** [69] - 2828:19, 2829:5, 2829:12, 2864:5, 2864:18, 2865:4, 2865:8, 2867:4, 2867:10, 2867:20, 2882:1, 2883:5, 2884:19, 2885:2, 2885:6, 2885:11, 2885:17, 2887:1, 2888:22, 2889:23, 2890:25, 2891:6, 2891:15, 2891:22, 2892:22, 2894:16, 2894:19, 2899:12, 2910:19, 2910:23, 2911:1, 2911:24, 2916:11, 2920:8, 2920:22, 2921:1, 2921:2, 2921:18, 2924:13, 2926:10, 2928:6,

2945:17, 2945:20, 2945:22, 2949:24, 2950:2, 2951:10, 2964:23, 2968:15, 2969:2, 2973:7, 2973:8, 2974:19, 2975:3, 2975:23, 2976:4, 2984:8, 3018:5, 3018:14, 3018:15, 3052:3, 3084:5, 3084:14, 3085:24, 3087:23, 3093:7

**Colombos** [8] - 2864:4, 2889:13, 2890:1, 2890:5, 2890:6, 2890:8, 2891:9, 2911:22

**Columbos** [1] - 2922:2

**coming** [12] - 2881:22, 2896:8, 2915:11, 2917:21, 2949:4, 2950:9, 2950:24, 3021:12, 3028:6, 3057:20, 3064:20, 3075:16

**command** [6] - 2980:1, 2980:4, 2980:13, 2980:15, 2980:16, 3010:15

**comment** [6] - 2831:9, 2831:21, 2832:21, 2833:2, 2866:17, 2951:13

**commentary** [1] - 3032:3

**comments** [3] - 2849:24, 2850:7, 2850:25

**commissary** [1] - 2851:14

**commission** [11] - 2951:1, 2961:5, 2961:13, 2974:18, 2974:20, 2975:1, 2975:6, 2976:2, 2976:3, 3058:4, 3087:6

**Commission** [14] - 2887:3, 2890:14, 2890:15, 2890:16, 2890:19, 2890:22, 2890:24, 2891:5, 2891:14, 2891:21, 2892:23, 2994:18, 2994:23, 2995:11

**commit** [11] - 2861:8, 2871:17, 2871:23, 2873:12, 2874:16, 2906:23, 2983:25, 2986:25, 2990:10, 2996:18, 3010:25

**commits** [2] - 2993:24, 2996:1

**committed** [14] - 2835:18, 2836:25, 2837:6, 2837:7, 2874:2, 2906:16, 2908:25, 2992:3, 2992:20, 2993:17, 3038:4, 3040:12, 3069:16, 3069:19

**Committed** [1] - 2871:24

**committee** [3] - 3006:9, 3006:21, 3006:22

**committing** [2] - 2933:8, 2996:15, 2998:4

**communicate** [4] - 2827:5, 2878:9, 2880:16, 2880:17

**communicating** [1] - 2878:7

**communications** [1] - 2960:21

**company** [1] - 2848:9

**Company** [1] - 2870:4

7

**comparison** [1] - 2944:2
**complete** [1] - 2822:14
**completed** [1] - 2899:18
**completely** [1] - 2868:9
**comply** [2] - 2845:18, 2846:1
**computation** [1] - 2845:9
**Computer** [1] - 2821:25
**concern** [2] - 2833:4, 3003:13
**concerned** [4] - 2967:17, 2975:25, 3038:16, 3041:1
**concerning** [3] - 3044:5, 3094:16, 3094:19
**conclude** [2] - 3002:13, 3094:11
**concluded** [4] - 2842:25, 2868:23, 3004:4, 3032:18
**conditions** [9] - 3003:5, 3074:14, 3088:11, 3089:2, 3089:12, 3090:4, 3090:15, 3090:25, 3092:12
**condos** [1] - 3054:2
**conduct** [3] - 2855:3, 2879:22, 3060:21
**conducted** [4] - 2862:3, 2999:13, 2999:15, 3060:14
**conducting** [2] - 2861:7, 2861:19
**confess** [1] - 3077:15
**confessed** [1] - 3095:20
**confession** [1] - 3069:9
**congenial** [1] - 2902:14
**conjunction** [2] - 3005:14, 3005:15
**consents** [1] - 2845:13
**consider** [5] - 2833:20, 2833:22, 2982:7, 2982:10, 3044:24
**considered** [3] - 2982:8, 2982:9, 3068:9
**considering** [1] - 2823:6
**consigliere** [8] - 2874:9, 2877:3, 2883:15, 2883:23, 2889:16, 3006:20, 3008:3, 3031:7
**Consiglieri** [1] - 2949:23
**consiglieri** [23] - 2949:24, 2966:6, 2966:21, 2976:12, 2978:14, 2978:22, 2979:9, 2979:10, 2979:11, 2979:19, 2980:9, 2980:10, 3040:19, 3084:4, 3084:14, 3084:19, 3084:20, 3084:23, 3085:14, 3085:23, 3086:13, 3086:20
**conspiracy** [1] - 2905:24
**conspire** [1] - 3026:19
**consulting** [3] - 2943:19, 3010:25, 3040:12
**cont'd** [2] - 2991:1, 3033:3
**CONT'D** [1] - 3100:1
**contact** [3] - 2887:20, 3028:20, 3030:21
**contacting** [2] - 2889:21, 3083:8
**contained** [1] - 2938:11

**context** [2] - 2950:11, 3093:16
**Continue** [1] - 3094:20
**continue** [4] - 2834:12, 3089:16, 3089:19, 3090:18
**continued** [2] - 2857:22, 3096:5
**Continued** [14] - 2839:25, 2843:1, 2867:25, 2868:24, 2914:10, 2915:1, 2947:11, 2990:22, 3001:13, 3004:5, 3031:16, 3032:19, 3039:17, 3040:1
**continues** [1] - 2822:6
**continuing** [1] - 3090:15
**contrary** [1] - 2943:18
**control** [1] - 2844:16
**conversation** [19] - 2831:5, 2831:25, 2832:2, 2835:3, 2851:3, 2857:22, 2860:25, 2911:4, 2914:4, 2915:17, 2948:16, 2949:12, 2952:5, 2952:16, 2952:18, 2960:4, 3053:8, 3084:24, 3087:2
**conversations** [10] - 2829:8, 2829:14, 2829:22, 2830:2, 2830:13, 2830:16, 2844:24, 2901:6, 2915:4, 3060:4
**conveyed** [1] - 3057:1
**convicted** [3] - 2829:1, 2833:11, 2838:17
**conviction** [1] - 2827:22
**CONWAY** [1] - 2821:19
**cooperate** [14] - 2845:7, 2905:25, 2906:2, 2936:12, 3070:2, 3070:24, 3074:2, 3074:5, 3075:9, 3076:13, 3076:17, 3077:12, 3077:25, 3080:6
**Cooperate** [1] - 2905:14
**cooperated** [7] - 2831:3, 2879:5, 2887:24, 2907:2, 2908:1, 3070:1, 3070:19
**cooperating** [29] - 2833:22, 2835:13, 2846:6, 2853:9, 2880:7, 2908:2, 2908:3, 2909:25, 2910:8, 2910:21, 2920:15, 2929:18, 2936:4, 2936:20, 2938:2, 2969:15, 2970:13, 3048:25, 3070:13, 3070:15, 3070:25, 3071:5, 3072:9, 3072:10, 3075:11, 3076:14, 3076:18, 3079:17, 3095:18
**cooperation** [9] - 2834:8, 2841:19, 2844:5, 2848:4, 2903:20, 2909:1, 2923:19, 2970:13, 3078:24
**cooperator** [2] - 2970:4, 3097:7
**cooperators** [2] - 3069:16, 3097:12
**Coppa** [1] - 3007:15
**copped** [1] - 3071:12

**copy** [1] - 3073:8
**Corinno** [2] - 3078:2, 3078:3
**corner** [3] - 2860:9, 2928:25, 3087:18
**corners** [1] - 2879:21
**correct** [53] - 2824:9, 2825:6, 2825:9, 2825:12, 2827:1, 2827:22, 2828:5, 2828:9, 2828:16, 2829:6, 2829:10, 2829:12, 2829:14, 2829:15, 2829:21, 2829:24, 2830:16, 2830:24, 2831:6, 2831:18, 2832:7, 2834:9, 2836:9, 2837:2, 2838:13, 2838:17, 2839:2, 2844:13, 2845:9, 2845:23, 2846:2, 2846:5, 2846:10, 2847:9, 2847:14, 2850:20, 2850:22, 2852:13, 2861:1, 2873:24, 2958:11, 2981:19, 3083:6, 3083:15, 3083:24, 3084:5, 3084:15, 3085:6, 3086:14, 3087:13, 3087:23, 3090:12, 3090:20
**Correct** [7] - 2824:10, 2829:13, 2836:10, 2847:15, 2945:13, 3041:2, 3046:10
**correction** [1] - 2870:4
**correctly** [2] - 2845:16, 2849:6, 2852:8
**Cosa** [2] - 2885:6, 2994:17
**counsel** [2] - 3097:21, 3098:15
**Country** [1] - 2821:19
**country** [2] - 3027:19, 3027:20
**couple** [13] - 2823:7, 2825:24, 2859:18, 2911:6, 2916:8, 2916:14, 2920:21, 2927:3, 2993:21, 3044:4, 3080:1, 3091:24, 3097:4
**course** [10] - 2829:17, 2831:20, 2839:5, 2850:12, 2923:19, 2928:14, 2929:22, 3000:12, 3024:5, 3060:13
**court** [13] - 2840:7, 2844:1, 2869:1, 2883:21, 2927:8, 2938:19, 2970:20, 2973:2, 3005:1, 3020:11, 3024:22, 3033:1, 3080:4
**COURT** [266] - 2821:1, 2821:9, 2822:1, 2822:20, 2822:24, 2823:5, 2823:13, 2826:11, 2826:19, 2826:23, 2827:3, 2829:18, 2830:19, 2831:3, 2832:9, 2832:25, 2833:16, 2833:25, 2834:12, 2834:17, 2836:15, 2836:19, 2837:16, 2838:10, 2838:15, 2838:22, 2839:4, 2839:13, 2839:19, 2839:22, 2839:24, 2841:8, 2841:14, 2842:1, 2842:11, 2842:19, 2842:24, 2844:2, 2845:3, 2846:24, 2847:3, 2847:19, 2848:1, 2850:18,

2851:12, 2852:17, 2852:19, 2852:25, 2853:18, 2853:21, 2857:9, 2859:5, 2860:1, 2860:19, 2861:17, 2862:1, 2862:7, 2862:10, 2862:14, 2862:21, 2864:22, 2865:17, 2866:22, 2867:1, 2867:24, 2868:2, 2868:17, 2868:19, 2869:2, 2881:17, 2881:24, 2882:8, 2882:17, 2885:21, 2885:23, 2886:6, 2887:8, 2887:14, 2887:16, 2888:24, 2889:6, 2898:11, 2903:7, 2903:14, 2908:6, 2908:12, 2912:8, 2914:3, 2919:10, 2924:5, 2924:10, 2924:15, 2924:17, 2924:19, 2924:23, 2925:1, 2925:13, 2925:15, 2925:18, 2925:24, 2926:9, 2926:16, 2926:19, 2927:3, 2927:9, 2927:17, 2932:16, 2936:25, 2941:4, 2942:3, 2942:9, 2942:14, 2942:19, 2942:22, 2943:1, 2943:9, 2943:14, 2944:2, 2944:11, 2944:21, 2944:24, 2945:1, 2945:11, 2945:14, 2945:25, 2946:4, 2946:11, 2946:24, 2947:5, 2947:7, 2947:20, 2948:1, 2948:8, 2948:13, 2952:9, 2953:8, 2953:13, 2953:19, 2954:15, 2954:25, 2955:16, 2956:6, 2956:10, 2958:7, 2961:22, 2962:3, 2963:12, 2963:24, 2964:8, 2969:17, 2969:21, 2969:23, 2970:2, 2970:18, 2970:21, 2971:3, 2971:5, 2971:8, 2971:15, 2971:18, 2971:21, 2972:16, 2972:24, 2973:3, 2973:10, 2976:6, 2977:1, 2977:6, 2977:9, 2977:11, 2979:6, 2979:17, 2983:1, 2983:3, 2983:5, 2984:22, 2985:13, 2986:12, 2987:7, 2987:15, 2988:3, 2988:6, 2990:21, 2991:16, 2992:23, 2996:11, 3001:8, 3001:10, 3001:12, 3002:9, 3002:12, 3002:17, 3002:22, 3002:25, 3003:6, 3003:15, 3003:19, 3003:23, 3004:2, 3012:7, 3018:3, 3018:6, 3020:25, 3021:2, 3021:5, 3023:7, 3023:13, 3023:18, 3028:12, 3028:25, 3031:2, 3031:9, 3031:15, 3032:2, 3032:7, 3032:9, 3033:2, 3037:16, 3042:12, 3042:18, 3042:23, 3043:5, 3044:2, 3044:6, 3044:12, 3047:25, 3050:20, 3050:25, 3060:2, 3061:5,

3061:9, 3066:5, 3067:3, 3072:5, 3077:9, 3078:13, 3078:15, 3078:25, 3079:5, 3079:8, 3079:11, 3080:2, 3080:14, 3081:3, 3081:9, 3081:12, 3082:9, 3082:14, 3082:22, 3085:19, 3086:9, 3086:16, 3091:22, 3092:17, 3093:1, 3094:8, 3094:10, 3095:3, 3095:25, 3096:20, 3097:5, 3097:9, 3097:14, 3097:22, 3098:9, 3098:20
**Court** [19] - 2821:21, 2823:2, 2840:5, 2840:11, 2840:24, 2841:17, 2841:21, 2943:10, 2943:12, 2944:13, 2945:6, 2977:7, 3004:1, 3079:3, 3079:21, 3095:16, 3095:21, 3095:22, 3096:20
**court's** [1] - 2840:12
**courthouse** [3] - 2907:8, 2907:10, 3073:6
**Courthouse** [1] - 2821:4
**courtroom** [14] - 2852:22, 2853:25, 2857:3, 2862:13, 2862:25, 2938:22, 2939:11, 2947:6, 2953:5, 3043:4, 3044:11, 3070:5, 3095:2
**cousin** [1] - 2877:17
**cousins** [1] - 2877:18
**cover** [9] - 2847:20, 2943:8, 2943:11, 3002:21, 3003:2, 3003:9, 3003:13, 3004:1, 3032:12
**coverage** [1] - 2848:5
**covered** [6] - 2945:21, 2945:22, 2945:24, 3002:24, 3003:2, 3003:18
**covering** [1] - 2847:17, 3079:24
**covers** [1] - 3002:23
**crazy** [2] - 3041:6, 3042:2
**created** [4] - 2853:4, 3025:22, 3026:6, 3026:9
**credibility** [5] - 3003:14, 3043:20, 3095:13, 3095:16, 3095:23
**crew** [4] - 2877:4, 3041:10, 3091:11, 3091:19
**crime** [43] - 2828:19, 2861:9, 2863:13, 2863:18, 2864:6, 2864:18, 2865:4, 2865:8, 2867:5, 2872:4, 2872:9, 2872:18, 2872:22, 2873:18, 2878:4, 2879:14, 2881:3, 2883:21, 2890:12, 2890:17, 2894:23, 2908:25, 2910:6, 2910:9, 2910:12, 2910:17, 2926:10, 2945:17, 2957:2, 2957:24, 2975:15, 2984:16, 2987:19, 2987:20, 2988:15, 2990:1, 2990:10, 2991:3, 2991:7, 2993:4, 2995:17,

3009:11, 3090:16
**crimes** [12] - 2835:17, 2836:25, 2837:6, 2838:19, 2838:23, 2871:17, 2871:19, 2871:23, 2873:12, 2906:15, 2986:25, 2989:6
**criminal** [6] - 2946:7, 2946:14, 2946:17, 2987:16, 3018:16, 3018:20
**criminals** [1] - 2935:12
**critical** [2] - 2840:9, 3043:10
**CROSS** [13] - 2823:18, 2860:22, 2861:12, 2912:17, 2915:1, 2947:11, 3040:1, 3083:1, 3099:4, 3099:9, 3099:11, 3099:16, 3099:17
**Cross** [2] - 2860:20, 2883:10
**cross** [21] - 2822:4, 2822:13, 2823:3, 2823:15, 2943:2, 2945:7, 2945:8, 2946:5, 2946:19, 2946:21, 2946:25, 3043:6, 3043:13, 3043:14, 3078:21, 3079:3, 3082:11, 3095:4, 3095:5, 3095:11, 3096:3
**CROSS-EXAMINATION** [13] - 2823:18, 2860:22, 2861:12, 2912:17, 2915:1, 2947:11, 3040:1, 3083:1, 3099:4, 3099:9, 3099:11, 3099:16, 3099:17
**Cross-examination** [1] - 2860:20
**cross-examination** [12] - 2822:4, 2822:13, 2823:3, 2823:15, 2943:2, 2946:5, 3043:6, 3078:21, 3082:11, 3095:4, 3095:5, 3095:11
**cross-examine** [1] - 3043:13
**cumulative** [1] - 3012:6
**curfew** [4] - 3090:9, 3090:10, 3090:11, 3091:5
**curtailed** [1] - 2842:23
**cut** [2] - 2902:20, 3097:6
**Cutolo** [1] - 2825:3, 2825:6, 2829:23, 2838:25, 2839:16, 2856:6, 2856:8, 2856:18, 2856:22, 2857:10, 2857:17, 2858:6, 2858:19, 2861:15, 2861:21, 2949:4, 2950:9, 2950:23, 3016:1, 3016:3, 3097:25
**Cutolo's** [1] - 2822:18
**cuts** [1] - 3097:21

## D

**D'Amico** [2] - 2877:13, 2877:15
**date** [16] - 2896:13, 2896:25, 2918:6, 2931:4, 2940:12, 2989:14, 3000:21, 3012:4,

3050:10, 3055:13, 3066:14, 3068:13, 3098:3, 3098:10, 3098:11, 3098:13
**dates** [3] - 2938:11, 2941:2, 3068:24
**Dave** [1] - 2929:7
**day-to-day** [2] - 2950:5, 2950:7
**days** [3] - 2835:24, 2944:16, 3097:4
**dead** [4] - 2869:6, 3068:17, 3068:25, 3093:16
**deal** [5] - 3041:21, 3071:1, 3071:6, 3071:8, 3071:9
**dealing** [2] - 2846:21, 3003:4
**death** [7] - 2874:19, 2874:22, 2875:10, 2876:25, 2877:1, 2909:14, 2909:18
**deaths** [1] - 2975:13
**DEBORAH** [1] - 2821:15
**Deborah** [3] - 2911:3, 2913:18, 2915:21
**debriefed** [3] - 2837:5, 2909:25, 2910:3
**debriefing** [3] - 2836:24, 2924:23, 2925:8
**debriefings** [1] - 2910:16
**debt** [7] - 2902:19, 2902:20, 2951:2, 2951:4, 2951:7, 2951:10, 2951:18
**December** [3] - 3048:24, 3098:12, 3098:20
**DeCicco** [2] - 2895:2, 2895:3
**decide** [8] - 2838:7, 2905:12, 2905:15, 2967:22, 3032:14, 3070:12, 3070:15, 3076:18
**decided** [19] - 2834:7, 2875:6, 2892:23, 2905:25, 2906:2, 2907:18, 2936:5, 2961:2, 3010:25, 3011:6, 3019:12, 3019:13, 3019:16, 3025:5, 3040:20, 3070:24, 3075:8, 3076:13, 3080:6
**decides** [1] - 3080:19
**defendant** [9] - 2822:18, 2844:10, 2846:6, 2845:7, 2845:11, 2857:7, 2865:16, 3095:19
**defendant's** [1] - 2844:16
**defendants** [1] - 3097:22
**Defendants** [1] - 2821:6
**defending** [1] - 2883:21
**Defense** [1] - 3026:4
**defense** [4] - 2822:9, 2887:12, 3043:11, 3097:21
**DeFillipo** [1] - 3026:4
**define** [2] - 2832:14, 2835:6
**defining** [1] - 2831:16
**definitely** [2] - 2860:14, 2942:17
**definition** [3] - 2835:11, 2998:11, 2998:14
**DeFitti** [1] - 2965:9

**delay** [1] - 2946:3
**delegate** [1] - 2852:14
**Delloso** [1] - 2848:16
**DeMartino** [8] - 2824:15, 2824:19, 2838:16, 2849:20, 2849:25, 2850:9, 2850:19, 2851:6
**DeMeano** [2] - 2966:4, 2966:5
**demeanor** [2] - 2866:15, 2900:1
**DeMeno** [1] - 2965:10
**departed** [4] - 2855:18, 2858:7, 2858:8, 2858:10
**departing** [1] - 2855:20
**depictions** [1] - 2859:15
**deposit** [1] - 3049:20
**DeRoss** [50] - 2821:5, 2821:19, 2825:2, 2825:3, 2825:8, 2825:14, 2825:20, 2826:12, 2827:9, 2827:13, 2827:24, 2828:12, 2828:21, 2828:23, 2829:4, 2829:9, 2829:22, 2831:6, 2831:10, 2831:21, 2832:6, 2832:22, 2833:2, 2838:19, 2839:2, 2839:7, 2839:15, 2857:2, 2857:3, 2857:8, 2857:10, 2857:15, 2857:18, 2858:8, 2858:10, 2861:8, 2861:18, 2901:17, 2901:18, 2902:1, 2902:10, 2903:1, 2920:11, 2928:7, 3083:9, 3083:11, 3083:14, 3083:19, 3087:4, 3087:25
**DeRoss'** [1] - 3088:6
**Describe** [12] - 2871:19, 2872:15, 2879:25, 2883:7, 2889:9, 2890:15, 2891:5, 2896:7, 2898:13, 2902:3, 2904:12, 2910:25
**describe** [5] - 2822:16, 2865:12, 2936:22, 2956:14, 2970:7
**described** [9] - 2900:9, 2947:14, 2947:23, 2953:4, 2962:6, 2965:11, 2973:12, 2974:14, 3007:25
**describing** [4] - 2859:12, 2932:20, 2961:25, 2963:2
**deserve** [1] - 2883:19
**desire** [1] - 3026:15
**Despite** [2] - 3023:19, 3024:17
**despite** [3] - 2943:18, 2999:12, 3065:14
**detail** [4] - 2933:21, 2936:22, 2943:22, 3095:21
**details** [5] - 2939:4, 2939:11, 2943:23, 2943:25, 2944:18
**Detention** [3] - 2823:25, 2827:17, 2827:24, 2828:4, 2828:18, 2828:24, 2829:5, 2829:9, 2831:7
**determined** [2] - 2955:4, 2973:18

9

**device** [1] - 2830:6
**die** [3] - 2875:3, 2876:24, 2895:6
**died** [1] - 2876:22
**difference** [2] - 2943:24, 2970:3
**differences** [4] - 2891:12, 2892:2, 2892:3, 2892:12
**different** [8] - 2860:13, 2913:22, 2972:14, 2982:15, 3018:12, 3051:7, 3051:8, 3073:21
**differently** [1] - 2970:8
**difficult** [1] - 2941:7
**dime** [1] - 3046:6
**dinner** [3] - 3019:17, 3037:10, 3074:16
**Dino** [5] - 2888:18, 2888:19, 2888:20, 2889:1, 2889:4
**DIRECT** [6] - 2854:10, 2863:9, 3092:20, 3099:8, 3099:14, 3099:19
**direct** [21] - 2831:14, 2854:18, 2855:5, 2889:14, 2922:4, 2922:18, 2923:4, 2927:25, 2928:2, 2942:23, 2944:21, 2945:2, 2945:15, 2947:13, 2947:22, 2952:23, 2954:6, 2959:21, 3043:9, 3057:8, 3095:18
**directed** [4] - 2920:7, 2920:8, 3081:25, 3082:4
**directing** [1] - 2893:24
**Directing** [1] - 2854:24
**directly** [3] - 2822:18, 2881:14, 3064:21
**disagreement** [1] - 3054:1
**disappearance** [2] - 2825:2, 2838:24, 2839:16
**disappeared** [1] - 2825:6
**discharged** [1] - 2869:23
**disclosed** [1] - 3085:11
**disclosure** [1] - 2845:13
**disco** [2] - 2895:25, 2957:9
**discretion** [2] - 2822:5, 2994:5
**discuss** [11] - 2885:11, 2906:9, 2910:19, 2989:10, 2989:11, 3022:24, 3026:17, 3036:17, 3043:2, 3094:12, 3094:14
**discussed** [2] - 2871:2, 2886:14, 2891:6, 2900:15, 2948:16, 2975:6, 2976:4, 3019:22, 3019:25, 3083:21
**discussing** [1] - 2989:6
**discussion** [14] - 2833:10, 2853:13, 2870:25, 2871:6, 2890:24, 2900:24, 2925:11, 2971:13, 3011:13, 3020:1, 3056:8, 3061:11, 3061:12, 3093:8
**discussions** [10] - 2853:5, 2917:5, 2917:9, 2917:10, 2960:11, 3026:14, 3051:24, 3053:6, 3056:1, 3056:5

**dispute** [15] - 2883:4, 2883:7, 2885:6, 2968:17, 2974:18, 2974:19, 2975:24, 2976:4, 3015:12, 3017:20, 3051:25, 3052:2, 3052:3, 3053:10, 3083:17
**disputes** [4] - 2889:22, 2889:25, 2901:25, 2973:8
**disregard** [3] - 2984:23, 3029:1, 3082:10
**dissent** [3] - 3015:11, 3015:14
**dissolve** [1] - 3049:4
**distance** [1] - 2860:13
**distinguishing** [1] - 2864:10
**DISTRICT** [3] - 2821:1, 2821:1, 2821:9
**District** [1] - 2944:15
**divided** [1] - 3013:14
**division** [1] - 2854:20
**Do-Do** [8] - 2875:22, 2876:1, 2981:16, 2981:19, 2984:6, 2984:17, 2986:8, 2987:4
**doctor** [1] - 2848:17
**document** [29] - 2921:15, 2921:20, 2923:12, 2926:4, 2926:6, 2926:8, 2928:4, 2928:22, 2929:2, 2929:9, 2931:23, 2931:24, 2932:6, 2932:8, 2932:9, 2932:12, 2933:18, 2938:8, 2938:11, 2948:25, 2952:24, 2953:1, 2953:15, 3044:14, 3093:10, 3093:18, 3093:21, 3093:22
**documents** [20] - 2844:11, 2921:25, 2925:16, 2925:19, 2925:20, 3025:8, 3025:11, 3025:13, 3025:22, 3026:5, 3026:9, 3026:10, 3026:11, 3026:17, 3026:22, 3026:25, 3047:8, 3047:12, 3093:9
**dollars** [3] - 3049:11, 3049:15, 3049:16
**done** [30] - 2822:23, 2845:18, 2868:18, 2875:14, 2875:18, 2877:6, 2890:5, 2930:23, 2931:15, 2933:17, 2945:9, 2946:1, 2946:4, 2982:13, 2985:11, 2988:18, 2993:3, 2994:7, 3002:25, 3015:4, 3023:2, 3032:5, 3032:6, 3036:15, 3079:19, 3079:21, 3079:22, 3080:12, 3091:1, 3098:18
**Donnie** [5] - 2876:12, 2876:16, 2877:10, 3019:12, 3030:9
**door** [1] - 2972:19
**doubt** [1] - 2900:13
**down** [22] - 2835:17, 2845:5, 2846:15, 2862:10, 2864:15, 2868:15, 2868:17, 2881:18, 2899:23, 2900:5, 2904:16,

2906:8, 2926:6, 2939:7, 2946:8, 2973:10, 3017:11, 3022:13, 3054:3, 3097:1, 3097:19
**drive** [1] - 3020:16
**driver** [2] - 2858:7, 2858:19
**driving** [1] - 3087:15
**drop** [1] - 2875:16
**drove** [7] - 2897:15, 2911:6, 3019:20, 3023:22, 3023:23, 3087:17, 3087:20
**drug** [1] - 2907:22
**drugs** [1] - 2975:15
**duly** [3] - 2823:11, 2854:4, 2863:4
**During** [11] - 2829:17, 2829:22, 2857:25, 2861:7, 2889:21, 2978:9, 3012:8, 3020:7, 3022:7, 3074:21, 3074:22
**during** [36] - 2823:3, 2828:12, 2830:1, 2831:20, 2839:5, 2839:14, 2840:6, 2850:5, 2850:12, 2950:6, 2956:1, 2968:13, 2973:6, 2976:14, 2976:19, 2986:24, 2987:12, 2987:24, 3005:3, 3009:16, 3010:13, 3011:12, 3014:17, 3017:19, 3027:13, 3027:18, 3028:15, 3028:20, 3050:7, 3052:17, 3053:13, 3053:20, 3067:11, 3067:23, 3090:14

## E

**ear** [1] - 2830:4
**early** [13] - 2825:11, 2832:3, 2940:2, 2963:7, 2976:15, 2999:7, 3024:6, 3024:7, 3027:2, 3051:25, 3053:2, 3097:17
**Early** [1] - 3095:25
**earn** [1] - 3048:15
**earning** [1] - 3047:9
**easier** [1] - 2881:18
**East** [1] - 2821:17
**Eastern** [1] - 2944:15
**EASTERN** [1] - 2821:1
**effect** [4] - 2949:4, 2950:8, 2950:23, 2952:13
**efforts** [1] - 2846:1
**eight** [3] - 2891:23, 2980:6, 3013:16
**eighties** [7] - 2976:15, 2976:17, 2977:25, 3052:6, 3052:10, 3052:11, 3053:19
**Either** [1] - 3059:16
**either** [10] - 2838:13, 2851:14, 2858:9, 2922:23, 2961:16, 3059:20, 3059:23, 3060:4, 3067:9, 3067:14
**elderly** [1] - 2962:12

**electrical** [1] - 2890:4
**electronic** [1] - 2830:6
**elevate** [1] - 2993:22
**elevated** [1] - 2993:19
**eleven** [1] - 3097:2
**elmo** [1] - 2881:22
**enclosed** [1] - 2898:20
**encourage** [1] - 3098:21
**end** [7] - 2841:25, 2845:11, 3032:16, 3078:23, 3078:25, 3084:24, 3094:24
**ended** [1] - 2923:8
**enemies** [1] - 2999:20
**enforcement** [10] - 2844:18, 3000:11, 3020:7, 3022:8, 3024:4, 3024:17, 3029:21, 3029:23, 3085:7, 3085:22
**engage** [1] - 2906:25
**entered** [4] - 2877:5, 2899:9, 2947:6, 3044:11
**enters** [2] - 2853:25, 2862:25
**entire** [4] - 2946:5, 3010:13, 3011:12, 3083:12
**entirely** [1] - 2993:25
**entirety** [1] - 2968:14
**entries** [1] - 3051:2
**entry** [5] - 2871:21, 3046:17, 3048:10, 3048:18, 3048:22
**envelope** [3] - 2857:16, 2857:19, 2857:21
**ESQ** [6] - 2821:14, 2821:15, 2821:15, 2821:16, 2821:17, 2821:20
**ESQS** [1] - 2821:19
**establish** [2] - 2840:3, 2971:21
**established** [2] - 3046:2, 3046:9
**estimate** [4] - 2846:17, 3094:24, 3097:16, 3097:22
**estimates** [1] - 2846:15
**evaluate** [1] - 2837:10
**evasion** [1] - 2848:7
**evening** [2] - 3077:3, 3077:4
**event** [4] - 2931:3, 2941:2, 2994:20, 3096:13
**events** [1] - 2830:4
**eventually** [3] - 2998:10, 2998:13, 3011:9
**everyday** [2] - 2958:1, 2958:5
**evidence** [30] - 2839:6, 2839:8, 2839:11, 2848:24, 2860:1, 2860:3, 2863:23, 2882:17, 2882:19, 2886:6, 2886:7, 2887:16, 2887:19, 2898:11, 2898:12, 2903:14, 2903:15, 2908:12, 2908:14, 2927:20, 2972:22, 3044:15, 3050:4, 3100:5, 3100:7, 3100:8, 3100:9, 3100:10, 3100:11, 3100:12
**ex** [1] - 2876:15
**ex-FBI** [1] - 2876:15

**exact** [3] - 2851:18, 2897:4, 3048:3
**exactly** [5] - 2825:10, 2848:18, 2899:8, 3008:22, 3071:10
**EXAMINATION** [21] - 2823:18, 2854:10, 2860:22, 2861:12, 2863:9, 2912:17, 2915:1, 2947:11, 3040:1, 3083:1, 3092:20, 3093:3, 3099:4, 3099:8, 3099:9, 3099:11, 3099:14, 3099:16, 3099:17, 3099:19, 3099:20
**examination** [23] - 2822:4, 2822:13, 2822:21, 2823:3, 2823:15, 2831:15, 2840:7, 2860:20, 2922:4, 2922:18, 2923:4, 2942:23, 2943:2, 2946:5, 2947:13, 2947:22, 2959:21, 3043:6, 3078:21, 3082:11, 3095:4, 3095:5, 3095:11
**examine** [3] - 3043:13, 3095:24, 3096:4
**examined** [3] - 2823:12, 2854:5, 2863:5
**examining** [1] - 3043:5
**example** [5] - 2875:2, 2897:3, 2903:22, 2904:9, 2943:24
**examples** [1] - 2891:5
**exchanged** [2] - 2886:16, 2893:22
**excluded** [2] - 2970:13, 2970:15
**excluding** [1] - 3095:6
**exclusively** [1] - 2945:3
**Excuse** [3] - 2874:20, 2907:9, 2951:22
**exhibit** [1] - 3088:3
**Exhibit** [22] - 2848:25, 2851:23, 2860:5, 2863:24, 2885:25, 2886:7, 2887:9, 2887:19, 2893:13, 2898:3, 2898:12, 2903:8, 2903:15, 2908:13, 3044:15, 3050:4, 3088:4, 3100:8, 3100:9, 3100:10, 3100:11, 3100:12
**EXHIBITS** [1] - 3100:3
**Exhibits** [6] - 2859:7, 2860:2, 2882:9, 2882:18, 3100:5, 3100:6
**exited** [1] - 2856:18
**expect** [5] - 2823:3, 2861:18, 2861:21, 2944:17, 2970:6
**expected** [1] - 3094:24
**expert** [1] - 2945:12
**explain** [2] - 2877:4, 2929:6, 2930:10
**Explain** [1] - 3091:7
**explains** [2] - 2908:25, 2909:1
**explicitly** [1] - 2841:17
**explore** [1] - 2834:8
**expression** [3] - 3029:13,

**expressions** [1] - 2934:5
**extensive** [1] - 3096:4
**extortion** [1] - 3090:1
**eye** [1] - 2855:7
**eyes** [2] - 2989:4

## F

**fabricate** [1] - 2990:15
**fabricated** [3] - 2875:7, 2951:2, 2993:2
**fabricating** [1] - 2951:4
**face** [2] - 2909:14, 2909:18
**Face** [1] - 3081:12
**faced** [2] - 2833:11, 3071:25
**facility** [1] - 2835:23
**facing** [3] - 3069:24, 3069:25, 3080:9
**fact** [70] - 2837:8, 2842:13, 2907:8, 2921:16, 2922:1, 2930:7, 2932:22, 2933:5, 2933:20, 2933:21, 2934:3, 2934:21, 2944:21, 2950:1, 2953:22, 2955:13, 2960:22, 2960:23, 2973:21, 2976:14, 2976:19, 2979:3, 2980:13, 2983:24, 2986:2, 2988:22, 2989:5, 2989:20, 2991:10, 2992:12, 2992:18, 2992:19, 2993:17, 2998:16, 2999:12, 3000:21, 3001:4, 3003:25, 3020:22, 3022:16, 3023:19, 3025:2, 3026:21, 3027:4, 3028:15, 3030:19, 3033:24, 3034:16, 3034:23, 3037:23, 3038:1, 3046:5, 3049:19, 3056:15, 3057:7, 3057:14, 3062:1, 3065:15, 3067:22, 3069:4, 3069:6, 3069:8, 3069:15, 3074:9, 3074:11, 3076:25, 3092:9, 3094:17, 3097:25, 3098:13
**faction** [26] - 2884:10, 2884:25, 2891:15, 2891:17, 2891:18, 2891:22, 2892:15, 2967:19, 2967:20, 2968:23, 2969:1, 2971:25, 2972:5, 2972:11, 2972:14, 2972:21, 2973:19, 2973:21, 2974:4, 2974:5, 2974:6, 2974:8, 2974:9, 2974:11
**factions** [5] - 2884:20, 2884:22, 2884:24, 2885:2, 3052:14
**factly** [2] - 2866:16, 2900:3
**factor** [2] - 2840:18, 2840:22
**factors** [1] - 2975:22
**facts** [2] - 2946:9, 3094:19
**Fair** [1] - 2968:12
**fair** [19] - 2822:13, 2826:25, 2847:7, 2850:16, 2859:15,

**2859:21, 2943:4, 2951:18, 2963:9, 2981:12, 2989:1, 2989:3, 3008:24, 3014:2, 3024:6, 3030:1, 3034:25, 3067:18, 3089:15
**fairly** [1] - 3095:23
**fall** [5] - 2998:10, 2998:13, 3062:15, 3083:21, 3086:22
**fall-out** [1] - 3062:15
**false** [1] - 2877:19
**familiar** [6] - 2848:12, 2848:14, 2874:4, 2877:20, 2965:25, 2996:14
**familiarize** [2] - 2960:13, 2960:17
**Familiarize** [1] - 2960:15
**families** [14] - 2872:11, 2889:23, 2894:24, 2910:12, 2967:18, 2973:16, 3014:10, 3014:13, 3014:21, 3058:1, 3058:8, 3058:15, 3087:9, 3087:12
**family** [235] - 2828:19, 2832:13, 2849:13, 2849:19, 2853:7, 2863:15, 2863:16, 2863:18, 2863:21, 2864:3, 2864:6, 2864:19, 2865:4, 2865:8, 2867:5, 2867:9, 2867:10, 2867:14, 2867:15, 2867:18, 2867:19, 2867:20, 2870:18, 2871:12, 2871:14, 2871:15, 2872:4, 2872:9, 2872:18, 2872:22, 2873:8, 2873:19, 2874:5, 2874:16, 2875:5, 2875:17, 2875:19, 2876:15, 2876:17, 2876:19, 2878:5, 2879:15, 2880:11, 2880:13, 2881:4, 2881:11, 2882:1, 2882:4, 2883:5, 2883:13, 2883:15, 2883:22, 2883:24, 2884:19, 2885:2, 2885:6, 2885:12, 2886:24, 2887:1, 2888:22, 2890:12, 2890:25, 2891:6, 2891:15, 2891:22, 2892:23, 2892:24, 2894:16, 2894:19, 2894:20, 2895:8, 2896:15, 2896:17, 2899:11, 2899:12, 2900:20, 2900:22, 2901:24, 2905:18, 2910:9, 2910:17, 2910:18, 2910:19, 2910:23, 2911:1, 2916:11, 2920:8, 2920:23, 2921:1, 2921:2, 2921:18, 2924:13, 2926:10, 2928:6, 2931:11, 2935:5, 2943:19, 2944:6, 2945:16, 2945:17, 2949:16, 2949:24, 2950:2, 2950:8, 2951:11, 2957:24, 2964:23, 2964:25, 2965:5, 2965:7, 2965:13, 2965:15, 2965:16, 2965:17, 2965:18, 2967:11, 2968:16, 2968:20, 2969:2, 2969:9, 2973:7, 2973:25,

**2974:1, 2974:3, 2974:19, 2975:2, 2975:3, 2975:4, 2975:11, 2976:11, 2976:20, 2977:17, 2977:19, 2977:21, 2977:24, 2978:10, 2978:22, 2979:4, 2979:12, 2979:13, 2979:14, 2980:19, 2980:22, 2984:16, 2985:1, 2985:16, 2986:8, 2987:24, 2988:1, 2988:10, 2990:6, 2992:5, 2992:7, 2992:11, 2993:16, 2996:4, 2997:24, 2998:23, 3005:4, 3005:6, 3007:9, 3007:13, 3007:25, 3009:15, 3009:17, 3012:15, 3012:18, 3013:11, 3013:13, 3013:14, 3014:22, 3015:6, 3015:7, 3015:8, 3015:12, 3015:15, 3018:5, 3018:14, 3018:15, 3022:20, 3022:25, 3023:9, 3023:14, 3024:14, 3029:3, 3029:4, 3029:5, 3029:6, 3029:9, 3029:11, 3030:7, 3030:18, 3033:21, 3039:15, 3040:4, 3040:6, 3040:9, 3040:19, 3051:25, 3052:3, 3058:19, 3061:7, 3061:13, 3062:1, 3062:5, 3062:22, 3062:25, 3064:6, 3064:14, 3068:5, 3068:6, 3068:7, 3068:8, 3070:3, 3070:4, 3078:4, 3078:7, 3084:5, 3084:15, 3085:24, 3086:13, 3087:23, 3089:17, 3089:20, 3090:16, 3091:13, 3093:7
**far** [7] - 2869:15, 2880:2, 2946:19, 2967:17, 2974:15, 2975:25, 3097:18
**father** [4] - 2901:9, 2975:20, 3078:5, 3078:6
**father-in-law** [1] - 3078:6
**Fax** [1] - 2821:24
**FBI** [21] - 2835:22, 2836:23, 2854:15, 2854:16, 2876:15, 2877:4, 2911:11, 2912:21, 2916:20, 2916:25, 2918:18, 2930:14, 2931:18, 3021:8, 3021:17, 3021:21, 3021:23, 3021:25, 3034:3, 3034:10, 3092:22
**fearing** [1] - 2836:4
**Federal** [5] - 2821:22, 2905:16, 2930:14, 3088:23, 3088:24
**federal** [4] - 2836:16, 2845:9, 2879:6, 2938:22
**feelings** [2] - 2872:20, 3059:13
**feet** [1] - 2860:15
**fellow** [1] - 2935:12
**felt** [12] - 2888:13, 2974:15, 2983:15, 3014:23, 3015:8, 3015:11, 3020:12, 3020:19, 3033:12, 3054:17, 3070:3,

**3070**:4

**Ferrugi** [6] - 3012:11, 3012:13, 3012:14, 3012:17, 3029:15, 3029:18

**fessed** [1] - 3060:11

**few** [8] - 2855:22, 2857:13, 2860:21, 2943:17, 2943:18, 3043:23, 3043:25, 3051:23

**Figueroa** [2] - 3012:9, 3014:17

**figure** [4] - 2910:1, 2944:11, 3045:6, 3097:20

**figured** [2] - 2892:13, 3014:24

**figurehead** [4] - 3013:3, 3013:18, 3013:20, 3029:17

**file** [2] - 2845:11, 2847:3

**filed** [3] - 2846:25, 2847:7, 2847:8

**filling** - 3084:11

**final** [6] - 3027:22, 3027:23, 3028:10, 3028:22, 3082:12, 3082:14

**finally** [1] - 2946:21

**financial** [1] - 2845:14

**fine** [4] - 2961:6, 3041:5, 3042:1, 3043:12

**Fine** [1] - 2896:12

**finger** [2] - 2864:12, 2864:15

**Finish** [1] - 2841:22

**finish** [4] - 2945:7, 2947:4, 2970:11, 3078:22

**firm** [1] - 2892:14

**first** [54] - 2828:23, 2833:18, 2833:20, 2833:22, 2834:1, 2834:3, 2837:23, 2852:4, 2854:4, 2863:4, 2868:3, 2885:3, 2886:21, 2890:9, 2893:1, 2895:20, 2900:8, 2903:22, 2908:24, 2915:17, 2917:3, 2918:13, 2918:20, 2922:11, 2922:23, 2928:25, 2933:5, 2946:15, 2952:2, 2952:4, 2952:11, 2952:17, 2956:18, 2956:22, 2958:10, 2958:14, 2981:1, 2983:23, 3006:2, 3008:12, 3011:18, 3017:2, 3046:23, 3055:17, 3057:8, 3069:23, 3070:4, 3075:2, 3075:4, 3079:8, 3082:18, 3085:11, 3093:6, 3097:24

**First** [8] - 2868:3, 2869:16, 2897:25, 2972:13, 2981:7, 3021:2, 3032:3, 3079:11

**Five** [6] - 2821:17, 2982:21, 2991:21, 2991:22, 2991:23, 3075:22

**five** [34] - 2852:20, 2852:21, 2878:12, 2890:17, 2890:18, 2917:19, 2920:18, 2923:19, 2929:22, 2944:14, 2944:15, 2967:9, 2967:10, 2967:23,

**2973**:16, 2973:21, 2974:11, 2975:5, 2975:12, 2975:16, 2982:20, 2991:20, 2991:21, 3044:3, 3044:7, 3053:15, 3053:17, 3058:1, 3058:8, 3075:23, 3087:1, 3087:9

**five-minute** [1] - 2852:20

**flags** [1] - 3053:9

**flamboyant** [1] - 3033:13

**Flatbush** [1] - 2869:10

**fled** [1] - 3092:23

**flight** [2] - 2877:23, 3027:14

**flock** [1] - 2892:17

**floor** [3] - 2848:10, 2897:24, 2897:25

**Florida** [4] - 2898:18, 2898:19, 3015:21, 3015:23

**Floridia** [24] - 2822:25, 2823:16, 2823:17, 2823:20, 2826:7, 2827:8, 2830:17, 2832:18, 2833:1, 2833:10, 2834:1, 2834:14, 2835:7, 2835:11, 2836:6, 2837:24, 2838:11, 2839:5, 2839:14, 2840:7, 2844:4, 2846:5, 2847:7, 2849:24

**FLORIDIA** [2] - 2823:10, 3099:3

**fluctuated** [1] - 2944:6

**focus** [6] - 2822:9, 2822:14, 2910:16, 2945:25, 3003:15

**Focus** [1] - 3004:2

**focused** [2] - 2944:22, 2945:6

**focusing** [1] - 2850:2

**folks** [3] - 2822:1, 2823:13, 2941:7

**follow** [5] - 2845:6, 2856:9, 2858:9, 2858:20, 2989:18

**followed** [2] - 2858:11, 3020:17

**following** [11] - 2924:18, 2927:8, 2942:21, 2969:22, 2970:20, 2971:20, 2973:2, 2990:22, 3020:13, 3078:14, 3080:4

**follows** [3] - 2823:12, 2854:5, 2863:5

**Fonti** [1] - 2929:7

**foot** [1] - 2855:15

**football** [3] - 3070:20, 3072:21, 3090:1

**Football** [1] - 3072:19

**foreground** [1] - 2860:16

**Forget** [1] - 3086:19

**form** [4] - 2932:15, 2947:19, 2960:20, 2973:9

**formal** [3] - 3084:7, 3084:8, 3098:6

**formally** [5] - 2958:11, 2959:1, 2961:14, 3086:17, 3086:19

**Fort** [1] - 2897:16

**fort** [1] - 3092:10

**forth** [2] - 3028:6, 3046:24

**forward** [1] - 2988:4

**foundation** [1] - 3060:1

**Four** [2] - 2925:13, 3053:17

**four** [12] - 2872:11, 2915:24, 2919:6, 2919:13, 2919:14, 2919:16, 2919:18, 2919:19, 2934:1, 3035:13, 3035:22, 3053:15

**fourth** [1] - 2822:15

**frame** [11] - 2825:4, 2848:15, 2883:6, 2888:23, 2888:24, 2889:5, 2902:22, 2980:2, 3053:16, 3053:17, 3053:18

**Frank** [3] - 3007:15, 3059:16, 3059:20

**Frankie** [5] - 2895:2, 2895:3, 3035:18, 3035:20, 3036:12

**frankly** [3] - 3002:5, 3003:3, 3079:16

**fraud** [3] - 2847:21, 2847:22, 2906:25

**fraudulent** [1] - 3041:20

**freely** [1] - 3024:8

**friend** [5] - 2899:6, 2902:13, 2956:24, 2956:25, 2957:1

**friendly** [1] - 2901:7

**front** [11] - 2939:4, 2952:24, 3001:2, 3001:5, 3057:7, 3061:20, 3061:22, 3073:5, 3073:20, 3092:11

**full** [10] - 2830:21, 2890:9, 2893:15, 2975:17, 2975:20, 3020:11, 3024:21, 3063:3, 3063:10, 3063:11

**full-blooded** [2] - 2975:17, 2975:20

**fully** [5] - 2845:7, 3040:18, 3063:22, 3063:23, 3063:24

**function** [1] - 3009:5

**funeral** [7] - 2825:1, 2825:5, 2825:18, 2826:2, 2826:3, 2826:12, 2935:9

**furnish** [1] - 2844:10

## G

**Gabe** [4] - 3030:20, 3030:21, 3033:20, 3034:3

**gain** [1] - 2975:21

**Gambino** [6] - 2875:17, 2875:19, 2886:24, 2910:14, 2931:11, 2975:4

**Gambinos** [3] - 2931:14, 2966:7, 2966:8

**gambling** [1] - 3088:22

**gathered** [1] - 3037:9

**general** [3] - 2830:9, 2830:10, 2833:10

**General** [7] - 2830:20, 2831:6, 2831:10, 2831:22, 2832:5, 2832:18, 2833:1

**generally** [2] - 2925:9, 2985:21

**Generoso** [2] - 2830:22, 2830:24

**generous** [2] - 3074:12, 3074:13

**Generous** [1] - 3074:14

**Genovese** [3] - 2965:17, 2965:18, 2975:2

**gentleman** [4] - 2865:13, 2962:12, 3096:9, 3096:10

**gentlemen** [1] - 3042:24

**George** [19] - 2937:2, 2937:8, 2965:2, 2965:6, 3007:16, 3007:17, 3007:18, 3007:19, 3007:21, 3013:2, 3064:9, 3065:11, 3065:14, 3065:18, 3065:22, 3068:1, 3068:3, 3068:4, 3068:13

**George's** [1] - 2937:23

**gesture** [1] - 2900:11

**GF** [1] - 2844:5

**Gioeli** [2] - 2912:24, 3081:18

**GIOVANNI** [2] - 2823:10, 3099:3

**girl** [1] - 2860:10

**girlfriend** [1] - 2878:19

**given** [17] - 2851:13, 2851:17, 2875:17, 2904:16, 2909:21, 2942:6, 3002:11, 3013:8, 3028:8, 3043:19, 3045:3, 3047:21, 3074:7, 3074:11, 3095:14, 3095:23, 3095:24

**glad** [1] - 3098:2

**glass** [1] - 2898:17

**glasses** [1] - 2865:13

**God** [1] - 2829:3

**GOLDBERG** [14] - 2821:15, 2854:1, 2854:11, 2857:7, 2859:4, 2859:23, 2860:6, 2860:17, 2861:16, 2861:25, 2862:6, 2862:9, 2942:25, 3099:8

**gonna** [1] - 2929:16

**good-bye** [2] - 2957:19

**goodfella** [2] - 2880:21, 2902:5

**Goodfellow** [1] - 2983:18

**goods** [1] - 2871:22

**gopher** [1] - 3013:1

**gotta** [2] - 2891:8, 3019:19

**Gotti** [12] - 2951:8, 2965:9, 2966:7, 2975:3, 2995:13, 2995:15, 3023:20, 3023:22, 3023:25, 3024:1, 3024:3, 3056:25

**government** [59] - 2822:3, 2822:9, 2822:11, 2831:3, 2833:23, 2834:2, 2834:9, 2834:18, 2834:24, 2835:9, 2835:16, 2835:21, 2836:2, 2836:5, 2836:20, 2837:9, 2837:11, 2837:18, 2837:21, 2838:2, 2839:8, 2839:15, 2840:18, 2840:23, 2847:17,

11

12

2851:13, 2851:17, 2853:3, 2854:1, 2863:1, 2879:5, 2887:23, 2903:19, 2905:14, 2906:5, 2908:8, 2908:15, 2909:2, 2909:3, 2909:5, 2909:25, 2911:1, 2912:20, 2915:17, 2923:25, 2929:18, 2942:23, 2943:5, 3055:10, 3055:17, 3072:10, 3078:10, 3079:15, 3080:7, 3081:17, 3081:21, 3096:23, 3098:21

**Government** [29] - 2821:12, 2848:25, 2851:23, 2860:2, 2860:5, 2863:24, 2882:9, 2882:18, 2885:25, 2886:7, 2887:9, 2887:19, 2893:13, 2898:3, 2898:12, 2903:8, 2903:15, 2908:13, 3044:15, 3050:4, 3088:4, 3100:5, 3100:6, 3100:8, 3100:9, 3100:10, 3100:11, 3100:12

**government's** [2] - 3094:25, 3095:5

**Government's** [1] - 2859:6

**grading** [1] - 2897:18

**gray** [4] - 2857:6, 2865:13, 2865:14, 2918:25

**Graziano** [19] - 2855:4, 2855:11, 2856:5, 2856:7, 2856:8, 2856:17, 2856:21, 2857:10, 2857:13, 2857:17, 2858:6, 2858:16, 2858:21, 2858:22, 2858:23, 2890:6, 2890:9, 2901:23, 2965:4

**Graziano's** [2] - 2858:13, 2890:11

**greetings** [1] - 2886:16

**ground** [1] - 3015:9

**group** [1] - 2854:23

**grow** [1] - 2869:7

**grown** [1] - 3076:20

**guarantee** [2] - 2906:12, 3041:8

**guess** [5] - 2893:2, 2938:18, 2962:15, 2972:17, 2996:8

**guidance** [2] - 3015:10, 3015:19

**guideline** [2] - 3071:23, 3072:12

**guidelines** [1] - 3071:24

**guilty** [13] - 2907:5, 2937:15, 2937:18, 2937:19, 2938:6, 2938:9, 2938:16, 2939:11, 2939:18, 3069:9, 3076:4, 3076:8, 3076:12

**gun** [1] - 2851:8

**guns** [1] - 3038:11

**guy** [16] - 2831:15, 2831:16, 2831:18, 2832:16, 2832:19, 2833:17, 2834:19, 2834:25, 2835:4, 2835:12, 2902:9, 2985:7, 2987:2, 2996:5, 2996:6, 2999:18

**guys** [2] - 2929:17, 3039:2

**gym** [2] - 3025:12, 3025:20

## H

**hair** [2] - 2865:13, 2918:25

**half** [11] - 2822:25, 2828:2, 2828:15, 2842:22, 2857:24, 2857:25, 2902:20, 2959:17, 2959:19, 3095:6, 3096:13

**hall** [1] - 2852:14

**Hamilton** [1] - 2897:16

**Hammerly** [1] - 2870:3

**Hamptons** [5] - 3027:5, 3027:8, 3027:16, 3028:1, 3028:18

**hand** [9] - 2823:2, 2860:9, 2864:14, 2864:15, 2888:2, 2888:15, 2892:14, 2928:25, 3093:9

**handed** [2] - 2886:17, 2886:18

**handle** [3] - 2902:10, 2950:4, 3036:13

**handled** [1] - 2902:14

**handles** [1] - 2950:5

**handling** [2] - 2902:19, 2950:6

**handwriting** [1] - 2853:6, 2927:22

**handwritten** [1] - 3093:21

**happy** [1] - 3035:2

**hard** [5] - 2872:19, 2994:16, 3029:10, 3078:18, 3096:10

**harm** [1] - 2993:15

**harmony** [3] - 3013:11, 3013:13, 3013:18

**hats** [1] - 2966:20

**head** [4] - 2829:18, 2846:18, 2893:12, 2964:19

**heading** [2] - 2840:2, 2897:18

**hear** [6] - 2848:9, 2850:5, 2850:11, 2852:3, 2860:25, 2881:18, 2901:21, 2923:17, 2938:21, 2942:19, 2988:24, 3015:22, 3028:18, 3046:13, 3069:18, 3081:22

**Heard** [1] - 2901:22

**heard** [15] - 2841:4, 2842:4, 2842:6, 2850:7, 2850:19, 2862:17, 2864:23, 2901:20, 2968:6, 2997:23, 2998:1, 2998:2, 3015:25, 3019:19, 3028:17

**hearing** [8] - 2840:19, 2841:14, 2842:12, 2842:13, 2842:14, 3078:18, 3096:10, 3096:14

**hears** [1] - 2840:7

**heat** [7] - 3024:4, 3054:9, 3054:14, 3054:15, 3054:17, 3054:20, 3054:22

**held** [8] - 2863:20, 2864:5, 2873:24, 2881:3, 3006:11, 3006:14, 3013:5, 3067:13

**Hello** [1] - 2957:19

**hello** [1] - 2957:19

**hello/good** [1] - 3012:22

**hello/good-bye** [1] - 3012:22

**hellos** [1] - 2893:22

**help** [7] - 2840:21, 2982:1, 2982:4, 2983:11, 2983:12, 2983:14, 2993:4

**helped** [2] - 3026:4, 3026:24

**helping** [3] - 2883:13, 2976:11, 2976:21

**hide** [1] - 2935:8

**hiding** [1] - 3027:10

**hierarchy** [1] - 2829:6

**high** [3] - 3040:6, 3040:9, 3067:13

**high-up** [2] - 3040:6, 3040:9

**highest** [3] - 2863:20, 2864:5, 2873:24

**hijack** [1] - 3088:22

**Hilton** [3] - 2896:10, 3054:4

**himself** [7] - 2883:21, 2960:13, 2960:15, 2960:17, 2992:9, 2993:6, 3025:3, 3025:4, 3025:5

**history** [3] - 2867:7, 2867:12, 2946:17

**hit** [2] - 2824:16, 2832:13

**hits** [1] - 2943:13

**hold** [4] - 3012:23, 3029:8, 3030:24, 3084:20

**Hold** [1] - 3084:21

**home** [26] - 2825:5, 2825:19, 2826:2, 2826:12, 2858:23, 2880:6, 2888:13, 2949:5, 2950:10, 2950:24, 2951:3, 2951:15, 2975:17, 2978:1, 2978:3, 2979:22, 2980:7, 2999:8, 3009:16, 3009:20, 3010:2, 3011:11, 3016:24, 3017:1, 3071:6, 3090:8

**homicide** [1] - 3031:13

**Honor** [7] - 2859:4, 2859:24, 2859:25, 2860:6, 2860:17, 2864:21, 2866:19, 2866:24, 2867:22, 2882:7, 2882:16, 2887:15, 2889:8, 2908:9, 2908:11, 2928:1, 2934:8, 2943:7, 2945:2, 2947:10, 2971:2, 2971:9, 2976:23, 2977:5, 2982:25, 2983:4, 2984:12, 3002:4, 3002:15, 3043:16, 3044:3, 3079:20, 3082:13, 3085:17, 3092:15, 3094:9, 3095:12

**HONORABLE** [1] - 2821:9

**Honorably** [1] - 2869:24

**hope** [2] - 2846:4, 2877:19

**hopeful** [4] - 2906:13, 2906:14, 3069:11, 3069:12

**hopefully** [3] - 2862:12, 3029:21, 3094:23

**hoping** [3] - 2909:3, 2909:5,

3069:10

**Horse** [19] - 2895:10, 2895:11, 2895:13, 2895:17, 2998:1, 2998:3, 2998:20, 2999:9, 2999:19, 2999:20, 2999:22, 3058:17, 3059:6, 3059:25, 3060:6, 3060:18, 3061:3, 3062:8

**Horse's** [3] - 2999:24, 3060:22, 3061:13

**Hospital** [1] - 2856:13

**host** [1] - 3069:16

**hot** [3] - 2889:18, 3064:2

**Hotel** [1] - 2896:10

**hotel** [2] - 2886:9, 2891:23

**hour** [9] - 2822:25, 2842:22, 2857:24, 2857:25, 2943:1, 2943:5, 2945:3, 2959:17, 2959:19

**hours** [14] - 2824:11, 2911:6, 2916:8, 2943:6, 2946:1, 2946:20, 2947:5, 3042:25, 3043:7, 3043:8, 3095:6, 3095:10, 3096:13

**House** [3] - 2883:10, 3091:6, 3091:9

**house** [32] - 2825:9, 2825:15, 2825:17, 2825:19, 2826:13, 2826:16, 2826:24, 2827:5, 2827:7, 2827:9, 2827:14, 2828:3, 2828:7, 2896:4, 2897:17, 2898:23, 3045:21, 3071:8, 3074:19, 3089:3, 3089:10, 3090:11, 3091:4, 3091:9, 3091:10, 3091:14, 3091:19, 3092:8, 3092:9, 3092:11, 3094:2

**Howard** [1] - 2875:20

**hundreds** [3] - 3049:11, 3049:14, 3049:16

**Huntington** [2] - 2886:9, 3054:4

**hurt** [1] - 3041:21

**hurts** [1] - 3041:21

**husbands** [1] - 3063:13

## I

**idea** [5] - 2964:5, 3013:10, 3059:13, 3060:25, 3066:1

**identified** [4] - 2856:6, 2865:16, 2888:5, 3083:6

**identify** [7] - 2856:1, 2856:3, 2856:9, 2856:21, 2856:24, 2858:1, 2888:2

**Identifying** [1] - 2857:7

**Ignore** [1] - 2956:6

**Illegal** [1] - 3045:14

**illegal** [1] - 3045:15

**imagine** [1] - 3080:21

**immediately** [5] - 2835:25, 2849:25, 2881:21, 3019:15,

13

**3094**:14
**impeach** [1] - 3096:17
**impeachment** [2] - 3002:8, 3096:19
**importance** [1] - 3095:17
**important** [4] - 2945:8, 3003:15, 3004:2, 3096:1
**impose** [1] - 2908:19
**imposed** [1] - 3090:25
**imposing** [1] - 2822:6
**improper** [1] - 2946:15
**inaccurate** [1] - 2853:10
**inappropriate** [1] - 2868:9
**incarcerated** [13] - 2827:22, 2828:11, 2880:22, 2944:9, 2967:25, 2968:6, 2976:9, 2978:7, 3008:7, 3008:8, 3008:10, 3010:17, 3013:24
**Incarcerated** [1] - 2978:5
**incarceration** [3] - 3009:4, 3009:14, 3011:12
**incentive** [1] - 2909:21
**include** [2] - 2846:21, 2873:14
**including** [4] - 2845:10, 2845:12, 2928:6, 2974:1
**income** [1] - 2845:9
**inconsistent** [1] - 2971:22
**independent** [2] - 3019:9, 3094:18
**index** [1] - 2864:12
**indicate** [1] - 3091:20
**indicated** [4] - 2925:24, 3002:4, 3043:8, 3043:16
**indicating** [4] - 2884:17, 2893:17, 2893:19, 2905:14
**indicating)** [2] - 2898:22, 3018:25
**indict** [2] - 2838:13, 2839:15
**indicted** [11] - 2975:15, 3010:3, 3010:4, 3019:10, 3019:20, 3027:13, 3070:5, 3070:8, 3070:11, 3073:7, 3073:8
**indictment** [12] - 2905:20, 2937:19, 2937:21, 2937:22, 2937:24, 3071:19, 3071:20, 3071:21, 3071:22, 3072:18, 3073:5, 3073:9
**indictments** [1] - 3073:18
**individual** [44] - 2822:15, 2856:19, 2872:10, 2877:2, 2883:23, 2890:2, 2890:6, 2893:11, 2893:14, 2893:17, 2893:19, 2895:10, 2895:18, 2900:10, 2901:22, 2902:4, 2902:6, 2903:23, 2915:20, 2919:24, 2923:16, 2924:8, 2940:2, 2990:15, 2990:18, 2995:23, 2996:19, 2997:2, 2997:15, 2997:20, 2998:22, 3000:14, 3006:2, 3017:12, 3024:3, 3026:4, 3033:19,

**3035**:19, 3045:23, 3047:15, 3047:23, 3081:22, 3082:1
**individual's** [1] - 2893:15
**individuals** [32] - 2838:13, 2855:19, 2856:4, 2901:1, 2919:6, 2919:12, 2920:9, 2923:11, 2923:12, 2923:21, 2925:22, 2926:3, 2926:7, 2926:22, 2927:2, 2934:4, 2957:11, 2967:9, 2967:10, 2967:11, 2975:5, 2986:5, 2991:14, 2991:21, 2998:16, 3019:11, 3026:19, 3027:12, 3028:7, 3045:19, 3087:1, 3090:23
**inducted** [5] - 2872:8, 2872:10, 2872:22, 2872:24, 2873:5
**Infante** [4] - 2824:2, 2824:14, 2824:18, 2824:22
**Infanti** [3] - 3030:20, 3033:20, 3034:3
**infiltrated** [1] - 2876:15
**infiltration** [1] - 2876:17
**information** [18] - 2837:9, 2837:11, 2837:18, 2838:2, 2838:5, 2838:6, 2845:14, 2938:17, 3034:17, 3034:19, 3034:22, 3060:14, 3062:17, 3080:24, 3081:5, 3081:21, 3082:5
**informed** [4] - 2913:14, 3036:10, 3096:25, 3098:6
**initials** [1] - 3093:10
**innocent** [1] - 2907:5
**inquire** [3] - 2947:9, 3082:24, 3097:24
**inquired** [2] - 2999:17, 2999:18
**inquiring** [1] - 3002:2
**inquisitive** [1] - 2939:9
**inside** [12] - 2897:20, 2897:22, 2897:24, 2898:1, 2898:13, 3036:24, 3037:2, 3037:21, 3038:2, 3038:5, 3038:13, 3039:6
**insist** [1] - 2822:13
**insists** [1] - 2822:11
**instances** [4] - 2881:14, 3095:15, 3095:22, 3096:17
**instilled** [1] - 2935:25
**institution** [2] - 2833:5, 2836:16
**instructed** [3] - 2984:22, 3029:1, 3082:9
**instructions** [1] - 2844:18
**Instrument** [1] - 2870:3
**intend** [2] - 2847:16, 3043:21
**intention** [2] - 3019:25, 3079:10
**interaction** [6] - 2945:16, 3018:16, 3018:19, 3018:23, 3083:14, 3083:18
**interest** [5] - 2912:6, 3047:1, 3047:7, 3047:9, 3048:16

**interested** [1] - 2912:2
**interests** [1] - 3075:9
**intermediates** [1] - 3028:6
**Internal** [2] - 2845:8, 2845:13
**interpret** [1] - 2868:12
**intervening** [1] - 2853:19
**interview** [1] - 2928:17
**interviewed** [3] - 2915:25, 2928:10, 2928:13
**interviewing** [1] - 2917:20
**introduce** [2] - 2899:5, 3086:19
**introduced** [26] - 2899:3, 2899:7, 2899:9, 2899:14, 2956:15, 2957:18, 2958:11, 2958:14, 2958:20, 2959:1, 2959:2, 2959:4, 2971:21, 2988:1, 2988:11, 3016:21, 3084:4, 3084:14, 3084:18, 3084:20, 3084:22, 3084:23, 3085:23, 3086:12, 3086:17
**introducing** [1] - 2957:21
**introduction** [5] - 2958:22, 2958:25, 2987:21, 3084:7, 3084:25
**introductions** [5] - 2899:18, 2899:22, 2899:23, 2958:13, 2959:9
**investigating** [1] - 2894:20
**Investigation** [1] - 2930:15
**investigation** [13] - 2844:12, 2895:3, 2996:2, 2996:4, 2996:6, 2996:20, 2997:3, 2997:16, 2999:13, 2999:15, 3060:13, 3060:21, 3094:19
**invited** [3] - 3058:3, 3063:12, 3063:15
**involve** [2] - 2874:19, 2874:21
**involved** [56] - 2829:23, 2838:4, 2870:9, 2870:12, 2874:2, 2903:3, 2930:3, 2930:4, 2930:7, 2930:16, 2934:2, 2934:16, 2936:6, 2937:3, 2937:8, 2938:3, 2940:5, 2940:21, 2943:16, 2943:17, 2943:19, 2943:25, 2957:1, 2981:14, 2989:7, 2989:13, 2989:24, 3007:21, 3010:18, 3010:21, 3011:15, 3011:25, 3031:11, 3031:12, 3032:6, 3033:5, 3035:8, 3035:10, 3035:12, 3036:4, 3036:5, 3036:23, 3039:5, 3042:9, 3042:16, 3042:20, 3059:3, 3059:5, 3059:9, 3065:6, 3065:16, 3065:22, 3068:4, 3068:16, 3069:10, 3072:24
**involvement** [2] - 2939:22, 3078:11
**involving** [2] - 2901:25, 3043:18
**Irish** [1] - 2975:19
**IRS** [1] - 2847:8

**Island** [5] - 2855:8, 2856:12, 2876:25, 2877:7, 3064:1
**Islip** [2] - 2821:5, 2821:23
**issue** [2] - 2842:11, 3072:15
**issues** [4] - 2960:12, 3044:4, 3095:13, 3095:16
**it'd** [1] - 3015:4
**Italian** [5] - 2863:13, 2975:17, 2975:20, 3013:15
**items** [2] - 2859:8, 2859:18

---

**J**

---

**Jackie** [15] - 2832:1, 2832:19, 2833:7, 2851:8, 2901:17, 2901:18, 2901:25, 2902:9, 2902:10, 2902:14, 2903:1, 2903:2, 2920:10, 2920:11
**Jackie's** [1] - 2902:13
**jail** [21] - 2851:22, 2880:7, 2881:1, 2881:4, 2881:8, 2881:10, 2962:10, 2962:17, 2962:20, 2968:4, 2968:8, 2968:11, 2980:5, 3008:1, 3009:20, 3010:1, 3047:5, 3063:13, 3075:3, 3075:5, 3077:19
**jailhouse** [1] - 2841:19
**January** [18] - 2848:23, 2905:11, 2908:3, 2908:4, 2910:4, 2920:15, 2929:20, 3048:25, 3050:11, 3070:23, 3070:25, 3075:10, 3075:11, 3076:3, 3076:14, 3077:4, 3077:12, 3077:23
**JEFFREY** [1] - 2821:15
**jeopardize** [1] - 3014:25
**Jersey** [1] - 2836:12
**Jimmy** [9] - 2830:20, 2831:6, 2831:10, 2831:22, 2831:25, 2832:5, 2832:18, 2833:1, 2919:25
**JOANNA** [1] - 2821:9
**job** [2] - 2890:4
**Joe** [89] - 2870:14, 2870:20, 2870:24, 2871:7, 2877:25, 2878:4, 2878:9, 2878:16, 2878:17, 2878:19, 2881:1, 2881:7, 2889:16, 2889:20, 2893:11, 2893:18, 2896:11, 2896:14, 2896:15, 2896:20, 2896:22, 2898:2, 2898:7, 2898:14, 2898:24, 2899:4, 2899:5, 2899:7, 2899:14, 2899:24, 2900:17, 2901:9, 2903:24, 2949:3, 2949:7, 2949:9, 2949:12, 2949:19, 2949:22, 2950:7, 2950:23, 2951:1, 2951:24, 2958:14, 2958:20, 2958:21, 2958:25, 2965:9, 2975:3, 2977:25,

14

2978:23, 2988:20, 2992:3,
3017:12, 3021:9, 3021:12,
3052:15, 3052:23, 3053:6,
3053:14, 3053:15, 3053:24,
3054:16, 3054:20, 3054:22,
3055:2, 3056:12, 3056:13,
3056:14, 3056:15, 3056:19,
3056:20, 3056:21, 3057:2,
3057:15, 3057:18, 3058:6,
3058:22, 3059:24, 3068:17,
3068:19, 3084:22, 3084:23,
3085:11, 3085:23, 3086:12
**Joe's** [4] - 2848:22, 3068:6,
3068:8
**Joel** [2] - 3056:11, 3084:14
**Joey** [7] - 2877:13, 2877:15,
2963:5, 2963:6, 2963:10,
2963:14
**John** [16] - 2857:2, 2857:3,
2857:7, 2857:10, 2886:19,
2902:5, 2902:7, 2902:13,
2902:20, 2995:13, 2995:15,
3023:20, 3023:25, 3024:3,
3083:6
**JOHN** [2] - 2821:5, 2821:14
**John's** [2] - 2886:19, 2886:22
**Johnson** [3] - 2918:19, 2918:21,
2919:24
**join** [4] - 2872:20, 2877:4,
3075:17, 3075:18
**JONES** [1] - 2821:17
**Joseph** [12] - 2853:6, 2870:10,
2870:11, 2949:15, 2969:6,
2969:14, 2969:19, 2970:3,
2970:7, 2977:3, 2979:2,
2979:18
**Jr** [1] - 3097:25
**Judge** [49] - 2838:14, 2839:18,
2839:23, 2841:6, 2841:11,
2851:10, 2852:18, 2881:20,
2881:23, 2907:13, 2925:5,
2927:2, 2927:19, 2938:20,
2938:25, 2939:5, 2939:18,
2942:11, 2942:13, 2942:18,
2944:4, 2944:12, 2945:21,
2945:24, 2946:16, 2971:7,
2971:17, 2972:9, 2977:12,
2978:17, 2988:5, 3001:11,
3002:14, 3002:19, 3003:8,
3003:21, 3003:24, 3044:1,
3044:9, 3072:1, 3073:6,
3079:6, 3079:24, 3080:1,
3081:14, 3092:18, 3096:25,
3097:11, 3097:15
**JUDGE** [1] - 2821:9
**judge** [8] - 2907:2, 2907:12,
2908:18, 2909:1, 3073:2,
3073:8, 3073:10, 3073:20
**JULIE** [1] - 2821:17
**July** [4] - 2828:8, 2851:5,
2915:18, 3063:21
**jumped** [1] - 2897:13

**June** [6] - 2894:3, 2894:4,
2894:9, 2961:11, 3055:8,
3063:18
**Junior** [26] - 2882:5, 2882:11,
2882:24, 2883:8, 2883:19,
2891:18, 2892:9, 2892:18,
2961:6, 2961:13, 2964:11,
2964:13, 2964:16, 2969:3,
2972:4, 2972:7, 2972:10,
2999:18, 2999:23, 3014:8,
3014:9, 3059:16, 3059:17,
3059:18, 3059:19, 3059:20
**Junior's** [1] - 2892:22
**jurors** [2] - 2823:6, 3094:15
**Jury** [1] - 2823:7
**jury** [35] - 2822:24, 2852:22,
2853:25, 2860:7, 2862:13,
2862:25, 2863:17, 2870:11,
2871:2, 2871:19, 2872:8,
2875:2, 2876:14, 2882:20,
2883:7, 2888:3, 2889:9,
2890:15, 2891:5, 2896:7,
2899:7, 2902:3, 2903:16,
2904:12, 2910:25, 2942:2,
2947:6, 2958:4, 2984:22,
3029:1, 3043:4, 3044:8,
3044:11, 3082:9, 3095:2

---

### K

**K.A.T.H.L.E.E.N** [1] - 2854:8
**Karate** [1] - 3036:8
**Kathleen** [2] - 2854:2, 2854:8
**KATHLEEN** [2] - 2854:3, 3099:7
**Kedia** [16] - 2941:4, 2942:3,
2942:15, 2947:9, 3002:3,
3002:21, 3002:25, 3003:6,
3043:5, 3043:19, 3078:15,
3079:3, 3093:1, 3095:3,
3095:25, 3096:17
**KEDIA** [180] - 2821:16, 2823:2,
2852:23, 2853:1, 2861:13,
2862:8, 2864:20, 2866:20,
2866:24, 2867:22, 2868:3,
2868:13, 2868:22, 2881:20,
2882:15, 2885:19, 2886:4,
2887:15, 2888:23, 2889:1,
2889:5, 2898:10, 2902:22,
2903:12, 2908:10, 2912:7,
2912:18, 2915:2, 2919:11,
2921:12, 2924:6, 2924:11,
2924:16, 2924:21, 2925:5,
2925:9, 2925:11, 2925:16,
2925:21, 2926:1, 2926:15,
2926:17, 2926:20, 2927:10,
2927:18, 2927:20, 2928:1,
2928:3, 2932:17, 2934:8,
2934:10, 2937:1, 2942:4,
2942:11, 2942:17, 2943:7,
2943:10, 2943:15, 2944:4,
2944:12, 2944:23, 2944:25,
2945:20, 2945:22, 2946:2,

2946:22, 2947:10, 2947:12,
2947:21, 2948:2, 2948:11,
2948:14, 2952:10, 2953:9,
2953:14, 2953:20, 2954:16,
2955:1, 2955:17, 2956:7,
2956:13, 2958:8, 2961:23,
2962:4, 2963:13, 2963:18,
2963:22, 2963:25, 2964:10,
2969:18, 2970:1, 2970:6,
2970:22, 2971:2, 2971:4,
2971:7, 2971:9, 2971:10,
2971:16, 2971:24, 2972:9,
2972:22, 2973:4, 2973:11,
2976:7, 2976:23, 2976:24,
2977:2, 2977:5, 2977:12,
2977:13, 2978:19, 2978:20,
2979:7, 2979:24, 2980:3,
2982:25, 2983:2, 2983:6,
2984:12, 2984:14, 2984:24,
2985:14, 2986:10, 2986:13,
2986:19, 2987:8, 2987:18,
2988:5, 2988:8, 2991:1,
2996:12, 3002:10, 3002:14,
3003:8, 3003:20, 3003:24,
3005:2, 3018:7, 3021:4,
3021:6, 3032:8, 3033:3,
3040:2, 3042:13, 3042:19,
3044:13, 3044:16, 3044:17,
3048:1, 3050:21, 3051:1,
3060:3, 3061:6, 3061:10,
3066:6, 3067:5, 3068:12,
3072:6, 3077:10, 3078:22,
3079:20, 3079:25, 3080:5,
3080:16, 3081:4, 3081:10,
3081:14, 3081:15, 3082:12,
3082:15, 3093:4, 3094:7,
3095:12, 3097:24, 3098:8,
3098:10, 3099:11, 3099:16,
3099:21
**keep** [11] - 2879:19, 2903:17,
2924:1, 2946:3, 3013:11,
3013:13, 3013:18, 3070:9,
3081:12, 3094:20, 3096:5
**keeping** [3] - 2855:7, 2940:1,
3050:13
**keeps** [1] - 2868:7
**kept** [5] - 2876:11, 2945:6,
2946:18, 3008:15, 3095:4
**key** [2] - 2975:22, 3029:21
**kid** [7] - 2824:1, 2831:10,
2831:24, 2832:20, 2893:11,
2902:18
**kill** [15] - 2829:2, 2875:6,
2877:18, 2884:1, 2895:18,
2985:7, 2986:8, 2990:9,
2990:10, 2990:18, 2995:23,
2996:19, 3033:17, 3042:8,
3064:9
**killed** [59] - 2866:6, 2876:2,
2877:5, 2877:10, 2877:12,
2894:24, 2895:4, 2895:9,
2895:11, 2895:14, 2895:16,

2900:10, 2929:17, 2931:16,
2940:2, 2963:7, 2963:15,
2981:16, 2990:16, 2991:3,
2991:7, 2992:8, 2992:13,
2994:13, 2994:14, 2994:17,
2994:22, 2995:4, 2995:8,
2995:10, 2995:13, 2996:5,
2998:8, 2998:15, 2999:4,
2999:6, 2999:9, 3000:22,
3007:19, 3024:1, 3024:7,
3029:11, 3030:11, 3030:12,
3033:8, 3033:9, 3033:11,
3033:14, 3033:17, 3034:12,
3038:8, 3038:11, 3040:21,
3040:23, 3058:17, 3060:18,
3061:3, 3068:18
**killing** [7] - 2829:23, 2930:7,
2931:14, 2983:15, 3007:22,
3036:1, 3059:6
**Kim** [6] - 2915:20, 2917:14,
2917:16, 2917:17, 2917:18
**kind** [15] - 2849:23, 2870:7,
2888:10, 2957:7, 2989:2,
3017:21, 3021:17, 3025:11,
3040:6, 3040:9, 3041:20,
3056:17, 3071:10, 3078:15
**kinds** [5] - 2880:23, 2944:17,
3025:19, 3026:11, 3045:15
**King** [1] - 3087:18
**kitchen** [6] - 2895:11, 2898:16,
2898:17, 2898:19, 3000:16
**knock** [2] - 2904:16
**knock-down** [2] - 2904:16
**knowing** [6] - 2877:4, 2932:11,
2984:8, 2984:10, 3033:16,
3098:13
**knowledge** [13] - 2840:3,
2923:5, 2954:20, 2955:24,
2994:10, 3019:25, 3026:8,
3034:2, 3034:8, 3056:4,
3056:7, 3059:8, 3061:19
**known** [1] - 2916:25
**knows** [4] - 2945:5, 2945:7,
2999:10, 3095:17

---

### L

**labels** [1] - 2859:19
**lack** [1] - 2891:9
**Lack** [1] - 3060:1
**Ladies** [1] - 3042:24
**lady** [1] - 2957:10
**laid** [2] - 2938:8, 3038:6
**lam** [35] - 2877:20, 2877:23,
2877:25, 2878:5, 2878:10,
2878:20, 2878:22, 2878:25,
2879:3, 2929:15, 2941:1,
2946:10, 3019:3, 3019:5,
3019:8, 3019:12, 3019:13,
3021:10, 3022:24, 3023:3,
3023:10, 3023:15, 3025:9,

3026:1, 3026:12, 3026:15, 3026:18, 3026:20, 3027:18, 3027:21, 3030:10, 3030:13, 3030:15, 3033:13, 3033:22

**lamb** [2] - 3029:17, 3029:19

**language** [1] - 2936:13

**Lapinoza** [1] - 2914:5

**large** [2] - 2846:19

**Larry** [2] - 2975:2, 3056:25

**LaRusso** [69] - 2821:19, 2821:20, 2823:1, 2823:19, 2826:10, 2836:14, 2839:21, 2840:2, 2840:14, 2841:6, 2841:8, 2841:10, 2842:1, 2842:9, 2842:16, 2842:21, 2844:3, 2852:16, 2859:25, 2860:21, 2860:23, 2861:11, 2866:19, 2882:16, 2886:5, 2887:17, 2887:18, 2898:9, 2903:13, 2908:11, 2943:6, 2946:6, 2946:12, 3002:4, 3002:14, 3002:18, 3002:19, 3002:23, 3003:1, 3003:7, 3003:8, 3003:11, 3003:17, 3032:14, 3032:15, 3043:12, 3043:14, 3043:16, 3078:20, 3079:1, 3079:2, 3079:6, 3079:10, 3079:23, 3082:11, 3082:24, 3083:2, 3085:17, 3085:20, 3086:10, 3086:18, 3091:23, 3092:15, 3094:8, 3094:9, 3097:1, 3099:5, 3099:10, 3099:18

**last** [21] - 2823:7, 2848:16, 2913:3, 2915:8, 2918:19, 2918:22, 2921:23, 2927:3, 2929:22, 2937:6, 2965:20, 2965:21, 2968:6, 2987:15, 3003:7, 3006:16, 3030:3, 3048:21, 3057:9, 3080:14, 3097:12

**late** [17] - 2824:11, 2832:3, 2883:6, 2889:24, 2890:23, 2902:25, 2947:8, 2961:10, 2976:15, 3016:25, 3038:18, 3052:9, 3052:11, 3053:19, 3055:6, 3078:15, 3092:5

**Late** [5] - 2889:8, 2893:2, 2977:25, 3008:5, 3052:6

**latter** [4] - 2881:5, 2881:6, 2896:6, 2896:7

**law** [15] - 2844:18, 2870:13, 2870:15, 2870:20, 2878:11, 3000:11, 3020:7, 3022:8, 3024:4, 3024:17, 3029:21, 3029:23, 3078:6, 3085:7, 3085:22

**lawyer** [3] - 2834:10, 2835:3, 3066:12

**lawyers** [3] - 3071:7, 3071:8, 3072:8

**lay** [1] - 2900:9

**laying** [2] - 3045:20, 3045:21

**leading** [4] - 2864:20, 2866:5, 2891:15, 2891:22

**learn** [11] - 2839:14, 2865:1, 2865:20, 2871:9, 2873:4, 2881:25, 2883:4, 2894:9, 2894:13, 3034:16, 3034:20

**learned** [16] - 2825:19, 2826:13, 2826:24, 2827:4, 2827:7, 2827:8, 2827:13, 2828:3, 2828:7, 2864:24, 2865:3, 2865:5, 2871:13, 2882:21, 2894:15, 2992:16

**least** [3] - 2929:4, 2982:20, 3080:1

**leave** [7] - 2855:15, 2872:19, 3020:1, 3027:18, 3067:22, 3091:9

**Leave** [5] - 3041:5, 3041:7, 3041:8, 3042:1, 3042:3

**leaves** [2] - 2852:22, 2862:13

**leeway** [1] - 3043:20

**left** [25] - 2824:7, 2855:13, 2855:14, 2856:7, 2858:15, 2869:25, 2888:2, 2892:7, 2893:19, 2897:16, 2967:3, 3019:15, 3027:2, 3027:4, 3027:20, 3029:2, 3030:15, 3030:19, 3033:21, 3042:6, 3042:7, 3043:4, 3068:1, 3093:9, 3095:2

**left-hand** [2] - 2888:2, 3093:9

**leg** [1] - 3090:8

**legitimate** [1] - 2890:3

**legitimately** [1] - 3003:18

**less** [4] - 2906:20, 3013:17, 3097:10, 3097:11

**letter** [9] - 2908:22, 2908:24, 2908:25, 2909:4, 2909:5, 2996:11, 3095:21, 3096:20

**level** [1] - 2845:21

**liability** [2] - 2845:10, 2847:13

**lie** [5] - 2907:2, 2907:14, 2907:18, 2909:21, 3034:7

**lied** [10] - 2847:11, 2847:12, 2853:10, 2875:3, 2875:15, 2909:17, 2990:2, 2992:6, 3034:24, 3095:16

**Life** [1] - 2909:13

**life** [11] - 2836:4, 2837:7, 2872:20, 2941:3, 2958:2, 2958:5, 2983:11, 2983:20, 3069:24, 3069:25, 3083:12

**light** [3] - 2837:25, 2857:15, 2982:15

**limit** [2] - 2822:20, 3003:25

**limitation** [1] - 3002:20

**limitations** [2] - 2841:21, 3096:14

**limited** [1] - 3043:23

**limits** [3] - 2822:4, 3003:22,

3003:23

**Line** [1] - 3021:6

**line** [10] - 2971:15, 2971:16, 2977:1, 2977:16, 2983:7, 2984:13, 2996:13, 3021:5, 3028:14, 3028:16

**lingo** [1] - 2936:21

**Lino** [3] - 3035:18, 3035:21, 3036:12

**list** [6] - 2872:11, 2880:21, 2886:17, 2886:25, 2901:3, 3097:3

**lists** [1] - 2900:24

**literally** [2] - 2938:19, 3003:24

**live** [1] - 2851:22

**lived** [1] - 2829:3

**living** [2] - 3015:21, 3015:23

**loan** [9] - 2876:1, 2876:11, 2903:3, 2904:13, 2906:22, 3001:6, 3044:24, 3046:23

**loan-shark** [1] - 2876:1

**loan-sharking** [3] - 2903:3, 2906:22, 3001:6

**loaned** [2] - 3047:15, 3049:5

**loansharking** [3] - 3044:22, 3048:24, 3049:10

**local** [2] - 2852:10, 2852:11

**Local** [1] - 2852:15

**located** [1] - 2848:10

**location** [20] - 2898:13, 2928:2, 2956:20, 2984:3, 3020:16, 3027:22, 3027:23, 3028:10, 3028:23, 3038:17, 3038:25, 3041:13, 3041:15, 3041:17, 3041:19, 3046:1, 3077:22, 3087:19, 3087:21

**locations** [1] - 2878:13

**look** [6] - 2898:19, 2948:23, 2982:13, 2983:21, 2989:20, 3057:11

**looked** [21] - 2864:15, 2898:19, 2921:15, 2926:21, 2928:4, 2929:2, 2929:9, 2932:18, 2933:18, 2948:25, 2953:1, 2953:15, 2982:14, 2983:10, 2983:20, 2983:21, 3029:13, 3057:13, 3093:8, 3093:17, 3093:25

**looking** [12] - 2861:4, 2882:4, 2884:1, 2893:11, 2898:21, 2898:22, 2989:22, 3020:7, 3024:19, 3044:18, 3049:4, 3097:14

**looks** [2] - 2926:6, 3051:12

**lose** [1] - 3089:9

**lost** [1] - 2902:6

**Louie** [25] - 2975:4, 3006:3, 3006:4, 3006:6, 3006:8, 3006:16, 3007:6, 3007:8, 3007:11, 3022:2, 3024:12, 3035:19, 3041:4, 3041:6,

3041:12, 3042:2, 3054:1, 3056:25

**Louie's** [3] - 3039:9, 3039:14, 3040:4

**love** [1] - 2982:12

**lower** [2] - 2860:9, 2908:16

**Lucchese** [2] - 2965:13, 2975:4

**lunch** [3] - 2941:5, 3032:9, 3032:10

**luncheon** [4] - 2941:8, 2943:3, 3043:6, 3095:7

**lure** [1] - 2877:19

**lured** [1] - 2877:1

**luring** [2] - 2874:19, 2874:22

**lying** [2] - 2841:7, 2874:22

---

**M**

---

**ma'am** [2] - 2999:1, 3038:15, 3061:1, 3073:19, 3077:5

**Mafia** [6] - 2822:16, 2879:19, 2945:14, 2988:21, 3087:9, 3091:18

**Magee** [1] - 2928:10

**maintained** [1] - 3050:7

**major** [2] - 3003:13, 3062:15

**majority** [1] - 3096:18

**man** [7] - 2824:4, 2831:24, 2884:16, 2934:12, 2982:12, 3000:3, 3024:1

**man's** [1] - 2946:6

**Manhattan** [4] - 2891:23, 2895:25, 2957:14, 2957:16

**March** [1] - 2940:2

**marked** [13] - 2844:7, 2859:6, 2921:10, 2921:13, 2927:21, 2928:20, 2931:20, 2933:15, 2934:6, 2938:14, 2948:21, 3057:6, 3093:22

**Markey** [1] - 2848:16

**married** [4] - 2869:11, 2893:25, 3076:22, 3076:23

**Marshall** [1] - 3021:7

**Marshals** [1] - 2862:19

**marshals** [2] - 3092:11, 3098:2

**Massino** [206] - 2853:7, 2866:5, 2870:10, 2870:11, 2870:14, 2870:20, 2870:24, 2871:7, 2872:10, 2875:6, 2876:7, 2876:11, 2877:2, 2877:25, 2878:4, 2878:9, 2878:11, 2878:19, 2878:24, 2881:1, 2881:7, 2889:14, 2896:15, 2896:22, 2897:9, 2897:23, 2899:1, 2899:14, 2900:18, 2905:18, 2936:1, 2940:25, 2941:1, 2946:10, 2949:14, 2949:15, 2949:16, 2950:7, 2950:14, 2950:16, 2950:22, 2950:25, 2951:14, 2951:24, 2958:14, 2958:21, 2959:4,

2959:7, 2960:14, 2960:22, 2960:23, 2960:25, 2961:6, 2969:6, 2969:8, 2969:14, 2969:19, 2970:3, 2970:7, 2970:16, 2970:24, 2975:2, 2975:11, 2976:9, 2977:3, 2977:4, 2978:23, 2979:3, 2979:18, 2979:25, 2980:18, 2980:21, 2981:1, 2981:15, 2981:23, 2982:7, 2983:8, 2983:10, 2983:11, 2983:19, 2983:20, 2985:21, 2985:25, 2987:3, 2987:5, 2987:9, 2988:20, 2992:3, 2992:12, 2992:14, 2992:16, 2992:18, 2992:19, 2992:24, 2993:6, 2993:8, 2993:10, 2993:12, 2993:18, 2994:6, 2994:9, 2997:15, 2999:8, 2999:12, 2999:16, 2999:24, 3000:2, 3000:7, 3005:3, 3005:22, 3008:1, 3009:16, 3009:17, 3009:20, 3009:23, 3010:1, 3010:14, 3010:17, 3010:25, 3011:4, 3011:10, 3012:25, 3013:2, 3013:16, 3013:21, 3013:22, 3013:25, 3014:16, 3014:20, 3016:24, 3016:25, 3019:3, 3019:8, 3020:4, 3020:22, 3021:1, 3021:9, 3022:1, 3022:5, 3022:9, 3022:13, 3022:17, 3022:23, 3022:24, 3022:25, 3023:9, 3023:20, 3024:10, 3024:14, 3024:18, 3025:2, 3025:25, 3027:2, 3028:5, 3028:17, 3029:2, 3029:7, 3029:22, 3030:2, 3030:6, 3030:7, 3030:15, 3030:18, 3030:23, 3031:3, 3033:12, 3033:17, 3033:20, 3034:1, 3034:11, 3034:16, 3034:18, 3034:24, 3035:6, 3035:23, 3035:25, 3036:2, 3037:17, 3040:12, 3045:11, 3046:12, 3046:15, 3056:4, 3056:24, 3058:18, 3060:8, 3060:17, 3060:20, 3062:15, 3065:21, 3065:22, 3066:2, 3066:7, 3066:20, 3066:22, 3067:19, 3067:22, 3070:18, 3071:3, 3072:15, 3080:12, 3083:23, 3090:23
**Massino's** [10] - 2878:17, 2944:5, 2979:23, 2980:4, 2992:13, 2993:18, 3037:25, 3038:19, 3059:13, 3072:20
**material** [4] - 2822:8, 2844:11, 2853:3, 2924:20
**materials** [1] - 2823:3
**matter** [4] - 2840:17, 2842:5, 2894:12, 3092:9
**Matter** [2] - 2866:16, 2900:3

**Matter-of-factly** [1] - 2866:16
**matters** [1] - 3043:9
**Mauro** [2] - 3039:13, 3040:20
**MAYER** [41] - 2821:15, 2826:9, 2826:18, 2826:22, 2827:2, 2830:18, 2831:12, 2832:8, 2832:24, 2833:15, 2833:21, 2833:24, 2834:11, 2834:16, 2836:13, 2836:18, 2837:15, 2837:20, 2838:9, 2838:14, 2838:21, 2839:3, 2839:12, 2839:17, 2839:23, 2840:11, 2841:15, 2842:3, 2842:17, 2845:2, 2846:23, 2847:2, 2847:18, 2847:25, 2850:8, 2850:17, 2851:10, 2852:18, 2862:19, 2862:22, 2919:9
**Mayer** [10] - 2911:3, 2913:18, 2916:5, 2919:18, 2920:21, 2922:12, 2922:19, 2922:24, 2942:5, 2942:10
**MCC** [1] - 2941:1
**McCaffrey** [2] - 2915:20, 2917:14
**McDonald's** [1] - 3087:18
**MDC** [5] - 2824:7, 2832:3, 2835:21, 2836:21, 2836:22
**mean** [55] - 2835:9, 2837:21, 2838:1, 2838:3, 2852:21, 2865:23, 2867:17, 2868:16, 2877:22, 2879:18, 2886:23, 2904:2, 2904:12, 2908:23, 2910:20, 2912:13, 2929:13, 2929:15, 2930:11, 2932:19, 2954:8, 2954:23, 2957:1, 2960:18, 2961:4, 2964:15, 2978:2, 2979:9, 2979:15, 2986:5, 3000:10, 3002:3, 3009:9, 3009:18, 3012:20, 3014:6, 3020:10, 3023:8, 3029:16, 3029:19, 3029:23, 3038:21, 3044:21, 3045:10, 3052:8, 3052:9, 3053:22, 3058:3, 3059:17, 3062:19, 3064:8, 3069:23, 3074:15, 3076:22, 3078:22
**Meaning** [18] - 2917:20, 2949:7, 2951:10, 2959:6, 2992:13, 3013:5, 3021:21, 3034:11, 3035:14, 3035:22, 3038:25, 3054:20, 3054:21, 3063:5, 3065:6, 3068:19, 3081:25, 3089:7
**meaning** [11] - 2867:4, 2916:13, 2961:9, 2962:13, 2966:16, 2972:7, 2999:22, 3015:2, 3019:16, 3033:15, 3059:1
**meaningful** [1] - 3002:6
**means** [8] - 2871:3, 2877:23, 2929:15, 2957:2, 3046:3, 3062:15, 3091:7, 3091:9
**meant** [7] - 2838:4, 2870:25,

3066:25, 3084:9, 3084:10, 3084:11, 3085:13
**mechanical** [1] - 2821:25
**media** [1] - 3094:16
**meet** [39] - 2825:3, 2825:20, 2826:1, 2826:14, 2827:24, 2828:23, 2836:20, 2857:20, 2864:8, 2865:3, 2865:8, 2879:21, 2886:22, 2889:17, 2893:1, 2896:8, 2896:9, 2896:19, 2896:22, 2897:1, 2897:5, 2899:10, 2903:1, 2916:15, 2920:24, 2957:23, 2958:1, 2958:4, 2981:1, 2987:20, 3016:14, 3016:16, 3016:19, 3053:24, 3054:16, 3064:11, 3077:14, 3090:21, 3090:22
**Meet** [1] - 2899:11
**meeting** [158] - 2825:1, 2825:5, 2826:2, 2826:3, 2826:20, 2837:23, 2856:22, 2857:11, 2857:12, 2857:23, 2858:5, 2859:12, 2860:12, 2860:14, 2866:10, 2875:8, 2883:12, 2883:16, 2883:17, 2883:18, 2883:24, 2893:23, 2899:2, 2900:15, 2900:25, 2901:11, 2901:14, 2912:4, 2916:3, 2916:5, 2916:9, 2917:3, 2918:2, 2918:5, 2918:7, 2918:12, 2918:14, 2919:7, 2919:12, 2919:18, 2919:20, 2919:21, 2919:23, 2920:22, 2921:4, 2922:12, 2922:23, 2922:24, 2925:21, 2926:2, 2927:12, 2931:13, 2942:5, 2942:7, 2942:9, 2947:14, 2947:23, 2948:3, 2949:1, 2949:2, 2949:19, 2949:22, 2950:6, 2950:13, 2951:21, 2951:23, 2952:12, 2953:4, 2953:17, 2953:22, 2954:3, 2955:3, 2955:4, 2955:6, 2955:8, 2955:11, 2956:1, 2956:14, 2956:18, 2956:23, 2959:10, 2959:12, 2961:9, 2961:12, 2961:13, 2961:25, 2962:5, 2963:1, 2963:2, 2963:4, 2963:9, 2963:19, 2964:1, 2964:11, 2964:13, 2964:20, 2965:8, 2966:9, 2967:4, 2967:6, 2967:13, 2967:18, 2968:2, 2968:4, 2968:8, 2968:10, 2970:8, 2970:9, 2973:12, 2973:15, 2973:18, 2974:20, 2974:21, 2975:1, 2975:6, 2975:23, 2976:1, 2976:2, 3051:22, 3051:25, 3053:20, 3055:10, 3055:11, 3056:11, 3056:12, 3056:13, 3056:14, 3056:15,

3056:19, 3056:20, 3056:21, 3056:22, 3057:1, 3057:2, 3057:15, 3057:25, 3058:4, 3058:8, 3058:13, 3062:11, 3083:21, 3084:1, 3084:3, 3084:18, 3085:6, 3085:8, 3085:11, 3085:22, 3086:2, 3086:22, 3086:25, 3087:6, 3087:15, 3087:23, 3094:2, 3095:18
**meetings** [23] - 2837:1, 2885:1, 2890:19, 2890:22, 2890:24, 2891:6, 2892:18, 2901:12, 2912:20, 2920:2, 2922:25, 2923:2, 2926:6, 2929:21, 2947:16, 2947:17, 2948:5, 2948:15, 2948:18, 2973:8, 2974:18, 2976:3, 3055:2
**Melville** [1] - 2886:11
**member** [35] - 2829:6, 2831:1, 2849:13, 2849:19, 2854:23, 2872:3, 2872:18, 2873:12, 2889:1, 2889:3, 2957:3, 2957:23, 2958:4, 2975:21, 2981:9, 2981:13, 2981:16, 2981:21, 2984:9, 2985:11, 2987:20, 2987:21, 2988:12, 2988:17, 2990:1, 2992:11, 2998:24, 2998:25, 3059:1, 3061:7, 3078:3, 3089:22, 3091:13
**members** [21] - 2885:1, 2885:12, 2885:17, 2887:1, 2901:2, 2901:4, 2928:6, 2931:11, 2959:22, 2973:22, 2973:23, 2974:12, 2975:12, 2987:16, 2991:2, 2991:6, 2993:3, 3000:2, 3009:11, 3042:9, 3089:19
**men** [10] - 2960:5, 2960:6, 2960:9, 2967:23, 3013:15, 3036:13, 3042:3, 3063:25, 3064:4, 3091:14
**mention** [2] - 2923:15, 3078:16
**mentioned** [7] - 2890:14, 2913:12, 2918:13, 2923:21, 2952:20, 3091:24
**mentioning** [2] - 2928:18, 2970:19
**Mercedes** [14] - 2855:16, 2855:17, 2855:18, 2855:20, 2855:21, 2855:24, 2856:4, 2856:7, 2858:1, 2858:6, 2858:9, 2858:11, 2858:14, 2858:20
**mess** [1] - 2824:23
**message** [1] - 2892:16
**messages** [4] - 2880:22, 2880:24, 2889:20, 3054:18
**messengers** [2] - 2827:6, 2839:7
**Messina** [2] - 3084:23, 3086:12

17

**met** [82] - 2825:21, 2826:12, 2827:17, 2828:4, 2828:6, 2834:1, 2834:3, 2835:16, 2856:18, 2864:7, 2865:18, 2877:9, 2879:2, 2883:10, 2886:8, 2891:23, 2893:3, 2893:21, 2895:20, 2896:10, 2897:19, 2899:6, 2901:18, 2903:2, 2916:10, 2917:12, 2917:14, 2917:16, 2917:17, 2920:1, 2920:21, 2921:16, 2921:22, 2922:15, 2922:19, 2922:23, 2929:4, 2931:1, 2931:7, 2932:20, 2933:10, 2934:20, 2936:3, 2936:19, 2953:2, 2953:25, 2954:2, 2956:21, 2956:22, 2957:4, 2957:7, 2957:18, 2957:20, 2958:9, 2958:23, 2959:3, 2959:7, 2980:18, 2980:21, 3016:4, 3016:6, 3016:17, 3017:2, 3017:3, 3017:5, 3017:14, 3051:4, 3052:13, 3053:15, 3054:4, 3054:13, 3055:5, 3056:24, 3082:3, 3082:16, 3083:11, 3086:11, 3090:23, 3093:6

**Metropolitan** [9] - 2823:25, 2827:17, 2827:24, 2828:4, 2828:18, 2828:24, 2829:5, 2829:9, 2831:7

**Mexico** [3] - 3068:1, 3068:3, 3068:22

**Michael** [2] - 2839:2, 2839:6

**Mid** [3] - 2872:7, 3010:2, 3051:5

**mid** [6] - 2862:11, 2883:6, 2915:18, 2976:17, 3043:1, 3053:19

**Mid-'99** [1] - 2961:11

**mid-1990s** [1] - 3050:18

**mid-afternoon** [1] - 3043:1

**mid-August** [1] - 2915:18

**mid-eighties** [1] - 2976:17

**mid-morning** [1] - 2862:11

**Mid-nineties** [1] - 3051:5

**mid-nineties** [1] - 3053:19

**middle** [3] - 2832:3, 2897:17, 2919:2

**might** [27] - 2852:4, 2910:14, 2910:20, 2913:12, 2914:7, 2914:8, 2915:3, 2928:12, 2934:5, 2935:1, 2935:2, 2935:13, 2938:13, 2940:2, 2954:5, 2954:7, 2955:10, 2955:18, 2960:4, 2996:25, 2997:16, 3006:2, 3059:21, 3086:1, 3086:4, 3097:17

**Mike** [1] - 2850:1

**Mikey** [2] - 2966:4, 2966:5

**military** [1] - 2869:17

**mind** [7] - 2846:12, 2900:13,

3041:4, 3041:25, 3054:8, 3054:18, 3094:20

**mine** [3] - 2979:12, 3037:25, 3045:17

**Mineola** [1] - 2821:20

**minimum** [1] - 2944:16

**minute** [6] - 2852:20, 2852:24, 2852:25, 2905:16, 2936:11, 3095:7

**minutes** [24] - 2842:24, 2852:21, 2855:22, 2857:12, 2857:13, 2857:14, 2858:15, 3002:13, 3002:22, 3002:24, 3003:7, 3003:10, 3032:9, 3032:11, 3032:13, 3032:15, 3043:3, 3043:7, 3043:15, 3043:22, 3044:1, 3044:2, 3044:4, 3095:5

**Mirra** [5] - 2877:8, 2877:9, 2877:12, 2877:16, 2877:18

**mischaracterizes** [1] - 2948:9

**missed** [2] - 2850:2, 2850:11

**missing** [3] - 2864:12, 2864:16, 2935:11

**Misstates** [1] - 2832:8

**mistake** [3] - 2845:7, 3066:9, 3066:16

**mixture** [1] - 3013:17

**mob** [1] - 2832:13

**moment** [10] - 2822:2, 2859:12, 2860:7, 2867:24, 2936:9, 2971:5, 3028:8, 3031:15, 3085:18, 3093:20

**Monday** [3] - 3094:21, 3094:23, 3096:24

**money** [34] - 2846:8, 2846:9, 2846:16, 2846:19, 2851:13, 2851:21, 2876:11, 2902:15, 2903:17, 2903:18, 3000:24, 3001:4, 3044:21, 3045:3, 3045:12, 3045:16, 3045:18, 3045:20, 3045:21, 3046:2, 3046:8, 3047:1, 3047:9, 3047:14, 3047:15, 3047:17, 3047:20, 3048:13, 3048:15, 3049:3, 3049:5, 3049:23, 3083:5

**monies** [1] - 3047:13

**month** [7] - 2845:12, 2921:23, 2940:24, 3055:13, 3055:21, 3065:20, 3077:18

**months** [30] - 2915:5, 2917:19, 2940:25, 2953:23, 2954:3, 2954:11, 2954:22, 2955:10, 2955:13, 2980:6, 3019:22, 3020:19, 3021:20, 3070:17, 3070:19, 3070:22, 3071:2, 3071:4, 3071:7, 3071:18, 3071:23, 3072:10, 3072:13, 3072:14, 3072:20, 3073:3

**Morning** [3] - 2823:20, 2823:21,

2863:12

**morning** [11] - 2822:1, 2823:13, 2854:12, 2854:13, 2860:24, 2862:11, 2863:11, 2880:5, 3097:2, 3097:20

**most** [9] - 2824:4, 2874:7, 2940:4, 2946:20, 2946:22, 2966:15, 3004:2, 3071:22, 3071:25

**Mostly** [1] - 2871:21

**mostly** [1] - 2901:7

**mother** [1] - 2975:19

**motion** [2] - 2900:11, 3038:19

**mouth** [2] - 2868:6, 2868:8

**move** [7] - 2842:17, 2842:19, 2926:14, 3024:8, 3032:17, 3054:18, 3079:17

**Move** [2] - 2984:21, 3028:24

**moved** [2] - 3078:23, 3078:24

**moving** [2] - 2871:21

**MR** [206] - 2822:17, 2822:22, 2823:19, 2826:10, 2836:14, 2839:21, 2840:2, 2841:6, 2841:10, 2842:1, 2842:9, 2842:16, 2842:21, 2844:3, 2852:16, 2853:20, 2853:23, 2854:1, 2854:11, 2857:7, 2859:4, 2859:23, 2859:25, 2860:6, 2860:17, 2860:21, 2860:23, 2861:11, 2861:16, 2861:25, 2862:6, 2862:9, 2863:1, 2863:10, 2865:15, 2866:19, 2868:10, 2868:15, 2868:18, 2868:21, 2869:3, 2881:23, 2882:6, 2882:14, 2882:16, 2885:20, 2886:3, 2886:5, 2887:7, 2887:12, 2887:18, 2898:8, 2898:9, 2903:6, 2903:11, 2903:13, 2908:5, 2908:9, 2908:11, 2912:16, 2914:2, 2919:8, 2924:4, 2924:9, 2924:14, 2924:25, 2925:7, 2925:10, 2925:14, 2926:4, 2927:16, 2932:15, 2936:24, 2942:12, 2942:25, 2945:2, 2945:13, 2945:21, 2945:24, 2946:6, 2946:12, 2946:16, 2946:25, 2947:19, 2947:25, 2948:7, 2948:9, 2952:8, 2953:7, 2953:12, 2953:18, 2954:14, 2954:24, 2955:15, 2956:5, 2958:6, 2961:21, 2962:2, 2963:11, 2963:17, 2963:21, 2964:7, 2969:16, 2969:20, 2970:10, 2971:14, 2972:3, 2972:13, 2973:9, 2976:5, 2977:7, 2977:10, 2978:17, 2979:5, 2979:16, 2980:2, 2983:4, 2984:21, 2985:12, 2986:9, 2986:17, 2987:6, 2987:14, 2988:2, 2990:20,

2991:15, 2992:22, 3001:7, 3001:11, 3002:2, 3002:19, 3002:23, 3003:1, 3003:11, 3003:17, 3003:21, 3012:6, 3018:2, 3018:11, 3020:24, 3023:6, 3023:12, 3023:17, 3028:11, 3028:24, 3031:1, 3031:8, 3031:14, 3032:3, 3037:15, 3037:18, 3042:11, 3042:17, 3042:22, 3043:16, 3044:3, 3044:9, 3047:24, 3050:19, 3050:24, 3060:1, 3061:4, 3061:8, 3066:4, 3067:2, 3068:11, 3072:4, 3077:8, 3078:12, 3079:1, 3079:2, 3079:6, 3079:10, 3079:23, 3080:13, 3081:2, 3081:8, 3082:8, 3082:21, 3083:2, 3085:17, 3085:20, 3086:8, 3086:10, 3086:15, 3086:18, 3091:21, 3091:23, 3092:15, 3092:18, 3092:21, 3092:25, 3094:9, 3096:16, 3096:25, 3097:6, 3097:11, 3097:15, 3098:1, 3098:15, 3099:5, 3099:8, 3099:10, 3099:15, 3099:18, 3099:19

**MS** [219] - 2823:2, 2826:9, 2826:18, 2826:22, 2827:2, 2830:18, 2831:12, 2832:8, 2832:24, 2833:15, 2833:21, 2833:24, 2834:11, 2834:16, 2836:13, 2836:18, 2837:15, 2837:20, 2838:9, 2838:14, 2838:21, 2839:3, 2839:12, 2839:17, 2839:23, 2840:11, 2841:15, 2842:3, 2842:17, 2845:2, 2846:23, 2847:2, 2847:18, 2847:25, 2850:8, 2850:17, 2851:10, 2852:18, 2852:23, 2853:1, 2861:13, 2862:8, 2862:19, 2862:22, 2864:20, 2866:20, 2866:24, 2867:22, 2868:3, 2868:13, 2868:22, 2881:20, 2882:15, 2885:19, 2886:4, 2887:15, 2888:23, 2889:1, 2889:5, 2898:10, 2902:22, 2903:12, 2908:10, 2912:7, 2912:18, 2915:2, 2919:9, 2919:11, 2921:12, 2924:6, 2924:11, 2924:16, 2924:21, 2925:5, 2925:9, 2925:11, 2925:16, 2925:21, 2926:1, 2926:15, 2926:17, 2926:20, 2927:10, 2927:18, 2927:20, 2928:1, 2928:3, 2932:17, 2934:8, 2934:10, 2937:1, 2942:4, 2942:11, 2942:17, 2943:7, 2943:10, 2943:15, 2944:4, 2944:12, 2944:23, 2944:25, 2945:20, 2945:22, 2946:2,

2946:22, 2947:10, 2947:12, 2947:21, 2948:2, 2948:11, 2948:14, 2952:10, 2953:9, 2953:14, 2953:20, 2954:16, 2955:1, 2955:17, 2956:7, 2956:13, 2958:8, 2961:23, 2962:4, 2963:13, 2963:18, 2963:22, 2963:25, 2964:10, 2969:18, 2970:1, 2970:6, 2970:22, 2971:2, 2971:4, 2971:7, 2971:9, 2971:10, 2971:16, 2971:24, 2972:9, 2972:22, 2973:4, 2973:11, 2976:7, 2976:23, 2976:24, 2977:2, 2977:5, 2977:12, 2977:13, 2978:19, 2978:20, 2979:7, 2979:24, 2980:3, 2982:25, 2983:2, 2983:6, 2984:12, 2984:14, 2984:24, 2985:14, 2986:10, 2986:13, 2986:19, 2987:8, 2987:18, 2988:5, 2988:8, 2991:1, 2996:12, 3002:10, 3002:14, 3003:8, 3003:20, 3003:24, 3005:2, 3018:7, 3021:4, 3021:6, 3032:8, 3033:3, 3040:2, 3042:13, 3042:19, 3044:13, 3044:16, 3044:17, 3048:1, 3050:21, 3051:1, 3060:3, 3061:6, 3061:10, 3066:6, 3067:5, 3068:12, 3072:6, 3077:10, 3078:22, 3079:20, 3079:25, 3080:5, 3080:16, 3081:4, 3081:10, 3081:14, 3081:15, 3082:12, 3082:15, 3093:4, 3094:7, 3095:12, 3097:24, 3098:8, 3098:10, 3099:11, 3099:16, 3099:21

**multiple** [1] - 3032:6

**murder** [115] - 2822:19, 2871:24, 2872:1, 2873:14, 2874:7, 2874:11, 2875:21, 2881:15, 2905:24, 2930:2, 2930:16, 2931:2, 2932:2, 2932:3, 2932:13, 2932:21, 2932:22, 2932:24, 2932:25, 2933:5, 2933:10, 2933:20, 2933:21, 2934:11, 2934:16, 2934:20, 2934:22, 2935:15, 2937:3, 2937:8, 2937:23, 2937:25, 2939:4, 2940:4, 2940:20, 2963:4, 2963:6, 2963:10, 2981:14, 2981:18, 2981:23, 2983:9, 2983:15, 2983:16, 2983:24, 2984:3, 2984:6, 2984:17, 2985:5, 2987:4, 2989:8, 2989:9, 2989:10, 2989:11, 2993:24, 2995:18, 2995:20, 2995:22, 2996:2, 2996:3, 2996:15, 2996:18, 2997:9, 2998:4,

2998:5, 2998:7, 2998:8, 2998:9, 2998:17, 3011:22, 3012:3, 3012:8, 3014:3, 3014:21, 3019:5, 3030:7, 3033:4, 3033:5, 3033:15, 3033:19, 3035:2, 3035:10, 3035:12, 3036:17, 3036:25, 3037:2, 3038:4, 3040:3, 3040:18, 3042:20, 3059:24, 3060:6, 3060:11, 3060:22, 3061:13, 3065:11, 3065:14, 3065:18, 3065:23, 3067:10, 3067:11, 3068:4, 3069:23, 3073:12, 3073:14, 3074:25, 3076:5, 3077:25, 3078:10, 3078:11, 3080:10, 3091:25

**Murdered** [1] - 3039:12

**murdered** [18] - 2931:4, 2931:10, 2932:14, 2932:23, 2933:13, 2933:22, 2933:23, 2934:4, 2934:21, 2936:15, 2936:23, 2940:15, 3000:15, 3000:16, 3033:24, 3034:1, 3068:5, 3068:13

**murdering** [5] - 2906:22, 2930:5, 2930:19, 2935:7, 2936:7

**murders** [72] - 2873:19, 2873:22, 2874:2, 2874:15, 2874:18, 2874:21, 2891:8, 2906:1, 2906:5, 2906:11, 2906:18, 2931:9, 2933:2, 2933:8, 2934:2, 2935:16, 2937:16, 2937:18, 2938:3, 2938:6, 2938:9, 2938:12, 2938:20, 2939:1, 2939:22, 2939:25, 2940:7, 2940:9, 2940:19, 2940:21, 2943:17, 2943:23, 2943:25, 2944:18, 2946:8, 2946:18, 2986:15, 2986:21, 2987:13, 2992:2, 2992:20, 2993:17, 2997:23, 3010:18, 3010:21, 3010:24, 3011:9, 3011:15, 3012:1, 3012:21, 3015:3, 3031:10, 3036:20, 3036:23, 3037:4, 3039:5, 3040:11, 3040:14, 3042:14, 3042:21, 3043:11, 3067:23, 3069:9, 3069:17, 3069:20, 3072:24, 3073:4, 3076:6, 3076:9, 3076:12, 3077:15, 3095:20

**must** [2] - 2875:9, 3070:18

**MV-226** [1] - 2971:4

---

## N

**name** [76] - 2823:22, 2830:20, 2830:21, 2830:22, 2848:16, 2849:12, 2849:19, 2851:24, 2852:4, 2854:7, 2859:18, 2863:6, 2872:10, 2885:19,

2888:3, 2888:15, 2890:9, 2893:15, 2902:5, 2903:23, 2911:2, 2912:1, 2912:24, 2913:3, 2913:10, 2913:12, 2913:13, 2913:17, 2913:23, 2914:1, 2914:5, 2914:9, 2915:8, 2918:19, 2918:20, 2918:22, 2919:1, 2919:2, 2919:24, 2921:5, 2923:15, 2923:21, 2927:12, 2928:10, 2934:12, 2937:6, 2947:17, 2947:24, 2948:5, 2948:18, 2950:9, 2962:6, 2964:3, 2964:18, 2965:19, 2965:20, 2965:21, 2965:25, 2991:25, 2998:19, 3006:16, 3012:9, 3016:10, 3016:12, 3017:12, 3020:23, 3030:4, 3030:20, 3046:18, 3057:4, 3057:14, 3058:21, 3088:6, 3089:7

**named** [13] - 2875:21, 2883:23, 2901:17, 2912:25, 2913:6, 2915:20, 2923:12, 2995:13, 2999:18, 3026:4, 3033:5, 3035:19, 3035:22

**names** [3] - 2882:22, 2918:13, 3025:13

**Napolitano** [3] - 2876:23, 3030:5

**narcotic** [1] - 2870:4

**nature** [1] - 2987:12

**near** [4] - 2856:12, 3067:14, 3067:16, 3067:20

**nearby** [1] - 2856:19

**necessarily** [1] - 3079:14

**necessary** [1] - 3043:21

**necessitated** [1] - 3083:8

**need** [13] - 2841:23, 2944:19, 2996:12, 3002:17, 3003:10, 3004:1, 3057:9, 3064:11, 3064:12, 3093:20, 3097:19, 3098:2, 3098:6

**needed** [12] - 2889:4, 3014:20, 3026:12, 3034:12, 3045:16, 3066:3, 3066:7, 3066:10, 3066:20, 3066:22, 3070:6, 3070:7

**neighborhood** [3] - 2869:7, 2889:18, 3092:4

**neutral** [6] - 2884:12, 2891:9, 2892:15, 2900:18, 2961:1, 2961:2

**never** [33] - 2828:4, 2848:6, 2861:3, 2883:19, 2895:11, 2899:6, 2900:10, 2903:2, 2905:20, 2915:13, 2917:9, 2930:20, 2935:8, 2959:3, 2985:8, 2985:17, 2985:24, 2987:11, 2993:16, 2995:23, 3016:17, 3021:23, 3027:20, 3036:16, 3051:19, 3056:19, 3056:20, 3056:21, 3064:20,

3082:19, 3083:11, 3083:13

**Never** [5] - 2844:25, 2901:18, 2911:15, 2997:22, 3083:20

**Nevertheless** [1] - 3035:8

**new** [14] - 2885:12, 2885:17, 2886:25, 2901:2, 2901:4, 2918:18, 2973:22, 2973:23, 2974:11, 2975:12, 3049:3, 3051:9, 3073:5, 3073:8

**NEW** [1] - 2821:1

**New** [22] - 2821:5, 2821:14, 2821:18, 2821:20, 2821:23, 2836:12, 2846:22, 2846:25, 2847:3, 2847:9, 2847:13, 2847:14, 2848:10, 2848:13, 2854:20, 2870:5, 2890:18, 3017:21, 3027:4, 3087:10

**newspaper** [1] - 2840:9

**next** [31] - 2827:14, 2839:25, 2843:1, 2844:15, 2852:20, 2862:20, 2867:25, 2868:24, 2884:7, 2896:1, 2896:24, 2897:2, 2897:14, 2899:13, 2900:4, 2903:25, 2914:10, 2916:9, 2922:24, 2966:21, 2970:2, 2975:12, 3001:13, 3002:13, 3004:5, 3011:22, 3031:16, 3032:19, 3039:17, 3097:3

**Next** [3] - 2849:3, 2885:20, 2896:2

**nice** [1] - 3095:1

**Nice** [1] - 2823:13

**Nickie** [3] - 2965:9, 2965:10, 2966:7

**nickname** [1] - 2914:8

**night** [5] - 2824:11, 2880:5, 2880:6, 3019:17, 3074:20

**nightclub** [1] - 2957:12

**nineties** [6] - 2963:7, 3051:5, 3053:2, 3053:3, 3053:19, 3092:5

**nobody** [5] - 2835:1, 2835:5, 2850:22, 2887:3, 3015:4

**noise** [1] - 2881:22

**None** [1] - 2826:5

**Nory** [1] - 2848:15

**Nostra** [2] - 2885:7, 2994:18

**note** [2] - 3094:15, 3096:16

**notes** [9] - 2916:1, 2916:2, 2916:3, 2932:6, 2935:1, 2942:6, 2942:7, 2942:12, 3095:4

**nothing** [8] - 2845:20, 2845:22, 2862:8, 2912:12, 2912:13, 2982:13, 3033:12, 3094:7

**Nothing** [3] - 2862:9, 2893:23, 2912:16

**November** [6] - 2821:6, 2845:23, 2845:25, 2924:24, 3010:2, 3070:5

19

**nowhere** [2] - 2892:11, 3051:16
**null** [1] - 2909:11
**Number** [2] - 2970:10, 2970:12
**number** [35] - 2837:2, 2848:25, 2849:3, 2849:16, 2849:17, 2851:18, 2878:14, 2889:2, 2903:25, 2904:2, 2904:3, 2904:20, 2905:1, 2926:11, 2926:21, 2927:2, 2928:13, 2928:14, 2943:13, 2971:8, 2991:19, 3005:4, 3011:25, 3027:12, 3042:15, 3049:9, 3051:10, 3051:11, 3051:17, 3060:24, 3079:16, 3088:3, 3088:6, 3095:12
**numbers** [12] - 2878:13, 2887:20, 2888:8, 2888:9, 2888:10, 2888:11, 2888:12, 2904:12, 3051:3, 3051:7, 3051:14, 3051:15
**numerous** [2] - 2889:13, 3095:15
**Numerous** [4] - 2910:1, 2910:2, 2991:17, 2991:18

---

**O**

**oath** [7] - 2823:17, 2947:8, 2970:23, 2979:3, 2997:6, 3066:17, 3095:16
**object** [1] - 3002:7
**Object** [1] - 2973:9
**Objection** [117] - 2826:9, 2826:18, 2826:22, 2827:2, 2830:18, 2831:12, 2832:8, 2832:24, 2833:15, 2833:21, 2833:24, 2834:11, 2834:16, 2836:13, 2836:18, 2837:15, 2837:20, 2838:9, 2838:14, 2838:21, 2839:3, 2839:12, 2839:13, 2839:17, 2845:2, 2846:23, 2847:2, 2847:18, 2847:25, 2850:8, 2850:17, 2851:10, 2861:16, 2861:25, 2862:6, 2864:20, 2866:20, 2866:24, 2867:22, 2912:7, 2914:2, 2919:8, 2919:9, 2924:4, 2924:14, 2927:9, 2927:16, 2932:15, 2947:19, 2947:25, 2948:7, 2952:8, 2953:7, 2953:12, 2953:18, 2954:14, 2954:24, 2955:15, 2956:5, 2958:6, 2963:11, 2963:17, 2963:21, 2964:7, 2969:16, 2969:20, 2970:21, 2971:14, 2973:3, 2979:5, 2979:16, 2980:2, 2984:21, 2985:12, 2986:17, 2987:6, 2987:14, 2988:2, 2990:20, 2991:15, 2992:22, 3001:7, 3012:6, 3018:2, 3018:11, 3020:24, 3023:6, 3023:12,

3023:17, 3028:11, 3028:24, 3031:1, 3031:8, 3031:14, 3037:15, 3042:11, 3042:17, 3042:22, 3047:24, 3050:19, 3050:24, 3061:4, 3061:8, 3066:4, 3067:2, 3068:11, 3072:4, 3077:8, 3078:12, 3081:2, 3081:8, 3082:8, 3082:21, 3082:22, 3086:8, 3086:15, 3091:21
**objection** [25] - 2841:22, 2844:2, 2845:3, 2851:12, 2859:25, 2868:19, 2869:2, 2882:15, 2882:16, 2886:4, 2886:5, 2887:14, 2887:15, 2887:17, 2887:18, 2898:9, 2898:10, 2903:12, 2903:13, 2908:10, 2908:11, 2924:9, 2972:25, 3032:2, 3033:2
**obligation** [1] - 2983:15
**observe** [2] - 2857:11, 2858:18
**observing** [1] - 2856:20
**obtaining** [1] - 3026:17
**obvious** [1] - 2826:6
**obviously** [15] - 2943:22, 2945:6, 2994:14, 3003:11, 3022:11, 3022:23, 3031:11, 3035:22, 3046:5, 3052:14, 3078:22, 3078:24, 3079:22, 3098:7, 3098:11
**Obviously** [2] - 2830:6, 2915:14
**occasion** [5] - 2917:23, 2997:19, 3017:2, 3017:13, 3089:15
**occasions** [10] - 2853:10, 2910:2, 2991:24, 2996:1, 3008:9, 3017:8, 3022:14, 3067:10, 3088:9, 3088:13
**occupied** [2] - 2887:24, 2988:10
**occur** [4] - 2833:14, 2960:3, 2990:13, 3067:25
**occurred** [34] - 2825:2, 2825:11, 2899:22, 2918:8, 2924:18, 2927:8, 2931:3, 2939:25, 2942:21, 2949:12, 2951:24, 2952:12, 2955:4, 2955:7, 2955:8, 2955:23, 2961:9, 2961:12, 2962:1, 2969:22, 2970:9, 2970:20, 2971:20, 2973:2, 2973:15, 3036:18, 3036:21, 3036:24, 3038:13, 3040:3, 3065:18, 3078:14, 3080:4, 3091:12
**occurrence** [1] - 3061:3
**Ocean** [1] - 3019:21
**OCR** [1] - 2821:22
**October** [4] - 2854:24, 2854:25, 3010:2, 3085:21
**OF** [3] - 2821:1, 2821:3, 2821:8
**offenses** [1] - 3088:23
**offer** [8] - 2859:23, 2882:14,

2886:3, 2887:12, 2898:8, 2903:11, 2908:9, 2942:20
**office** [6] - 2844:10, 2844:19, 2930:16, 3071:2, 3072:9, 3080:21
**officer** [1] - 2870:4
**officers** [1] - 3085:22
**official** [40] - 2881:6, 2899:10, 2899:15, 2932:5, 2932:8, 2932:9, 2938:8, 2938:11, 2959:4, 2959:7, 2959:8, 2960:9, 2960:11, 2976:11, 2977:17, 2977:18, 2979:19, 2979:21, 2993:22, 2995:1, 2995:7, 3006:11, 3006:14, 3006:19, 3008:3, 3010:8, 3010:10, 3014:16, 3015:2, 3029:4, 3030:24, 3031:4, 3031:6, 3035:20, 3040:19, 3084:10, 3085:14, 3085:15
**Official** [8] - 2821:21, 2863:22, 2883:13, 2883:15, 2885:18, 2892:25, 2896:18, 3040:5
**officials** [2] - 2836:20, 2912:20
**often** [8] - 2825:3, 2825:20, 2825:23, 3016:14, 3016:16, 3053:13, 3067:14, 3067:25
**Old** [1] - 2821:19
**once** [13] - 2875:15, 2877:9, 2892:15, 2899:21, 2993:12, 3009:2, 3012:22, 3016:4, 3017:8, 3017:9, 3022:5, 3023:22, 3073:6
**Once** [8] - 2872:20, 2873:12, 2873:18, 2873:20, 2874:1, 2874:4, 3017:10
**one** [90] - 2825:21, 2845:12, 2847:17, 2849:9, 2849:14, 2852:24, 2852:25, 2856:6, 2891:14, 2893:24, 2906:11, 2910:13, 2915:10, 2919:2, 2919:16, 2919:17, 2919:18, 2919:19, 2919:20, 2923:24, 2928:17, 2931:3, 2937:25, 2939:15, 2939:24, 2943:5, 2945:2, 2947:23, 2948:3, 2953:25, 2958:22, 2960:25, 2964:24, 2967:17, 2974:20, 2976:1, 2987:15, 2993:17, 2994:25, 2998:1, 2998:2, 2998:18, 2999:10, 3000:5, 3004:2, 3007:21, 3011:18, 3011:22, 3014:3, 3014:5, 3020:15, 3024:16, 3026:24, 3031:3, 3032:8, 3036:8, 3036:14, 3040:11, 3040:14, 3041:12, 3041:14, 3041:17, 3045:5, 3045:8, 3045:20, 3051:24, 3058:8, 3058:15, 3059:23, 3060:10, 3065:12, 3067:9, 3070:6, 3073:20, 3073:23, 3074:4, 3076:22,

3080:7, 3082:12, 3083:17, 3085:17, 3087:12, 3088:15, 3088:18, 3091:25
**One** [16] - 2821:13, 2826:17, 2839:19, 2851:23, 2860:8, 2906:4, 2919:16, 2946:6, 2994:24, 3023:19, 3045:24, 3047:4, 3053:8, 3073:20, 3073:23, 3082:14
**ones** [3] - 2880:16, 3003:16, 3097:13
**open** [11] - 2844:1, 2869:1, 2927:8, 2939:11, 2960:21, 2970:20, 2973:2, 3005:1, 3033:1, 3080:4, 3094:20
**openings** [1] - 2840:6
**openly** [1] - 3022:24
**operations** [2] - 2844:21, 2854:23
**opinion** [6] - 2834:21, 2845:1, 3024:24, 3024:25, 3025:1, 3035:4
**opinions** [1] - 2841:9
**opportunity** [7] - 2842:1, 3032:12, 3043:12, 3057:10, 3095:14, 3095:24, 3096:3
**opposed** [3] - 2930:18, 3029:24, 3091:4
**orchestrated** [1] - 3029:12
**order** [14] - 2909:8, 2945:20, 2945:22, 2982:3, 2983:24, 2984:1, 2985:24, 2987:1, 2987:5, 2987:9, 3040:15, 3064:23, 3069:4, 3069:6
**ordered** [11] - 2981:23, 2981:25, 2986:25, 3014:3, 3015:3, 3030:7, 3035:25, 3068:4, 3079:3, 3079:5
**ordering** [1] - 3079:22
**orders** [6] - 2981:13, 2985:17, 2985:22, 3064:18, 3064:21, 3064:25
**Orena** [6] - 2882:4, 2882:13, 2883:1, 2883:8, 2884:25, 2892:1
**organized** [20] - 2863:13, 2863:18, 2867:5, 2872:18, 2883:20, 2890:16, 2910:6, 2910:9, 2944:1, 2957:2, 2957:23, 2987:19, 2987:20, 2988:15, 2990:1, 2991:3, 2991:7, 2993:4, 2997:17, 3009:11
**Organized** [1] - 2987:16
**original** [2] - 2904:13, 3044:16
**otherwise** [1] - 3096:10
**ourselves** [1] - 3040:17
**outline** [1] - 2943:11
**outside** [2] - 2853:20, 3018:19
**Outside** [1] - 2942:2
**outstanding** [1] - 2905:2

**overall** [1] - 3047:20
**overhead** [1] - 2860:4
**overhear** [1] - 2831:25
**overheard** [3] - 2831:5, 2831:9, 2831:21
**overrule** [1] - 2868:19
**Overruled** [13] - 2827:3, 2832:9, 2838:22, 2847:3, 2848:1, 2864:22, 2867:1, 2964:8, 2979:17, 2987:15, 2991:16, 3072:5, 3086:16
**overruled** [1] - 2869:2
**owe** [1] - 2846:8
**owed** [9] - 2890:3, 2904:18, 2905:6, 2951:11, 3047:14, 3048:3, 3048:13, 3049:12, 3083:5
**owes** [3] - 2905:2, 3048:2, 3048:4
**own** [18] - 2870:5, 2883:25, 2884:9, 2884:13, 2887:4, 2990:6, 2997:23, 2995:23, 2997:16, 3005:6, 3014:22, 3015:5, 3062:22, 3062:25, 3064:6, 3064:14, 3064:15, 3064:16

**P**

**p.m** [9] - 2855:5, 2856:15, 2858:6, 2947:6, 3043:4, 3044:10, 3044:11, 3095:2, 3098:22
**p.m.** [1] - 2941:8
**Paco** [1] - 3059:16
**page** [34] - 2839:25, 2843:1, 2844:6, 2844:15, 2845:4, 2867:25, 2868:24, 2888:2, 2888:15, 2889:11, 2903:22, 2904:9, 2904:24, 2914:10, 2921:11, 2927:25, 2928:25, 2934:7, 2971:8, 2971:9, 2976:22, 2983:2, 2984:11, 2984:13, 2990:22, 3001:13, 3004:5, 3021:4, 3028:14, 3031:16, 3032:19, 3039:17, 3057:9
**Page** [3] - 2971:2, 2982:25, 2996:13
**paged** [1] - 2889:9
**pages** [5] - 2921:13, 2925:3, 2931:21, 2933:16, 2952:24
**Pages** [1] - 2934:8
**paid** [4] - 2876:19, 2902:7, 2902:15, 3049:6
**Paige** [2] - 2915:22, 2916:6
**paper** [3] - 2929:12, 2929:13, 3089:7
**papers** [4] - 2857:21, 2861:3, 2861:4
**paragraph** [4] - 2845:5, 2954:6,

3057:8, 3057:9
**paratroopers** [1] - 2869:20
**Parco** [1] - 3059:21
**Pardon** [1] - 2955:5
**park** [2] - 2897:12, 3087:3
**parked** [2] - 2897:13, 3022:1, 3092:11
**parking** [2] - 2856:12, 2856:17
**Parkway** [5] - 2897:11, 2897:15, 2897:16, 2897:19, 3019:21
**parole** [4] - 2909:13, 3009:6, 3009:7, 3009:9
**parroting** [1] - 2840:23
**Part** [1] - 2970:15
**part** [23] - 2825:11, 2826:10, 2832:13, 2840:10, 2844:16, 2860:12, 2860:14, 2863:18, 2869:9, 2869:10, 2881:5, 2881:6, 2896:6, 2896:7, 2903:19, 2908:24, 2909:1, 2972:21, 3009:18, 3034:21, 3068:8, 3096:4
**participants** [1] - 3036:3
**participate** [14] - 2844:17, 2844:21, 2863:13, 2873:19, 2873:22, 2875:21, 2881:10, 2935:17, 2981:23, 2883:16, 2985:5, 2987:4, 3066:10, 3090:15
**participated** [23] - 2874:7, 2874:11, 2874:15, 2874:18, 2874:21, 2881:14, 2930:18, 2931:13, 2932:25, 2933:5, 2934:21, 2935:7, 2935:14, 2938:20, 2981:18, 2983:23, 2984:16, 2986:14, 2989:6, 3033:15, 3037:1, 3042:15, 3073:4
**participating** [7] - 2872:1, 2878:4, 2879:14, 2879:19, 2933:2, 2986:20, 3009:19
**participation** [5] - 2931:8, 2931:9, 2938:25, 2939:6, 2987:13
**particular** [6] - 2842:11, 2917:23, 2994:12, 3083:8, 3086:25, 3087:2
**parties** [1] - 2845:15
**partner** [1] - 3045:11
**pass** [3] - 2860:6, 2860:17, 2936:13
**passed** [2] - 2872:11, 3017:20
**passenger** [1] - 2855:19
**past** [6] - 2894:24, 2943:20, 2951:18, 2953:17, 2953:21, 2955:3
**Pastore** [2] - 2875:22, 2876:1
**Pat** [1] - 3021:7
**Patty** [2] - 3026:4, 3026:23
**Paul** [6] - 2995:6, 2995:10, 3014:9, 3024:1, 3024:7

**paused** [1] - 2937:11
**pay** [11] - 2846:5, 2846:8, 2846:9, 2846:13, 2848:4, 2876:8, 2904:15, 2951:2, 2951:7, 3047:4, 3049:8
**paying** [2] - 3046:21, 3046:23
**payment** [1] - 2845:9
**penalty** [2] - 2909:14, 2909:18
**Pennsylvania** [1] - 3027:16
**penny** [1] - 2846:5
**People** [1] - 2935:20
**people** [66] - 2855:23, 2867:14, 2876:16, 2876:19, 2879:21, 2880:23, 2882:22, 2886:19, 2886:23, 2890:4, 2906:22, 2914:8, 2915:23, 2915:24, 2930:18, 2935:16, 2936:6, 2944:9, 2956:15, 2960:7, 2960:8, 2960:23, 2965:11, 2968:25, 2972:15, 2973:15, 2989:7, 2989:17, 2989:20, 2990:5, 2991:3, 2991:7, 3007:21, 3008:14, 3011:25, 3015:18, 3022:16, 3022:22, 3023:5, 3023:15, 3023:20, 3024:9, 3026:5, 3026:8, 3026:10, 3026:18, 3026:21, 3031:12, 3032:6, 3035:12, 3035:14, 3035:17, 3035:22, 3036:4, 3042:16, 3042:20, 3049:5, 3057:25, 3058:3, 3064:14, 3067:9, 3069:15, 3069:19, 3090:19
**people's** [1] - 3025:13
**perceived** [1] - 3080:11
**percent** [4] - 2916:4, 3023:9, 3023:11, 3023:14
**Perhaps** [1] - 2822:20
**Period** [1] - 3075:5
**period** [43] - 2828:13, 2833:11, 2867:13, 2889:21, 2889:24, 2890:21, 2890:23, 2902:25, 2903:4, 2904:14, 2917:1, 2939:15, 2940:23, 2944:24, 2968:7, 2973:6, 2976:14, 2976:19, 2977:23, 3008:3, 3009:2, 3009:16, 3009:21, 3010:7, 3010:13, 3011:12, 3020:4, 3022:7, 3027:4, 3027:7, 3027:13, 3027:15, 3047:3, 3048:8, 3050:8, 3053:13, 3053:16, 3053:20, 3060:17, 3060:20, 3071:4, 3071:25, 3075:2
**periods** [4] - 3009:4, 3009:14, 3051:8, 3073:21
**permission** [25] - 2874:16, 2895:9, 2895:17, 2895:19, 2984:5, 2984:15, 2984:25, 2986:4, 2986:7, 2990:19, 2991:3, 2991:7, 2992:14, 2992:21, 2993:18, 2993:24,

2994:15, 2994:18, 2995:8, 3010:19, 3010:22, 3011:3, 3014:21, 3015:9, 3075:18
**permit** [2] - 2944:22, 2988:6
**permitted** [1] - 2944:20
**PERSICO** [1] - 2821:5
**Persico** [108] - 2821:17, 2822:18, 2862:2, 2862:5, 2865:9, 2865:16, 2868:4, 2882:5, 2882:11, 2882:24, 2883:8, 2883:19, 2884:25, 2891:22, 2891:25, 2892:9, 2892:18, 2915:12, 2920:6, 2920:13, 2921:8, 2921:19, 2922:2, 2923:14, 2924:3, 2924:8, 2925:12, 2925:22, 2926:3, 2926:12, 2926:22, 2926:24, 2926:25, 2945:19, 2947:15, 2948:17, 2952:6, 2952:13, 2953:5, 2953:10, 2953:23, 2954:3, 2954:12, 2954:17, 2955:3, 2955:10, 2955:12, 2955:19, 2956:1, 2956:11, 2956:19, 2958:15, 2959:6, 2960:24, 2961:3, 2961:6, 2961:13, 2962:1, 2964:11, 2964:13, 2964:15, 2964:16, 2964:20, 2967:11, 2967:12, 2967:19, 2968:16, 2968:19, 2969:3, 2970:8, 2970:9, 2972:4, 2972:8, 2972:10, 2972:14, 2972:23, 2974:9, 2974:11, 3003:12, 3014:8, 3014:9, 3015:20, 3015:23, 3018:22, 3018:24, 3018:25, 3043:18, 3044:5, 3051:17, 3051:20, 3052:24, 3053:4, 3055:5, 3055:11, 3055:12, 3055:24, 3056:15, 3062:11, 3082:6, 3082:17, 3083:23, 3084:13, 3084:18, 3084:25, 3085:23, 3086:1, 3086:12, 3094:2
**Persico's** [3] - 2891:18, 2892:22, 3052:16
**Persicos** [6] - 2892:14, 2892:24, 2962:11, 2962:12, 2962:13, 2974:7
**person** [68] - 2823:22, 2827:15, 2827:16, 2850:19, 2852:3, 2856:9, 2856:21, 2856:24, 2857:1, 2857:25, 2858:1, 2863:24, 2864:8, 2866:4, 2868:4, 2882:25, 2888:5, 2898:4, 2898:6, 2912:24, 2912:25, 2913:5, 2914:5, 2950:6, 2956:2, 2962:6, 2964:3, 2965:18, 2965:23, 2979:21, 2984:6, 2988:10, 2989:11, 2989:24, 2991:10, 2991:25, 2992:7, 2995:13, 2995:22, 2998:19, 2999:9,

3006:5, 3006:16, 3007:6, 3007:24, 3010:14, 3011:19, 3012:9, 3013:18, 3013:25, 3017:21, 3026:24, 3030:16, 3030:20, 3033:4, 3033:20, 3039:10, 3046:18, 3051:3, 3057:19, 3058:21, 3059:17, 3059:21, 3064:18, 3071:4, 3083:6

**personal** [7] - 2824:19, 2841:8, 2841:10, 2990:6, 2990:7, 3034:2, 3034:8

**Personal** [1] - 3089:6

**personally** [8] - 2847:6, 2885:1, 2890:19, 2903:1, 2906:17, 2930:3, 3021:21, 3023:23

**pertained** [1] - 2926:9

**Pete** [5] - 2902:12, 2951:8, 2966:7, 2975:3, 3056:25

**Peter** [1] - 2965:9

**Petersen** [2] - 2915:22, 2916:7

**Phil** [5] - 2871:8, 2871:9, 2871:13, 2873:3, 3012:25

**Philippino** [1] - 2824:1

**Phone** [1] - 2821:23

**phone** [22] - 2849:7, 2849:8, 2849:9, 2849:10, 2849:22, 2849:23, 2850:1, 2857:14, 2878:12, 2878:15, 2878:16, 2887:11, 2887:21, 2888:1, 3050:4, 3050:7, 3050:10, 3050:13, 3051:13, 3051:16

**phonetic** [1] - 2964:6

**photo** [2] - 2860:16, 2888:5

**photographs** [1] - 2861:5

**photos** [2] - 2859:2, 2859:10

**Photos** [1] - 2859:12

**phrase** [1] - 2868:20

**physical** [1] - 2864:10

**physically** [2] - 2993:19, 3062:16

**pick** [4] - 2896:25, 2945:8, 3019:18

**picked** [7] - 2835:22, 2891:10, 2897:4, 2897:6, 2897:10, 3068:14, 3087:18

**picking** [1] - 3038:19

**Picozzi** [1] - 2821:22

**picture** [4] - 2860:8, 2882:10, 2914:8, 3097:14

**piece** [2] - 3089:7, 3089:8

**pieces** [1] - 3089:11

**pier** [1] - 2897:12

**Pierrepont** [1] - 2821:13

**place** [18] - 2827:6, 2830:16, 2832:2, 2852:23, 2857:23, 2860:25, 2984:4, 3005:13, 3008:15, 3037:9, 3037:12, 3038:16, 3038:20, 3046:1, 3085:11, 3087:3, 3095:8

**placed** [4] - 2825:9, 2875:16,

3091:10, 3091:19

**plan** [2] - 3019:22, 3032:13

**planned** [3] - 3011:16, 3019:14, 3068:19

**planning** [5] - 2881:21, 3031:12, 3032:5, 3067:10, 3068:16

**Plaza** [3] - 2821:13, 2821:22, 2905:16

**plea** [4] - 3069:9, 3071:15, 3071:16, 3071:17

**plead** [1] - 2939:11

**pleading** [2] - 2938:9, 2939:18

**pled** [5] - 2937:15, 2937:18, 2938:6, 2938:16

**pledge** [1] - 3089:8

**plus** [2] - 3090:7, 3090:8

**pocket** [4] - 2904:5, 2904:6, 2904:7, 2904:8

**podium** [2] - 3078:17, 3096:6

**Point** [1] - 2865:12

**point** [57] - 2824:24, 2825:8, 2828:25, 2832:7, 2835:7, 2835:18, 2842:6, 2851:17, 2857:13, 2858:17, 2862:12, 2864:24, 2865:1, 2870:14, 2870:19, 2871:4, 2871:6, 2872:3, 2872:23, 2881:25, 2884:19, 2885:4, 2885:11, 2891:14, 2892:8, 2899:19, 2905:8, 2910:19, 2915:25, 2927:18, 2961:2, 2961:4, 2967:22, 2968:1, 2968:11, 2968:22, 2968:25, 2974:17, 2976:8, 2980:24, 2981:8, 2984:5, 3003:11, 3005:25, 3006:12, 3018:6, 3022:20, 3037:23, 3043:21, 3065:3, 3072:23, 3075:20, 3090:18, 3092:1, 3092:13, 3098:11, 3098:19

**pointed** [1] - 2899:24

**points** [1] - 2944:7

**popping** [5] - 2949:5, 2950:10, 2950:24, 3056:16, 3057:19

**pops** [2] - 2951:3, 3057:21

**portion** [4] - 2844:7, 2845:5, 2928:21, 2928:22

**portions** [1] - 2927:6

**position** [33] - 2863:20, 2864:5, 2864:18, 2871:14, 2873:24, 2883:12, 2884:11, 2885:16, 2890:11, 2891:11, 2892:22, 2896:16, 2944:5, 2944:6, 2945:15, 2966:18, 2980:19, 2980:20, 2980:21, 2988:11, 2990:5, 3006:11, 3006:14, 3007:3, 3012:23, 3013:8, 3018:10, 3022:19, 3029:8, 3031:6, 3040:4

**positions** [5] - 2881:3, 2986:25, 2987:25, 3031:4

**positive** [3] - 2963:8, 2963:14, 3036:9

**possession** [3] - 2844:16, 2845:15, 2875:19

**possible** [1] - 2913:16

**Possibly** [1] - 3037:14

**posted** [1] - 3089:11

**power** [4] - 2873:10, 3013:4, 3013:19, 3030:23

**powerful** [1] - 2893:11

**powers** [2] - 2873:4, 2873:7

**PRB** [2] - 3089:4, 3089:5

**pre** [1] - 2878:12

**pre-arranged** [1] - 2878:12

**precluded** [1] - 2880:4

**premises** [1] - 2880:4

**prepaid** [1] - 2849:22

**presence** [1] - 2942:2

**present** [18] - 2898:23, 2901:13, 2915:19, 2915:23, 2918:12, 2919:6, 2919:12, 2950:12, 2973:12, 2973:13, 2976:3, 3030:11, 3067:11, 3083:22, 3086:22, 3087:4, 3087:25

**presentation** [1] - 2822:10

**presented** [2] - 2839:6, 2839:8

**press** [3] - 2864:14, 3020:11, 3024:22

**pressure** [1] - 3020:19

**pretend** [1] - 2996:3

**pretending** [1] - 2936:10

**pretty** [5] - 2944:22, 2992:19, 3003:1, 3011:16, 3024:8

**prevail** [1] - 2973:19

**previous** [1] - 2840:13

**previously** [6] - 2823:11, 2917:5, 2953:17, 2960:23, 3005:20, 3017:3

**price** [1] - 2876:19

**priest** [1] - 2970:5

**primarily** [1] - 3043:24

**principal** [1] - 2904:17

**principle** [1] - 2877:19

**prioritize** [2] - 2822:14, 3096:1

**prison** [14] - 2830:5, 2836:11, 2836:17, 2892:21, 2953:24, 2954:4, 2954:12, 2954:18, 2954:23, 2955:11, 2955:20, 2955:24, 2973:6, 3008:17

**private** [3] - 2829:14, 2829:22, 2830:11, 2830:12

**privy** [1] - 3062:17

**probing** [1] - 3058:10

**problem** [13] - 2882:1, 2882:3, 2882:21, 2884:1, 2884:9, 2884:14, 2889:19, 2907:6, 2907:14, 2907:21, 2969:23, 3001:6, 3096:5

**problems** [2] - 2890:25, 2999:20

**proceed** [2] - 2872:21, 3079:13

**proceeded** [1] - 2883:22

**proceeding** [9] - 2823:9, 2837:14, 2969:25, 2970:24, 2977:3, 2982:17, 2984:11, 2996:10, 3020:21

**Proceedings** [1] - 2821:25

**proceedings** [1] - 2982:18

**process** [1] - 2835:14

**produce** [1] - 3098:5

**produced** [3] - 2821:25, 2942:8, 2942:12

**proffer** [7] - 2836:8, 2837:4, 2837:8, 2837:17, 2837:25, 2838:11, 2840:4

**proffered** [1] - 2835:18

**proffering** [2] - 2836:23, 2838:16

**proffers** [2] - 2837:2, 2837:24

**program** [3] - 3075:17, 3075:25, 3077:7

**projector** [1] - 2860:4

**promise** [2] - 2908:15, 2908:18

**proof** [1] - 2942:20

**proper** [1] - 2987:21

**property** [3] - 3089:8, 3089:9, 3089:11

**proposal** [1] - 2900:24

**proposals** [1] - 2901:2

**proposed** [1] - 2886:25

**prosecution** [1] - 2877:24

**prosecutor** [6] - 2912:23, 2913:5, 2913:15, 2915:21, 2916:6, 3066:13

**prosecutors** [29] - 2912:20, 2916:10, 2918:15, 2920:2, 2921:22, 2922:5, 2923:1, 2928:17, 2929:4, 2930:4, 2930:15, 2931:1, 2931:7, 2934:19, 2936:3, 2936:19, 2938:3, 2948:4, 2948:5, 2948:18, 2950:19, 2950:22, 2951:20, 2951:23, 2952:5, 2952:12, 2955:2, 3051:23, 3082:17

**protect** [1] - 2950:5

**protocol** [1] - 2866:13

**protracted** [1] - 2944:24

**provide** [5] - 2837:17, 2838:1, 2838:12, 2887:23, 2903:19

**provided** [1] - 2840:18

**providing** [1] - 3081:20

**punishment** [1] - 2993:25

**purports** [1] - 3095:19

**purpose** [7] - 2842:10, 2842:11, 2972:18, 3064:7, 3065:5, 3065:12, 3098:18

**purposes** [1] - 3029:23

**pursuant** [2] - 2844:17, 2937:19

**pursuing** [1] - 2925:8

**Put** [1] - 2900:8

**put** [31] - 2841:21, 2863:23, 2868:6, 2868:8, 2871:3,

2881:17, 2889:2, 2892:8, 2900:20, 2900:22, 2907:21, 2910:1, 2941:2, 2998:15, 3013:3, 3013:18, 3029:12, 3045:6, 3045:22, 3049:3, 3062:16, 3063:24, 3070:4, 3079:8, 3079:11, 3079:17, 3089:3, 3096:21, 3098:12, 3098:17, 3098:20
**putting** [2] - 3051:7, 3079:6

## Q

**quarter** [1] - 2862:12
**questioned** [3] - 2985:17, 2985:24, 3036:16
**questioning** [1] - 3071:8
**questions** [24] - 2852:16, 2860:18, 2861:11, 2912:19, 2921:18, 2926:11, 2927:4, 2939:21, 2939:24, 2971:11, 2978:15, 2978:24, 2987:12, 2996:23, 3018:12, 3021:14, 3043:9, 3043:23, 3043:25, 3080:1, 3080:3, 3092:16, 3092:25, 3096:12
**quick** [1] - 2860:8
**quickly** [1] - 2845:5
**quit** [1] - 3049:2
**quote** [2] - 2837:10, 3057:21

## R

**Racketeering** [1] - 3088:22
**radio** [3] - 2830:1, 2830:5, 2850:24
**raid** [1] - 3020:18
**raised** [1] - 3098:2
**rallied** [1] - 3029:7
**Ramadan** [1] - 2852:5
**Rambo** [2] - 2851:24, 2852:4
**ran** [31] - 2893:6, 2928:18, 2929:5, 2929:7, 2929:11, 2929:14, 2930:6, 2930:8, 2930:11, 2930:18, 2930:21, 2931:12, 2931:16, 2932:14, 2933:11, 2933:24, 2934:4, 2934:24, 2935:5, 2935:10, 2936:10, 2936:18, 2936:22, 2979:13, 3093:6, 3093:12, 3093:13, 3093:15, 3093:16, 3094:4
**rank** [8] - 2828:19, 2865:20, 2865:22, 2874:1, 2989:17, 3058:15, 3058:24, 3067:13
**ranks** [1] - 2873:16
**Rastelli** [9] - 2871:8, 2871:9, 2871:13, 2873:3, 2875:5, 3012:25, 3013:22, 3013:23, 3014:16
**rat** [6] - 2831:18, 2833:5,

2833:12, 2835:7, 2836:2, 2836:4
**reach** [6] - 2834:10, 2888:18, 2889:4, 2894:19, 3028:7
**reached** [2] - 2834:10, 2845:20
**reaching** [2] - 2834:23, 2835:1
**read** [11] - 2841:20, 2845:5, 2845:16, 2927:7, 2927:23, 2932:11, 2971:18, 2972:16, 2977:7, 2978:19, 3094:16
**reading** [2] - 2926:4, 2926:7
**ready** [2] - 2823:15, 3064:9
**Ready** [1] - 3044:12
**real** [3] - 3033:14, 3033:16, 3070:9
**realize** [1] - 3038:23
**realized** [2] - 2892:11, 3038:23
**really** [20] - 2825:16, 2830:22, 2832:4, 2852:21, 2885:5, 2910:13, 2911:9, 2911:10, 2960:10, 2999:10, 3002:5, 3004:1, 3013:1, 3013:19, 3013:21, 3013:25, 3030:2, 3063:3, 3064:18, 3090:21
**reargue** [1] - 3003:21
**reason** [15] - 2841:23, 2945:7, 2945:10, 2947:4, 2970:15, 3009:13, 3033:10, 3033:14, 3033:16, 3034:11, 3067:16, 3070:8, 3077:20, 3080:7, 3081:20
**reasonable** [2] - 2822:3, 3079:14
**reasons** [2] - 2889:9, 3034:9
**reassigned** [2] - 3091:11, 3091:19
**Reassigned** [1] - 3091:16
**recalled** [2] - 2976:25
**receive** [2] - 3071:18, 3073:7
**Received** [6] - 2860:1, 2882:17, 2886:6, 2898:11, 2903:14, 2908:12
**received** [17] - 2844:5, 2860:2, 2882:18, 2886:7, 2887:19, 2898:12, 2903:15, 2908:13, 3070:17, 3070:22, 3100:5, 3100:6, 3100:8, 3100:9, 3100:10, 3100:11, 3100:12
**recent** [7] - 2912:20, 2915:5, 2920:2, 2923:2, 2940:4, 2946:23, 2948:15
**recently** [5] - 2910:20, 2917:2, 2921:23, 3081:18, 3085:6
**Recently** [1] - 2910:23
**recess** [7] - 2853:24, 2862:24, 2941:8, 2943:3, 3043:7, 3044:10, 3095:7
**recognizance** [1] - 3089:6
**recognize** [10] - 2859:8, 2863:24, 2882:10, 2887:9, 2891:14, 2892:23, 2898:4,

2918:23, 2932:7, 2961:5
**recognized** [2] - 2961:14, 2967:19
**recognizing** [1] - 2891:21
**recollection** [48] - 2825:14, 2826:20, 2832:5, 2839:10, 2841:13, 2842:2, 2848:21, 2850:14, 2851:2, 2913:21, 2915:16, 2918:1, 2918:4, 2919:15, 2920:20, 2921:16, 2922:1, 2927:12, 2928:5, 2928:9, 2929:3, 2929:10, 2932:11, 2932:12, 2932:19, 2933:19, 2937:11, 2940:8, 2940:22, 2947:15, 2949:1, 2953:2, 2953:16, 2959:16, 2959:25, 2961:24, 2962:18, 3050:22, 3054:24, 3055:14, 3055:16, 3055:19, 3057:14, 3084:13, 3084:17, 3086:6, 3087:16, 3094:1
**record** [23] - 2842:21, 2844:23, 2852:23, 2854:7, 2857:9, 2863:7, 2865:15, 2870:19, 2870:24, 2871:3, 2881:7, 2927:5, 2940:1, 2946:7, 2946:14, 2998:15, 3078:23, 3079:2, 3079:21, 3091:8, 3095:9, 3096:16, 3096:21
**recorded** [1] - 2821:25
**recordings** [1] - 2844:23
**RECROSS** [2] - 3093:3, 3099:20
**RECROSS-EXAMINATION** [2] - 3093:3, 3099:20
**redirect** [4] - 2840:6, 2852:17, 2862:10, 3044:4, 3079:15, 3092:17
**reduced** [4] - 3069:11, 3069:12, 3069:17, 3069:21
**reduction** [1] - 2907:24
**reentered** [1] - 2858:6
**refer** [3] - 2928:22, 2928:24, 2972:3
**reference** [1] - 2832:2
**referred** [2] - 2900:7, 2979:8
**referring** [5] - 2866:8, 2928:21, 2969:24, 2972:25, 3066:18
**reflect** [4] - 2857:9, 2865:15, 3047:8, 3047:13
**reflected** [3] - 3048:13, 3049:6, 3051:13
**refresh** [18] - 2839:10, 2841:13, 2842:2, 2918:4, 2921:16, 2921:25, 2928:5, 2928:9, 2929:3, 2932:10, 2932:12, 2932:19, 2933:19, 2949:1, 2953:2, 3057:13, 3086:5, 3094:1
**refreshes** [1] - 2929:10
**refreshing** [4] - 2840:20, 2841:2, 2842:5, 2842:6

**regard** [3] - 2945:18, 3083:15, 3092:12
**Regarding** [1] - 2850:9
**regarding** [10] - 2839:6, 2839:11, 2867:4, 2921:2, 2943:22, 2973:8, 2974:18, 2975:23, 3044:4
**regards** [1] - 2850:6
**regime** [1] - 3036:12
**regular** [2] - 2898:16, 3037:13
**rehab** [1] - 2907:22
**relate** [1] - 2925:3
**related** [1] - 2926:11
**relates** [1] - 2924:23
**relating** [4] - 2845:14, 2932:21, 3043:24, 3093:11
**relation** [2] - 2961:25, 2963:19
**relationship** [1] - 2877:15
**relative** [1] - 2880:20
**relatively** [1] - 3002:20
**relay** [1] - 2889:19
**relayed** [1] - 2950:18
**release** [1] - 3043:24
**released** [19] - 2879:10, 2953:23, 2954:4, 2954:12, 2954:17, 2954:23, 2955:11, 2955:12, 2955:14, 2955:20, 2955:24, 2962:10, 2962:17, 2962:20, 3008:17, 3088:11, 3088:18, 3088:25, 3091:5
**relevance** [3] - 2840:15, 2841:3, 2842:4
**relevant** [5] - 2841:11, 2844:11, 2944:10, 2970:12, 2970:18
**relied** [1] - 3038:19
**relieved** [1] - 3090:3
**remained** [2] - 2980:15, 2980:16
**remark** [2] - 2936:13, 2951:9
**remember** [43] - 2824:5, 2824:14, 2825:13, 2825:25, 2830:23, 2831:8, 2831:9, 2831:11, 2831:14, 2831:15, 2831:20, 2832:4, 2837:13, 2839:7, 2840:19, 2840:21, 2840:22, 2841:1, 2841:6, 2842:10, 2847:6, 2848:17, 2849:6, 2849:16, 2849:18, 2850:15, 2851:6, 2852:2, 2852:8, 2897:4, 2901:6, 2910:13, 2927:14, 2931:17, 2960:3, 3012:3, 3021:14, 3055:21, 3085:21, 3085:25, 3086:2, 3087:7, 3089:2
**remembered** [4] - 2840:15, 2842:12, 2940:12, 2955:6
**remembers** [1] - 2842:12
**removed** [1] - 2857:20
**Repeat** [7] - 2910:7, 2922:7, 2922:22, 2937:20, 2958:24, 2991:5, 3073:16
**repeat** [4] - 2838:23, 2882:21,

3041:16, 3096:11
**repeated** [3] - 2868:16, 3096:1, 3096:7
**repeatedly** [1] - 2986:18
**repeating** [1] - 2868:7
**Rephrase** [1] - 2826:11
**replace** [1] - 2975:13
**report** [2] - 2998:9, 3094:14
**reported** [3] - 2998:8, 2998:10, 2998:13
**reporter** [1] - 2927:7
**Reporter** [1] - 2821:21
**representante** [2] - 2899:15, 2899:16
**representative** [2] - 3087:12, 3087:22
**representatives** [1] - 3087:9
**representing** [7] - 2891:25, 2892:1, 2962:11, 2962:12, 2962:13, 2974:7, 3058:8
**represents** [1] - 2904:4
**request** [2] - 2853:16, 3044:3
**requesting** [1] - 2822:3
**required** [4] - 2853:15, 3031:11, 3094:22, 3098:14
**research** [1] - 3094:18
**residence** [7] - 2855:7, 2855:9, 2855:18, 2855:20, 2856:8, 2858:13, 2858:21
**resolve** [6] - 2889:15, 2889:22, 2891:12, 2892:2, 2892:3, 2892:12
**resolved** [12] - 2891:4, 2892:4, 2892:5, 2902:16, 2967:6, 2967:8, 2973:5, 2974:14, 2974:16, 2975:25, 3053:21, 3054:3
**respect** [2] - 2852:24, 2853:3
**respected** [1] - 3029:6
**response** [4] - 2927:24, 2945:1, 2946:11, 3057:19
**responsible** [6] - 2906:20, 2977:20, 2977:24, 2978:10, 2978:11, 2979:13
**rest** [2] - 2935:5, 2942:17, 2943:13, 2967:18, 3097:16
**Restate** [1] - 2948:13
**restaurant** [2] - 2897:11, 3017:12
**restaurants** [1] - 2879:22
**Restivo** [1] - 3035:20
**restricted** [1] - 2946:13
**restrictions** [3] - 2879:12, 2879:15, 2879:20
**restrictive** [1] - 3092:12
**result** [5] - 2842:14, 2876:16, 2876:20, 2877:10, 2907:24
**resume** [7] - 2823:15, 2941:6, 3043:3, 3043:15, 3044:12, 3079:4, 3094:21
**retaliate** [1] - 2993:19

**retrial** [1] - 2822:8
**retrieved** [1] - 2857:15
**return** [1] - 3089:8
**returned** [2] - 2857:16, 2975:16
**returns** [5] - 2845:11, 2846:25, 2847:4, 2847:8, 2847:11
**Revenue** [2] - 2845:8, 2845:14
**review** [1] - 2931:23
**revised** [1] - 3098:3
**Richie** [3] - 2877:14, 2877:16, 2890:2
**Rick** [1] - 2883:2
**right-hand** [3] - 2860:9, 2888:15, 2928:25
**rings** [1] - 2830:25
**rise** [1] - 2873:16
**Road** [1] - 2821:19
**road** [1] - 2892:11
**Rob** [1] - 2848:16
**rob** [1] - 2867:14
**ROBERT** [1] - 2821:20
**role** [1] - 3030:17
**room** [13] - 2872:16, 2872:17, 2892:3, 2898:18, 2898:20, 2898:23, 2911:13, 2960:24, 2966:10, 2966:13, 2966:25, 2974:15
**Room** [2] - 2957:9, 2957:10
**rooms** [2] - 2830:8, 2898:21
**Rosa** [1] - 2902:12
**round** [2] - 3019:10, 3046:13
**round-up** [1] - 3019:10
**Route** [1] - 2886:9
**routinely** [1] - 2970:13
**RPR** [1] - 2821:22
**Ruggiero** [1] - 2957:22
**rule** [2] - 2871:25, 2935:19
**ruled** [3] - 2840:11, 2840:24, 2887:3
**rules** [7] - 2935:20, 2988:21, 2988:22, 2988:25, 2989:2, 2989:18, 2994:17
**ruling** [8] - 2840:13, 2840:14, 2841:24, 2841:25, 2890:16, 2892:24, 2924:10, 2924:15
**run** [8] - 2871:4, 2883:13, 2931:15, 2935:3, 2935:13, 2976:11, 3015:7, 3015:8
**running** [19] - 2881:11, 2929:15, 2976:20, 2977:21, 2977:24, 2978:10, 2979:4, 2979:14, 3007:13, 3007:25, 3009:15, 3009:17, 3013:21, 3030:3, 3030:6, 3030:16, 3030:18, 3033:21, 3054:18
**Russell** [2] - 3039:11, 3039:13, 3040:20, 3041:19
**Russo** [31] - 2891:24, 2891:25, 2962:7, 2962:9, 2964:2, 2964:22, 2966:10, 2967:19, 2967:23, 2967:25, 2968:22,

2968:23, 2969:1, 2972:3, 2972:5, 2972:6, 2972:7, 2972:11, 2972:13, 2972:20, 2973:6, 2973:12, 2973:19, 2974:4, 2974:6, 2974:7, 2976:1, 2976:2, 3025:18, 3053:21

## S

**sacrificial** [2] - 3029:17, 3029:19
**safe** [1] - 3049:20
**safer** [1] - 2888:13
**Sal** [4] - 2895:10, 2899:10, 3041:7
**Sally** [27] - 2895:10, 2895:13, 2895:16, 2998:1, 2998:3, 2998:19, 2999:9, 2999:18, 2999:19, 2999:20, 2999:22, 2999:24, 3012:9, 3012:11, 3012:14, 3012:17, 3029:14, 3029:18, 3058:17, 3059:6, 3059:24, 3060:6, 3060:18, 3060:21, 3061:3, 3061:13, 3062:8
**Salvatore** [3] - 2863:1, 3863:8
**SALVATORE** [2] - 2863:3, 3099:13
**sanctioned** [1] - 2994:20
**sarcastically** [1] - 3057:21
**SARITA** [1] - 2821:16
**Sasha** [3] - 3007:18, 3007:19, 3007:21
**sat** [4] - 2835:17, 2900:5, 3012:22, 3054:3
**save** [2] - 2907:22, 3003:7
**Saw** [1] - 2884:5
**saw** [10] - 2825:18, 2858:19, 2859:16, 2861:15, 2884:3, 2896:1, 2898:14, 3000:19, 3021:21, 3021:25
**scale** [3] - 3063:4, 3063:10, 3063:11
**scene** [6] - 3067:14, 3067:16, 3067:17, 3067:20
**school** [1] - 2869:15
**Sciascia** [3] - 2937:2, 2937:7, 2937:8
**scolded** [1] - 2993:14
**Scopo** [3] - 2963:5, 2963:6, 2963:7, 2963:10, 2963:15
**screen** [4] - 2863:23, 2881:17, 2884:16, 2888:6
**seat** [3] - 2854:6, 2890:17, 3013:3
**seated** [2] - 2822:2, 2823:14
**seats** [1] - 2890:18
**Second** [2] - 2844:16, 3032:4
**second** [9] - 2917:17, 2980:1, 2980:4, 2980:13, 2980:15,

2980:16, 3010:14, 3027:23, 3089:23
**seconds** [1] - 2909:1
**secret** [1] - 3077:22
**section** [1] - 2888:1
**see** [54] - 2823:13, 2828:3, 2828:12, 2834:23, 2837:10, 2837:18, 2838:2, 2840:14, 2842:12, 2844:8, 2844:19, 2848:25, 2851:24, 2855:11, 2855:23, 2857:3, 2858:16, 2860:8, 2861:8, 2861:18, 2861:21, 2862:2, 2862:12, 2862:15, 2864:15, 2878:22, 2880:21, 2881:18, 2883:9, 2886:19, 2889:15, 2891:24, 2896:11, 2911:2, 2911:7, 2912:23, 2913:5, 2917:22, 2929:16, 2930:21, 2961:1, 3000:18, 3020:14, 3020:15, 3021:19, 3044:6, 3053:13, 3064:10, 3075:18, 3076:19, 3076:25, 3077:3
**seeing** [1] - 2825:25
**seek** [1] - 3096:17
**seeking** [1] - 2839:15
**segregated** [4] - 3062:18, 3062:19, 3062:24, 3065:4
**segregates** [1] - 3063:25
**seminary** [1] - 2970:4
**send** [8] - 2880:3, 2880:22, 2880:23, 2902:12, 3033:12, 3096:20, 3097:3, 3098:10
**senior** [1] - 2979:20
**sense** [1] - 2877:19
**sent** [1] - 2975:15
**sentence** [10] - 2845:13, 2881:5, 2907:23, 2908:16, 2908:19, 2909:12, 3069:11, 3069:12, 3072:2, 3073:7
**sentenced** [2] - 3073:10, 3080:20
**sentences** [2] - 3069:17, 3069:21
**sentencing** [6] - 2906:10, 2908:2, 2908:3, 3071:24, 3073:2, 3080:17
**separate** [3] - 2991:24, 3008:9, 3073:17
**separated** [1] - 3075:20
**separately** [2] - 3073:14, 3073:17
**September** [29] - 2824:8, 2834:3, 2834:7, 2834:19, 2835:15, 2835:19, 2835:22, 2836:8, 2836:11, 2916:14, 2917:23, 2917:24, 2917:25, 2918:7, 2918:14, 2921:17, 2924:2, 2924:7, 2924:12, 2925:2, 2925:4, 2925:6, 2953:3, 2954:2, 3051:23,

23

24

3055:17, 3082:4, 3082:17, 3085:21
**series** [3] - 2829:8, 2958:13, 3008:14
**serve** [1] - 2869:17
**served** [1] - 3097:25
**Service** [2] - 2845:8, 2845:14
**Sessa** [2] - 2883:23, 2884:6
**session** [2] - 2840:4, 2924:24
**SESSION** [1] - 2942:1
**sessions** [2] - 2823:7, 2923:25
**set** [4] - 2822:4, 2902:13, 2946:7, 3005:12
**seven** [4] - 2934:2, 3013:14, 3071:7, 3072:10
**several** [13] - 2857:12, 2857:14, 2860:15, 2920:1, 3003:20, 3022:13, 3022:16, 3053:6, 3074:17, 3089:11, 3093:9, 3095:10, 3096:2
**Several** [1] - 3083:22
**SEYBERT** [1] - 2821:9
**shaky** [1] - 3015:8
**shark** [2] - 2876:1, 3044:24
**sharking** [3] - 2903:3, 2906:22, 3001:6
**shed** [1] - 2885:10
**Sheepshead** [4] - 2893:4, 3017:9, 3017:10, 3017:14
**shelf** [10] - 3062:12, 3062:14, 3062:16, 3063:8, 3063:22, 3063:23, 3063:24, 3065:15, 3065:23
**shocked** [2] - 3038:18, 3038:22
**shook** [1] - 2864:14
**shoot** [2] - 2851:8, 2906:17
**shooter** [9] - 3036:8, 3036:16, 3066:3, 3066:7, 3066:21, 3066:22, 3067:1, 3067:4, 3067:7
**shooters** [4] - 3035:21, 3036:5, 3036:7, 3036:11
**shooting** [17] - 2824:19, 2826:25, 2828:25, 2829:24, 2838:24, 2848:20, 2848:22, 2849:25, 2943:24, 2946:8, 2986:6, 3038:8, 3038:9, 3038:11, 3038:13, 3066:10, 3066:12
**short** [6] - 2852:21, 2889:3, 2907:20, 2946:18, 3002:20, 3097:13
**shorten** [1] - 2822:22
**shortly** [3] - 2855:14, 2981:13, 3019:5
**shot** [7] - 2827:8, 2827:10, 2851:5, 2875:10, 2876:25, 2936:15, 2940:23
**shots** [3] - 3013:1, 3013:2, 3054:19
**Shots** [62] - 2885:15, 2885:16,

2886:2, 2886:8, 2887:1, 2887:5, 2887:20, 2888:4, 2888:17, 2888:18, 2889:10, 2889:15, 2889:17, 2889:22, 2896:9, 2896:19, 2896:25, 2897:7, 2897:13, 2898:24, 2902:17, 2902:18, 2911:3, 2911:4, 2911:5, 2911:6, 2911:9, 2911:10, 2911:20, 2912:2, 2913:1, 2913:6, 2913:9, 2913:10, 2913:11, 2913:14, 2913:22, 2914:1, 2915:9, 2915:17, 2916:10, 2917:6, 2922:10, 2922:11, 2922:13, 2922:16, 2923:8, 2928:6, 3051:3, 3051:15, 3051:20, 3054:9, 3054:14, 3081:23, 3081:24, 3086:24, 3087:2, 3087:3, 3087:17, 3094:3
**Shots'** [2] - 2888:9, 2913:3
**show** [33] - 2841:12, 2842:9, 2844:4, 2848:24, 2860:4, 2882:9, 2885:25, 2887:9, 2888:1, 2893:13, 2903:8, 2908:7, 2912:15, 2921:10, 2921:12, 2925:18, 2926:5, 2927:21, 2928:20, 2931:20, 2933:15, 2934:6, 2938:14, 2943:10, 2943:23, 2946:14, 2948:21, 3013:21, 3047:17, 3047:20, 3048:15, 3057:6, 3086:5
**showed** [6] - 2857:21, 2911:8, 2912:15, 2924:20, 3093:19, 3095:14
**showing** [4] - 2842:10, 2859:6, 2881:21, 2898:3
**shown** [4] - 3044:14, 3046:17, 3046:20, 3048:11
**shush** [1] - 3056:17
**shy** [4] - 2903:9, 2903:10, 2903:16, 2903:17
**Shy** [6] - 3044:19, 3044:21, 3047:8, 3047:12, 3047:13, 3048:22
**shylock** [3] - 3000:24, 3001:4, 3048:18
**shylocked** [1] - 2903:18
**shylocking** [2] - 3088:22, 3090:1
**sic** [2] - 2910:9, 3014:17
**Side** [7] - 2951:8, 2965:15, 2965:16, 2966:6, 2966:16, 2966:20
**side** [20] - 2888:15, 2891:7, 2891:25, 2892:1, 2960:24, 2967:12, 2967:17, 2968:16, 2968:19, 3013:16, 3014:24, 3015:1, 3043:17, 3052:15, 3052:24, 3053:4, 3053:6, 3053:11, 3093:9

**Sidebar** [8] - 2840:1, 2842:25, 2868:1, 2868:23, 3002:1, 3004:4, 3032:1, 3032:18
**sidebar** [6] - 2840:13, 2924:18, 2942:21, 2969:22, 2971:20, 3078:14
**sidebars** [1] - 3096:2
**sides** [2] - 2967:13, 2967:15
**sight** [1] - 2914:9
**sign** [2] - 3089:7, 3098:9
**signal** [1] - 2880:3
**signed** [1] - 2845:22
**significant** [2] - 2840:8, 3080:10
**significantly** [1] - 3069:20
**silver** [1] - 2918:25
**Silvio** [1] - 3097:6
**Similarly** [1] - 3018:22
**similarly** [1] - 2923:18
**simply** [3] - 2985:15, 3015:3, 3037:10
**sister** [3] - 2878:15, 2878:17, 2880:25
**sister's** [1] - 3089:10
**sisters** [1] - 3020:15
**sit** [5] - 2846:15, 2899:23, 2906:8, 3097:1, 3097:19
**sitting** [8] - 2841:12, 2913:19, 2957:9, 2957:10, 3042:24, 3046:8, 3049:16, 3049:20
**situation** [12] - 2875:2, 2875:4, 2902:8, 2911:7, 2925:17, 2957:8, 2973:5, 2973:8, 2974:14, 2994:12, 3030:9, 3053:21
**situations** [2] - 2991:2, 2991:6
**six** [14] - 2917:19, 2946:20, 2953:23, 2954:11, 2954:22, 2955:9, 2955:10, 2955:13, 2980:6, 3035:23, 3036:4, 3071:7, 3072:10
**slew** [1] - 3069:19
**slide** [1] - 2951:18
**sliding** [1] - 3057:5
**slighted** [5] - 2950:25, 2951:1, 3063:13, 3074:1, 3074:4
**slightly** [2] - 2943:1, 3078:17
**sloughed** [1] - 2951:17
**smart** [1] - 3063:24
**sneak** [18] - 2995:18, 2995:20, 2995:22, 2996:1, 2996:15, 2996:18, 2997:9, 2997:15, 2997:20, 2997:23, 2998:4, 2998:5, 2998:7, 2998:9, 2998:11, 2998:14, 2998:17
**sneaked** [1] - 2996:6
**snuck** [2] - 2997:2, 2997:14
**social** [15] - 3036:21, 3036:24, 3037:2, 3037:7, 3037:9, 3037:12, 3037:21, 3037:22, 3037:24, 3038:2, 3038:5, 3038:13, 3038:24, 3039:6,

3040:24
**socialize** [4] - 3009:10, 3062:20, 3064:2
**socializing** [2] - 3064:15, 3064:17
**soft** [1] - 3096:8
**Soldier** [2] - 3058:25, 3059:1
**soldier** [9] - 2888:17, 2888:20, 2890:3, 2979:11, 2985:16, 2986:21, 2987:23, 2988:9, 2989:18
**soldiers** [1] - 3061:18
**someone** [34] - 2901:17, 2930:10, 2935:9, 2936:13, 2951:6, 2951:10, 2951:11, 2957:1, 2958:4, 2978:11, 2983:15, 2988:15, 2989:5, 2989:10, 2989:13, 2990:9, 2990:10, 2992:5, 2992:6, 2995:7, 2996:1, 3001:6, 3005:12, 3005:23, 3006:25, 3040:6, 3040:9, 3057:2, 3057:15, 3058:7, 3058:14, 3066:10, 3072:2, 3096:14
**Someone** [1] - 2891:7
**someplace** [2] - 2836:12, 2836:16
**sometime** [6] - 2825:6, 2827:21, 2834:6, 2961:16, 3094:23, 3097:19
**Sometime** [1] - 2895:21
**sometimes** [2] - 2944:17, 3065:6, 3065:7
**Somewhat** [1] - 3062:13
**somewhere** [5] - 2875:3, 3046:8, 3046:9, 3047:18, 3092:3
**son** [6] - 3016:10, 3016:14, 3016:16, 3016:17, 3016:18, 3076:22
**son's** [17] - 2894:4, 2894:8, 2894:10, 2940:12, 2940:17, 3012:4, 3016:4, 3016:7, 3016:8, 3016:12, 3055:7, 3055:8, 3063:17, 3063:18, 3063:21, 3065:18, 3093:14
**Sonny** [16] - 2876:23, 2932:24, 2933:10, 2933:11, 2933:12, 2933:20, 2933:21, 2940:23, 3013:16, 3029:10, 3029:22, 3030:3, 3030:5, 3030:6, 3030:8, 3030:12
**sons** [2] - 2893:25, 3076:20
**soon** [11] - 2836:1, 2836:5, 2949:5, 2950:10, 2950:24, 2968:4, 2980:4, 3056:16, 3057:19, 3057:20, 3078:21
**Soon** [2] - 2916:12, 2916:13
**Sorry** [14] - 2864:25, 2874:25, 2905:6, 2968:24, 2993:9, 3013:12, 3014:12, 3016:15,

3027:6, 3035:9, 3036:22, 3037:19, 3040:8, 3070:14
**sorry** [12] - 2922:7, 2926:15, 2926:17, 2943:7, 2961:18, 2971:16, 2973:24, 3056:20, 3057:10, 3069:5, 3088:3, 3088:4
**sound** [2] - 2960:5, 2965:25
**source** [1] - 3019:9
**Spats** [2] - 2839:2, 2839:6
**Spatt** [2] - 2907:13, 3073:6
**speaker** [1] - 2974:10
**speaking** [3] - 2829:4, 2930:13, 3034:3
**Special** [2] - 2854:1, 2854:22
**special** [1] - 2854:22
**specific** [9] - 2844:18, 2853:16, 2913:21, 2940:8, 2940:22, 2943:11, 2945:5, 2945:18, 2946:13
**specifically** [15] - 2854:25, 2913:6, 2921:7, 2922:18, 2924:12, 2984:2, 2999:16, 3055:12, 3081:6, 3081:16, 3081:25, 3082:4, 3082:16, 3093:5, 3095:14
**spell** [3] - 2854:6, 2863:6, 2964:4
**spending** [2] - 3075:3, 3075:5
**spent** [1] - 3077:18
**Spero** [36] - 2883:10, 2883:14, 2893:6, 2944:7, 2944:8, 2976:11, 2976:21, 2978:12, 2978:13, 2978:21, 2979:8, 2979:18, 2980:8, 2985:23, 2985:24, 3005:11, 3007:24, 3008:9, 3008:17, 3009:3, 3010:25, 3011:5, 3011:6, 3022:2, 3024:9, 3030:17, 3034:2, 3035:1, 3035:8, 3035:10, 3035:18, 3040:15, 3040:18, 3091:24, 3092:6
**Spero's** [3] - 2944:6, 3005:24, 3006:1
**spite** [1] - 3049:14
**split** [1] - 3015:16
**spoken** [1] - 2922:1
**spot** [3] - 3079:7, 3079:8, 3079:12
**spring** [1] - 2937:13
**squad** [2] - 2910:6, 2910:14
**squads** [2] - 2910:11, 2910:14
**Sr** [2] - 3024:1, 3024:3
**stamp** [1] - 2924:20
**stand** [11] - 2831:15, 2831:16, 2832:16, 2832:19, 2833:17, 2834:19, 2834:25, 2835:4, 2835:11, 2944:16, 3097:16
**stand-up** [9] - 2831:15, 2831:16, 2832:16, 2832:19, 2833:17, 2834:19, 2834:25,

2835:4, 2835:11
**stands** [1] - 2960:19
**start** [10] - 2823:9, 2836:24, 2899:2, 2910:9, 2946:19, 2996:4, 2996:20, 2997:2, 2997:16
**started** [37] - 2823:7, 2836:2, 2867:15, 2885:3, 2899:3, 2908:3, 2909:24, 2910:8, 2910:21, 2920:15, 2923:7, 2923:8, 2933:2, 2936:20, 2942:22, 2942:23, 2946:22, 2947:3, 2947:7, 2996:6, 3045:9, 3050:13, 3051:7, 3052:4, 3052:5, 3052:7, 3052:8, 3052:9, 3063:3, 3063:5, 3063:7, 3070:24, 3071:3, 3071:5, 3075:10, 3077:25, 3081:20
**Starting** [1] - 2983:7
**starting** [3] - 2971:16, 3015:16, 3082:11
**starts** [1] - 2996:2
**stashed** [1] - 3047:18
**state** [2] - 2853:9, 2854:6
**State** [7] - 2846:22, 2846:25, 2847:4, 2847:9, 2847:13, 2863:6, 2870:5
**statement** [6] - 2900:8, 2900:9, 2900:16, 2955:25, 2972:2, 3044:5
**statements** [3] - 2841:19, 2853:11, 2899:21
**Staten** [4] - 2855:8, 2856:12, 2876:25, 2877:7
**STATES** [4] - 2821:1, 2821:3, 2821:9, 2821:13
**States** [2] - 2821:4, 2834:8
**statesman** [1] - 2979:21
**status** [2] - 2970:13, 3058:1
**stay** [9] - 2824:11, 2858:14, 2858:20, 2880:6, 3044:8, 3062:20, 3064:1, 3064:3
**stayed** [1] - 2858:22
**stays** [1] - 3015:6
**steam** [1] - 2891:10
**steel** [3] - 2831:11, 2831:24, 2832:20
**stemmed** [1] - 3019:12
**stenographer** [2] - 2939:15, 2939:17
**stenography** [1] - 2821:25
**step** [3] - 2862:10, 2923:7, 3084:21
**Stephanie** [1] - 2821:22
**stepped** [1] - 2862:22
**Steve** [10] - 2915:20, 2916:20, 2916:21, 2916:23, 2917:12, 2917:17, 2918:16, 2918:17, 2919:24
**Stevie** [3] - 2877:2, 2965:9,

2965:12
**stickler** [1] - 2989:2
**still** [11] - 2823:17, 2858:23, 2889:5, 2894:5, 2947:8, 2967:13, 3003:20, 3049:11, 3049:14, 3057:7, 3071:6
**stock** [2] - 3041:20, 3041:21
**stolen** [1] - 2871:22
**stop** [7] - 2878:4, 2878:7, 2879:14, 2891:8, 2892:2, 2892:15, 3091:1
**stopped** [6] - 2836:22, 2891:4, 2892:13, 2943:2, 3047:6, 3049:10
**story** [3] - 2902:11, 2990:15, 2993:2
**straighten** [3] - 2872:12, 2887:3, 2960:7, 2967:10
**straightened** [3] - 2901:1, 2975:16, 2975:18
**street** [20] - 2827:20, 2879:21, 2880:12, 2936:21, 2950:1, 2950:4, 2968:21, 2977:21, 2979:14, 3009:3, 3014:1, 3029:20, 3046:6, 3047:21, 3047:22, 3049:3, 3049:15, 3049:24, 3060:21, 3074:9
**Street** [1] - 2821:17
**strike** [2] - 2984:21, 3028:24
**structure** [1] - 2822:16
**stuck** [2] - 2840:25, 2841:16
**subject** [3] - 2840:9, 2920:6, 3081:17
**subpoena** [4] - 3097:25, 3098:3, 3098:6, 3098:13
**subpoenas** [1] - 3098:4
**subsequent** [1] - 2922:25
**subsistence** [1] - 2851:14
**substance** [1] - 3069:2
**substantial** [1] - 2833:11
**subtract** [1] - 3082:19
**suggest** [7] - 2911:13, 2922:5, 2922:8, 2944:18, 3001:5, 3001:9, 3039:2
**suggested** [2] - 2922:20, 2923:5, 2923:13
**Suite** [3] - 2821:17, 2821:19, 2821:22
**suited** [2] - 3065:5, 3065:12
**suits** [2] - 2966:22, 3064:7
**summations** [1] - 2840:5
**summer** [1] - 3048:23
**superiors** [3] - 2985:19, 2985:20
**superseding** [1] - 2938:16
**supervise** [1] - 3089:19
**supervising** [1] - 3090:21
**supervision** [1] - 3090:19
**supported** [1] - 2960:23
**supposed** [7] - 2840:5, 2866:12, 2952:5, 2985:5, 2990:11,

2990:12, 3020:20
**supposedly** [1] - 2953:5
**surprise** [1] - 2823:6
**surprised** [1] - 3038:25
**surrendered** [1] - 3025:3
**surveillance** [8] - 2854:23, 2855:3, 2858:25, 2861:8, 2861:19, 2862:3, 3024:4, 3029:24
**surveilled** [1] - 3037:13
**suspicions** [1] - 3059:11
**Sustained** [81] - 2826:19, 2826:23, 2830:19, 2831:13, 2832:25, 2833:16, 2833:25, 2834:12, 2834:17, 2836:19, 2838:10, 2838:15, 2839:4, 2846:24, 2847:19, 2850:18, 2861:17, 2862:1, 2862:7, 2912:8, 2914:3, 2919:10, 2924:5, 2924:15, 2927:17, 2932:16, 2936:25, 2947:20, 2948:1, 2952:9, 2953:8, 2953:13, 2953:19, 2954:15, 2954:25, 2955:16, 2956:6, 2958:7, 2961:22, 2962:3, 2963:12, 2963:24, 2969:17, 2976:6, 2979:6, 2984:22, 2985:13, 2986:12, 2987:7, 2990:21, 2992:23, 3001:8, 3001:10, 3018:3, 3020:25, 3023:7, 3023:13, 3023:18, 3028:12, 3028:25, 3031:2, 3031:9, 3037:16, 3042:12, 3042:18, 3042:23, 3047:25, 3050:20, 3050:25, 3060:2, 3061:5, 3061:9, 3066:5, 3067:3, 3077:9, 3078:13, 3081:3, 3081:9, 3082:9, 3086:9, 3091:22
**sustained** [11] - 2837:16, 2839:13, 2844:2, 2845:3, 2851:12, 2927:9, 2970:21, 2973:1, 2973:3, 3033:2, 3082:22
**SV** [6] - 2908:7, 2908:13, 2996:9, 3021:4, 3028:14, 3100:12
**SV-197** [1] - 2927:21
**SV-20** [9] - 2921:10, 2921:13, 2928:20, 2931:20, 2933:15, 2934:7, 2948:21, 2952:24, 3057:6
**SV-210** [1] - 3093:22
**SV-226** [1] - 2976:23
**SV-232** [1] - 2984:12
**SV-2C** [1] - 2938:14
**swag** [1] - 2871:21
**sweater** [2] - 2857:6, 2865:14
**sworn** [3] - 2823:11, 2854:4, 2863:4
**system** [1] - 2880:1

# T

**table** [5] - 2895:11, 2898:16, 2913:19, 2951:6, 3000:16
**tailored** [1] - 2842:8
**talks** [1] - 2972:4
**Talladega** [2] - 2961:1, 2978:8
**tap** [1] - 3063:24
**tape** [1] - 2844:23
**taped** [1] - 2851:2
**Tartaglione** [1] - 3006:6
**tattoo** [1] - 2824:4
**tax** [7] - 2845:9, 2845:11, 2846:22, 2846:25, 2847:8, 2847:20, 2848:7
**Tax** [1] - 2847:22
**taxes** [2] - 2847:12, 2848:4
**team** [1] - 2854:23
**television** [1] - 2830:7
**ten** [9] - 2858:15, 2942:24, 2960:9, 3002:24, 3021:20, 3021:21, 3021:25, 3043:3, 3076:5
**term** [7] - 2831:16, 2845:18, 2877:20, 2881:6, 2930:11, 2930:13, 2931:15
**terminated** [1] - 2858:24
**terminology** [2] - 2930:20, 2951:17
**terms** [3] - 2945:14, 3002:20, 3018:16
**testified** [44] - 2823:12, 2825:8, 2825:24, 2849:24, 2854:5, 2863:5, 2868:3, 2922:4, 2922:18, 2923:4, 2926:1, 2926:20, 2942:4, 2943:16, 2943:20, 2944:14, 2944:15, 2945:3, 2947:13, 2955:9, 2955:25, 2956:2, 2969:8, 2969:11, 2970:14, 2976:8, 2979:3, 2982:17, 2982:20, 2988:22, 2991:10, 2991:13, 2998:3, 3010:18, 3011:18, 3019:2, 3051:22, 3062:11, 3069:8, 3081:11, 3081:16, 3083:5, 3088:10, 3095:15
**testify** [1] - 3092:22
**testifying** [19] - 2837:13, 2838:20, 2846:1, 2912:9, 2947:22, 2969:5, 2970:23, 2976:25, 2979:2, 2982:16, 2984:11, 2991:24, 2992:2, 2996:9, 3020:21, 3021:3, 3030:19, 3066:2, 3095:18
**testimony** [25] - 2830:13, 2831:21, 2832:8, 2832:10, 2838:1, 2842:14, 2842:15, 2842:23, 2850:5, 2850:6, 2923:13, 2927:6, 2930:17, 2936:4, 2943:18, 2948:10, 2958:10, 2967:14, 2969:24,

2971:22, 2972:12, 2985:25, 3003:12, 3043:17, 3087:7
**TG** [3] - 2965:1, 2965:3, 3093:11
**TG's** [1] - 3093:10
**th** [1] - 2894:16
**THE** [273] - 2821:9, 2822:1, 2822:20, 2822:24, 2823:5, 2823:13, 2826:11, 2826:19, 2826:23, 2827:3, 2829:18, 2829:20, 2830:19, 2831:13, 2832:9, 2832:25, 2833:16, 2833:25, 2834:12, 2834:17, 2836:15, 2836:19, 2837:16, 2838:10, 2838:15, 2838:22, 2839:4, 2839:13, 2839:19, 2839:22, 2839:24, 2841:8, 2841:14, 2841:22, 2842:11, 2842:19, 2842:24, 2844:2, 2845:3, 2846:24, 2847:3, 2847:5, 2847:19, 2848:1, 2848:3, 2850:18, 2851:12, 2852:17, 2852:19, 2852:25, 2853:18, 2853:21, 2854:6, 2854:8, 2857:9, 2859:5, 2860:1, 2860:19, 2861:17, 2862:1, 2862:7, 2862:10, 2862:14, 2862:21, 2863:6, 2863:8, 2864:22, 2865:17, 2866:22, 2867:1, 2867:24, 2868:2, 2868:17, 2868:19, 2869:2, 2881:17, 2881:24, 2882:8, 2882:17, 2885:21, 2885:23, 2886:6, 2887:8, 2887:14, 2887:16, 2888:24, 2889:6, 2889:8, 2898:11, 2903:7, 2903:14, 2908:6, 2908:12, 2912:8, 2914:3, 2919:10, 2924:5, 2924:10, 2924:15, 2924:17, 2924:19, 2924:23, 2925:1, 2925:13, 2925:15, 2925:18, 2925:24, 2926:9, 2926:16, 2926:19, 2927:3, 2927:9, 2927:17, 2932:16, 2936:25, 2941:4, 2942:3, 2942:9, 2942:14, 2942:19, 2942:22, 2943:1, 2943:9, 2943:14, 2944:2, 2944:11, 2944:21, 2944:24, 2945:1, 2945:11, 2945:14, 2945:25, 2946:4, 2946:11, 2946:24, 2947:5, 2947:7, 2947:20, 2948:1, 2948:8, 2948:13, 2952:9, 2953:8, 2953:13, 2953:19, 2954:15, 2954:25, 2955:16, 2956:6, 2956:10, 2958:7, 2961:22, 2962:3, 2963:12, 2963:24, 2964:8, 2969:17, 2969:21, 2969:23, 2970:2, 2970:18, 2970:21, 2971:3, 2971:5, 2971:8, 2971:15, 2971:18, 2971:21, 2972:16, 2972:24,

2973:3, 2973:10, 2976:6, 2977:1, 2977:6, 2977:9, 2977:11, 2979:6, 2979:17, 2983:1, 2983:3, 2983:5, 2984:22, 2985:13, 2986:12, 2987:7, 2987:15, 2988:3, 2988:6, 2990:21, 2991:16, 2992:23, 2996:11, 3001:8, 3001:10, 3001:12, 3002:9, 3002:12, 3002:17, 3002:22, 3002:25, 3003:6, 3003:15, 3003:19, 3003:23, 3004:2, 3012:7, 3018:3, 3018:6, 3020:25, 3021:2, 3021:5, 3023:7, 3023:13, 3023:18, 3028:12, 3028:25, 3031:2, 3031:9, 3031:15, 3032:2, 3032:7, 3032:9, 3033:2, 3037:16, 3042:12, 3042:18, 3042:23, 3043:5, 3044:2, 3044:6, 3044:12, 3047:25, 3050:20, 3050:25, 3060:2, 3061:5, 3061:9, 3066:5, 3067:3, 3072:5, 3077:9, 3078:13, 3078:15, 3078:25, 3079:5, 3079:8, 3079:11, 3080:2, 3080:14, 3081:3, 3081:9, 3081:12, 3082:9, 3082:14, 3082:22, 3085:19, 3086:9, 3086:16, 3091:22, 3092:17, 3093:1, 3094:8, 3094:10, 3095:3, 3095:25, 3096:20, 3097:5, 3097:9, 3097:14, 3097:22, 3098:9, 3098:20
**themselves** [2] - 2989:21, 2989:23
**Therefore** [1] - 2852:19
**therefore** [1] - 2842:16
**thinking** [1] - 2827:19
**third** [5] - 2822:15, 2845:15, 2856:9, 2857:25, 2954:6
**Third** [2] - 2848:10, 2897:16
**thousand** [4] - 2904:3, 3049:11, 3049:15, 3049:16
**Three** [3] - 2835:24, 2919:13, 2931:3
**three** [61] - 2828:2, 2828:15, 2841:20, 2875:4, 2875:6, 2875:11, 2875:14, 2875:19, 2883:25, 2919:14, 2919:16, 2919:17, 2919:19, 2929:14, 2929:17, 2930:3, 2930:5, 2930:6, 2931:2, 2931:8, 2931:9, 2931:12, 2931:14, 2932:2, 2932:4, 2932:13, 2932:21, 2936:16, 2940:14, 2942:5, 2975:22, 3010:24, 3011:4, 3011:9, 3011:22, 3012:1, 3012:3, 3012:8, 3012:21, 3014:3, 3014:21, 3014:23, 3019:6, 3020:18,

3027:9, 3027:15, 3029:11, 3030:22, 3031:13, 3035:13, 3037:5, 3037:6, 3038:4, 3040:11, 3080:2, 3088:12, 3088:13, 3095:6, 3096:13
**three-week** [1] - 3027:15
**threw** [1] - 3084:12
**throw** [1] - 2993:15
**Thursday** [2] - 2897:3
**tickets** [4] - 3070:20, 3072:19, 3072:21, 3090:2
**tired** [1] - 2905:18
**title** [3] - 3013:5, 3029:14, 3030:24
**today** [10] - 2865:10, 2945:8, 2947:4, 2953:5, 2966:21, 2971:23, 3079:14, 3083:22, 3085:10, 3087:7
**together** [6] - 2900:21, 2900:22, 3011:23, 3029:12, 3040:20, 3045:22
**Tommy** [76] - 2885:15, 2885:16, 2886:2, 2886:8, 2887:1, 2887:5, 2887:20, 2888:4, 2888:9, 2888:17, 2888:18, 2889:4, 2889:10, 2889:15, 2889:17, 2889:19, 2889:20, 2889:21, 2896:9, 2896:19, 2896:25, 2897:7, 2897:13, 2898:24, 2902:11, 2902:12, 2902:17, 2902:18, 2911:3, 2911:4, 2911:5, 2911:6, 2911:9, 2911:10, 2911:20, 2912:2, 2912:24, 2913:1, 2913:3, 2913:6, 2913:8, 2913:10, 2913:14, 2913:22, 2913:25, 2914:1, 2914:5, 2915:9, 2915:17, 2916:10, 2917:6, 2922:10, 2922:11, 2922:12, 2922:16, 2923:8, 2928:6, 3036:8, 3051:3, 3051:15, 3051:19, 3054:8, 3054:12, 3054:14, 3054:19, 3081:17, 3081:23, 3081:24, 3086:24, 3087:2, 3087:3, 3087:17, 3094:3
**tomorrow** [4] - 3097:2, 3097:8, 3097:20
**ton** [5] - 3054:9, 3054:14, 3054:15, 3054:20, 3054:22
**tonight** [2] - 3097:1, 3097:19
**Tony** [7] - 2877:8, 2877:9, 2877:12, 2877:16, 2877:18, 2890:6, 2890:9
**Took** [1] - 2917:21
**took** [19] - 2830:16, 2835:22, 2838:5, 2859:10, 2875:19, 2887:4, 2892:8, 2904:7, 2917:18, 2917:20, 2993:6, 3027:14, 3030:17, 3040:15, 3040:16, 3066:13, 3071:15, 3085:11, 3095:7

**Tool** [1] - 2870:4
**top** [12] - 2844:14, 2888:3, 2904:14, 2904:17, 2924:21, 2927:25, 2928:24, 2928:25, 2948:22, 2964:19, 3047:6, 3047:14
**topic** [5] - 2840:13, 2842:4, 3032:5, 3032:15
**topics** [2] - 2841:18, 3032:12
**Total** [1] - 2857:24
**total** [3] - 2905:1, 2959:10, 2959:12
**totally** [1] - 3073:21
**touch** [4] - 2852:11, 2887:5, 3013:22, 3051:20
**toward** [1] - 2897:18
**town** [1] - 3067:22
**track** [2] - 2849:22, 2903:17
**tragic** [1] - 3061:2
**transcribed** [1] - 2925:5
**Transcript** [1] - 2821:25
**TRANSCRIPT** [1] - 2821:8
**transcript** [2] - 2840:12, 2971:3
**transferred** [1] - 2917:14
**traveling** [2] - 3028:16, 3028:21
**TRIAL** [1] - 2821:8
**trial** [20] - 2829:1, 2832:14, 2839:5, 2839:14, 2841:2, 2841:11, 2850:5, 2850:6, 2850:12, 2944:14, 2945:9, 2947:1, 2969:5, 2970:14, 2977:4, 3019:11, 3097:10, 3097:12, 3098:22
**trials** [3] - 2853:1, 2944:14, 2944:15
**tried** [4] - 2867:14, 2895:15, 2935:8, 2959:21
**tries** [1] - 3094:13
**true** [49] - 2913:20, 2934:23, 2958:3, 2958:16, 2958:17, 2966:12, 2983:13, 2992:15, 2994:19, 2994:21, 2995:14, 2995:16, 2997:10, 2997:11, 2997:13, 3011:2, 3024:2, 3024:13, 3024:16, 3030:21, 3030:22, 3033:23, 3033:25, 3046:11, 3046:14, 3046:25, 3048:10, 3048:18, 3049:18, 3049:25, 3051:18, 3051:21, 3058:20, 3062:23, 3067:8, 3067:15, 3076:10, 3076:11, 3077:17, 3080:15, 3080:18, 3082:7, 3083:7, 3087:11, 3087:24, 3090:17, 3090:24
**True** [109] - 2873:25, 2881:9, 2912:22, 2915:6, 2918:9, 2920:19, 2922:14, 2931:6, 2932:5, 2933:1, 2933:4, 2933:7, 2933:9, 2934:18, 2936:2, 2938:10, 2939:2, 2949:18, 2949:25, 2950:3,

2950:20, 2956:17, 2960:1, 2962:8, 2963:16, 2966:17, 2967:1, 2967:21, 2967:24, 2968:18, 2969:7, 2969:10, 2969:13, 2973:14, 2973:17, 2973:20, 2974:2, 2974:13, 2976:13, 2981:10, 2986:16, 2986:23, 2987:22, 2989:19, 2992:10, 2993:11, 2994:2, 2994:8, 2994:11, 2995:12, 2995:25, 2997:7, 2998:5, 3005:21, 3006:10, 3007:5, 3007:12, 3007:14, 3010:16, 3011:24, 3012:16, 3014:19, 3020:6, 3022:18, 3024:11, 3025:10, 3026:2, 3027:11, 3027:17, 3033:7, 3035:16, 3036:19, 3038:3, 3038:12, 3039:16, 3040:22, 3040:25, 3048:5, 3048:14, 3049:13, 3049:22, 3050:6, 3058:2, 3058:5, 3058:16, 3061:25, 3062:3, 3062:6, 3063:20, 3065:2, 3065:8, 3065:10, 3065:17, 3067:12, 3067:24, 3069:7, 3073:1, 3073:22, 3074:6, 3074:18, 3075:1, 3075:7, 3076:2, 3081:19, 3082:2, 3083:10, 3083:25, 3090:13, 3092:14
**truncated** [1] - 2946:16
**truth** [3] - 2909:22, 2909:23, 2912:14
**truthful** [3] - 2906:8, 2936:5, 2936:8
**try** [11] - 2834:8, 2862:22, 2889:22, 2891:11, 2891:12, 2895:13, 2895:16, 2915:11, 2941:2, 2966:11, 2966:13
**trying** [13] - 2840:3, 2840:4, 2841:19, 2862:19, 2875:5, 2911:9, 2936:11, 2972:18, 2982:11, 3002:7, 3056:2, 3056:5, 3056:9
**tucked** [1] - 3049:20
**Tuesday** [1] - 3094:23
**turn** [9] - 2830:5, 2844:6, 2845:4, 2853:15, 2881:23, 3025:5, 3046:13, 3078:16, 3078:17
**turned** [2] - 2830:1, 2853:2, 3025:4, 3070:3, 3084:25
**turning** [3] - 2844:15, 3081:12, 3096:5
**Twice** [3] - 2878:3, 2879:9, 3017:7
**twice** [3] - 3012:22, 3016:4, 3030:21
**Two** [2] - 2884:23, 2947:5
**two** [52] - 2826:17, 2841:18, 2855:19, 2855:23, 2857:22, 2877:13, 2882:22, 2883:24,

2908:24, 2921:23, 2940:24, 2942:10, 2943:5, 2943:6, 2944:11, 2944:16, 2946:1, 2958:22, 2961:16, 2967:13, 2967:15, 2975:12, 2975:14, 2986:5, 2991:24, 2993:5, 2998:16, 3002:4, 3003:4, 3008:9, 3009:4, 3009:14, 3013:14, 3017:8, 3018:11, 3020:5, 3020:18, 3027:9, 3027:15, 3040:20, 3042:25, 3043:7, 3043:8, 3043:24, 3052:14, 3065:20, 3073:17, 3077:18, 3088:9, 3095:5, 3095:10
**two-part** [1] - 2908:24
**type** [1] - 2942:6
**types** [2] - 2960:11, 3026:8
**typically** [1] - 2923:24

## U

**U.S** [2] - 2836:23, 2911:2
**Ubrick** [1] - 2852:5
**ultimately** [1] - 2902:16
**unable** [4] - 2858:1, 2860:24, 3024:17, 3035:7
**Under** [1] - 3089:2
**under** [20] - 2823:17, 2827:7, 2947:8, 2959:16, 2970:23, 2979:3, 2994:17, 2997:5, 2999:18, 3009:6, 3053:24, 3066:17, 3071:24, 3072:1, 3089:20, 3090:19, 3091:10, 3091:14, 3092:8, 3095:16
**Underboss** [2] - 2828:22, 2881:5
**underboss** [49] - 2832:17, 2853:8, 2863:22, 2864:23, 2873:18, 2873:20, 2873:23, 2873:24, 2874:1, 2874:4, 2885:18, 2894:16, 2896:18, 2899:10, 2899:25, 2900:2, 2900:8, 2944:7, 2949:17, 2959:2, 2966:22, 2977:17, 2977:18, 2980:11, 2986:22, 2987:25, 2988:11, 2988:19, 3006:12, 3010:10, 3030:25, 3031:7, 3062:1, 3070:19, 3072:22, 3078:6, 3078:7, 3084:4, 3084:15, 3084:19, 3085:1, 3085:5, 3085:12, 3085:13, 3085:14, 3085:16, 3085:24, 3086:13, 3086:20
**underbosses** [1] - 2894:23
**undercover** [2] - 2844:17, 2844:21
**underneath** [1] - 2824:23
**understood** [2] - 2826:7, 2837:4, 2837:9
**unexplained** [1] - 2943:13

**unfortunate** [1] - 2900:19
**union** [5] - 2852:3, 2852:12, 2852:14, 3025:19, 3025:20
**Union** [1] - 3025:12
**unit** [1] - 2836:3
**UNITED** [4] - 2821:1, 2821:3, 2821:9, 2821:13
**United** [2] - 2821:4, 2834:8
**University** [1] - 2856:13
**unknown** [2] - 2856:7, 2858:19
**unless** [5] - 2887:16, 2925:19, 2997:3, 3032:14, 3065:5
**unlike** [1] - 2841:2
**unnecessarily** [1] - 3098:19
**unsanctioned** [1] - 2824:15
**up** [86] - 2823:2, 2824:11, 2824:15, 2830:1, 2830:6, 2831:15, 2831:16, 2832:16, 2832:19, 2833:17, 2834:19, 2834:25, 2835:4, 2835:11, 2835:22, 2839:24, 2850:24, 2867:24, 2869:7, 2875:16, 2886:15, 2891:10, 2895:7, 2897:4, 2897:6, 2897:10, 2900:11, 2901:13, 2902:13, 2909:8, 2909:10, 2911:8, 2911:25, 2912:3, 2912:15, 2924:17, 2942:19, 2942:20, 2946:7, 2947:17, 2947:24, 2948:6, 2948:19, 2949:5, 2950:10, 2950:24, 2951:3, 2961:2, 2961:4, 2969:21, 2984:3, 2985:4, 2985:6, 2987:25, 2988:10, 2993:25, 3001:12, 3003:6, 3003:21, 3011:19, 3019:10, 3019:18, 3019:19, 3034:11, 3034:13, 3034:15, 3040:6, 3040:9, 3050:10, 3056:16, 3056:18, 3057:4, 3057:14, 3057:19, 3057:20, 3057:22, 3060:11, 3060:14, 3078:22, 3080:1, 3087:18, 3089:3
**Up** [1] - 2961:5
**up-to-date** [1] - 3050:10
**update** [1] - 3098:18
**updating** [1] - 3098:16
**upper** [1] - 2824:4
**UPS** [2] - 2870:3, 2870:5
**upset** [1] - 3080:11
**upstairs** [2] - 2950:15, 3056:24
**US** [6] - 2917:21, 2930:15, 3071:2, 3072:9, 3077:2, 3080:21
**usual** [1] - 2879:22
**utmost** [1] - 3095:17

## V

**V-I-T-A-L-E** [1] - 2863:8
**V.I.C.K** [1] - 2883:3

28

**vacation** [1] - 3068:19
**vague** [1] - 3068:18
**van** [1] - 2875:17
**various** [7] - 2823:2, 2853:2, 2853:9, 2853:11, 2943:21, 2944:9, 3051:3
**vehicle** [6] - 2855:19, 2856:18, 2857:15, 2857:16, 2858:2, 2858:8
**vendetta** [2] - 2990:6, 2990:7
**venture** [1] - 2880:2
**verbal** [1] - 2927:24
**verbally** [1] - 2829:19
**verbatim** [1] - 2954:10
**versus** [3] - 2906:11, 2944:5
**Vic** [10] - 2882:4, 2882:13, 2883:1, 2883:8, 2883:9, 2883:17, 2884:4, 2884:15, 2892:1, 3052:13
**vicinity** [1] - 2862:2
**victim** [3] - 2874:19, 2874:22, 2875:3
**victims** [1] - 2881:15
**Victor** [1] - 2824:2
**view** [8] - 2861:4, 2944:21, 3043:17, 3061:2, 3065:21, 3067:19, 3071:14, 3072:20
**Vincent** [2] - 2991:25, 2998:3
**Vinnie** [11] - 2891:24, 2891:25, 2919:1, 2919:2, 2964:3, 2964:22, 2966:10, 2973:13, 2974:4, 3048:3, 3048:11
**Vinnie's** [1] - 2967:11
**Vinny** [3] - 2849:3, 2849:15, 2904:25
**violated** [1] - 3009:12
**VIP** [2] - 2957:9, 2957:10
**visit** [8] - 2880:20, 3022:13, 3022:16, 3022:23, 3023:5, 3023:20, 3024:10, 3074:5
**visiting** [1] - 2880:21
**VITALE** [2] - 2863:3, 3099:13
**Vitale** [88] - 2822:12, 2823:4, 2852:24, 2863:2, 2863:8, 2863:11, 2865:15, 2881:17, 2881:25, 2882:20, 2882:21, 2889:7, 2912:19, 2921:4, 2921:15, 2924:7, 2927:11, 2928:4, 2929:9, 2930:23, 2932:7, 2932:18, 2933:18, 2934:1, 2935:21, 2947:8, 2947:13, 2948:3, 2948:15, 2950:12, 2952:2, 2952:11, 2953:15, 2953:21, 2955:25, 2956:8, 2956:14, 2962:5, 2969:5, 2970:23, 2973:5, 2976:8, 2979:9, 2979:25, 2980:18, 2982:16, 2984:25, 2986:14, 2987:19, 2993:23, 2997:5, 3005:3, 3011:16, 3019:2, 3020:21, 3022:7,

3025:2, 3028:9, 3028:13, 3029:2, 3031:10, 3033:4, 3037:18, 3037:20, 3042:14, 3044:14, 3048:21, 3051:16, 3052:21, 3058:17, 3061:11, 3062:10, 3064:13, 3066:7, 3067:6, 3069:8, 3070:22, 3072:17, 3077:14, 3077:24, 3080:6, 3081:11, 3081:16, 3083:3, 3084:13, 3092:22, 3093:5, 3093:25
**vivid** [2] - 2933:20, 2936:22
**voice** [2] - 3035:4, 3096:8
**void** [1] - 2909:11
**voluminous** [1] - 3095:22
**voluntarily** [1] - 3025:5
**volunteer** [1] - 2924:1
**volunteered** [1] - 3041:19
**vote** [1] - 2892:8
**vouching** [3] - 2832:6, 2832:15, 2832:16, 2832:22, 2832:23
**Vouching** [2] - 2832:11, 2832:12

---

**W**

**W.A.L.S.H** [1] - 2854:9
**wait** [1] - 2872:16
**Wait** [4] - 2930:24, 2971:15, 3052:8, 3054:12
**waited** [1] - 2993:5
**waiting** [2] - 3073:7, 3080:17
**walk** [4] - 2898:15, 2956:15, 2985:4
**walked** [10] - 2857:15, 2857:20, 2875:10, 2883:24, 2905:16, 2967:15, 2967:16, 3016:22, 3038:23, 3096:6
**walking** [3] - 2860:10, 2893:6, 3017:11
**Walsh** [3] - 2854:2, 2854:8, 2861:14
**WALSH** [2] - 2854:3, 3099:7
**wants** [5] - 2873:9, 2884:8, 2884:10, 2980:12, 2995:22
**war** [2] - 2867:13, 2867:15, 2887:2, 2911:24, 3014:25, 3029:11, 3052:3, 3053:7
**Washington** [2] - 2917:15, 2917:18
**Waverly** [65] - 2889:16, 2889:20, 2898:2, 2898:7, 2898:14, 2898:24, 2899:4, 2899:5, 2899:7, 2899:15, 2899:24, 2949:3, 2949:7, 2949:9, 2949:12, 2949:19, 2949:22, 2950:23, 2951:1, 2951:6, 2951:8, 2951:10, 2951:13, 2951:24, 2958:14, 2958:20, 2958:21, 2958:25, 2959:1, 2959:6, 2975:3, 3052:15,

3052:23, 3053:6, 3053:14, 3053:15, 3053:25, 3054:16, 3054:20, 3054:22, 3055:3, 3056:12, 3056:13, 3056:14, 3056:16, 3056:19, 3056:20, 3056:21, 3057:2, 3057:15, 3057:18, 3058:6, 3083:23, 3084:3, 3084:14, 3084:18, 3084:22, 3084:23, 3085:12, 3085:23, 3086:12, 3087:15, 3087:22
**wear** [1] - 2844:23
**wearing** [2] - 2857:5, 2865:12
**wedding** [22] - 2894:4, 2894:8, 2894:10, 3016:5, 3016:7, 3016:8, 3016:19, 3016:21, 3017:8, 3017:13, 3017:16, 3017:17, 3055:7, 3055:8, 3063:12, 3063:16, 3063:17, 3063:18, 3063:21, 3065:19, 3093:14
**Wednesday** [1] - 2878:14
**week** [12] - 2966:20, 2966:21, 2966:23, 2993:5, 3027:15, 3030:22, 3068:17, 3068:18, 3074:17, 3097:17
**weekend** [2] - 3095:1, 3096:22
**weeks** [8] - 2894:12, 2916:14, 2920:2, 2920:21, 2923:2, 2944:11, 3027:9, 3051:23
**weight** [3] - 2892:9, 3029:15, 3029:16
**welcome** [1] - 2970:17
**West** [7] - 2951:8, 2965:15, 2965:16, 2966:6, 2966:16, 2966:19
**west** [3] - 2891:7, 3014:24, 3015:1
**whatsoever** [1] - 2967:6
**whisper** [1] - 2830:4
**white** [1] - 2857:16
**whole** [9] - 2900:18, 2911:4, 2923:12, 2950:25, 3069:16, 3069:19, 3084:24, 3097:14
**wife** [13] - 2878:7, 2878:9, 2878:17, 2880:25, 3070:7, 3074:16, 3075:16, 3075:18, 3075:20, 3076:17, 3076:19, 3076:25, 3077:3
**Wild** [68] - 2864:2, 2864:17, 2864:24, 2865:1, 2865:3, 2865:24, 2866:1, 2866:9, 2866:10, 2867:2, 2869:5, 2869:6, 2879:3, 2893:1, 2893:14, 2893:20, 2894:5, 2894:9, 2894:13, 2894:15, 2894:17, 2894:20, 2900:7, 2900:16, 2901:12, 2912:1, 2922:6, 2922:9, 2922:20, 2923:6, 2923:9, 2923:14, 2928:6, 2928:18, 2929:5, 2929:11, 2931:16, 2947:17,

2947:24, 2948:5, 2948:18, 2950:8, 2951:14, 2952:6, 3016:3, 3017:2, 3017:5, 3017:19, 3017:20, 3017:22, 3056:1, 3056:5, 3056:9, 3057:3, 3057:4, 3057:14, 3057:16, 3057:23, 3058:6, 3058:11, 3092:23, 3093:6, 3093:13, 3093:14, 3094:3
**William** [5] - 2856:6, 2856:8, 2856:21, 2857:10, 2861:15
**willing** [2] - 3002:15, 3044:8
**win** [1] - 2967:20
**withdraw** [2] - 2836:14, 3084:2
**withdrawn** [1] - 2836:15
**WITNESS** [6] - 2829:20, 2847:5, 2848:3, 2854:8, 2863:8, 2889:8
**witness** [43] - 2840:16, 2852:20, 2853:4, 2853:5, 2853:8, 2853:9, 2853:10, 2853:19, 2853:22, 2862:15, 2862:20, 2866:21, 2868:3, 2868:10, 2882:6, 2887:7, 2903:6, 2908:5, 2921:12, 2926:5, 2926:20, 2928:2, 2942:4, 2942:16, 2942:22, 2943:16, 2944:13, 2969:15, 2969:24, 3003:11, 3043:6, 3043:17, 3075:17, 3078:17, 3079:17, 3081:13, 3095:15, 3095:18, 3095:24, 3096:4, 3096:6, 3096:10, 3096:18
**witness'** [3] - 2842:14, 2862:17, 2868:8
**witnesses** [4] - 3096:24, 3097:3, 3097:5, 3097:10
**wives** [1] - 3019:17
**woman's** [1] - 2913:17
**women** [2] - 3063:12, 3063:15
**won** [1] - 3029:11
**word** [8] - 2830:15, 2891:10, 2982:11, 2982:15, 3029:20, 3066:12, 3084:8, 3085:3
**words** [19] - 2850:2, 2850:3, 2850:20, 2866:6, 2868:7, 2868:12, 2868:20, 2913:10, 2913:22, 2923:11, 2929:11, 2956:9, 2956:23, 3054:16, 3062:20, 3063:24, 3069:1, 3086:21, 3093:6
**worry** [3] - 2951:3, 3029:24, 3064:4
**wrap** [2] - 3003:6, 3079:25
**wrapped** [2] - 2875:16, 2911:5
**write** [2] - 2909:3, 2909:5
**written** [4] - 2847:24, 2888:3, 2888:8, 2929:8
**wrote** [2] - 2930:11, 2930:21

29

## Y

**yards** [1] - 2860:15
**year** [22] - 2865:18, 2869:16, 2893:25, 2907:22, 2908:4, 2917:4, 2917:13, 2921:23, 2949:3, 2955:19, 2957:5, 2961:16, 2974:23, 2974:24, 2976:18, 2980:25, 3008:25, 3009:1, 3016:23, 3055:14, 3062:24, 3085:21
**years** [30] - 2828:2, 2828:15, 2845:10, 2845:12, 2854:17, 2863:17, 2863:19, 2869:21, 2910:3, 2920:18, 2923:19, 2928:14, 2929:22, 2933:3, 2933:6, 2936:21, 2940:8, 2975:12, 2975:16, 2993:21, 3020:5, 3024:5, 3050:16, 3051:11, 3060:24, 3070:20, 3075:21, 3075:22, 3075:23
**yelled** [1] - 2993:14
**Yesterday** [1] - 2840:11
**yesterday** [6] - 2839:18, 2840:13, 2840:24, 2841:24, 2842:3, 2844:13
**YORK** [1] - 2821:1
**York** [21] - 2821:5, 2821:14, 2821:18, 2821:20, 2821:23, 2846:22, 2846:25, 2847:3, 2847:9, 2847:13, 2847:14, 2848:10, 2848:11, 2848:13, 2854:20, 2870:5, 2890:18, 3017:21, 3027:4, 3087:10
**young** [1] - 2957:10
**yourself** [5] - 2880:20, 2988:1, 2988:11, 3022:11, 3064:4
**yourselves** [2] - 3011:6, 3040:15

## Z

**zips** [2] - 3013:15, 3038:20