UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                              04-CR-911 (JS)

JOHN J. DEROSS,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Sean M. Sherman from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Sean M. Sherman
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-6262
    Email: Sean.Sherman@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Sean M. Sherman at the email address set forth above.

Dated: Brooklyn, New York
December 12, 2023

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Sean M. Sherman
Sean M. Sherman
Assistant U.S. Attorney

cc: Clerk of the Court (JS)